**APPLY WITH SWIFT**

# Driver Application

## Personal Information

**Contact Information**

| | |
|---|---|
| Recruiter: | Select a Recruiter's Name |
| Full Name: | First Name   Middle   Last Name |
| *Address 1: | |
| Address 2: | |
| *City: |    *State: Select a state    *Zip: |
| In case of emergency, notify: | |
| In case of emergency, Phone: |    Relationship: |
| Reference Name: | |
| Reference Phone: |    Relationship: |
| Reference Name: | |
| Reference Phone: |    Relationship: |
| *Day Phone: |    Cell Phone: |
| Night Phone: | |
| *Email: |    *Best time to call: |
| *SSN: |    Date of Birth #: Month... Day... Year...    Age: Choose |

**CDL Information**

Do you have a CDL? ◯ Yes ◯ No    Drivers License Number:

*Issue State: Select a state    *Expiration Date: Month... Day... Year...

| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |

*Check all that apply to your current CDL:

☐ Class A            ☐ Class B            ☐ Class C            ☐ Hazmat
☐ Tanker             ☐ Double             ☐ Triples

Can you perform the duties for the job?   ○ Yes  ○ No

**Driver Information**

Date Available:  [Month...]  [Day...]  [Year...]

Experience Level:
[Need to go to school to get Class A CDL]

*Check all that apply:*

☐ I need training            ☐ I am a Driving School Graduate            ☐ I have a TWIC Card

School name: [_____]          When: [Month...] [Day...] [Year ...]

**Education**

What is the highest grade you've completed?   [_____]

Did you graduate from college?                ○ Yes ○ No

## Experience and Preference

*Total OTR years:  [None]

**Trailer Type Experience and Preference**

| TRAILER TYPE | EXPERIENCE |
|---|---|
| Flatbed | ☐ |
| Van | ☐ |
| Tanker | ☐ |
| Reefer | ☐ |
| Hazmat | ☐ |
| Qualcom Operations | ☐ |
| Dropdeck | ☐ |

## Employment History

☐ I am currently employed.                    Number of jobs in last 10 years  [____]

Have you ever applied for work and/or worked for this company before?        ○ Yes ○ No

**Current Employer**

*Employer name : [_____]

*Address [_____]        Phone [_____]

*City [_____]                *State [Select a state]    *Zip [____]

*Start date  [MM] [YYYY]            *End date  [MM] [YYYY]

*Position held [_____]

Supervisor [_____]                ☐ You may contact this employer

*Reason left [_____]

Vehicle driven [_____]

**Previous Employer#1**

*Employer name : [_____]

*Address [_____]        Phone [_____]

| | | | | | |
|---|---|---|---|---|---|
| *City | | *State | Select a state | *Zip | |
| *Start date | MM  YYYY | *End date | MM  YYYY | | |
| *Position held | | | | | |
| Supervisor | | ☐ You may contact this employer | | | |
| Reason left | | | | | |
| Vehicle driven | | | | | |

**Previous Employer#2**

| | | | | | |
|---|---|---|---|---|---|
| Employer name : | | | | | |
| Address | | Phone | | | |
| City | | State | Select a state | Zip | |
| Start date | MM  YYYY | End date | MM  YYYY | | |
| Position held | | | | | |
| Supervisor | | ☐ You may contact this employer | | | |
| Reason left | | | | | |
| Vehicle driven | | | | | |

**Previous Employer#3**

| | | | | | |
|---|---|---|---|---|---|
| Employer name : | | | | | |
| Address | | Phone | | | |
| City | | State | Select a state | Zip | |
| Start date | MM  YYYY | End date | MM  YYYY | | |
| Position held | | | | | |
| Supervisor | | ☐ You may contact this employer | | | |
| Reason left | | | | | |
| Vehicle driven | | | | | |

**Additional Employment Information**

## Driving History

**Tickets**

List All Violations, Including Non-Moving Violations, For Past 5 Years. If None, Write None

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

**Accidents**

List All Involvment With Truck And Car Including Property Damage For Past 5 Years. Including Preventable And Non-Preventable.

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

**Accidents in the Last 5 Years**

Number of accidents involved

Number of preventable accidents

Number of roll-over accidents

**Tickets in the Last 5 Years**

Number of tickets received  [   ]

Number of reckless tickets  [   ]

**Addition Driving History Information**

[                                    ]

**Criminal Record**

| Question | Answer | If so, when... |
|---|---|---|
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country? | ○ Yes ○ No | |
| Have you ever been convicted of a felony? | ○ Yes ○ No | Month... Day... Year ... |
| Have you ever been convicted, or are any charges pending; for driving while under the influence, possession, or selling of alcohol, a narcotic drug, amphetamines or derivatives thereof? | ○ Yes ○ No | Month... Day... Year ... |
| Have you ever used any illegal drug? | ○ Yes ○ No | Month... Day... Year ... |
| Have you ever been convicted of a criminal offense? | ○ Yes ○ No | |
| Have you ever been denied a license, permit or privilege to operate a motor vehicle? | ○ Yes ○ No | |
| Has any license, permit or privilege ever been suspended or revoked? | ○ Yes ○ No | |
| Have you ever been refused any type of insurance or been denied bonding? | ○ Yes ○ No | |
| Have you ever tested positive or refused a test for drugs or alcohol? | ○ Yes ○ No | |
| Have you ever abandoned your equipment? | ○ Yes ○ No | |
| Have you ever been stopped while intoxicated? | ○ Yes ○ No | |
| Are you on probation or parole? | ○ Yes ○ No | |
| Criminal actions pending in which you are a defendant? | ○ Yes ○ No | |

** If you answered yes to any of the above, please explain in the comments box below.

**Comments**

[                                    ]

This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge. I hereby request and authorize Swift Transportation agents or contractors that receive this application to cause to be conducted, at any time, an investigation of my background for employment purposes, which may include, but is not limited to, any information to my character, general reputation, personal characteristics, mode of living, criminal history, past work experience, educational background, alcohol or drug test results, or failure to submit to an alcohol or drug or any other information about me which may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source which may have knowledge concerning any items of information. I have completed this application of my own free will and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part of our consideration your application, the DOT requires companies to investigate your employment background. As part of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including USIS(DAC) and PSP Reports. Any decision they make not to hire you based on information contained in your consumer report will be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not know the specific reasons why they may decide not to hire you. In the event you are not hired based on information contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your report. Your consent these companies to obtain the report from DAC is required. Although you have a right to withhold your consent, companies will not consider your application if you withhold your consent.

I have read and agree to the above release and I give permission to obtain consumer reports about me from DAC.

○ Yes   ○ No

Click and hold your left mouse button to sign at the X below.
Use the [clear] button to reset your signature and try again.

X _____

[ clear ]

[ Submit Application ]   [ Cancel ]

Secured by thawte
2011-07-27