IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiffs, )<br>　　　　　　　　　　　　　　　　)<br>vs. )<br>　　　　　　　　　　　　　　　　)<br>Swift Transportation, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　Defendant. )<br>　　　　　　　　　　　　　　　　) | No. CV 11-1548-PHX-ROS<br><br>**ORDER SETTING**<br><br>**SCHEDULING CONFERENCE** |

   Pursuant to the Rules of Practice of the District of Arizona governing differentiated case management, this action is designated a **standard track** case.  Accordingly,

   **IT IS HEREBY ORDERED** that pursuant to Fed.R.Civ.P. (FRCP) 16 a Scheduling Conference is set for **Friday, January 13, 2012at 11:30 a.m.** in Courtroom 604 at the Sandra Day O'Connor U.S. Courthouse, 401 West Washington, Phoenix, Arizona. This Court views the Scheduling Conference as critical to its case management responsibilities and the responsibilities of counsel/ parties pursuant to FRCP 1. **All counsel to this action shall request of the Court three days prior to this Conference if they plan to participate by telephone. Appearing telephonically is granted for good cause ONLY.**

   **IT IS FURTHER ORDERED** that: (1) The counsel/parties are directed to Rule 16 of the FRCP for the guidelines to be followed at this Conference. (2) Counsel who will serve as principal trial counsel, or who have the authority to make stipulations at the Conference and have knowledge of all facets of this action must appear at the Conference.  (3) Counsel/Parties who fail to appear or who are late, or counsel/parties who send insufficiently authorized and

knowledgeable substitutes to the Conference **shall** be ordered to pay the attorneys fees and expenses of the counsel/parties who attend the Conference.

**IT IS FURTHER ORDERED** that all counsel/parties **shall** conduct an initial **Case Management Meeting** at least <u>twenty-one days</u> before the Scheduling Conference in accordance with Rule 26(f) of the FRCP and **shall** discuss the matters set forth in the Court's **Agenda for Case Management Meeting**.

**IT IS FURTHER ORDERED** that it **shall** be the responsibility of the Plaintiff or Plaintiff's counsel to initiate the communication necessary with opposing counsel/parties to schedule the **Case Management Meeting**, and to prepare both the **Proposed Case Management Plan** and **Proposed Scheduling Order**.

**IT IS FURTHER ORDERED** that at the Case Management Meeting the counsel/parties **shall** prepare a **Proposed Case Management Plan** and a **Proposed Scheduling Order** and **shall** file them with the Court, not less than ten days before the Scheduling Conference. Counsel shall submit the Proposed Scheduling Order in Word or WordPerfect format to the Court's mailbox at silver_chambers@azd.uscourts.gov.

**IT IS FURTHER ORDERED** that after the Scheduling Conference the Court will enter a **Scheduling Order** that **shall** control the course of this action. To the extent that the Court's **Scheduling Order** differs from the parties'/counsel's **Proposed Case Management Plan** and/or **Proposed Scheduling Order**, the Court's Order **shall** control the course of this action unless modified by Court order, pursuant to FRCP 16(b) and (c).

**IT IS FURTHER ORDERED** that counsel/parties **shall** obtain and use from this Court's website at www.azd.uscourts.gov, (refer to Judges & Courtrooms; Orders, Forms & Procedures), only the Court's forms for the **Agenda for the Case Management Meeting**, the **Proposed Case Management Plan**, the **Proposed Scheduling Order**, the **Joint Proposed Pretrial Order** and other documents and orders that are adopted and/or issued by this Court throughout the course of this action.

1 **IT IS FURTHER ORDERED** Counsel shall be prepared to discuss the facts of the case and the law in connection with the lawsuit and initial disclosures must have been made under Rule 26(a) prior to the conference, unless the Court has made an exception.

DATED this 7th day of October, 2011.

_____
Roslyn O. Silver
Chief United States District Judge