LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:     (602) 234-0008
Facsimile:     (602) 626-3586
Email:         Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
Matthew A. Dooley (0081482)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:     (440) 930-4001
Facsimile:     (440) 934-7208
Email:         dotoole@sheffieldlaw.com
               apecora@sheffieldlaw.com
               mdooley@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (Virginia Bar #27523)
Susan M. Rotkis (Virginia Bar #40693)
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:     (757) 930-3660
Facsimile:     (757) 930-3662
Email:         lenbennett@clalegal.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KELVIN D. DANIEL, et al )<br>)<br>     Plaintiffs, )<br>)<br>   vs. )<br>)<br>)<br>)<br>SWIFT TRANSPORTATION )<br>CORPORATION, )<br>)<br>     Defendant | **Case No.: 2:11-CV-01548-ROS**<br><br>**PLAINTIFFS' MOTION FOR AN EXTENSION OF TIME (First Request)** |

1

1. Now come the Plaintiffs, Kelvin Daniel ("Daniel), Tanna Hodges ("Hodges") and Robert R. Bell, Jr. ("Bell"), by and through counsel, and hereby request this Court to grant their Motion for an Extension of Time. No prior extensions have been granted. Said motion is filed contemporaneously with Plaintiffs' request that Defendant's Motion to Dismiss be deemed moot with an alternative Response. Plaintiffs respectfully submit their Memorandum of Law in support of an extension of time for the Court to consider.

                Respectfully Submitted,

                STUMPHAUZER O'TOOLE MCLAUGHLIN
                McGLAMERY & LOUGHMAN CO LPA

                <u>/s/ Dennis M. O'Toole</u>
                <u>/s/ Matthew A. Dooley</u>
                <u>/s/ Anthony R. Pecora</u>

                LUBIN AND ENOCH, P.C.

                <u>/s/ Stanley Lubin</u>

                LITIGATION ASSOCIATES, P.C.

                <u>/s/ Leonard A. Bennett</u>

                *Counsel for Plaintiffs*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Plaintiffs' Motion for an Extension of Time was filed electronically this 28th day of October, 2011. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Matthew A. Dooley
*Counsel for Plaintiffs*