IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al., ) | No. CV-11-1548-PHX-ROS |
| ) | |
| Plaintiffs, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Swift Transportation Corp., ) | |
| ) | |
| Defendant. ) | |
| ) | |

On October 3, 2011, Defendant filed a Motion to Dismiss. (Doc. 14). Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiffs chose to amend their complaint. (Doc. 19). The amended complaint rendered the motion to dismiss moot. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) (recognizing "well-established doctrine that an amended pleading supersedes the original pleading"). Thus, Plaintiffs' request for an extension of time to file a response to the motion to dismiss is also moot.

Accordingly,

**IT IS ORDERED** the Motion to Dismiss (Doc. 14) and Motion for Extension of Time (Doc. 20) are **DENIED AS MOOT**.

Dated this 31st day of October, 2011.

Roslyn O. Silver
Chief United States District Judge