John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jlomax@swlaw.com
       bfoster@swlaw.com
       jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>    Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>    Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF LODGING [PROPOSED] RULE 16 SCHEDULING ORDER**<br><br>Assigned to:  Hon. Roslyn O. Silver |

PLEASE TAKE NOTICE that after consultation and review with counsel, the parties lodge with the Court this date a [Proposed] Rule 16 Scheduling Order pursuant to the Court's Minute Entry of January 10, 2012.

RESPECTFULLY SUBMITTED this 17th day of January, 2012.

SNELL & WILMER L.L.P.


By: /s/John F. Lomax, Jr.
    John F. Lomax, Jr.
    Brian J. Foster
    Joseph A. Kroeger
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ 85004-2202
    Attorneys for Defendant

14314873.1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 17, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony R. Pecora
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Dennis M. OToole
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH  44054

Nicholas Jason Enoch
Lubin & Enoch PC
349 N. 4th Ave.
Phoenix, AZ 85003

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

s/ Mary Boston

14314873.1

- 2 -