John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jlomax@swlaw.com
       bfoster@swlaw.com
       jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, on Behalf of Himself and All Others Similarly Situated<br><br>and<br><br>TANNA HODGES, on Behalf of Herself and All Others Similarly Situated<br><br>and<br><br>ROBERT R. BELL, JR., on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No. 2:11-cv-01548-PHX-ROS<br><br>**DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S UNOPPOSED MOTION TO AMEND ANSWER**<br><br>Assigned to: Hon. Roslyn O. Silver |

Pursuant to Federal Rules of Civil Procedure 15 and LRCiv 15.1 Defendant Swift Transportation Co. of Arizona (hereinafter "Swift") moves the Court for an Order granting Swift leave to file its First Amended Answer to First Amended Class Action Complaint. The amendments are necessary to clarify Swift's allegations after further inquiry into the case. Swift notified Plaintiff's' counsel of its desire to amend its Answer to First Amended Class Action Complaint, and counsel for the Plaintiffs indicated that they would not oppose this motion to amend.

14603431.1

1  A red-line document showing the proposed changes is attached hereto as Exhibit
2  A.
3  DATED this 1st day of March, 2012.

SNELL & WILMER L.L.P.

By: /s/ John F. Lomax, Jr.
John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, AZ 85004-2202
Attorneys for Defendant

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

14603431.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Anthony R. Pecora
Dennis M. OToole
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

/s/Mary Boston

14603431.1

- 3 -