LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:    (602) 234-0008
Facsimile:    (602) 626-3586
Email:        Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (0081482)
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email:        mdooley@sheffieldlaw.com
              dotoole@sheffieldlaw.com
              apecora@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
Email:        lenbennett@clalegal.com
              srotkis@clalegal.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelvin D. Daniel, et al ) | |
| ) | |
|     Plaintiffs, ) | **Case No.: 2:11-CV-01548-ROS** |
| ) | |
|     vs. ) | **NOTICE OF SERVICE OF** |
| Swift Transportation Co., ) | **PLAINTIFFS' FIRST REQUEST FOR** |
| ) | **PRODUCTION OF DOCUMENTS TO** |
| ) | **DEFENDANT AND PLAINTIFFS'** |
|     Defendant ) | **FIRST SET OF INTERROGATORIES** |
| ) | **TO DEFENDANT** |
| _____ ) | |

1

1    Plaintiffs, Kelvin D. Daniel, Tanna Hodges and
2  Robert R. Bell, Jr. on behalf of themselves and all
3  other similarly situated individuals hereby submit
4  notice of the electronic service of Plaintiffs' First
5  Request for Production of Documents to Defendant and
6  Plaintiffs' First Set of Interrogatoies to Defendant
7  pursuant to L.R. Civ. 5.2.

   Dated: March 2, 2012

                         Respectfully Submitted,

                         STUMPHAUZER O'TOOLE MCLAUGHLIN
                         McGLAMERY LOUGHMAN CO LPA

                         /s/ Matthew A. Dooley
                         /s/ Anthony R. Pecora
                         /s/ Dennis M. O'Toole


                         LUBIN AND ENOCH, P.C.

                         /s/ Stanley Lubin


                         LITIGATION ASSOCIATES, P.C.

                         /s/ Leonard A. Bennett

                         *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Notice of Service of Plaintiffs' First Request For Production of Documents to Defendant and Plaintiffs' First Set of Interrogatories to Defendant was filed electronically this 2nd day of March, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                   /s/ Matthew A. Dooley
                                   *Counsel for Plaintiffs*