IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, on Behalf of Himself and All Others Similarly Situated<br><br>and<br><br>Tanna Hodges, on Behalf of Herself and All Others Similarly Situated<br><br>and<br><br>Robert R. Bell, Jr., on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>Swift Transportation Corporation,<br><br>Defendant. | Case No. CV-11-1548-PHX-ROS<br><br>**ORDER** |

Pursuant to Defendant Swift Transportation Corporation's unopposed motion to amend its Answer to First Amended Complaint (Doc. 47), and good cause appearing,

IT IS HEREBY ORDERED granting Swift leave to file its First Amended Answer to First Amended Class Action Complaint.

Dated this 5th day of March, 2012.

_____
Roslyn O. Silver
Chief United States District Judge