1  John F. Lomax, Jr. (#020224)
   Brian J. Foster (#012143)
2  Joseph A. Kroeger (#026036)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren Street, Suite 1900
4  Phoenix, Arizona 85004-2202
   Telephone: (602) 382-6000
5  Facsimile: (602) 382-6070
   Email: jlomax@swlaw.com
6         bfoster@swlaw.com
          jkroeger@swlaw.com
7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, on Behalf of Himself and All Others Similarly Situated | Case No. 2:11-cv-01548-PHX-ROS |
| and | **AMENDED NOTICE OF VIDEO DEPOSITION** |
| TANNA HODGES, on Behalf of Herself and All Others Similarly Situated | |
| and | Assigned to: Hon. Roslyn O. Silver |
| ROBERT R. BELL, JR., on Behalf of Himself and All Others Similarly Situated | |
| Plaintiffs, | |
| v. | |
| SWIFT TRANSPORTATION CORPORATION, | |
| Defendant. | |

22  **TO:  ALL COUNSEL OF RECORD**

23         **YOU ARE HEREBY NOTIFIED** that, pursuant to Ariz. R. Civ. P. 26 and 30,

24  Defendant Swift Transportation Co. of Arizona, LLC will take the oral deposition of the

25  person whose name and address is stated below, at the time and place stated below. Said

26  deposition shall be recorded by audiovisual with a single camera placed opposite the

27  deponent. The deposition will continue from day to day thereafter until completed,

28  before a certified court reporter.

| | | |
|---|---|---|
| 1 | PERSON TO BE DEPOSED: | Tanna Hodges |
| 2 | DATE AND TIME OF DEPOSITION: | June 11, 2012 at 9:00 a.m. |
| 3 | LOCATION: | Snell & Wilmer, L.L.P.<br>One Arizona Center<br>400 East Van Buren Street<br>Suite 1900<br>Phoenix, AZ  85004 |

Any and all of said deposition testimony may be offered into evidence at the trial of the above-entitled and numbered cause.

DATED this 29th day of March, 2012.

                    SNELL & WILMER L.L.P.

By: /s/Brian J. Foster
     John F. Lomax, Jr.
     Brian J. Foster
     Joseph A. Kroeger
     One Arizona Center
     400 East Van Buren Street
     Suite 1900
     Phoenix, AZ 85004-2202
     Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M., OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

And copy mailed to:

Arizona Litigation Support
8300 N. Hayden Rd., Suite A207
Scottsdale, AZ  85258

s/Becky Kinningham

14771531.1