LUBIN AND ENOCH, P.C.
Stanley Lubin (AZ 003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:    (602) 234-0008
Facsimile:    (602) 626-3586
Email:        Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Dennis M. O'Toole (OH 0003274)
Anthony R. Pecora (OH 0069660)
Matthew A. Dooley (OH 0081482)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email:        dotoole@sheffieldlaw.com
              apecora@sheffieldlaw.com
              mdooley@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 37523)
Susan M. Rotkis (VSB #40693)
763 J. Clyde Morris Blvd, Suite 1A
Newport News, Virginia 23606
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
Email:        lenbennett@clalegal.com
              srotkis@clalegal.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelvin D. Daniel, et al. | |
| Plaintiffs, | **Case No.: 2:11-CV-01548-ROS** |
| vs. | |
| Swift Transportation Corporation, | **NOTICE OF CHANGE OF ADDRESS FOR CONSUMER LITIGATION ASSOCIATES, P.C.** |
| Defendant. | |

**NOTICE**

Please take notice that the law offices of Plaintiffs' counsel, Consumer Litigation Associates, P.C., have moved:

> Leonard Anthony Bennett, Esq.
> Susan Mary Rotkis, Esq.
> CONSUMER LITIGATION ASSOCIATES, P.C.
> 763 J. Clyde Morris Boulevard, Suite 1-A
> Newport News, VA 23601
> Telephone: (757) 930-3660
> Facsimile: (757) 930-3662

Please make all necessary changes to ensure pleadings, correspondence, and all other written materials directed to Plaintiffs' counsel in this case are forwarded to the new address.

Respectfully Submitted,

CONSUMER LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett
/s/ Susan M. Rotkis
*Counsel for Plaintiffs*

1
2          **CERTIFICATE OF SERVICE**
3       This will certify that a copy of the foregoing
4  Notice was filed electronically this 4th day of April,
5  2012. Notice of this filing will be sent to all counsel
6
7  of record by operation of the Court's electronic filing
8  system.
9                                    /s/ Susan M. Rotkis
10                                   *Counsel for Plaintiffs*
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28