1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (003076)
2  349 North 4th Avenue
3  Phoenix, Arizona 85003-1505
   Telephone:     (602) 234-0008
4  Facsimile:     (602) 626-3586
5  Email:         Stan@lubinandenoch.com

6  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
7  Dennis M. O'Toole (0003274)
8  Anthony R. Pecora (0069660)
   Matthew A. Dooley (0081482)
9  5455 Detroit Road
10 Sheffield Village, Ohio  44054
   Telephone:     (440) 930-4001
11 Facsimile:     (440) 934-7208
12 Email:         dotoole@sheffieldlaw.com
                  apecora@sheffieldlaw.com
13                mdooley@sheffieldlaw.com

14
   CONSUMER LITIGATION ASSOCIATES, P.C.
15 Leonard A. Bennett (27523)
16 Susan M. Rotkis (40693)
   763 J. Clyde Morris Blvd. 1-A
17 Newport News, VA 23601
18 Telephone:     (757) 930-3660
   Facsimile:     (757) 930-3662
19 Email:         lenbennett@clalegal.com
                  srotkis@clalegal.com
20

21 SNELL & WILMER L.L.P.
   John F. Lomax, Jr. (020224)
22 Brian J. Foster (012143)
23 Joseph A. Kroeger (026036)
   One Arizona Center
24 400 E. Van Buren Street, Suite 1900
25 Phoenix, Arizona 85004-2202
   Telephone:     (602) 382-6000
26 Facsimile:     (602) 382-6070
27 Email:         jlomax@swlaw.com
                  bfoster@swlaw.com
28                jkroeger(i1lswlaw.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>       Plaintiffs,<br><br>   vs.<br><br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>       Defendant. | **Case No.: 2:11-CV-01548-ROS**<br><br>**STIPULATED NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Named Plaintiffs, Kelvin Daniel ("Daniel), Tanna Hodges ("Hodges") and Robert R. Bell, Jr. ("Bell"), and Defendant Swift Transportation Corporation, by and through counsel, do hereby stipulate to the dismissal without prejudice of all the claims asserted against Defendant Swift Transportation Corporation by Bell in this action. Each party will bear its own attorney fees and costs.

                    Respectfully Submitted,


                    STUMPHAUZER O'TOOLE MCLAUGHLIN
                    McGLAMERY & LOUGHMAN CO LPA

                    /s/ Dennis M. O'Toole
                    /s/ Matthew A. Dooley
                    /s/ Anthony R. Pecora

|    |                                      |
|----|--------------------------------------|
| 1  | LUBIN AND ENOCH, P.C.                |
| 2  | /s/ Stanley Lubin                    |
| 3  |                                      |
| 4  | LITIGATION ASSOCIATES, P.C.          |
| 5  | /s/ Leonard A. Bennett               |
| 6  | *Counsel for Plaintiffs*             |
| 7  | SNELL & WILMER L.L.P.                |
| 8  |                                      |
| 9  | /s/ John F. Lomax, Jr.               |
| 10 | *Counsel for Defendant*              |
| 11 |                                      |
| 12 |                                      |
| 13 |                                      |
| 14 |                                      |
| 15 |                                      |
| 16 |                                      |
| 17 |                                      |
| 18 |                                      |
| 19 |                                      |
| 20 |                                      |
| 21 |                                      |
| 22 |                                      |
| 23 |                                      |
| 24 |                                      |
| 25 |                                      |
| 26 |                                      |
| 27 |                                      |
| 28 |                                      |