# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al., | ) |
| Plaintiffs, | ) **Case No.CV-11-01548-PHX-ROS** |
| | ) |
| vs. | ) **ORDER** |
| | ) |
| Swift Transportation Corporation, | ) |
| Defendant. | ) |

Pursuant to the parties' Stipulated Notice of Dismissal Without Prejudice (Doc. 57), and for good cause shown,

IT IS ORDERED Plaintiff Robert Bell's claims against Defendant Swift Transportation Corporation are hereby dismissed without prejudice. Each party will bear its own attorney fees and costs.

Dated this 23rd day of May, 2012.

Roslyn O. Silver
Chief United States District Judge