John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jlomax@swlaw.com
       bfoster@swlaw.com
       jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, on Behalf of Himself and All Others Similarly Situated<br><br>and<br><br>TANNA HODGES, on Behalf of Herself and All Others Similarly Situated<br><br>and<br><br>ROBERT R. BELL, JR., on Behalf of Himself and All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF SERVICE OF THIRD SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>Assigned to:  Hon. Roslyn O. Silver |

Defendant Swift Transportation Corporation ("Swift") hereby gives notice that on June 7, 2012, it served on the other parties, via United States Mail, Swift's Third Supplemental Disclosure Statement, pursuant to Rule 26(a)(1), Fed. R. Civ. P.

/ / /

/ / /

/ / /

/ / /

DATED this 8th day of June, 2012.

          SNELL & WILMER L.L.P.

By: /s/Brian J. Foster
    John F. Lomax, Jr.
    Brian J. Foster
    Joseph A. Kroeger
    One Arizona Center
    400 East Van Buren Street
    Suite 1900
    Phoenix, AZ 85004-2202
    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M., OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd., Suite 1-A
Newport News, VA 23601

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003


    s/Mary Boston

15231422