Stanley Lubin (#003076)
LUBIN AND ENOCH, P.C.
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Email:         stan@lubinandenoch.com

Dennis M. O'Toole (#0003274)
Anthony R. Pecora (#0069660)
Matthew A. Dooley (#0081482)
STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Email:         dotoole@sheffieldlaw.com
                 apecora@sheffieldlaw.com
                 mdooley@sheffieldlaw.com

Leonard A. Bennett (Virginia Bar #27523)
Susan M. Rotkis (Virginia Bar #40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:   (757) 930-3660
Email:         lenbennett@clalegal.com

John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Email:         jlomax@swlaw.com
                 bfoster@swlaw.com
                 jkroeger@swlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**FIRST NOTICE OF DISCOVERY AND SETTLEMENT** |

Pursuant to this Court's Rule 16 Scheduling Order (Doc. 40), the parties hereby jointly file their First Notice of Discovery and Settlement.

The parties have engaged in extensive written discovery. Plaintiffs continue to review 213,000 pages of documents produced by Defendant. Defendant just completed the depositions of the remaining class representatives. Plaintiffs intend to notice the depositions of Defendant's Rule 26(a)(1) witnesses to take place in July. The parties have not yet discussed specific settlement demands.

DATED this 14th day of June, 2012.

                                 Respectfully Submitted,

                                 STUMPHAUZER O'TOOLE MCLAUGHLIN
                                 McGLAMERY & LOUGHMAN CO., LPA

                                 /s/ Dennis M. O'Toole
                                 /s/ Matthew A. Dooley
                                 /s/ Anthony R. Pecora

                                 LUBIN AND ENOCH, P.C.
                                 /s/ Stanley Lubin

                                 LITIGATION ASSOCIATES, P.C.
                                 /s/ Leonard A. Bennett
                                 *Counsel for Plaintiffs*

                                 SNELL & WILMER, LLP

                                 /s/ Joseph A. Kroeger
                                 *Counsel for Defendant*

|   |   |
|---|---|
| 1 | <u>CERTIFICATE OF SERVICE</u> |

2  This will certify that a copy of the foregoing First Notice of Discovery and Settlement was filed electronically this 14th day of June, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Rosemary Farley