1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (003076)
2  349 North 4th Avenue
   Phoenix, Arizona 85003-1505
3  Telephone:   (602) 234-0008
   Facsimile:   (602) 626-3586
4  Email:   stan@lubinandenoch.com

5  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
6  Dennis M. O'Toole (0003274)
   Anthony R. Pecora (0069660)
7  Matthew A. Dooley (0081482)
   5455 Detroit Road
8  Sheffield Village, Ohio  44054
   Telephone:   (440) 930-4001
9  Facsimile:   (440) 934-7208
   Email:   dotoole@sheffieldlaw.com
10           apecora@sheffieldlaw.com
             mdooley@sheffieldlaw.com
11
   CONSUMER LITIGATION ASSOCIATES, P.C.
12 Leonard A. Bennett (Virginia Bar #27523)
   Susan M. Rotkis (Virginia Bar #40693)
13 763 J. Clyde Morris Blvd. 1-A
   Newport News, VA 23601
14 Telephone:   (757) 930-3660
   Facsimile:   (757) 930-3662
15 Email:   lenbennett@clalegal.com
            srotkis@clalegal.com

16
17              IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF ARIZONA
18

19  KELVIN D. DANIEL, et al
                                        Case No.  2:11-cv-01548-PHX-ROS
20           Plaintiffs,

21  v.                                  **NOTICE OF DEPOSITION**

22  SWIFT TRANSPORTATION
    CORPORATION,                        Assigned to: Hon. Roslyn O. Silver
23
             Defendant.
24

25  TO:   John F. Lomax, Jr.
          Brian J. Foster
26        Joseph A. Kroeger
          SNELL & WILMER
27        One Arizona Center
          400 E. Van Buren
28        Phoenix, AZ  85004-2202

You are hereby notified that, pursuant to Ariz. R. Civ. P. 26 and 30, counsel for Plaintiffs will take the oral deposition of the person whose name and address is stated below, at the time and place stated below. Such deposition will be recorded by stenographic means by a court reporter duly authorized to administer oaths. The taking of said deposition may be adjoined or continued from time to time without further notice other than oral notice to counsel at the time of such adjournment or continuance.

PERSON TO BE DEPOSED:            Summer Mate

DATE AND TIME OF DEPOSITION:     August 1, 2012 at 1:30 PM

LOCATION:                        Snell & Wilmer, LLP
                                 One Arizona Center
                                 400 East Van Buren Street
                                 Suite 1900
                                 Phoenix, Arizona 85004

Any and all of said deposition testimony may be offered into evidence at the trial of the above-entitled and numbered cause.

DATED this 13th day of July, 2012

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA

By: /s/ Matthew A. Dooley
Matthew A. Dooley
Dennis M. O'Toole
Anthony R. Pecora
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Facsimile:   (440) 934-7208
Email:       mdooley@sheffieldlaw.com
             dotoole@sheffieldlaw.com
             apecora@sheffieldlaw.com
*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13th, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by other means, as necessary pursuant to the Notice of Electronic Filing, to:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
Snell & Wilmer
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

                                          s/ Matthew A. Dooley
                                          Matthew A. Dooley
                                          *Counsel for Plaintiffs*