LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Facsimile:   (602) 626-3586
Email:   stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
Matthew A. Dooley (0081482)
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:   (440) 930-4001
Facsimile:   (440) 934-7208
Email:   dotoole@sheffieldlaw.com
         apecora@sheffieldlaw.com
         mdooley@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (Virginia Bar #27523)
Susan M. Rotkis (Virginia Bar #40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:   (757) 930-3660
Facsimile:   (757) 930-3662
Email:   lenbennett@clalegal.com
         srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No. 2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF DEPOSITION**<br><br>Assigned to: Hon. Roslyn O. Silver |

TO:   John F. Lomax, Jr.
      Brian J. Foster
      Joseph A. Kroeger
      SNELL & WILMER
      One Arizona Center
      400 E. Van Buren
      Phoenix, AZ 85004-2202

1    You are hereby notified that, pursuant to Ariz. R. Civ. P. 26 and 30, counsel for Plaintiffs will take the oral deposition of the person whose name and address is stated below, at the time and place stated below. Such deposition will be recorded by stenographic means by a court reporter duly authorized to administer oaths. The taking of said deposition may be adjoined or continued from time to time without further notice other than oral notice to counsel at the time of such adjournment or continuance.

PERSON TO BE DEPOSED:            Michelle Cordova

DATE AND TIME OF DEPOSITION:  August 1, 2012 at 3:30 PM

LOCATION:                        Snell & Wilmer, LLP
                                 One Arizona Center
                                 400 East Van Buren Street
                                 Suite 1900
                                 Phoenix, Arizona 85004

Any and all of said deposition testimony may be offered into evidence at the trial of the above-entitled and numbered cause.

DATED this 13th day of July, 2012

                                        STUMPHAUZER, O'TOOLE, McLAUGHLIN,
                                        McGLAMERY & LOUGHMAN CO., LPA

                                        By: /s/ Matthew A. Dooley
                                        Matthew A. Dooley
                                        Dennis M. O'Toole
                                        Anthony R. Pecora
                                        5455 Detroit Road
                                        Sheffield Village, Ohio  44054
                                        Telephone:    (440) 930-4001
                                        Facsimile:     (440) 934-7208
                                        Email:         mdooley@sheffieldlaw.com
                                                           dotoole@sheffieldlaw.com
                                                           apecora@sheffieldlaw.com
                                        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13th, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by other means, as necessary pursuant to the Notice of Electronic Filing, to:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
Snell & Wilmer
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

                                              s/ Matthew A. Dooley
                                              Matthew A. Dooley
                                              *Counsel for Plaintiffs*