| | |
|---|---|
| 1 | LUBIN AND ENOCH, P.C. |
| | Stanley Lubin (003076) |
| 2 | 349 North 4th Avenue |
| | Phoenix, Arizona 85003-1505 |
| 3 | Telephone:   (602) 234-0008 |
| | Facsimile:   (602) 626-3586 |
| 4 | Email:    stan@lubinandenoch.com |
| 5 | STUMPHAUZER, O'TOOLE, McLAUGHLIN, |
| | McGLAMERY & LOUGHMAN CO., LPA |
| 6 | Dennis M. O'Toole (0003274) |
| | Anthony R. Pecora (0069660) |
| 7 | Matthew A. Dooley (0081482) |
| | 5455 Detroit Road |
| 8 | Sheffield Village, Ohio  44054 |
| | Telephone:   (440) 930-4001 |
| 9 | Facsimile:    (440) 934-7208 |
| | Email:     dotoole@sheffieldlaw.com |
| 10 |           apecora@sheffieldlaw.com |
| |           mdooley@sheffieldlaw.com |
| 11 | |
| | CONSUMER LITIGATION ASSOCIATES, P.C. |
| 12 | Leonard A. Bennett (Virginia Bar #27523) |
| | Susan M. Rotkis (Virginia Bar #40693) |
| 13 | 763 J. Clyde Morris Blvd. 1-A |
| | Newport News, VA 23601 |
| 14 | Telephone:   (757) 930-3660 |
| | Facsimile:    (757) 930-3662 |
| 15 | Email:     lenbennett@clalegal.com |
| |           srotkis@clalegal.com |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al | |
| Plaintiffs, | Case No.  2:11-cv-01548-PHX-ROS |
| v. | **NOTICE OF DEPOSITION** |
| SWIFT TRANSPORTATION CORPORATION, | Assigned to: Hon. Roslyn O. Silver |
| Defendant. | |

TO:    John F. Lomax, Jr.
       Brian J. Foster
       Joseph A. Kroeger
       SNELL & WILMER
       One Arizona Center
       400 E. Van Buren
       Phoenix, AZ  85004-2202

1  You are hereby notified that, pursuant to Ariz. R. Civ. P. 26 and 30, counsel for
2  Plaintiffs will take the oral deposition of the person whose name and address is stated
3  below, at the time and place stated below. Such deposition will be recorded by
4  stenographic means by a court reporter duly authorized to administer oaths. The taking of
5  said deposition may be adjoined or continued from time to time without further notice
6  other than oral notice to counsel at the time of such adjournment or continuance.

| | |
|---|---|
| PERSON TO BE DEPOSED: | Gary Fitzsimmons |
| DATE AND TIME OF DEPOSITION: | August 2, 2012 at 10:30 AM |
| LOCATION: | Snell & Wilmer, LLP<br>One Arizona Center<br>400 East Van Buren Street<br>Suite 1900<br>Phoenix, Arizona 85004 |

Any and all of said deposition testimony may be offered into evidence at the trial of the above-entitled and numbered cause.

DATED this 13th day of July, 2012

        STUMPHAUZER, O'TOOLE, McLAUGHLIN,
        McGLAMERY & LOUGHMAN CO., LPA

        By: /s/ Matthew A. Dooley
        Matthew A. Dooley
        Dennis M. O'Toole
        Anthony R. Pecora
        5455 Detroit Road
        Sheffield Village, Ohio 44054
        Telephone: (440) 930-4001
        Facsimile: (440) 934-7208
        Email: mdooley@sheffieldlaw.com
                  dotoole@sheffieldlaw.com
                  apecora@sheffieldlaw.com
        *Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 13, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by other means, as necessary pursuant to the Notice of Electronic Filing, to:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
Snell & Wilmer
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

                                                   s/ Matthew A. Dooley
                                                   Matthew A. Dooley
                                                   *Counsel for Plaintiffs*