John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jlomax@swlaw.com
       bfoster@swlaw.com
       jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No. 2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF SERVICE OF DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S FIRST AMENDED AND THIRD SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Assigned to: Hon. Roslyn O. Silver |

Defendant Swift Transportation Corporation ("Swift") hereby gives notice that on July 13, 2012, it served Swift's First Amended and Third Supplemental Responses to Plaintiffs' First Request for Production of Documents on Stumphauzer OToole McLaughlin McGlamery & Loughman Company via Federal Express Priority Overnight mail, and on Consumer Litigation Associates PC and Lubin & Enoch PC via U.S. Mail.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

15473132.1

DATED this 16th day of July, 2012.

                    SNELL & WILMER L.L.P.

                By: /s/Joseph A. Kroeger
                    John F. Lomax, Jr.
                    Brian J. Foster
                    Joseph A. Kroeger
                    One Arizona Center
                    400 East Van Buren Street
                    Suite 1900
                    Phoenix, AZ 85004-2202
                    Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M., OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

                    s/Rosemary Farley

15473132.1