1  John F. Lomax, Jr. (#020224)
   Brian J. Foster (#012143)
2  Joseph A. Kroeger (#026036)
   SNELL & WILMER L.L.P.
3  One Arizona Center
   400 E. Van Buren Street, Suite 1900
4  Phoenix, Arizona  85004-2202
   Telephone: (602) 382-6000
5  Facsimile: (602) 382-6070
   Email:  jlomax@swlaw.com
6          bfoster@swlaw.com
           jkroeger@swlaw.com
7  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| KELVIN D. DANIEL, et al | Case No.  2:11-cv-01548-PHX-ROS |
|---|---|
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S FOURTH SUPPLEMENTAL DISCLOSURE STATEMENT** |
| v. | |
| SWIFT TRANSPORTATION CORPORATION, | |
| Defendant. | |
| | Assigned to:  Hon. Roslyn O. Silver |

Defendant Swift Transportation Corporation ("Swift") hereby gives notice that on July 13, 2012, it served Swift's Fourth Supplemental Disclosure Statement on Stumphauzer OToole McLaughlin McGlamery & Loughman Company via Federal Express Priority Overnight mail, and on Consumer Litigation Associates PC and Lubin & Enoch PC via U.S. Mail.

DATED this 16th day of July, 2012.

SNELL & WILMER L.L.P.

By: /s/Joseph A. Kroeger
   John F. Lomax, Jr.
   Brian J. Foster
   Joseph A. Kroeger
   One Arizona Center
   400 East Van Buren Street
   Suite 1900
   Phoenix, AZ 85004-2202
   Attorneys for Defendant

15473040.1

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M., OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

s/Rosemary Farley

- 2 -

15473040.1