John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren Street, Suite 1900
Phoenix, Arizona  85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email:  jlomax@swlaw.com
            bfoster@swlaw.com
            jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF SERVICE OF DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S FIRST AMENDED AND SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES**<br><br>Assigned to:  Hon. Roslyn O. Silver |

Defendant Swift Transportation Corporation ("Swift") hereby gives notice that on July 13, 2012, it served Swift's First Amended and Supplemental Responses to Plaintiffs' First Set of Interrogatories on Stumphauzer OToole McLaughlin McGlamery & Loughman Company via Federal Express Priority Overnight mail, and on Consumer Litigation Associates PC and Lubin & Enoch PC via U.S. Mail.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15473088.1

DATED this 16th day of July, 2012.

SNELL & WILMER L.L.P.

By: /s/Joseph A. Kroeger
John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, AZ 85004-2202
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that on July 16, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M., OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

s/Rosemary Farley

15473088.1

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000