LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:    (602) 234-0008
Facsimile:    (602) 626-3586
Email:    stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
Matthew A. Dooley (0081482)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email:    dotoole@sheffieldlaw.com
          apecora@sheffieldlaw.com
          mdooley@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (Virginia Bar #27523)
Susan M. Rotkis (Virginia Bar #40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
Email:    lenbennett@clalegal.com
          srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al | Case No.  2:11-cv-01548-PHX-ROS |
| Plaintiffs, | |
| v. | **AMENDED NOTICE OF DEPOSITION** |
| SWIFT TRANSPORTATION CORPORATION, | Assigned to: Hon. Roslyn O. Silver |
| Defendant. | |

TO:    John F. Lomax, Jr.

1  Brian J. Foster
2  Joseph A. Kroeger
   SNELL & WILMER
3  One Arizona Center
   400 E. Van Buren
4  Phoenix, AZ 85004-2202

5  You are hereby notified that, pursuant to Fed. R. Civ. P. 26 and 30, counsel for Plaintiffs

6  will take the oral deposition of the person whose name and address is stated below, at the time

7  and place stated below. Such deposition will be recorded by stenographic means by a court

8  reporter duly authorized to administer oaths. The taking of said deposition may be adjourned or

9  continued from time to time without further notice other than oral notice to counsel at the time of

10 such adjournment or continuance.

11 PERSON TO BE DEPOSED:         Doug Driscoll

12

13 DATE AND TIME OF DEPOSITION:  August 2, 2012 at 8:30 AM

14 LOCATION:                     Vernon & Associates Court Reporters
                                 3641 N. Pearl Street
15                               Tacoma, Washington 98407

16
       Any and all of said deposition testimony may be offered into evidence at the trial
17
   of the above-entitled and numbered cause.
18
       DATED this 24th day of July, 2012
19

20                               STUMPHAUZER, O'TOOLE, McLAUGHLIN,
                                 McGLAMERY & LOUGHMAN CO., LPA
21
                                 By: /s/ Matthew A. Dooley
22                               Matthew A. Dooley
                                 Dennis M. O'Toole
23                               Anthony R. Pecora
                                 5455 Detroit Road
24                               Sheffield Village, Ohio 44054
                                 Telephone:     (440) 930-4001
25                               Facsimile:     (440) 934-7208
                                 Email:         mdooley@sheffieldlaw.com
26                                              dotoole@sheffieldlaw.com
                                                apecora@sheffieldlaw.com
27                               *Counsel for Plaintiffs*

28

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24th, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by other means, as necessary pursuant to the Notice of Electronic Filing, to:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
Snell & Wilmer
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

                                                s/ Matthew A. Dooley
                                                Matthew A. Dooley
                                                *Counsel for Plaintiffs*