Stanley Lubin (#003076)
LUBIN AND ENOCH, P.C.
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Email:       stan@lubinandenoch.com

Dennis M. O'Toole (#0003274)
Anthony R. Pecora (#0069660)
Matthew A. Dooley (#0081482)
STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Email:       dotoole@sheffieldlaw.com
             apecora@sheffieldlaw.com
             mdooley@sheffieldlaw.com

Leonard A. Bennett (Virginia Bar #27523)
Susan M. Rotkis (Virginia Bar #40693)
CONSUMER LITIGATION ASSOCIATES, P.C.
12515 Warwick Boulevard, Suite 100
Newport News, Virginia 23606
Telephone:   (757) 930-3660
Email:       lenbennett@clalegal.com

John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Email:       jlomax@swlaw.com
             bfoster@swlaw.com
             jkroeger@swlaw.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**JOINT STATUS REPORT** |

15527033

Pursuant to this Court's Order (Doc. 35) at the parties' January 10, 2012 Scheduling Conference, the parties hereby submit their Joint Status Report.

The parties have engaged in extensive written discovery. Defendant has produced to Plaintiffs over 340,000 pages of documents, as well as two electronic databases. Defendant provided its Rule 26(a) Initial Disclosure Statement to Plaintiffs on January 9, and has produced a total of five Rule 26(e) supplemental disclosure statements to Plaintiffs to date. Defendant responded to Plaintiffs' First Set of Interrogatories on April 20, and has provided two amended and/or supplemental responses to those Interrogatories. Defendant responded to Plaintiffs' First Set of Requests for Production of Documents on April 20, and has since provided four amended and/or supplemental responses to those Requests for Production.

Plaintiffs provided their Initial Disclosure Statement to Defendant on January 9, 2012. On February 20, each of the three proposed class representatives provided their individual responses to Defendant's First Set of Non-Uniform Interrogatories, as well as to Defendant's Requests for Production.

On May 21, the parties jointly stipulated to the dismissal of proposed class representative Robert Bell Jr. without prejudice.

On June 11 and 12, Defendant took the depositions of the two remaining proposed class representatives, Tanna Hodges and Kelvin Daniel.

On June 20, the parties held a meet-and-confer telephone conference to discuss pending discovery considerations. During that call, Plaintiffs requested that Defendant provide information and documentation related to non-driver applicants as part of discovery. Defendant agreed to provide this information, while reserving its right to object to use of the information in the future. In addition, the parties reached an agreement by which Swift will not be required to provide documents related to those who sought employment with Swift before August 9, 2009, two years prior to the date that Plaintiffs' filed their initial Complaint, with Plaintiffs reserving the right to attempt to

- 2 -

15527033

certify a five-year class and to later request provision of this documentation if a five-year class is certified. The parties also addressed and resolved other pending discovery concerns and set a preliminary schedule for Plaintiffs to depose various Swift employees in Phoenix.

Since the June 20 call between counsel, Defendant has made several subsequent productions to further respond to the discovery requests and to address the discovery concerns dealt with in the call.

On August 1 and 2, Plaintiffs are scheduled to depose eight Swift employees, seven of them at Snell & Wilmer's Phoenix office and the final one via videoconference from the state of Washington to Snell & Wilmer's Phoenix office.

DATED this 25th day of July, 2012.

Respectfully Submitted,

STUMPHAUZER O'TOOLE MCLAUGHLIN
McGLAMERY & LOUGHMAN CO., LPA

/s/ Matthew A. Dooley

CONSUMER LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett

*Counsel for Plaintiffs*

SNELL & WILMER, LLP

/s/ Joseph A. Kroeger

*Counsel for Defendant*

- 3 -

15527033

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25th, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M. OToole
Anthony R. Pecora
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

/s/ Brenda J. Kroth

- 4 -

15527033