1  John F. Lomax, Jr. (#020224)
   Brian J. Foster (#012143)
2  Joseph A. Kroeger (#026036)
   SNELL & WILMER
3  One Arizona Center
   400 E. Van Buren
4  Phoenix, AZ 85004-2202
   Telephone: (602) 382-6000
5  Facsimile: (602) 382-6070
   Email: jlomax@swlaw.com
6          bfoster@swlaw.com
           jkroeger@swlaw.com
7  Attorneys for Defendant

8              IN THE UNITED STATES DISTRICT COURT

9                  FOR THE DISTRICT OF ARIZONA

10

11  KELVIN D. DANIEL, et al            Case No.  2:11-cv-01548-PHX-ROS

12                                     **NOTICE OF SERVICE OF**
                                       **DEFENDANT SWIFT**
13                 Plaintiffs,         **TRANSPORTATION CO. OF**
                                       **ARIZONA, LLC'S SECOND**
14  v.                                 **AMENDED RESPONSES TO**
                                       **PLAINTIFFS' FIRST SET OF**
15  SWIFT TRANSPORTATION               **INTERROGATORIES**
    CORPORATION,
16
                                       Assigned to:  Hon. Roslyn O. Silver
17                 Defendant.

18

19

20

21         Defendant Swift Transportation Corporation ("Swift") hereby gives notice that on

22  this date it served on the other parties, via Federal Express and/or United States Mail,

23  Swift's Second Amended Responses to Plaintiffs' First Set of Interrogatories.

24

25

26

27

28

15645990.1

1   DATED this 15th day of August, 2012.

2                              SNELL & WILMER L.L.P.

3

4              By:   /s/ Joseph A. Kroeger

5                    John F. Lomax, Jr.
                     Brian J. Foster
6                    Joseph A. Kroeger
                     One Arizona Center
7                    400 E. Van Buren
                     Phoenix, AZ  85004-2202
8                    Attorneys for Defendant

9                    **CERTIFICATE OF SERVICE**

          I hereby certify that on August 15, 2012, a copy of the foregoing will be served via
10   Federal Express to the following counsel of record:

11   Anthony R. Pecora
     Dennis M. OToole
12   Matthew A. Dooley
     Stumphauzer OToole McLaughlin
13   McGlamery & Loughman Company
     5455 Detroit Rd.
14   Sheffield Village, OH 44054

15        I further certify that on August 15, a copy of the foregoing was served via
     electronic mail and U.S. Mail, Postage Pre-Paid on the following counsel of record:
16

17   Stanley Lubin
     Nicholas Jason Enoch
     Lubin & Enoch PC
18   349 N 4th Ave
     Phoenix, AZ 85003
19

20   Leonard Anthony Bennett
     Susan Mary Rotkis
21   Consumer Litigation Associates PC
     12515 Warwick Blvd., Ste. 100
22   Newport News, VA 23606

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15645990.1