1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (003076)
2  349 North 4th Avenue
   Phoenix, Arizona 85003-1505
3  Telephone:   (602) 234-0008
   Facsimile:   (602) 626-3586
4  Email:   stan@lubinandenoch.com

5  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
6  Dennis M. O'Toole (0003274)
   Anthony R. Pecora (0069660)
7  Matthew A. Dooley (0081482)
   5455 Detroit Road
8  Sheffield Village, Ohio  44054
   Telephone:   (440) 930-4001
9  Facsimile:   (440) 934-7208
   Email:   dotoole@sheffieldlaw.com
10           apecora@sheffieldlaw.com
             mdooley@sheffieldlaw.com
11
   CONSUMER LITIGATION ASSOCIATES, P.C.
12 Leonard A. Bennett (Virginia Bar #27523)
   Susan M. Rotkis (Virginia Bar #40693)
13 763 J. Clyde Morris Blvd. 1-A
   Newport News, VA 23601
14 Telephone:   (757) 930-3660
   Facsimile:   (757) 930-3662
15 Email:   lenbennett@clalegal.com
            srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al | Case No.  2:11-cv-01548-PHX-ROS |
| Plaintiffs, | |
| v. | **NOTICE OF SUBPOENA** |
| SWIFT TRANSPORTATION CORPORATION, | Assigned to: Hon. Roslyn O. Silver |
| Defendant. | |

TO:   John F. Lomax, Jr.
      Brian J. Foster
      Joseph A. Kroeger
      SNELL & WILMER
      One Arizona Center
      400 E. Van Buren
      Phoenix, AZ  85004-2202

1 | Please take notice, pursuant to Federal Rule of Civil Procedure 45, that counsel for Plaintiffs, Kelvin D. Daniel and Tanna L. Hodges, intends to serve a Subpoena, in the form attached hereto, on HireRight Solutions, Inc. on August 27, 2012 or as soon thereafter as service may be effectuated.

DATED this 27th day of August, 2012

                    STUMPHAUZER, O'TOOLE, McLAUGHLIN,
                    McGLAMERY & LOUGHMAN CO., LPA

                    By: /s/ Matthew A. Dooley
                    Matthew A. Dooley
                    Dennis M. O'Toole
                    Anthony R. Pecora
                    5455 Detroit Road
                    Sheffield Village, Ohio  44054
                    Telephone:   (440) 930-4001
                    Facsimile:   (440) 934-7208
                    Email:        mdooley@sheffieldlaw.com
                                    dotoole@sheffieldlaw.com
                                    apecora@sheffieldlaw.com
                    *Counsel for Plaintiffs*

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 27th, 2012, I electronically transmitted the above and foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by other means, as necessary pursuant to the Notice of Electronic Filing, to:

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601

John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
Snell & Wilmer
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

                                                      s/ Matthew A. Dooley
                                                      Matthew A. Dooley
                                                      *Counsel for Plaintiffs*