1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (003076)
2  349 North 4th Avenue
   Phoenix, Arizona 85003-1505
3  Telephone:    (602) 234-0008
   Facsimile:    (602) 626-3586
4  Email:    stan@lubinandenoch.com

5  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
6  Dennis M. O'Toole (0003274)
   Anthony R. Pecora (0069660)
7  Matthew A. Dooley (0081482)
   5455 Detroit Road
8  Sheffield Village, Ohio  44054
   Telephone:    (440) 930-4001
9  Facsimile:    (440) 934-7208
   Email:        dotoole@sheffieldlaw.com
10               apecora@sheffieldlaw.com
                 mdooley@sheffieldlaw.com
11
   CONSUMER LITIGATION ASSOCIATES, P.C.
12 Leonard A. Bennett (Virginia Bar #27523)
   Susan M. Rotkis (Virginia Bar #40693)
13 763 J. Clyde Morris Blvd. 1-A
   Newport News, VA 23601
14 Telephone:    (757) 930-3660
   Facsimile:    (757) 930-3662
15 Email:        lenbennett@clalegal.com
                 srotkis@clalegal.com
16
                 IN THE UNITED STATES DISTRICT COURT
17
                    FOR THE DISTRICT OF ARIZONA
18

19 KELVIN D. DANIEL, et al                    Case No.  2:11-cv-01548-PHX-ROS
20            Plaintiffs,
21 v.                                          **PLAINTIFFS' NOTICE OF F.R.C.P.
                                               30(B)(6) CORPORATE
22 SWIFT TRANSPORTATION                        DEPOSITION(S) OF DEFENDANT
   CORPORATION,                                SWIFT TRANSPORTATION
23                                             CORPORATION**
             Defendant.
24
25                                             Assigned to: Hon. Roslyn O. Silver

26 TO:    John F. Lomax, Jr.
          Brian J. Foster
27        Joseph A. Kroeger
          SNELL & WILMER
28

One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202

You are hereby notified that, pursuant to Federal Rule of Civil Procedure 30(b)(6), counsel for Plaintiffs hereby notices the deposition of Defendant Swift Transportation Corporation as an organization on the topics detailed in Exhibit "A". Defendant Swift Transportation Corporation shall identify the person(s) who will speak on its behalf on each topic detailed in Exhibit "A" at least seven (7) days before the deposition. Such deposition will be recorded by stenographic means by a court reporter duly authorized to administer oaths. The taking of said deposition may be adjourned or continued from day to day until completed. The taking of said deposition may occur over several days if more than one person is necessary to provide the information requested. This will occur without further notice other than oral notice to counsel at the time of such adjournment or continuance.

DATE AND TIME OF DEPOSITION:   September 10th, 2012 at 11 A.M. EST

LOCATION:                                  Snell & Wilmer, LLP
                                                   One Arizona Center
                                                   400 East Van Buren Street
                                                   Suite 1900
                                                   Phoenix, Arizona 85004

Any and all of said deposition testimony may be offered into evidence at the trial of the above-entitled and numbered cause.

DATED this 30th day of August, 2012

STUMPHAUZER, O'TOOLE, McLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA

By:  /s/ Matthew A. Dooley
Matthew A. Dooley

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dennis M. O'Toole
Anthony R. Pecora
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:     (440) 930-4001
Facsimile:     (440) 934-7208
Email:         mdooley@sheffieldlaw.com
               dotoole@sheffieldlaw.com
               apecora@sheffieldlaw.com
*Counsel for Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

2

3        I hereby certify that on August 30, 2012, I electronically transmitted the above and

4   foregoing to the Clerk's Office using the ECF System for filing, and furnished a copy by

5   other means, as necessary pursuant to the Notice of Electronic Filing, to:

6   Stanley Lubin
    Lubin & Enoch PC
7   349 N 4th Ave
    Phoenix, AZ 85003

8   Leonard Anthony Bennett
    Susan Mary Rotkis
9   Consumer Litigation Associates PC
    763 J. Clyde Morris Blvd. 1-A
10  Newport News, VA 23601

11  John F. Lomax, Jr.
    Brian J. Foster
12  Joseph A. Kroeger
    Snell & Wilmer
13  One Arizona Center
    400 E. Van Buren
14  Phoenix, AZ  85004-2202

15

16                                    s/ Matthew A. Dooley
                                      Matthew A. Dooley
17                                    *Counsel for Plaintiffs*

18

19

20

21

22

23

24

25

26

27

28

## EXHIBIT "A"

1. The number of applicants who applied to Swift electronically, by phone, or by facsimile each calendar year from 2006 through 2012.

2. The identity of applicants who applied to you electronically, by phone or by facsimile and about whom Swift obtained a consumer report for employment purposes between 2006 and the present.

3. The number of applicants who were denied employment by you based in whole or in part on information contained in a consumer report each calendar year from 2006 through 2012.

4. The identity of applicants who were denied employment by you based in whole or in part on information contained in a consumer report between 2006 and the present.

5. Swift's policy for notifying consumers who applied to Swift electronically, by phone, or by facsimile between 2006 and the present of the information required by 15 § U.S.C. 1681b(b)(2)(B).

6. Your technological and record-keeping ability to determine class membership for each class alleged in the First Amended Complaint (and for variations of these alleged class definitions).

7. Swift's policy for notifying consumers who applied to Swift electronically, by phone, or by facsimile for each calendar year from 2006 through 2012, and who were denied employment based in whole or in part on a consumer report, of the information required by 15 U.S.C. § 1681b(b)(3)(B)(i).

8. Swift's policy of complying with the provisions of 15 U.S.C. § 1681b(b)(3)(B)(ii) for each calendar year from 2006 through 2012.

9. The identity of applicants who requested from Swift, a copy of their consumer report used by Swift for employment purposes for each calendar year from 2006 through 2012.

10. All fact evidence in your possession or control which supports or may support your claim that there are differences between putative class members that would be material to the merits of the Plaintiffs' claims.

11. All fact evidence in your possession or control that supports or may support your claim that there are differences between putative class members that would be material to class certification.

12. All fact testimony previously provided in this case by any of your employees that you contend was inaccurate or incorrect.

13. The substance of any and all communications you have had with HireRight, Inc. or HireRight Solutions, Inc., or any of their agents, regarding this case or the allegations and facts alleged therein.

14. All fact evidence in your possession or control that supports or may support your claim that any of the Named Plaintiffs or their counsel are not adequate representatives for the putative classes.

15. All fact evidence in your possession or control that supports or may support your claim that individual issues in this case would predominate over classwide issues such to preclude class certification.

16. All fact evidence in your possession or control which supports or may support your claim that any of the putative class members in this case would lose actual damages caused by your violation(s) of the FCRA if the case proceeded on a class basis and sought only statutory and punitive damages.