1   John F. Lomax, Jr. (#020224)
    Brian J. Foster (#012143)
2   Joseph A. Kroeger (#026036)
    SNELL & WILMER
3   One Arizona Center
    400 E. Van Buren
4   Phoenix, AZ  85004-2202
    Telephone: (602) 382-6000
5   Facsimile: (602) 382-6070
    Email:  jlomax@swlaw.com
6           bfoster@swlaw.com
            jkroeger@swlaw.com
7   Attorneys for Defendant

8               IN THE UNITED STATES DISTRICT COURT

9                   FOR THE DISTRICT OF ARIZONA

10

11  KELVIN D. DANIEL, et al                 Case No.  2:11-cv-01548-PHX-ROS

12                                          **NOTICE OF SERVICE OF
                                            DEFENDANT SWIFT
13                Plaintiffs,               TRANSPORTATION CO. OF
                                            ARIZONA, LLC'S TENTH
14  v.                                      SUPPLEMENTAL DISCLOSURE
                                            STATEMENT**
15  SWIFT TRANSPORTATION
    CORPORATION,                            Assigned to:  Hon. Roslyn O. Silver
16

17                Defendant.

18

19

20          Defendant Swift Transportation Corporation ("Swift") hereby gives notice that, on

21  this date, it served upon the other parties, via E-Mail, Swift's Tenth Supplemental

22  Disclosure Statement.

23

24

25

26

27

28

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

DATED this 10th day of September, 2012.

SNELL & WILMER L.L.P.


By:   *s/ John F. Lomax, Jr.*
John F. Lomax, Jr.
Brian J. Foster
Joseph A. Kroeger
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Attorneys for Defendant


## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 10, 2012, a copy of the foregoing was served via E-Mail to the following counsel of record:

Anthony R. Pecora
Dennis M. OToole
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606


*s/ Jeannie Fisher*

15795812.1