LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:    (602) 234-0008
Facsimile:    (602) 626-3586
Email:        Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (0081482)
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email:        mdooley@sheffieldlaw.com
              dotoole@sheffieldlaw.com
              apecora@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
Email:        lenbennett@clalegal.com
              srotkis@clalegal.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelvin D. Daniel, et al )<br>)<br>          Plaintiffs,       )<br>)<br>    vs.                    )<br>Swift Transportation Co., )<br>)<br>          Defendant        )<br>)<br>_____) | **Case No.: 2:11-CV-01548-ROS**<br><br>**NOTICE OF SERVICE OF PLAINTIFFS' SUPPLEMENTAL ANSWERS TO DEFENDANT'S FIRST SET OF INTERROGATORIES AND SUPPLEMENTAL RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION.** |

1

Plaintiffs, Kelvin D. Daniel and Tanna Hodges on behalf of themselves and all other similarly situated individuals hereby submit notice of the electronic service on August 31, 2012 of their Supplemental Answers to Defendant's First Set of Interrogatories and Supplemental Responses to Defendant's First Request for Production pursuant to L.R. Civ. 5.2.

Dated: September 11, 2012

                Respectfully Submitted,

                STUMPHAUZER O'TOOLE MCLAUGHLIN McGLAMERY LOUGHMAN CO LPA

                /s/ Matthew A. Dooley
                /s/ Anthony R. Pecora
                /s/ Dennis M. O'Toole

                LUBIN AND ENOCH, P.C.

                /s/ Stanley Lubin

                LITIGATION ASSOCIATES, P.C.

                /s/ Leonard A. Bennett

                *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Notice of Service of Plaintiffs' Supplemental Answers to Defendant's First Set of Interrogatories and Supplemental Responses to Defendant's Request for Production was filed electronically this 11th day of September, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Matthew A. Dooley
*Counsel for Plaintiffs*