John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email: jlomax@swlaw.com
       bfoster@swlaw.com
       jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**NOTICE OF SERVICE OF DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S ELEVENTH SUPPLEMENTAL DISCLOSURE STATEMENT, THIRD AMENDED RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES, AND ELEVENTH SUPPLEMENTAL RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**<br><br>Assigned to:  Hon. Roslyn O. Silver |

Defendant Swift Transportation Co. of Arizona, LLC ("Swift") hereby gives notice that, on September 11, 2012, it served upon the parties Swift's Eleventh Supplemental Disclosure Statement, Third Amended Responses to Plaintiffs' First Set of Interrogatories, and Eleventh Supplemental Responses to Plaintiffs' First Request for Production of Documents, as follows:  originals via Fedex to Anthony R. :Pecora, Dennis M. OToole, and Matthew A. Dooley of Stumphauzer OToole McLaughlin; and copies via E-Mail to Stanley Lubin of Lubin & Enoch PC, and Leonard Anthony Bennett and Susan Mary Rotkis of Consumer Litigation Associates PC.

DATED this 12th day of September, 2012.

SNELL & WILMER L.L.P.

By: *s/ John F. Lomax, Jr.*
    John F. Lomax, Jr.
    Brian J. Foster
    Joseph A. Kroeger
    One Arizona Center
    400 E. Van Buren
    Phoenix, AZ  85004-2202
    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Anthony R. Pecora
Dennis M. OToole
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Stanley Lubin
Nicholas Jason Enoch
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
12515 Warwick Blvd., Ste. 100
Newport News, VA 23606

*s/ Jeannie Fisher*

15805733.1