```
LUBIN AND ENOCH, P.C.
Stanley Lubin (003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:     (602) 234-0008
Facsimile:     (602) 626-3586
Email:         Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (0081482)
Dennis M. O'Toole (0003274)
Anthony R. Pecora (0069660)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:     (440) 930-4001
Facsimile:     (440) 934-7208
Email:         mdooley@sheffieldlaw.com
               dotoole@sheffieldlaw.com
               apecora@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:     (757) 930-3660
Facsimile:     (757) 930-3662
Email:         lenbennett@clalegal.com
               srotkis@clalegal.com
```

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Kelvin D. Daniel, et al ) | |
| ) | |
| Plaintiffs, ) | **Case No.: 2:11-CV-01548-ROS** |
| ) | |
| vs. ) | **NOTICE OF SERVICE OF** |
| Swift Transportation Co., ) | **DISCOVERY ANSWERS** |
| ) | |
| Defendant ) | |
| ) | |
| _____ ) | |

1

1  Plaintiffs, Kelvin D. Daniel and Tanna Hodges on
2  behalf of themselves and all other similarly situated
3  individuals hereby submit notice of the electronic
4  service on September 14, 2012 of Tanna Hodges' Answers
5  to Defendant's Second Set of Interrogatories and Second
6  Set of Request for Production along with Kelvin
7  Daniel's Answers to Defendant's Second Set of
8  Interrogatories pursuant to L.R. Civ. 5.2.

Dated: September 14, 2012

    Respectfully Submitted,

    STUMPHAUZER O'TOOLE MCLAUGHLIN McGLAMERY LOUGHMAN CO LPA

    /s/ Matthew A. Dooley
    /s/ Anthony R. Pecora
    /s/ Dennis M. O'Toole

    LUBIN AND ENOCH, P.C.

    /s/ Stanley Lubin

    LITIGATION ASSOCIATES, P.C.

    /s/ Leonard A. Bennett

    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Notice of Service of Discovery Answers was filed electronically this 14th day of September, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Matthew A. Dooley
*Counsel for Plaintiffs*