STATE OF CALIFORNIA

COUNTY OF SAN BERNARDINO

DECLARATION OF CHARLIE ANDERSON

1. My name is Charlie Anderson, and I understand and have been advised that Swift Transportation Co. of Arizona, LLC is a defendant in a proposed class action lawsuit pending in the United States District Court for the District of Arizona, that the lawsuit involves alleged violations of the Fair Credit Reporting Act, and that this declaration may be used in that lawsuit. I have personal knowledge of the following facts in this declaration.

2. I have provided this declaration voluntarily and not under coercion or duress. I have not received any benefits for providing this declaration, and I have not been threatened with any adverse employment action. I have had an opportunity to review and correct any provisions of this declaration.

3. I work for Swift Transportation of Arizona, LLC ("Swift") as a Driver. I have worked for Swift since January 2010. My home address is ▅▅▅▅▅▅▅▅▅▅ ▅▅▅▅▅▅▅▅ and I work out of the Atlanta terminal.

4. I applied to work for Swift on or about January 2010, and I applied to be a Driver. I did not apply for any other position with Swift. I applied for employment with Swift via telephone.

5. At the time I applied for employment at Swift, I had my commercial drivers license, but I did not have any driving experience.

6. Since August 2006, I have applied to work for Swift on 1 occasion, which I did by telephone.

7. I have been a commercial truck driver since August 2009 when I first obtained my commercial driver's license. Since at least then, I have known that the U.S. Department of Transportation requires trucking companies to gather background information on applicants for hiring including a confirmation that its commercial driver's license is current and the employee's history with other trucking companies. I also have known that trucking companies run criminal background searches on applicants.

8. I understood when I applied for employment with Swift that Swift would use another company to obtain my criminal background report, my employment history with other trucking companies, my motor vehicle reports, and to confirm my commercial driver's license was valid. This is common knowledge among those applying to be drivers in the commercial truck driving industry.

Page 1 of 3

15562405.1

Exhibit B

STC645091

9. I spoke with a Swift recruiter, and I spoke with a recruiter before my application was submitted to Swift. The Swift recruiter with whom I worked was named Ms. Brown. Our communications were conducted in on the phone.

10. The Swift recruiter told me the eligibility requirements for becoming a Swift employee. I was told that, to be eligible for employment with Swift, I needed to have a commercial drivers license, pass a background check and a drug test, and have medical clearance.

11. The Swift recruiter reviewed my application materials to ensure that they were complete.

12. The Swift recruiter told me me that Swift would be obtaining my motor vehicle reports and DAC reports (prior driving history) from another company. I did not object to Swift obtaining my motor vehicle reports and DAC reports.

13. The Swift recruiter told me that Swift would be obtaining my criminal background reports from another company. I did not object to Swift obtaining that information from another company.

14. I did not work with any other recruiters at Swift.

15. I have not been convicted of crimes.

16. Since I applied to work for Swift, I have not received a copy of my criminal background report.

17. Before beginning work at Swift, I took a drug test as part of Swift's hiring process. If applicable, I passed the drug test.

18. Before beginning work at Swift, I took a road test as part of Swift's hiring process. If applicable, I passed the road test.

19. Before beginning work at Swift, I attended an orientation for Swift in Greer, South Carolina. While I was at the orientation, I was reminded to disclose fully any convictions and to accurately answer all application questions and I reviewed a video about the importance of accurately disclosing my background at the orientation.

20. I reviewed and signed my employment application at orientation after confirming again that it was accurate.

21. Other than Swift recruiters and investigators, I did not speak with another Swift employee during the application process.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August __9__, 2012.

Signature: _Charlie Anderson_

Print Name: _Charlie Anderson Jr_

STATE OF COLORADO

COUNTY OF DENVER

DECLARATION OF JESSE L. BARGER

1. My name is Jesse Barger, and I understand and have been advised that Swift Transportation Co. of Arizona, LLC is a defendant in a proposed class action lawsuit pending in the United States District Court for the District of Arizona, that the lawsuit involves alleged violations of the Fair Credit Reporting Act, and that this declaration may be used in that lawsuit. I have personal knowledge of the following facts in this declaration.

2. I have provided this declaration voluntarily and not under coercion or duress. I have not received any benefits for providing this declaration, and I have not been threatened with any adverse employment action. I have had an opportunity to review and correct any provisions of this declaration.

3. I work for Swift Transportation of Arizona, LLC ("Swift") as a company driver. I have worked for Swift since February 3, 2012. My home address is ▮▮▮▮▮▮▮▮▮▮▮▮, and I work out of the Phoenix, AZ terminal.

