1    Q.   Let's, let's take a look at Exhibit 23 to your
2    deposition.
3         I'll have that marked for you.
4         (Deposition Exhibit No. 23 was marked for
5    identification by the reporter.)
6    BY MR. FOSTER:
7    Q.   Do you, Ms. Hodges, recognize Exhibit 23 as a
8    December 12, 2009, online application that you typed in and
9    submitted?
10   A.   Yes, I typed it in.
11   Q.   Actually it's dated December 12, 2009.  I
12   apologize.
13        Do you see that on the front page?
14   A.   Yes.
15   Q.   At the very top.
16   A.   Yes.
17   Q.   Okay.
18        So, you applied twice in September, September 25
19   and 29; correct?
20   A.   Okay.
21   Q.   Is that right?
22   A.   Yes.
23   Q.   And then again, Ms. Hodges, on December 12, 2009,
24   you applied online; is that right?
25   A.   Yes.

1   A.   I believe so.

2   Q.   On the computer that you said got stolen.

3   A.   Yes.

4   Q.   And you submitted it from there.

5   A.   Yes.

6   Q.   Do you know whether you authorized a criminal
7   background check in this application?

8   A.   I don't know whether I did or not.

9   Q.   Okay. Did you interact with a Swift recruiter
10   during this application --

11   A.   No.

12   Q.   -- process?

13   A.   No. I didn't.

14   Q.   Okay. This was just done online; is that right,
15   Ms. Hodges?

16   A.   Yes, yes.

17   Q.   Okay.

18        Looking at the last page of the application, at
19   the top, do you see where it says acknowledgment?

20   A.   Yes.

21   Q.   Okay.

22        Can you read that first sentence there?

23   A.   I give Swift Transportation, Inc., the company,
24   the right to investigate all references and to secure
25   additional information about me if job related.