1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (003076)
2  349 North 4th Avenue
3  Phoenix, Arizona 85003-1505
   Telephone:   (602) 234-0008
4  Facsimile:   (602) 626-3586
5  Email:    Stan@lubinandenoch.com

6  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
7  Dennis M. O'Toole (0003274)
8  Anthony R. Pecora (0069660)
   Matthew A. Dooley (0081482)
9  5455 Detroit Road
10 Sheffield Village, Ohio  44054
   Telephone:   (440) 930-4001
11 Facsimile:   (440) 934-7208
12 Email:    dotoole@sheffieldlaw.com
                 apecora@sheffieldlaw.com
13               mdooley@sheffieldlaw.com

14
   CONSUMER LITIGATION ASSOCIATES, P.C.
15 Leonard A. Bennett (Virginia Bar #27523)
   Susan M. Rotkis (Virginia Bar #40693)
16 763 J. Clyde Morris Blvd. 1-A
17 Newport News, Virginia 23601
   Telephone:   (757) 930-3660
18 Facsimile:   (757) 930-3662
19 Email:    lenbennett@clalegal.com

20              **IN THE UNITED STATES DISTRICT COURT**
21
                    **FOR THE DISTRICT OF ARIZONA**
22

23  KELVIN D. DANIEL, et al           )
                                      )
24             Plaintiffs,             )    **Case No.: 2:11-CV-01548-ROS**
                                      )
25      vs.                            )
                                      )    **PLAINTIFFS' MOTION FOR CLASS**
26                                     )    **CERTIFICATION**
    SWIFT TRANSPORTATION CO. OF       )
27  ARIZONA, LLC.                      )    **Assigned to:  Hon. Roslyn O. Silver**
                                      )
28             Defendant

1

Pursuant to Fed. R. Civ. P. 23, Plaintiffs, Kelvin Daniel and Tanna Hodges ("Named Plaintiffs"), on behalf of themselves and all others similarly situated, bring this action on behalf of the Class initially defined below:

> Consumers residing in the United States who applied for a Department of Transportation regulated position with Swift Transportation Co. of Arizona, LLC ("Swift") via facsimile, an internet website, electronic mail, regular mail, or through a third party on or between the dates of August 8, 2006 and July 21, 2011, and during the application process, Swift procured a consumer report, which report was obtained by Swift before there had been at least one in-person interaction with the consumer.

Hodges also brings this action on behalf of the following subclass, of which she is a member:

> Consumers residing in the United States who applied for a Department of Transportation regulated position with Swift via facsimile, an internet website, electronic mail, regular mail, or through a third party on or between the dates of August 8, 2006 and July 21, 2011, and against whom Swift took adverse action based in whole or in part on its use of a consumer report without providing to the consumer within 3 business days of taking the adverse action, verbal, electronic or written notice that: (1) the adverse action was taken based in whole or in part on the consumer report, (2) the name, address, and telephone number of the consumer reporting agency, (3) that the consumer reporting agency did not make the decision to take adverse action and would be unable to provide the consumer with specific reasons why the adverse action was taken, (4) that the consumer could request a free copy of the report and (5) that the consumer can dispute the accuracy or completeness of the report, as required by 15 U.S.C. § 1681b(b)(3)(B).

Named Plaintiffs respectfully request that this Court enter an Order certifying the Class and Subclass as defined above, deeming Named Plaintiffs adequate representatives of the Class and Subclasses, and appointing Matthew A. Dooley, Anthony R. Pecora and Dennis M. O'Toole of Stumphauzer, O'Toole, McLaughlin, McGlamery & Loughman Co., LPA and Leonard A. Bennett and Susan Rotkis of Consumer Litigation Associates, P.C. as Class Counsel.  A memorandum in support is attached hereto and incorporated herein.

Respectfully Submitted,

STUMPHAUZER O'TOOLE MCLAUGHLIN
McGLAMERY & LOUGHMAN CO LPA

/s/ Dennis M. O'Toole
/s/ Matthew A. Dooley
/s/ Anthony R. Pecora


LUBIN AND ENOCH, P.C.

/s/ Stanley Lubin

LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Plaintiffs' Motion for Class Certification was filed electronically this 1st day of October, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Matthew A. Dooley
*Counsel for Plaintiffs*