LUBIN AND ENOCH, P.C.
Stanley Lubin (AZ 003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:    (602) 234-0008
Facsimile:    (602) 626-3586
Email:        Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (OH 0081482)
Anthony R. Pecora (OH 0069660)
Dennis M. O'Toole (OH 0003274)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:    (440) 930-4001
Facsimile:    (440) 934-7208
Email:        mdooley@sheffieldlaw.com
              apecora@sheffieldlaw.com
              dotoole@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:    (757) 930-3660
Facsimile:    (757) 930-3662
Email:        lenbennett@clalegal.com
              srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**DECLARATION OF LEONARD A. BENNETT**<br><br>Assigned to:  Hon. Roslyn O. Silver |

1

EXHIBIT 3

I, Leonard A. Bennett, declare:

1.    My name is Leonard A. Bennett. I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2.    I am one of the attorneys working on behalf of the Plaintiffs in the above styled litigation, and I am an attorney and a principal of Consumer Litigation Associates, P.C., a seven-attorney law firm with offices in Hampton Roads, and Fairfax, Virginia. My primary office is at 763 J. Clyde Morris Blvd, Suite 1A, Newport News, Virginia 23601.

3.    Since 1994, I have been and presently am a member in good standing of the Bar of the highest court of the State of Virginia, where I regularly practice law. Since 1995, I have been and presently am a member in good standing of the Bar of the highest court of the State of North Carolina. I have also been admitted to practice before and am presently admitted to the following federal courts:

| Court: | Date Admitted: |
|---|---|
| United States Supreme Court | 2005 |
| United States Court of Appeals for the | |
|     Fourth Circuit | 2007 |
|     Third Circuit | 2007 |
|     Sixth Circuit | 2011 |
|     Ninth Circuit | 2009 |
|     Eleventh Circuit | 2011 |
| United States District Court for the | |
|     Eastern District of Virginia | 1994 |
|     Western District of Virginia | 2004 |
|     Eastern District of North Carolina | 2005 |
|     Western District of North Carolina | 2007 |
|     Middle District of North Carolina | 2009 |
|     Western District of Wisconsin | 2008 |

EXHIBIT 3

| | |
|---|---|
| Eastern District of Wisconsin | 2006 |
| Eastern District of Michigan | 2004 |
| Northern District of Illinois | 2003 |
| Northern District of Ohio | 2011 |
| Western District of Tennessee | 2012 |

I have been admitted *pro hac vice* in United States District Courts across the country including Alabama, California, Louisiana, Florida, Rhode Island, Hawaii, New Hampshire, Connecticut, Ohio, South Carolina, Pennsylvania, Arizona, Massachusetts, Tennessee, Georgia, Wyoming, Texas, Louisiana, Washington, Kentucky and Maryland. I have never been denied admission *pro hac vice*.

5.    Since 1996, my practice has been limited to consumer protection litigation. While my experience representing consumers has come within several areas, my most developed area of expertise is in plaintiffs litigation under the Federal Consumer Credit Protection Act, 15 U.S.C. § 1601, et seq., and in particular the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

6.    I am on the Board of Directors of the National Association of Consumer Advocates, on the Partners Council of the National Consumer Law Center and a member of the Public Justice Foundation. I have been named as a multi-year Virginia Super Lawyer and a 2009 Virginia Leader in the Law.

7.    I have been invited to and did testify before the United States House Financial Services Committee on multiple occasions. I have also been invited to and did serve on a Federal Trade Commission Round Table and Governor Kaine's Virginia *Protecting Consumer Privacy* Working Group, all in this field.

EXHIBIT 3

8.    Since 2001, I have been asked to and did speak at numerous seminars and events in the area of Consumer Credit Protection litigation.  These included the following:

**2011**
Virginia Trial Lawyers Association, *Advocacy Seminar*, October 2011, Multiple locations;

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Memphis, TN, May 2011, Speaker
*Multiple Panels;*

Stafford Publications CLE, National Webinar, April 2011
*"FCRA and FACTA Class Actions: Leveraging New Developments in Certification,      Damages and Preemption."*

**2010**
National Consumer Law Center, National Consumer Rights Conference, Boston, Speaker for Multiple Sessions, November 2010;

**2009**
Virginia State Bar, Telephone and Webinar Course, Virginia, 2009
*"What's Going On Here?  Surging Consumer Litigation – Including Class Actions – in State and Federal Court.";*

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Chicago, IL, May 2009,
*Multiple Panels;*

National Consumer Law Center, National Consumer Rights Conference, Philadelphia, Speaker for Multiple Sessions, November 2009;

**2008**
National Consumer Law Center, National Consumer Rights Conference, Portland, OR, Speaker for Multiple Sessions, November 2008;

