LUBIN AND ENOCH, P.C.
Stanley Lubin (AZ 003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Facsimile:    (602) 626-3586
Email:         Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (OH 0081482)
Anthony R. Pecora (OH 0069660)
Dennis M. O'Toole (OH 0003274)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Facsimile:    (440) 934-7208
Email:         mdooley@sheffieldlaw.com
                apecora@sheffieldlaw.com
                dotoole@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, VA 23601
Telephone:   (757) 930-3660
Facsimile:    (757) 930-3662
Email:         lenbennett@clalegal.com
                srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**DECLARATION OF DENNIS M. O'TOOLE**<br><br>Assigned to:  Hon. Roslyn O. Silver |

1

EXHIBIT 4

I, Dennis M. O'Toole, declare:

1. My name is Dennis M. O'Toole. I am over 21 years of age, of sound mind, capable of executing this declaration, and have personal knowledge of the facts stated herein, and they are all true and correct.

2. I am one of the attorneys working on behalf of the Plaintiffs in the above styled litigation, and I am an attorney and a director at Stumphauzer, O'Toole, McLaughlin, McGlamery and Loughman, Co., LPA, a multiple attorney law firm with its principal office located at 5455 Detroit Road, Sheffield Village, Ohio 44054.

3. Since 1974, I have been and presently am a member in good standing of the Bar of the highest court of the State of Ohio, where I regularly practice law. I have also been admitted to practice before and am presently a member in good standing of the Bars of the following courts:

| Court: | Date Admitted: |
|---|---|
| United States Supreme Court | 1985 |
| United States Court of Appeals for the Sixth Circuit | 1986 |
| United States District Court for the Northern District of Ohio | 1974 |
| United States District Court for the Southern District of Ohio | 2005 |
| United States District Court for the Western District of Tennessee | 2011 |
| United States District Court for the Western District of New York | 2012 |

I have been admitted *pro hac vice* in jurisdictions across the country including Kentucky, Tennessee, Missouri, Arizona and North Dakota. I have never been denied admission *pro*

*hac vice*.

4. Since 2009, I have focused my practice primarily towards consumer protection litigation. While my experience representing consumers has come within several areas, my most developed area of expertise is in plaintiffs litigation under the Federal Consumer Credit Protection Act, 15 U.S.C. § 1601, et seq., and in particular the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq., the Equal Credit Opportunity Act, 15 U.S.C. § 1691, et seq., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq.

5. I have substantial experience in complex litigation, including class action cases, prosecuted under the Consumer Credit Protection Statutes, including the Fair Credit Reporting Act and the Fair Debt Collection Practices Act.

6. In each of the class cases where I have represented Plaintiffs in a Consumer Credit case, the Court found me to be adequate class counsel.

I declare under penalty of perjury of the laws of the United States that the foregoing is correct.

Signed this 1st day of October, 2012.

_____
Dennis M. O'Toole