IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>                Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION<br>CORPORATION,<br><br>                Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**ORDER**<br><br>Assigned to:  Hon. Roslyn O. Silver |

Upon Motion of the Plaintiffs for leave to file the Second Amended Class Action Complaint and for good cause shown, Plaintiffs' motion is hereby granted. Plaintiffs have fourteen (14) days from the date of this Order to file their Second Amended Class Action Complaint.