LUBIN AND ENOCH, P.C.
Stanley Lubin (AZ 003076)
349 North 4th Avenue
Phoenix, Arizona 85003-1505
Telephone:   (602) 234-0008
Facsimile:   (602) 626-3586
Email:          Stan@lubinandenoch.com

STUMPHAUZER, O'TOOLE, McLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA
Matthew A. Dooley (OH 0081482)
Anthony R. Pecora (OH 0069660)
Dennis M. O'Toole (OH 0003274)
5455 Detroit Road
Sheffield Village, Ohio  44054
Telephone:   (440) 930-4001
Facsimile:   (440) 934-7208
Email:          mdooley@sheffieldlaw.com
                   apecora@sheffieldlaw.com
                   dotoole@sheffieldlaw.com

CONSUMER LITIGATION ASSOCIATES, P.C.
Leonard A. Bennett (VA 27523)
Susan M. Rotkis  (VA 40693)
763 J. Clyde Morris Blvd. 1-A
Newport News, Virginia 23601
Telephone:   (757) 930-3660
Facsimile:   (757) 930-3662
Email:          lenbennett@clalegal.com
                   srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>             Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>             Defendant. | Case No.  2:11-cv-01548-PHX-ROS<br><br>**MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL**<br><br>Assigned to:  Hon. Roslyn O. Silver |

Now come the Plaintiffs, Kelvin D. Daniel and Tanna L. Hodges, on behalf of themselves and the putative class, and hereby move pursuant to the Electronic Case Filing

Administrative Policies and Procedures Manual for the United States District Court for the District of Arizona for an order granting Plaintiffs leave to file Exhibit B of the Declaration of Matthew A. Dooley filed with the Motion for Class Certification (ECF Doc. 92) under seal. This Motion is made pursuant to the Protective Order entered into by and between the parties and granted on May 14, 2012 (ECF Doc. 56).

Respectfully Submitted,

STUMPHAUZER O'TOOLE MCLAUGHLIN
McGLAMERY & LOUGHMAN CO LPA

/s/ Dennis M. O'Toole
/s/ Matthew A. Dooley
/s/ Anthony R. Pecora

LUBIN AND ENOCH, P.C.

/s/ Stanley Lubin

LITIGATION ASSOCIATES, P.C.

/s/ Leonard A. Bennett

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

This will certify that a copy of the foregoing Plaintiffs' Motion for Leave to File Exhibit Under Seal was filed electronically this 2nd day of October, 2012. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

       /s/ Matthew A. Dooley
       *Counsel for Plaintiffs*