1

2 IN THE UNITED STATES DISTRICT COURT

3 FOR THE DISTRICT OF ARIZONA

4

5 KELVIN D. DANIEL, et al

Plaintiffs,                          Case No.  2:11-cv-01548-PHX-ROS

6

7 v.

**ORDER**

8 SWIFT TRANSPORTATION
CORPORATION,                         Assigned to:  Hon. Roslyn O. Silver

9 Defendant.

10

11

    Upon Motion of the Plaintiffs for leave to file Exhibit B to the Declaration of

12

13 Matthew A. Dooley under seal and for good cause shown, Plaintiffs' motion is hereby

14 granted. Plaintiffs shall file Exhibit B of the Declaration of Matthew A. Dooley under

15 seal.

16

17

18

19

20

21

22

23

24

25

26

27

28