IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kelvin D. Daniel, et al., | ) | No. CV-11-01548-PHX-ROS |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Swift Transportation Corp., | ) ) | |
| Defendant. | ) ) ) | |

Plaintiffs have moved to file under seal Exhibit B of the Declaration of Matthew A. Dooley. (Doc. 94). Exhibit B consists of documents Defendant provided to prospective employees. The documents were stamped "Attorneys Eyes Only" but it is unclear how these documents could qualify as confidential, let alone as sufficiently sensitive such that they were labeled "Attorneys Eyes Only." Defendant will be instructed to file a statement containing the specific facts and law that require the documents be filed under seal. Alternatively, Defendant may file a statement indicating it does not object to the documents being filed on the public docket.

Accordingly,

**IT IS ORDERED** no later than October 9, 2012 Defendant shall file a statement containing the information outlined above.

DATED this 3rd day of October, 2012.

_____
Roslyn O. Silver
Chief United States District Judge