John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email:  jlomax@swlaw.com
           bfoster@swlaw.com
           jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| KELVIN D. DANIEL, et al., | Case No.  2:11-cv-01548-PHX-ROS |
|---|---|
| Plaintiffs, | **DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S STATEMENT OF MATERIAL FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| SWIFT TRANSPORTATION CORPORATION, | |
| Defendant. | Assigned to:  Hon. Roslyn O. Silver |

Pursuant to Fed. R. Civ. P. 56 and LR Civ. 56.1(a), Swift Transportation Co. of Arizona, LLC ("Swift"), files its separate Statement of Material Facts in Support of its Motion for Summary Judgment, as follows:

**MATERIAL FACTS**

1.      Kelvin Daniel submitted an online application for a commercial truck driver position with Swift, a position regulated by the U.S. Department of Transportation, on December 27, 2010. *See* Declaration of Michelle Cordova, attached hereto as Exhibit ("Exh.") A, at ¶ 2; Deposition Transcript of Kelvin Daniel, cited portions attached hereto as Exh. B, at 118:10 – 119:19; Doc. 19 at ¶ 9. *See also* Swift's First Amended and Supplemental Responses to Plaintiffs' First Set of Interrogatories, served on July 19,

1  2012, a true and correct copy of which are attached hereto as Exh. E, Responses to

2  Interrogatory Nos. 3, 5, 10.

3       2.     Swift ordered a consumer report on Daniel, including a criminal background

4  report, on December 28, 2010, the day after he applied.  *See* Exh. A at ¶ 3; Exh. B at

5  132:7 – 134:11.  The report contained no criminal background information, *e.g.*, it was

6  "clean."  Exh. A at ¶ 3; Exh. B at 134:24 – 135:14; Exh. E, Response to Interrogatory No.

7  10.

8       3.     Swift had no in-person contact with Daniel until January 24, 2011, when

9  Daniel attended an orientation.  Exh. B at 133:24-134:11; 135:24 – 136:5; 138:15 –

10  139:14; 142:19 – 143:6; Exh. E, Response to Interrogatory No. 9.

11       4.     Tanna Hodges applied in-person with Swift on September 25, 2009 by

12  leaving a copy of her application with a company location in San Antonio.  Deposition

13  Transcript of Tanna Hodges, cited portions attached hereto as Exh. C, at 130:13 – 132:9

14  (including Depo. Exh. 24); Exh. E., Response to Interrogatory No. 10.

15       5.     Hodges applied again in-person with Swift on September 29, 2009, by

16  leaving a copy of her application at Swift's Columbus, Ohio terminal.  Exh. C at 159:19 –

17  160:25 (including Depo. Exh. 1); Exh. E, Response to Interrogatory No. 10.

18       6.     Swift did not order a consumer report with respect to Hodges' September

19  25, 2009 or September 29, 2009 applications.  Exh. A at ¶ 4; Exh. C at 151:18 – 152:3;

20  173:6-9; 178:5-11; Exh. E, Response to Interrogatory No. 10.

21       7.     Hodges' December 12, 2009 employment application was a computer

22  website application, submitted on-line, and there was no in-person interaction with Swift

23  prior to submitting this application.  Exh. C at 182:7 – 184:16 (including Depo. Exh. 23);

24  Exh. E., Response to Interrogatory Nos. 9 and 10.

25       8.     Swift ordered Hodges' consumer report on December 14, 2009.  Exh. A at ¶

26  5.  The report shows that it was ordered on December 14, 2009.  *Id.* Swift produced this

27  consumer report to Plaintiffs on January 9, 2012.  *See* Swift's Initial Disclosure Statement,

28  a true and correct copy attached hereto as Exh. D; Doc. 34 (Notice of Service of Initial

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15936511.1

Disclosure Statement); Exh. E., Response to Interrogatory No. 10.

