**EXHIBIT A**

John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
Email:  jlomax@swlaw.com
        bfoster@swlaw.com
        jkroeger@swlaw.com
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al., | Case No.  2:11-cv-01548-PHX-ROS |
| Plaintiffs, | **DECLARATION OF MICHELLE CORDOVA** |
| v. | |
| SWIFT TRANSPORTATION CORPORATION, | Assigned to:  Hon. Roslyn O. Silver |
| Defendant. | |

I, Michelle Cordova, having personal knowledge of the facts stated herein and being over the age of 18 years, of sound mind and fully competent to make this Declaration, hereby declare the following as true and correct to the best of my personal knowledge:

1.     I am currently employed by Swift Transportation Co. of Arizona, LLC ("Swift") as its Recruiting Regional Leader.

2.     Kelvin Daniel submitted an online application for a commercial truck driver position with Swift, a position regulated by the U.S. Department of Transportation, on

December 27, 2010.  A true and correct copy of Daniel's December 27, 2010 online application is attached hereto as Exhibit ("Exh.") 1.  This record was made at or near the time that the information was transmitted by Daniel, was kept in the course of a regularly conducted business activity and it was the regular practice of that business activity to make and accurately store that record.

3.     Swift ordered a consumer report on Daniel, including a criminal background report, on December 28, 2010, the day after he applied.   The Request Date for the report is "12/28/2010."  The report contained no criminal background information, *e.g.*, it was "clean."  A true and correct copy of Daniel's Widescreen National Criminal Search record received by Swift is attached as Exh. 2.[1]  This record was received at or near the time that the information was transmitted to Swift by HireRight, was kept in the course of a regularly conducted business activity and it was the regular practice of that business activity to make and accurately store that record.

4.     Swift did not order a consumer report with respect to Hodges' September 25, 2009 or September 29, 2009 applications.  I am able to review, by name as well as social security number, the consumer reports that Swift orders for an individual.  I have investigated on multiple occasions and can confirm that Swift ordered no consumer reports with respect to Hodges' September 25, 2009 or September 29, 2009 applications for employment with Swift.

5.     Swift ordered a consumer report on Hodges, including a criminal background report, on December 14, 2009.  A true and correct copy of Hodges' consumer report received by Swift is attached hereto as Exh. 3.  The report shows that it was ordered on December 14, 2009.  *See, e.g.,* Exh. 3 at STC000055.  This record was received at or near the time that the information was transmitted to Swift by HireRight, was kept in the course of a regularly conducted business activity and it was the regular practice of that

---

[1] Sensitive information (SSN, DOB, and any criminal information, if applicable) has been redacted from Exhibits 2 and 3.  Upon request by the Court or opposing counsel, we will file an unredacted copy of either exhibit with the Court under seal.

Declaration of Michelle Cordova

1   business activity to make and accurately store that record.

2       6.    On Daniel's December 27, 2010 online application, Exh. 1, in response to

3   the question, "Have you ever been convicted of a criminal offense?", Mr. Daniel

4   responded, "No" by clicking on the "No" circle. *See* Exh. 1 at 2 (STC212820).

5       I declare, under penalty of perjury, that the foregoing is true and correct.

6   Executed on:  October 5 , 2012

7

8

9                                   Michelle Cordova

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              3        Declaration of Michelle Cordova

**EXHIBIT 1**

*SWIFT*

## Driver Recruiting Process - Online Application

All information in RED letters is required                    Application Date: 12/27/2010

Do you know the name of your recruiter?          I don't know          ▼

Job(s) applying for:                                --
(Ctrl-Click to select more                          AAA I need to attend school  ▼
than one job)

Experience level:                                  Has Class A CDL but needs training          ▼

### Driver Personal Information

| First Name | Kelvin | Last Name | Daniel |
|---|---|---|---|
| Middle Initial | D | | |

Birthdate:                (MM/DD/YYYY)          Social Security #

Comment

### Driver's License & CDL Information

No. 034981688          State  Georgia          ▼          Expires  12/25/2014          (MM/DD/YYYY)

CDL Holder?          Yes  ▼

CDL Endorsements          ☐ HAZMAT  ☐ Doubles  ☐ Triples  ☐ Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

### Driver Address

**Current Address**

| Street Address | 700 Wapello Cir | | | | |
|---|---|---|---|---|---|
| City | Natomas | | State  California | ▼ | Zip 95835 |
| County | Sacramento | | | | |

