John F. Lomax, Jr. (#020224)
Brian J. Foster (#012143)
Joseph A. Kroeger (#026036)
SNELL & WILMER L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, Arizona 85004-1630
Telephone: 602.382.6305
Facsimile: 602.382.6070
E-Mail: jlomax@swlaw.com
bfoster@swlaw.com
jkroeger@swlaw.com

Attorneys for Defendant Swift
Transportation Co. of Arizona, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SWIFT TRANSPORTATION CORPORATION, <br><br> Defendant. | No. 2:11-CV-01548-PHX-ROS <br><br> **DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S STATEMENT RESPONDING TO COURT'S ORDER** <br><br> Assigned to: Hon. Roslyn O. Silver |

Pursuant to this Court's Order (Doc. 97), Defendant Swift Transportation of Arizona, LLC files this Statement and does not object to the documents being filed on the public docket.

. . .

RESPECTFULLY SUBMITTED this 8th day of October, 2012.

                    SNELL & WILMER, L.L.P.

By: *s/ Joseph A. Kroeger*
    John F. Lomax, Jr.
    Brian J. Foster
    Joseph A. Kroeger
    One Arizona Center
    400 East Van Buren
    Phoenix, Arizona 85004
    Telephone: 602.382.6305
    Facsimile: 602.382.6070
    Attorneys for Defendant

## CERTIFICATE OF MAILING

I hereby certify that on October 8, 2012, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Dennis M. O'Toole, Esq.
Anthony R. Pecora, Esq.
Matthew A. Dooley, Esq.
Stumphauzer O'Toole McLaughlin
McGlamery & Loughman Company
5455 Detroit Road
Sheffield Village, OH  44054

Leonard Anthony Bennett, Esq.
Susan Mary Rotkis, Esq.
Consumer Litigation Associates, P.C.
763 J. Clyde Morris Boulevard
Suite 1-A
Newport News, VA  23601

Stanley Lubin, Esq.
Nicholas Jason Enoch, Esq.
Lubin & Enoch, P.C.
349 North Fourth Avenue
Phoenix, AZ  85003

/s/ Rita Owen

15943877