IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al., <br><br>　　　　Plaintiffs, <br><br>vs. <br><br>Swift Transportation Corp., <br><br>　　　　Defendant. | No. CV-11-01548-PHX-ROS <br><br>**ORDER** |

　　　Pursuant to Defendant agreeing that Exhibit B to Matthew Dooley's declaration should be filed on the public docket (Doc. 101), the motion to seal will be denied.

　　　Accordingly,

　　　**IT IS ORDERED** Plaintiffs' Motion to Seal (Doc. 94) is **DENIED**. The Clerk shall file Doc. 95 on the public docket.

　　　DATED this 10th day of October, 2012.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Roslyn O. Silver
　　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge