

**TRANSPORTATION CO. OF ARIZONA, LLC**

### FCRA DISCLOSURE AND AUTHORIZATION TO CONDUCT BACKGROUND INVESTIGATION

PLEASE REVIEW CAREFULLY BEFORE SIGNING AUTHORIZATION

**Swift Transportation of Arizona, L.L.C.** ("the Company") may obtain information about you for employment purposes from a third-party consumer reporting agency. Thus, you may be the subject of a "consumer report" which may contain information regarding your credit history, criminal history, social security verification, motor vehicle records, verification of your education or employment history, or other background checks. Credit history may be requested if such information is relevant to the duties and responsibilities of the position for which you are applying. The scope of this notice and authorization allows the Company to obtain from any outside organization all manner of consumer reports now, during the hiring process and throughout the course of your employment to the extent permitted by law.

### ACKNOWLEDGMENT AND AUTHORIZATION

I acknowledge receipt of this DISCLOSURE AND AUTHORIZATION TO CONDUCT BACKGROUND INVESTIGATION and certify that I have read and understand it. I hereby authorize the obtaining of "consumer reports" by the Company at any time after receipt of this authorization and throughout my employment, if applicable. To this end, I hereby authorize, without reservation, any law enforcement agency, administrator, state or federal agency, institution, school or university (public or private), information service bureau, employer, or insurance company to furnish any and all background information requested by an outside organization acting on behalf of the Company, and/or the Company itself. I agree that a facsimile ("fax"), electronic or photographic copy of this Authorization shall be as valid as the original.

☐ **Minnesota and Oklahoma applicants or employees only:** Please check this box if you would like to receive a copy of a consumer report at no charge if one is obtained by the Company.

☐ **California applicants or employees only:** By signing below, you also acknowledge receipt of the NOTICE REGARDING BACKGROUND INVESTIGATION PURSUANT TO CALIFORNIA LAW. Please check this box if you would like to receive a copy of an investigative consumer report or consumer credit report at no charge if one is obtained by the Company whenever you have a right to receive such a copy under California law.

Last Name_____ First _____ Middle_____

Signature_____ Date_____

Revised: 5/04/12

CONFIDENTIAL - ATTORNEYS EYES ONLY

STC314249

EXHIBIT B
FILED UNDER SEAL

**Consumer Information**

Last Name _____ First _____ Middle _____

Other Names/Alias _____

Date of Birth*_____

Present Address_____ Phone Number_____

City/State/Zip_____

*This information will be used for background screening purposes only and will not be used as hiring criteria.

Revised: 5/04/12

CONFIDENTIAL - ATTORNEYS EYES ONLY

STC314250

EXHIBIT B
FILED UNDER SEAL



**TRANSPORTATION CO. OF ARIZONA, LLC**

## NOTICE REGARDING BACKGROUND INVESTIGATION
## PURSUANT TO CALIFORNIA LAW

**Swift Transportation** (the "Company") intends to obtain information about you for employment screening purposes from a consumer reporting agency. Thus, you can expect to be the subject of "investigative consumer reports" and "consumer credit reports" obtained for employment purposes. Such reports may include information about your character, general reputation, personal characteristics and mode of living. With respect to any investigative consumer report from an investigative consumer reporting agency ("ICRA"), the Company may investigate the information contained in your employment application and other background information about you, including but not limited to the following: obtaining a criminal record report and verifying references, work history, your social security number, your educational achievements, licensure and certifications, your driving record, and other information about you. The results of this report may be used as a factor in making employment decisions. The source of any investigative consumer report (as that term is defined under California law) will be **HireRight, 5151 California Ave., Irvine, CA  92617**. The Company agrees to provide you with a copy of an investigative consumer report when required to do so under California law.

Under California Civil Code § 1786.22, you are entitled to find out from an ICRA what is in the ICRA's file on you with proper identification, as follows:

- In person, by visual inspection of your file during normal business hours and on reasonable notice. You also may request a copy of the information in person. The ICRA may not charge you more than the actual copying costs for providing you with a copy of your file.

- A summary of all information contained in the ICRA's file on you that is required to be provided by the California Civil Code will be provided to you via telephone, if you have made a written request, with proper identification, for telephone disclosure, and the toll charge, if any, for the telephone call is prepaid by or charged directly to you.

- By requesting that a copy be sent to a specified addressee by certified mail. ICRAs complying with requests for certified mailings shall not be liable for disclosures to third parties caused by mishandling of mail after such mailings leave the ICRAs.

"Proper Identification" includes documents such as a valid driver's license, social security account number, military identification card, and credit cards. Only if you cannot identify yourself with such information may the ICRA require additional information concerning your employment and personal or family history in order to verify your identity.

The ICRA will provide trained personnel to explain any information furnished to you and will provide a written explanation of any coded information contained in files maintained on you. This written explanation will be provided whenever a file is provided to you for visual inspection.

You may be accompanied by one other person of your choosing, who must furnish reasonable identification. An ICRA may require you to furnish a written statement granting permission to the ICRA to discuss your file in such person's presence.

NAME: _____ DATE: _____ SIGNATURE:_____

Revised: 5/04/12

CONFIDENTIAL - ATTORNEYS EYES ONLY

STC314251

EXHIBIT B
FILED UNDER SEAL