1   Stanley Lubin (#003076)
    LUBIN AND ENOCH, P.C.
2   349 North 4th Avenue
    Phoenix, Arizona 85003-1505
3   Telephone:   (602) 234-0008
    Email:       stan@lubinandenoch.com
4
    Dennis M. O'Toole (#0003274)
5   Anthony R. Pecora (#0069660)
    Matthew A. Dooley (#0081482)
6   STUMPHAUZER, O'TOOLE, McLAUGHLIN,
    McGLAMERY & LOUGHMAN CO., LPA
7   5455 Detroit Road
    Sheffield Village, Ohio  44054
8   Telephone:   (440) 930-4001
    Email:       dotoole@sheffieldlaw.com
9                apecora@sheffieldlaw.com
                 mdooley@sheffieldlaw.com
10
    Leonard A. Bennett (Virginia Bar #27523)
11  Susan M. Rotkis (Virginia Bar #40693)
    CONSUMER LITIGATION ASSOCIATES, P.C.
12  763 J. Clyde Morris Boulevard
    Suite 1-A
13  Newport News, Virginia 23601
    Telephone:   (757) 930-3660
14  Email:       lenbennett@clalegal.com

15  John F. Lomax, Jr. (#020224)
    Brian J. Foster (#012143)
16  Joseph A. Kroeger (#026036)
    SNELL & WILMER L.L.P.
17  One Arizona Center
    400 E. Van Buren
18  Phoenix, AZ  85004-2202
    Telephone: (602) 382-6000
19  Email:       jlomax@swlaw.com
                 bfoster@swlaw.com
20               jkroeger@swlaw.com

21              IN THE UNITED STATES DISTRICT COURT

22                 FOR THE DISTRICT OF ARIZONA

23  KELVIN D. DANIEL, et al
                                    Case No.  2:11-cv-01548-PHX-ROS
24             Plaintiffs,
                                    SECOND NOTICE OF DISCOVERY
25  v.                              AND SETTLEMENT

26  SWIFT TRANSPORTATION
    CORPORATION,
27
               Defendant.
28

                                  - 1 -

15961061

1

2

3        Pursuant to this Court's Rule 16 Scheduling Order (Doc. 40), the parties hereby

4    jointly file their Second Notice of Discovery and Settlement.

5        The parties completed Phase I discovery on September 14, 2012.  The parties have

6    discussed settlement, but were unable to reach agreement to enter mediation.

7        DATED this 15th day of October, 2012.

8

9                                        Respectfully Submitted,

10                                       STUMPHAUZER O'TOOLE MCLAUGHLIN
11                                       McGLAMERY & LOUGHMAN CO., LPA

12                                       /s/ Matthew A. Dooley
                                         *Counsel for Plaintiffs*
13

14                                       SNELL & WILMER, LLP

15                                       /s/ Joseph A. Kroeger
                                         *Counsel for Defendant*
16

17

18

19

20

21

22

23

24

25

26

27

28

15961061

1

## CERTIFICATE OF SERVICE

2          This will certify that a copy of the foregoing Second Notice of Discovery and

3

Settlement was filed electronically this 15th day of October, 2012. Notice of this filing

4

will be sent to all counsel of record by operation of the Court's electronic filing system.

5

6                                        /s/  Rita Owen

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -

15961061