IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al.,<br><br>          Plaintiffs,<br><br>v.<br><br>Swift Transportation Corporation,<br><br>          Defendant. | Case No.  CV-11-01548-PHX-ROS<br><br>**ORDER** |

      IT IS ORDERED the joint motion to exceed page limitations (Doc. 106) is GRANTED.  Defendant's response and Plaintiffs' reply to the Motion for Class Certification each shall not exceed 22 pages exclusive of attachments.

      Dated this 30th day of October, 2012.

Roslyn O. Silver
Chief United States District Judge