4. I applied to work for Swift on or about January 2012: I applied to be a driver; I did not apply for any other position with Swift. I applied for employment with Swift via the internet.

5. At the time, I applied for employment at Swift, I was an experienced driver, but because of the time lapse between this job and my last driving job I applied as a trainee.

6. Since August 2006, I have applied to work for Swift on one occasion. Each time I applied I did so via the internet.

7. I have been a commercial truck driver since 1986 when I first obtained my commercial driver's license. Since at least then, I have known that the U.S. Department of Transportation requires trucking companies to gather background information on applicants for hiring including a confirmation that its commercial driver's license is current and the employee's history with other trucking companies. I also have known that trucking companies run criminal background searches on applicants.

8. I understood when I applied for employment with Swift that Swift would use another company to obtain my criminal background report, my employment history with other trucking companies, my motor vehicle reports, and to confirm my commercial driver's license was valid. I am unaware of whether this is common knowledge among those applying to be drivers in the commercial truck driving industry.

STC645094

9. I spoke with a Swift recruiter. If applicable, I spoke with a recruiter after my application was submitted to Swift. If applicable, the Swift recruiter with whom I worked was named Cindy Bouch. Our communications were conducted via telephone. and email.

10. The Swift recruiter sent me information about the eligibility requirements for becoming a Swift employee, which I had already fulfilled through my school. I do not recall what I was told about the eligibility requirements.

11. The Swift recruiter reviewed my application materials to ensure that they were complete.

12. I do not recall if the Swift recruiter told me that Swift would be obtaining my motor vehicle reports and DAC reports (prior driving history) from another company.

13. The Swift recruiter did not tell me that Swift would be obtaining my criminal background reports from another company, but in my case I did not give the recruiter a reason to use a third party. I obtained information from Las Vegas Metropolitan Police Department and provided it directly to Swift. I do not know if they obtained more information from another source.

14. I did not work with any other recruiters at Swift.

15. I have been convicted of any crimes. I also completed a written Conviction Form at the request of Swift.

16. Since I applied to work for Swift, I have received a copy of my criminal background report. If applicable, I received my criminal background from the Las Vegas Metropolitan Police Department; it was correct.

17. Before beginning work at Swift, I did take a drug test as part of Swift's hiring process. If applicable, I passed the drug test.

18. Before beginning work at Swift, I took a road test as part of Swift's hiring process. If applicable, I passed the road test.

19. Before beginning work at Swift, I attended an orientation for Swift in Phoenix, AZ. If applicable, while I was at the orientation, I was reminded to disclose fully any convictions and to accurately answer all application questions, and I do not recall if I reviewed a video about the importance of accurately disclosing my background at the orientation.

20. I did review and sign my employment application at orientation after confirming again that it was accurate.

21. Other than Swift recruiters and investigators, I did speak with another Swift employee during the application process. If applicable, I spoke with Jack, who lead the orientation,

STC645095

Toni Trent, who is in charge of driver development and making sure all of the paper work is complete.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2012.

Signature: _Jesse Barger_

Print Name: _JESSE BARGER_

Applied – Not Hired

STATE OF NEVADA

DECLARATION OF Shawn Donley

COUNTY OF CLARK

1. My name is **Shawn Donley**, and I understand and have been advised that Swift Transportation Co. of Arizona, LLC is a defendant in a proposed class action lawsuit pending in the United States District Court for the District of Arizona, that the lawsuit involves alleged violations of the Fair Credit Reporting Act, and that this declaration may be used in that lawsuit. I have personal knowledge of the following facts in this declaration.

2. I have provided this declaration voluntarily and not under coercion or duress. I have not received any benefits for providing this declaration, and I have not been threatened with any adverse employment action. I have had an opportunity to review and correct any provisions of this declaration.

3. I applied to work for Swift on or about **July/Aug 2010** I applied to be a/an **truck driver**; I did not apply for any other position with Swift. I applied for employment with Swift via (check the applicable box):

   ☒ Internet
   ☐ U.S. mail
   ☐ E-mail
   ☐ Telephone or facsimile
   ☐ In person at Swift's _____ location
   ☐ Do not remember.

4. At the time, I applied for employment at Swift, I was (check applicable box):

   ☒ An academy driver; I did not have a CDL and needed to attend a Swift driving school;
   ☐ A trainee driver;
   ☐ An experienced driver;
   ☐ A rehire driver; I had previously worked for Swift.

   If I was a Swift academy applicant, I passed /(did not pass (circle one)) the mandatory on-line test. — didn't take
   If I was a Swift academy applicant, I graduated /(did not graduate)(circle one) from the Swift academy.