Washington State Bar, Consumer Law CLE, Speaker, September 2008

**2007**
Washington State Bar, Consumer Law CLE, Speaker, July 2007

House Financial Services Committee, June 2007

National Consumer Law Center, National Consumer Rights Conference, Washington,

4                              EXHIBIT 3

D.C., Speaker for Multiple Sessions, November 2007

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Denver, Colorado, May 2007,
    *Multiple Panels*;

U.S. Army JAG School, Charlottesville, Virginia, Consumer Law Course Instructor, May 2007

Georgia State Bar, Consumer Law CLE, Speaker, March 2007

**2006**
Contributing Author, *Fair Credit Reporting Act, Sixth Edition*, National Consumer Law Center, 2006.

National Consumer Law Center, National Consumer Rights Conference, Miami, FL, Speaker for Multiple Sessions, November 2006

Texas State Bar, Consumer Law CLE, Speaker, October 2006
    *Federal Claims in Auto fraud Litigation*

Santa Clara University Law School, Course, March 2006
    *Fair Credit Reporting Act.*

Widener University Law School, Course, March 2006
    *Fair Credit Reporting Act.*

United States Navy, Navy Legal Services, Norfolk, Virginia, April 2006
    *Auto Fraud*;

**2005**
Missouri State Bar CLE, Oklahoma City, Oklahoma,
    *Identity Theft*;

National Consumer Law Center, National Consumer Rights Conference, Boston, Mass.
    *Multiple panels.*

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, New Orleans, Louisiana (May 2005),
    *Multiple Panels*;

United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island,
    *Consumer Law.*

EXHIBIT 3

**2004**

American Bar Association, Telephone Seminar;
    *Changing Faces of Consumer Law,*

National Consumer Law Center, National Consumer Rights Conference, Boston, Mass.
    *Fair Credit Reporting Act Experts Panel*; and
    *ABCs of the Fair Credit Reporting Act.*

National Association of Consumer Advocates, *Fair Credit Reporting Act National Conference*, Chicago, Illinois;
    *Multiple Panels*

Oklahoma State Bar CLE, Oklahoma City, Oklahoma,
    *Identity Theft*;

Virginia State Bar, Telephone Seminar,
    *Identity Theft*;

United States Navy, Naval Justice School (JAG Training), Newport, Rhode Island,
    *Consumer Law*

United States Navy, Navy Legal Services, Norfolk, Virginia,
    *Auto Fraud*;

Virginia State Bar, Richmond and Fairfax, Virginia,
    *Consumer Protection Law*;

Michigan State Bar, Consumer Law Section, Ann Arbor, Michigan;
    *Keynote Speaker.*

9.   I have substantial experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act, the Equal Credit Opportunity Act, and the Fair Debt Collection Practices Act.

10.   In each of the class cases where I have represented Plaintiffs in a Consumer Credit case, the Court found me to be adequate class counsel and in each I was lead or executive committee counsel.

6

EXHIBIT 3

11. I have substantial experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, especially the Fair Credit Reporting Act. In each of the class cases where I have represented Plaintiffs in a Consumer Credit case, the Court found me to be adequate class counsel and in each I was lead or executive committee counsel. I have litigated in excess 500 federal cases under the Fair Credit Reporting Act, and of course a greater number of federal cases overall. Since 2004, my law firm has maintained one of the largest civil federal dockets in the Eastern District of Virginia and one of the largest FCRA dockets in the nation. As of 2011 I had tried more FCRA cases to a jury than any attorney in the nation. As of the date of this declaration, I have lost only seven federal cases at trial or by dispositive motion. I have been lead, co-lead or executive committee counsel in approximately twenty-five class action cases that were certified either via contested motion or in settlement. I have also been lead, co-lead or executive committee counsel in four of the five largest FCRA class settlements in the gross common fund amounts of $51 million, $29 million, $22 million and $6.89 million.

12. I have effectively handled numerous consumer-protection and complex class actions, typically as lead or co-lead counsel. Senior U.S. District Court Judge Payne stated, "the Court finds that Soutter's counsel [Bennett] is qualified, experienced, and able to conduct this litigation. Counsel is experienced in class action work, as well as consumer protection issues, and has been approved by this Court and others as class counsel in numerous cases." *Soutter v. Equifax Info. Services, LLC.*, 3:10CV107, 2011 WL 1226025 (E.D. Va. Mar. 30, 2011).

EXHIBIT 3

1

2

   I declare under penalty of perjury of the laws of the United States that the

3 foregoing is correct.

4    Signed this __1st__ day of October, 2012.

5

6    _____

7    Leonard A. Bennett

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8

EXHIBIT 3