9.      For its Answer to Interrogatory No. 9, Swift again confirmed to Plaintiffs that, "Ms. Hodges' September 2009 applications, while received, were not processed beyond the application stage and no consumer report was ever ordered by Swift with respect to these applications."  Exh. E, Response to Interrogatory 9; Doc. 72.

10.      On Daniel's December 27, 2010 online application, Exh. 1, in response to the question, "Have you ever been convicted of a criminal offense?", Daniel responded, "No." Exh. A at ¶ 6; Exh. B at 130:20 – 131:1; 135:20-23.

11.      On January 24, 2011, the first day that he attended Swift's orientation, and upon being told that orientation attendees need to be honest about their prior criminal history, Daniel voluntarily disclosed to Chad Baumgarner, a Swift employee, that he had three criminal convictions for public intoxication, battery and reckless conduct.  Exh. B at 139:1 – 141:15; Exh. E, Response to Interrogatory Nos. 9 and 10.

12.      On January 27, 2011, Swift's Investigation Department interviewed Daniel. That interview confirmed Daniel's criminal conviction information voluntarily disclosed at orientation, and further confirmed that he did not disclose that criminal conviction information on his employment application.  Swift decided not to hire Daniel because he falsified his application.  Exh. E, Response to Interrogatory Nos. 9 and 10.

13.      Daniel admitted in his deposition that, because the criminal background report was clean and because he had not disclosed his criminal convictions on his application, there was no way for Swift to know about his criminal history prior to him voluntarily disclosing it at orientation.  Exh. B at 135:8 – 136:3; 147:4-7.

14.      In the First Amended Complaint, Plaintiffs named Robert R. Bell, Jr. as the sole plaintiff for Counts III and IV.  Doc. 19 at ¶¶ 36, 56 – 65.

15.      In a call on May 11, 2012, counsel for Plaintiffs proposed dismissing Bell, the lone class representative for Counts III and IV, from the lawsuit.  Swift agreed to the requested dismissal and, on May 21, Plaintiffs filed a Stipulated Notice of Dismissal Without Prejudice with the Court that Plaintiffs' counsel drafted.  Doc. 57.

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15936511.1

16.     On May 24, this Court entered the Order dismissing Bell's claims, Counts III and IV, without prejudice.  Doc. 58.

17.     At the Court's January 10, 2012 Rule 16 conference, Plaintiffs suggested there was "confusion" over the proper defendant and represented to the Court, "[w]e will probably be cleaning that up, hopefully, within the next 30 days and either substituting the proper party or having some notification to the Court."  *See* Transcript of January 10, 2012 Proceedings, a true and correct copy of which is attached hereto as Exh. F, 23:25 – 24:5).

18.     Swift Transportation Corporation is no longer the name of a company. Swift Transportation Co. of Arizona, LLC is the name of the entity that would have employed the named plaintiffs if they would have been qualified for hire and accepted job offers from Swift.  *See* Exh. E, Response to Interrogatory No. 2.

DATED this 5th day of October, 2012.

SNELL & WILMER L.L.P.


By:  s/ John F. Lomax, Jr.
      John F. Lomax, Jr.
      Brian J. Foster
      Joseph A. Kroeger
      One Arizona Center
      400 E. Van Buren
      Phoenix, AZ  85004-2202
      Attorneys for Defendant

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15936511.1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 5, 2012, a copy of the foregoing was served via

U.S. Mail, Postage Pre-Paid on the following counsel of record.:

Anthony R. Pecora
Stumphauzer O'Toole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Dennis M. O'Toole
Stumphauzer O'Toole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Leonard Anthony Bennett
Susan Mary Rotkis
Consumer Litigation Associates PC
Suite 1-A
763 J. Clyde Morris Boulevard
Newport News, VA 23601

Matthew A. Dooley
Stumphauzer O'Toole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH  44054

Stanley Lubin
Lubin & Enoch PC
349 N 4th Ave
Phoenix, AZ 85003

 s/ Kathy Greene

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

15936511.1