How long at this address? 1mth

**Previous Address 1**

| Street Address | 4120 Martin Ave | | | | |
|---|---|---|---|---|---|
| City | Tifton | | State  Georgia | ▼ | Zip 31794 |
| County | Tift | | | | |

How long at this address? 10yrs

**Previous Address 2**

| Street Address | 1714 Donald Lee Hollwell Pcwy | | | | |
|---|---|---|---|---|---|
| City | Atlanta | | State  Georgia | ▼ | Zip 30318 |
| County | Fulton | | | | |

How long at this address? 17yrs

**Previous Address 3**

| Street Address | 2135 Godby Rd | | | | |
|---|---|---|---|---|---|
| City | College Park | | State  Georgia | ▼ | Zip 30349 |
| County | Fulton | | | | |

How long at this address? 2yrs

### Contact Information

| Home Phone  6502707034 | Fax | |
|---|---|---|
| Cellular  6794628215 | 2nd Phone  6788605812 | |

Email Address  mybabynadia_90@yaho

May we request information on you from outside consumer reporting agencies?          ● Yes  ○ No

Comments:

[ Continue ]

**Driver Recruiting Process - Online Application**
All information in RED letters is required                                    Application Date: 12/27/2010

Do you know the name of your recruiter?              I don't know          ▼

Job(s) applying for:                                 --
(Ctrl-Click to select more                           AAA I need to attend school ▼
than one job)

Experience level:                                    Has Class A CDL but needs training   ▼

**Driver Personal Information**

| First Name | Kelvin | Last Name | Daniel |
|---|---|---|---|
| Middle Initial | D | | |
| Birthdate | | Social Security # | |
| | (MM/DD/YYYY) | | |
| Comment | | | |

**Driver's License & CDL Information**

| No. 034981698 | State  Georgia      ▼ | Expires  12/25/2014 | (MM/DD/YYYY) |
|---|---|---|---|

CDL Holder?              Yes  ▼

CDL Endorsements            ☐ HAZMAT  ☐ Doubles ☐ Triples  ☐ Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

Have you ever applied for work and/or worked for this company before?        ○ Yes  ◉ No
If yes, when?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to    ◉ Yes   ○ No
live and work in this country?

Are you able to perform the essential functions and duties of the job as contained in the     ◉ Yes   ○ No
job description with reasonable accommodations?
Click here to view job description

Have you ever been denied a license, permit or privilege to operate a motor vehicle?          ○ Yes  ◉ No
If yes, then when and why?

Has any license, permit or privilege ever been suspended or revoked?                           ◉ Yes   ○ No
If yes, then when and why?
  2006--Failure to appear in court

Have you ever been stopped while intoxicated?                                                  ○ Yes  ◉ No
If yes, then when?

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?     ○ Yes  ◉ No
If yes, then when?

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine      ○ Yes  ◉ No
or a derivative thereof?
Comments:

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude       ○ Yes  ◉ No
convictions for marijuana-related offenses that are more than two years old, as defined in California
Heath and Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety
Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior
to January 1, 1976, or the statutory predecessors.
Comments:

Do you currently have any criminal actions pending in which you are a defendant?               ○ Yes  ◉ No
If yes, explain:

Are you currently on probation or parole?                                                      ○ Yes  ◉ No
If yes, explain:

**Please complete this information:**

| Date of Arrest (MM/DD/YYYY): | | Date of Arrest (MM/DD/YYYY): | |
|---|---|---|---|
| Charge 1 | | Charge 2 | |
| Location County | | Location County | |
| Location State | | Location State | |
| Conviction Date (MM/DD/YYYY): | | Conviction Date (MM/DD/YYYY): | |
| Charge | | Charge | |
| Sentence | | Sentence | |
| Time Served | | Time Served | |
| Dates on Probation or Parole | | Dates on Probation or Parole | |
| Please describe what happened: | | Please describe what happened: | |
| Any other arrests or convictions? | ○ Yes ○ No | Any charges pending now? | ○ Yes ○ No |
| Any other names used (married, married, etc.) | | | |
| Gender | -- ▼ | Race | -- ▼ |

REDACTED

Continue                                                                              STC212020

**SWIFT**

## Driver Recruiting Process - Online Application
All information in *RED* letters is required:

Application Date: 12/27/2010

Do you know the name of your recruiter?    I don't know

Job(s) applying for:
(Ctrl-Click to select more
than one job)

AAA I need to attend school

Experience level:    Has Class A CDL but needs training

### Driver Personal Information

| | | | |
|---|---|---|---|
| First Name | Kelvin | Last Name | Daniel |
| Middle Initial | D | | |
| Birthdate | (MM/DD/YYYY) | Social Security # | |
| Comment | | | |