5. Since August 2006, I have applied to work for Swift on **1** occasions. Each time I applied I did so via **internet**.

Page 1 of 4

Initial **SAD**

Applied - Not Hired

6. I have been a commercial truck driver since ___N/A trainee driver but haven't driven yet___ when I first obtained my commercial driver's license. Since at least then, I have **known** / not known (circle one) that the U.S. Department of Transportation requires trucking companies to gather background information on applicants for hiring including a confirmation that its commercial driver's license is current and the employee's history with other trucking companies. I also have **known** / not known (circle one) that trucking companies run criminal background searches on applicants.

7. I **understood** / did not understand (circle one) when I applied for employment with Swift that Swift would use another company to obtain my criminal background report, my employment history with other trucking companies, my motor vehicle reports, and to confirm my commercial driver's license was valid. This **is** / is not (circle one) common knowledge among those applying to be drivers in the commercial truck driving industry.

8. I **spoke** / did not speak (circle one) with a Swift recruiter. If applicable, I spoke with a recruiter **before** / after (circle one) my application was submitted to Swift. If applicable, the Swift recruiter with whom I worked was named ___don't recall, female, CA___ Our communications were conducted via (check all that are applicable):

    ☒ Telephone
    ☐ E-mail
    ☐ In-person. If in-person, I worked with the recruiter at the _____ location.

9. The Swift recruiter told me / **did not tell me** (circle one) the eligibility requirements for becoming a Swift employee. ~~If applicable, I was told that, to be eligible for employment with Swift, I needed _____~~

10. The Swift recruiter reviewed / **did not review** (circle one) my application materials to ensure that they were complete.

11. The Swift recruiter told me / **did not tell me** (circle one) that Swift would be obtaining my motor vehicle reports and DAC reports (prior driving history) from another company. ~~I objected / did not object (circle one) to Swift obtaining that information from another company.~~

12. The Swift recruiter **told me** / did not tell me (circle one) that Swift would be obtaining my criminal background reports from another company. I objected / **did not object** (circle one) to Swift obtaining that information from another company.

13. I did / **did not** (circle one) work with any other recruiters at Swift. If applicable, I spoke with ___ recruiter(s). I communicated with them via _____ _____. That recruiter told me _____ _____.

Page 2 of 4

Initial SAD

STC645113

Applied - Not Hired

14. **I have** / have not (circle one) been convicted of any crimes. —over 10 years ago— If applicable, I also completed / **did not complete** (circle one) a written Conviction Form at the request of Swift.

15. Since I applied to work for Swift, I have / **have not** (circle one) received a copy of my criminal background report. ~~If applicable, I received my criminal background from _____; it was correct / incorrect (circle one); I challenged / did not challenge (circle one) the accuracy of the report by contacting _____; and I acted / did not act (circle one) to correct the report by contacting _____.~~

16. ~~During the application process with Swift, I also spoke with an employee in Swift's Security or Investigations department. I spoke with _____. The Swift investigator asked me about _____. I told the investigator about _____. That conversation occurred over the phone / in-person (circle one). I spoke with a Swift investigator on ___ occasions. In those conversations, the investigator told me _____.~~

17. ~~If I discussed my criminal background with a Swift investigator, I challenged or questioned / did not challenge or question (circle one) in my report. If I challenged or questioned the report, the Swift investigator told me _____.~~

18. I did not receive an offer of employment from Swift. I believe the reason I did not get an offer was **felony convictions** _____. A Swift employee **did** / did not (circle one) tell me the reason I did not get an offer.

19. During the application process with Swift, I took / **did not take** (circle one) a road test as part of Swift's hiring process. ~~If applicable, I passed / did not pass (circle one) the road test.~~

20. Other than Swift recruiters and investigators, I did / **did not** (circle one) speak with another Swift employee during the application process. ~~If applicable, I spoke with _____ via _____.~~

21. My home address is ████████████████████.

22. _____

Page 3 of 4

Initial SAO

STC645114

Applied – Not Hired

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 8, 2012.

Signature: _____

Print Name: Shawn Donley

STATE OF __Colorado__

COUNTY OF __Denver__

DECLARATION OF __Jason Judkins__

1. My name is __Jason Judkins__, and I understand and have been advised that Swift Transportation Co. of Arizona, LLC is a defendant in a proposed class action lawsuit pending in the United States District Court for the District of Arizona, that the lawsuit involves alleged violations of the Fair Credit Reporting Act, and that this declaration may be used in that lawsuit. I have personal knowledge of the following facts in this declaration.