### Driver's License & CDL Information

No. 034981588    State  Georgia    Expires  12/25/2014    (MM/DD/YYYY)

CDL Holder?    Yes

CDL Endorsements    ☐ HAZMAT  ☐ Doubles  ☐ Triples  ☐ Tankers

| Contact Info | Pre-Hire Questionnaire | **Driver Information** | Work History | Education/Military Service | Submit Application |

Please complete the driving experience information below:

Have you had licenses in other states in the last 5 years?    No

| State | | License Type | License Number |
|---|---|---|---|
| Georgia | ▼ | Class A | **REDACTED** |
| -- | ▼ | | |
| -- | ▼ | | |
| -- | ▼ | | |

List all states in which you have operated a Class A motor vehicle in the past 5 years:

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT: Van, Tank, flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | Cargo | 05/10/2010 | | |
| TRACTOR AND SEMI TRAILER | Van | 07/11/2009 | 12/01/2010 | |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

How many moving violations have you had in the last 5 years?    1

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 12/27/2008 | Ga. | Failure to obey sign | fined |
| | | | |
| | | | |
| | | | |

How many accidents have you had in the last 5 years?    1

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| 02/11/2008 | DHL van | Rear End | No ▼ | 0 | 0 | 0 |
| | | | -- ▼ | | | |
| | | | -- ▼ | | | |
| | | | -- ▼ | | | |

Continue

*SWIFT*

## Driver Recruiting Process - Online Application
All information in RED letters is required                    Application Date: 12/27/2010

Do you know the name of your recruiter?        I don't know              ▼

Job(s) applying for:
(Ctrl-Click to select more        AAA I need to attend school  ▼
than one job)

Experience level:                     Has Class A CDL but needs training    ▼

**Driver Personal Information**

First Name          Kelvin            Last Name         Daniel
Middle Initial      D
Birthdate           (MM/DD/YYYY)      Social Security #

Comment

**Driver's License & CDL Information**

No. 034981688          State  Georgia        ▼      Expires 12/25/2014      (MM/DD/YYYY)

CDL Holder?            Yes   ▼

CDL Endorsements        ☐ HAZMAT  ☐ Doubles  ☐ Triples  ☐ Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | **Work History** | Education/Military Service | Submit Application |

4 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

**Work History**

| | | | |
|---|---|---|---|
| Company Name: | HH Gregg/Dist/3pd | From: 05/11/2010 (MM/DD/YYYY) | To: Present (MM/DD/YYYY) | May we contact this employer? ⊙ Yes  ○ No |
| Street Address: | 3000 South Park Blvd | | |
| City | Ellenwood | State  Georgia  ▼ | Zip 95835 |
| Phone: | 678-979-5278 | Supervisor's Name: Wayne Issacoo | |
| Position: | Driver/Helper | Type of Equip. Driven: Straight Trucks | |
| Reason for leaving: | Present | | |

| | | | |
|---|---|---|---|
| Company Name: | Labor Ready | From: 09/10/2009 (MM/DD/YYYY) | To: Present (MM/DD/YYYY) | May we contact this employer? ⊙ Yes  ○ No |
| Street Address: | 120 Wendall Ct | | |
| City | Atlanta | State  Georgia  ▼ | Zip 95833 |
| Phone: | 404-696-2175 | Supervisor's Name: Chris Miller | |
| Position: | Driver/Etc | Type of Equip. Driven: Tractor Trailer (Reefers) | |
| Reason for leaving: | Present | | |

| | | | |
|---|---|---|---|
| Company Name: | DHL Express | From: 08/08/1996 (MM/DD/YYYY) | To: 10/10/2008 (MM/DD/YYYY) | May we contact this employer? ⊙ Yes  ○ No |
| Street Address: | N/A | | |
| City | Atlanta | State  Georgia  ▼ | Zip 95835 |
| Phone: | 678-596-2011 | Supervisor's Name: Steve Fuller | |
| Position: | Sub-Contractor | Type of Equip. Driven: Cargo van/Straight trucks | |
| Reason for leaving: | Company closed down | | |

| | | | |
|---|---|---|---|
| Company Name: | Pinkerton Securites | From: 12/28/94 (MM/DD/YYYY) | To: 08/08/96 (MM/DD/YYYY) | May we contact this employer? ○ Yes  ⊙ No |
| Street Address: | n/a | | |
| City | Atlanta | State  Georgia  ▼ | Zip 95835 |
| Phone: | n/a | Supervisor's Name: David Fixx | |
| Position: | Security Supervisor | Type of Equip. Driven: none | |
| Reason for leaving: | Went out of business | | |