2. I have provided this declaration voluntarily and not under coercion or duress. I have not received any benefits for providing this declaration, and I have not been threatened with any adverse employment action. I have had an opportunity to review and correct any provisions of this declaration.

3. I work for Swift Transportation of Arizona, LLC ("Swift") as a/an __Commercial Driver__. I have worked for Swift since __March 2011__. My home address is _____, and I work out of the __Denver__ terminal.

4. I applied to work for Swift on or about __March 2011__; I applied to be a/an __driver__ _____; I did not apply for any other position with Swift. I applied for employment with Swift via (check the applicable box):

   ☒ Internet
   ☐ U.S. mail
   ☐ E-mail
   ☐ Telephone or facsimile
   ☐ In person at Swift's _____ location
   ☐ Do not remember.

5. At the time, I applied for employment at Swift, I was (check applicable box):

   ☐ An academy driver; I did not have a CDL and needed to attend a Swift driving school;
   ☒ A trainee driver;
   ☐ An experienced driver;
   ☐ A rehire driver; I had previously worked for Swift.

   If I was a Swift academy applicant, I passed / did not pass (circle one) the mandatory on-line test. If I was a Swift academy applicant, I graduated / did not graduate (circle one) from the Swift academy.   N/A

Page 1 of 4

Initial __JJ__

STC645130

6. Since August 2006, I have applied to work for Swift on __1__ occasions. Each time I applied I did so via __Internet__.

7. I have been a commercial truck driver since __March 2011__ when I first obtained my commercial driver's license. Since at least then, I have **known** / not known (circle one) that the U.S. Department of Transportation requires trucking companies to gather background information on applicants for hiring including a confirmation that its commercial driver's license is current and the employee's history with other trucking companies. I also have **known** / not known (circle one) that trucking companies run criminal background searches on applicants.

8. **I understood** / did not understand (circle one) when I applied for employment with Swift that Swift would use another company to obtain my criminal background report, my employment history with other trucking companies, my motor vehicle reports, and to confirm my commercial driver's license was valid. Th**is is** / is not (circle one) common knowledge among those applying to be drivers in the commercial truck driving industry.

9. I **spoke** / did not speak (circle one) with a Swift recruiter. If applicable, I spoke with a recruiter **before** / after (circle one) my application was submitted to Swift. If applicable, the Swift recruiter with whom I worked was named __Kevin Hayes__. Our communications were conducted via (check all that are applicable):

    ☑ Telephone
    ☐ E-mail
    ☐ In-person. If in-person, I worked with the recruiter at the _____ location.

10. The Swift recruiter **told me** / did not tell me (circle one) the eligibility requirements for becoming a Swift employee. If applicable, I was told that, to be eligible for employment with Swift, I needed __employment history, valid CDL, up to date physical, criminal background check__.

11. The Swift recruiter **reviewed** / did not review (circle one) my application materials to ensure that they were complete.

12. The Swift recruiter **told me** / did not tell me (circle one) that Swift would be obtaining my motor vehicle reports and DAC reports (prior driving history) from another company. I objected / **did not object** (circle one) to Swift obtaining that information from another company.

13. The Swift recruiter **told me** / did not tell me (circle one) that Swift would be obtaining my criminal background reports from another company. I objected / **did not object** (circle one) to Swift obtaining that information from another company.

Page 2 of 4

Initial: _JJ_

STC645131

14. I did / **did not** (circle one) work with any other recruiters at Swift. If applicable, I spoke with ___ recruiter(s). I communicated with them via _____ _____. That recruiter told me _____

15. I have / **have** not (circle one) been convicted of any crimes. If applicable, I also **completed** / did not complete (circle one) a written Conviction Form at the request of Swift.

16. Since I applied to work for Swift, I have / have not (circle one) [Not sure] received a copy of my criminal background report. If applicable, I received my criminal background from ___ _____; it was **correct** / **incorrect** (circle one); I challenged / **did not challenge** (circle one) the accuracy of the report by contacting ___ _____; and I acted / **did not act** (circle one) to correct the report by contacting _____.

17. Before beginning work at Swift, I also spoke with an employee in Swift's Security or Investigations department. I spoke with _____. The Swift investigator asked me about _____. I told the investigator about _____. That conversation occurred over the phone / in-person (circle one). I spoke with a Swift investigator on ___ occasions. In those conversations, the investigator told me _____. [N/A]

18. If I discussed my criminal background with a Swift investigator, I challenged or questioned / did not challenge or question (circle one) in my report. If I challenged or questioned the report, the Swift investigator told me _____. [N/A]

19. Before beginning work at Swift, **I did** / did not (circle one) take a drug test as part of Swift's hiring process. If applicable, I **passed** / did not pass (circle one) the drug test.