| | | | |
|---|---|---|---|
| Company Name: | United States Navy | From: 06/16/1992 (MM/DD/YYYY) | To: 09/22/1994 (MM/DD/YYYY) | May we contact this employer? ○ Yes  ⊙ No |
| Street Address: | USS Lasalle & USS Pon' ce | | |
| City | Norfolk | State  Virginia  ▼ | Zip 95835 |
| Phone: | n/a | Supervisor's Name: Uncle Sam | |
| Position: | Radioman | Type of Equip. Driven: None | |
| Reason for leaving: | General Discharged | | |

[ Continue ]

REDACTED



**SWIFT**

***Driver Recruiting Process - Online Application***
All information in RED letters is required.    Application Date: 12/27/2010

Do you know the name of your recruiter?    I don't know ▼

Job(s) applying for:    [-- ]
(Ctrl-Click to select more    [AAA I need to attend school ▼]
than one job)

Experience level:    Has Class A CDL but needs training ▼

**Driver Personal Information**

First Name    Kelvin    Last Name    Daniel
Middle Initial    D
Birthdate    (MM/DD/YYYY)    Social Security #
Comment

**Driver's License & CDL Information**

No.  034961668    State  Georgia ▼    Expires  12/25/2014    (MM/DD/YYYY)

CDL Holder?    Yes ▼

CDL Endorsements    ☐HAZMAT ☐Doubles ☐Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

What is the highest grade you've completed? 12
High School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Tift County | ◉ Yes ○ No | Diploma | History/Science |

College

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | Yes   No | | |

Graduate School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○Yes ○No | | |

Technical/Trade School/Truck Driving School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Moultrie Tech College | ◉Yes ○No | Diploma | Commercial Truck Drivi |

Have you served in the U.S. Armed Forces?
◉ Yes ○ No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| United States Navy | 06/16/1992 | 09/22/1994 |

[ Continue ]

REDACTED

**Driver Recruiting Process - Online Application**
*All information in RED letters is required!*                                    Application Date: 12/27/2010

Do you know the name of your recruiter?        | I don't know                    ▼ |

Job(s) applying for:                           | --                                |
(Ctrl-Click to select more                     | AAA I need to attend school     ▼ |
than one job)

Experience level:                              | Has Class A CDL but needs training ▼ |

### Driver Personal Information

| First Name | Kelvin | Last Name | Daniel |
|---|---|---|---|

Middle Initial     D

Birthdate                                      Social Security #
               (MM/DD/YYYY)

Comment

### Driver's License & CDL Information

No.  D34981686        State  Georgia        ▼        Expires  12/25/2014        (MM/DD/YYYY)

CDL Holder?          Yes  ▼

CDL Endorsements     ☐HAZMAT  ☐ Doubles  ☐Triples  ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

## ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

| Submit |

**EXHIBIT 2**

## Widescreen National Criminal Search

Customer:              Swift Transportation Web (104508)
Actor:                 Tammy Ferguson (5365Tammy)
Customer Reference:    JAVIER COVIAN
Customer Sub:          107

USIS COMMERCIAL SERVICES, INC.
                WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD
-------------------------------------------------------------------
                WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION
-------------------------------------------------------------------
NAME: DANIEL, KELVIN D
DOB:            SSN:
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE
-------------------------------------------------------------------
REQUEST DATE:   12/28/2010
-------------------------------------------------------------------
                WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION
-------------------------------------------------------------------
MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(KEL)  BIRTHDATE
NAME:   DANIEL, KELVIN
DOB:            SSN:
-------------------------------------------------------------------
                CRIMINAL RECORD INFORMATION
-------------------------------------------------------------------

REPORT TYPE:    B FELONY/MISDEMEANOR
SEARCH DATE:    10/20/2003
STATE/COUNTY:   VA PORTSMOUTH CITY

                NO RECORD FOUND IN JURISDICTION SEARCHED.