20. Before beginning work at Swift, **I took** / did not take (circle one) a road test as part of Swift's hiring process. If applicable, I **passed** / did not pass (circle one) the road test.

21. Before beginning work at Swift, **I attended** / did not attend (circle one) an orientation for Swift in Denver. If applicable, while I was at the orientation, I was **reminded** / not reminded (circle one) to disclose fully any convictions and to accurately answer all application questions, and **I reviewed** / did not review (circle one) a video about the importance of accurately disclosing my background at the orientation.

22. **I did** / did not (circle one) review and sign my employment application at orientation after confirming again that it was accurate.

Page 3 of 4

Initial _____

23. Other than Swift recruiters and investigators, I did / did not (circle one) speak with another Swift employee during the application process. If applicable, I spoke with _____ _____ via _____.

24. If it is determined that I am a member of the proposed class of plaintiffs in this case, I would want to recover: Nothing _____
_____
_____.

25. _____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2012.

Signature: /s/ _____

Print Name: Jason M Judkins

Page 4 of 4

Initial: _____

STC645133

STATE OF UTAH

COUNTY OF SALT LAKE
                  DECLARATION OF DENNIS R. CARLISLE, JR.

1. My name is Dennis R. Carlisle, Jr., and I understand and have been advised that Swift Transportation Co. of Arizona, LLC is a defendant in a proposed class action lawsuit pending in the United States District Court for the District of Arizona, that the lawsuit involves alleged violations of the Fair Credit Reporting Act, and that this declaration may be used in that lawsuit. I have personal knowledge of the following facts in this declaration.

2. I have provided this declaration voluntarily and not under coercion or duress. I have not received any benefits for providing this declaration, and I have not been threatened with any adverse employment action. I have had an opportunity to review and correct any provisions of this declaration.

3. I work for Swift Transportation of Arizona, LLC ("Swift") as a Hostler/Truck Driver. I have worked for Swift since February 7, 2007. My home address is ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ and I work out of the Salt Lake/Costco terminal.

4. I applied to work for Swift in or about January 2007. I applied to be a Truck Driver; I did not apply for any other position with Swift. I applied for employment with Swift via recruiter.

5. At the time, I applied for employment at Swift, I was a Truck Driver with Warner Enterprises.

6. Since August 2006, I have applied to work for Swift only on that occasion.

7. I have been a commercial truck driver since in or about September 2005 when I first obtained my commercial driver's license. Since at least then, I have known that the U.S. Department of Transportation requires trucking companies to gather background information on applicants for hiring including a confirmation that its commercial driver's license is current and the employee's history with other trucking companies. I also have known that trucking companies run criminal background searches on applicants.

8. I understood when I applied for employment with Swift that Swift would use another company to obtain my criminal background report, my employment history with other trucking companies, my motor vehicle reports, and to confirm my commercial driver's license was valid. I do not believe this is common knowledge among those applying to be drivers in the commercial truck driving industry.

9. I spoke with a Swift recruiter, whose name I cannot recall. Our communications were conducted via telephone.

Page 1 of 2

STC645100

10. Because of the time that has elapsed I do not recall whether the Swift recruiter spoke to me concerning the eligibility requirements for becoming a Swift employee.

11. The Swift recruiter reviewed my application materials to ensure that they were complete.

12. I do not recall whether the Swift recruiter told me that Swift would be obtaining my motor vehicle reports and DAC reports (prior driving history) from another company.

13. I do not recall whether the Swift recruiter told me that Swift would be obtaining my criminal background reports from another company.

14. I did not work with any other recruiters at Swift.

15. I have not been convicted of any crimes.

16. Since I applied to work for Swift, I cannot recall receiving a copy of my criminal background report.

17. Before beginning work at Swift, I took and passed a drug test as part of Swift's hiring process.

18. Before beginning work at Swift, I took and passed a road test as part of Swift's hiring process.

19. Before beginning work at Swift, I attended an orientation for Swift in or about February 2007. While I was at the orientation, I was reminded to disclose fully any convictions and to accurately answer all application questions. I do not recall whether I reviewed a video about the importance of accurately disclosing my background at the orientation.

20. I reviewed and signed my employment application at orientation after confirming again that it was accurate.

21. Other than a Swift recruiter and the man who conducted my road test, I did not speak with another Swift employee during the application process.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 3, 2012.

Signature: _[signature]_

Print Name: _Dennis R Carlisle Jr_

STC645101