-------------------------------------------------------------------
ORDER #: 79063522    REQUEST #: 137036572   DATA FILE DATE: 10/25/2003
-------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
-------------------------------------------------------------------
The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report. As such, these records might relate
to the subject you inquired about, but not necessarily. You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.
-------------------------------------------------------------------

Copyright 2011© HireRight. All Rights Reserved 110

**HireRight.**

REDACTED

**EXHIBIT 3**

REDACTED


Edition

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guarranted for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC000052



# US MVR - Standard Delivery

Customer:            Swift Transportation Web (104508)
Actor:               Mary Johnson (5365MaryINACTIVE)
Customer Sub:        118
SSN:

```
......................................................................
                    .... M V R   R E P O R T ....
......................................................................
STATE: NORTH CAROLINA      D R I V E R   I N F O R M A T I O N

HODGES, TANNA LEE
205 CEDAR RD
RHODHISS NC 28667


DOB:        SOC/SEC:        SEX:F HGT:5'02" WT:    EYES:BLU HAIR:RED
REQUESTED AS/ALSO KNOWN AS: 9966185,021853,TANNA HODGES

               D R I V E R   L I C E N S E   I N F O R M A T I O N
......................................................................
CLASS           ISSUED   EXPIRES STATUS              RESTRICTIONS
......................................................................
C DUPLICATE     02/13/06 02/18/08 EXPIRED         .       1

   M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N
......................................................................
LICTYP: DUPLICATE
  CLASS: C=OPERATOR
  RESTR: 1=CORRECTIVE LENSES
  MISC: OS DL NO:                    OS STATE: AR
  MISC: DRIVER LICENSE STATUS: CLS C EXPIRED
  MISC: REPORT TYPE- 3 YR W/ACCIDENT  TOTAL PTS= 0  ORIG ISS= 10/29/93
  MISC: NO VIOLATIONS/SUSPENSIONS DURING THIS 3 YR PERIOD
  MISC: ORDERED ON=9966185 STANDARD


             D R I V I N G   R E C O R D   I N F O R M A T I O N
......................................................................
TYPE V/S-DATE C/R-DATE DESCRIPTION                    V/C-CODE  PTS
......................................................................
  MISC: RDLSI WITHDRAWALS
  MISC: NO WITHDRAWAL DATA TO REPORT
  MISC: RDLSI CONVICTIONS
  MISC: NO CONVICTION DATA TO REPORT
  MISC: RDLSI ACCIDENTS
  MISC: NO ACCIDENT DATA TO REPORT
  MISC: * *   END OF DR   * *
SEE LICENSE STATUS


....................... ..............................................
   RPT#:348-      ACCT#:10322-118    REF#:A2J118XAWLRONONE
DMV DATE:12/14/09 DMV ACCT#:
......................................................................
V/S-DATE=Violation/Suspension Date   C/R-DATE=Conviction/Reinstatement Date
```

STC000053



# US MVR - Standard Delivery

Customer:            Swift Transportation Web (104508)
Actor:               Mary Johnson (5365MaryINACTIVE)
Customer Sub:        118
SSN:

```
...................................................................
            .... M V R   R E P O R T ....
...................................................................
STATE: OHIO                 D R I V E R   I N F O R M A T I O N
...................................................................
HODGES, TANNA L                       REF:
3185 VALLEY CHAPEL RD
JACKSON, OH 46640894200
LICENSE:
...................................................................
DOB:        IQC/SEC:         SEX:F HGT:5'02" WT:130 EYES:BLUE HAIR:RED
REQUESTED AS/ALSO KNOWN AS:  [R   ]  [   ]FE3,HODGES,TANNA L
```

```
            D R I V E R   L I C E N S E   I N F O R M A T I O N
...................................................................
CLASS         ISSUED   EXPIRES STATUS            RESTRICTIONS
...................................................................
CDL-A         11/20/09 02/18/11 VALID           CORRECTIVE LENSES
```

```
M I S C E L L A N E O U S / S T A T E   S P E C I F I C   I N F O R M A T I O N

  CLASS: CDL-A=COMB VEH>26,000 GVWR, TOWED UNIT>10,001 GVWR
         ENDOR : X
  ENDOR: X=TANK/HAZMAT
  MISC: ACCIDENT RECORD APPEARS ON THE DRIVING RECORD OF ALL PARTIES
  MISC: INVOLVED IN AN ACCIDENT, REGARDLESS OF FAULT.
  MISC: REPORT CONTAINS ALL ACTIVE WITHDRAWALS, ACCIDENTS FOR THREE YEARS FROM
  MISC: THE ACCIDENT DATE AND CONVICTIONS FOR THREE YEARS FROM THE CONVICTION
  MISC: DATE.
```

```
            D R I V I N G   R E C O R D   I N F O R M A T I O N
...................................................................
TYPE V/S-DATE C/R-DATE DESCRIPTION                       V/C-CODE   PTS
...................................................................
ACCI 12/23/08          ACCIDENT COUNTY: JACKSON
                       BMV CASE #88229641
                       A1=ACCIDENT RECORD
                       END OF DRIVER RECORDS
```

```
...................................................................
    RPT#:340-    ACCT#:10322-118    REF#:A2J118XAWLRNNONE
DMV DATE:12/14/09 DMV ACCT#:
...................................................................
V/S-DATE=Violation/Suspension Date   C/R-DATE=Conviction/Reinstatement Date
```

STC000054



# SSN Check

Customer:          Swift Transportation Web (104508)
Actor:             Mary Johnson (5365MaryINACTIVE)
Customer Sub:      118
First Name:        TANNA
Last Name:         HODGES

SSN Check, Monday, Dec 14 2009, 05:17:48 AM

SSN:

State:             OH
Year of Issue:     1970 And 1971
Number Range:                is in a valid range.
Reported as Deceased: No

End of SSN Check for SSN:

STC000055



# Transportation Employment History

Customer:          Swift Transportation Web (104508)
Actor:             Mary Johnson (5365MaryINACTIVE)
Customer Sub:      118

================================================================
                    EMPLOYMENT HISTORY #1
----------------------------------------------------------------
Search using HODGES,T.
----------------------------------------------------------------
No Employment History information on file for HODGES,T.

[ END OF REPORT ]

STC000056



# CDLIS+

Customer:                    Swift Transportation Web (104508)
Actor:                       Mary Johnson (5365MaryINACTIVE)
Customer Sub:                116

```
*************************************************************
                          CDLIS+ REPORT
-----------------------------------------------------------
            HODGES TASHA L
-----------------------------------------------------------

DOB          , SEX:F, HGT:5'02", WGT:130, EYES:BLU

CURRENT CDL: OH,  **REDACTED**
**REDACTED**

   >>>END OF CDLIS REPORT<<<


      DAC'S RECORDS INDICATE THAT THE FOLLOWING LICENSE(S)
      ARE HELD OR HAVE BEEN PREVIOUSLY HELD BY THE DRIVER
      (MAY ALSO INCLUDE NON-RESIDENT OR NON-LICENSED DRIVER
      VIOLATION RECORDS)

**REDACTED**      HODGES,T
      INFORMATION RECEIVED ON 12/09/2008

      DOT (SECTION 391.23) REQUIRES AN INQUIRY INTO THE DRIVER'S DRIVING
      RECORD FOR ALL LICENSES HELD BY THE DRIVER DURING THE PRECEDING
      THREE YEARS


( END OF REPORT )
```

STC000057

## 20/20 Insight Bundled

Customer: Swift Transportation WEB (TC45089)
Author: Mary Johnson (MJOHNSV)
Company Run: 1.4

*Please note: The release of information in this report is being provided to enable you to patch by office a business transaction that applies that this interpretation extends the customer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of that report. The information contained in this report was accurately copied from individuals supplied to of such information, including the public records of various courts and law enforcement agencies; credit bureaus' computations etc.; as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be incorrectly associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint match. The user of this report is responsible for following applicable state and federal laws with respect to the procurement and use of this information.*

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD



REDACTED

STC000058



REDACTED

STC000059



https://members.daeservices.com/com-aspx/ViewReports/SubjectList.aspx?request=1206 ..   12/14/2009

REDACTED

STC000080



REDACTED

STC000061



20/20 INSIGHT BUNDLED FILE INFORMATION

REDACTED

STC000082



CASE TYPE:                           DR

ORDER #:   69263443        INQUIRY #:   120604966        DATA FILE DATE:   06/15/2009

STERRIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

REDACTED

STC000063

View Reports - Subject List                                    Page 8 of 11



INSTANT BUNDLED REQUEST INFORMATION

KABEL HODGES, SABNA L
NONE                SSN:
REQUEST DATE:      12/14/2009
TYPE OF SEARCH:    CRIMINAL SEARCH    SEX OFFENDER SEARCH

INSTANT BUNDLED FILE INFORMATION



REDACTED

STC000084



https://members.dacservices.com/com-aspx/ViewReports/SubjectList.aspx?request=1206...   12/14/2009

REDACTED

STC000086



CH #: 692643443         REQUEST #: 120604347      DATA FILE DATE: 82/24/2009

This inquiry will also be matched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons List. You will be notified in

and names contained in this report.

REDACTED

STC000086