**EXHIBIT A**

STATE OF ARIZONA

COUNTY OF MARICOPA

## Declaration of Michelle Cordova

I, Michelle Cordova, being over the age of 18 years, of sound mind and fully competent to make this Declaration, hereby declare the following as true and correct to the best of my personal knowledge:

1.      I am currently employed by Swift Transportation Co. of Arizona, LLC ("Swift") as its Regional Recruiting Leader for the West Coast.  I have been employed by Swift for more than 15 years in its Recruiting and Investigations departments.

2.      Individuals can be disqualified from employment with Swift for a variety of reasons.  To ascertain the reason that any specific individual was disqualified, a case-by-case analysis is required.  During the proposed class period, Swift did not use standardized codes or keep records that would allow a person to readily establish why an individual applicant was not hired by Swift.

3.      There are a number of different reasons that an individual might be disqualified from employment with Swift after a criminal background report has been ordered and reviewed.

4.      As one example, individuals can be disqualified because they fail Swift's Department of Transportation Pre-Employment Drug Screen after criminal background reports have been ordered.  As just one example, an individual, "Felix L__", applied for employment with Swift on March 15, 2011.  The individual successfully pre-qualified, consumer reports were ordered and reviewed, and he was approved for further processing.  Felix L__ also passed his Medical Examination for Commercial Driver Fitness.  However, on March 23, 2011, Swift received notice that Felix L__ failed his Pre-Employment Drug Screen.  As a result, he was determined to be not eligible for hire.  This is one of many examples of individuals who failed drug screens during the class period and were not hired because of this failure.

5.     Other individuals are not hired because they cannot pass the required Medical Examination for Commercial Driver Fitness. One example is "Thomas S.," who applied for employment with Swift on January 25, 2011. Thomas S. revealed a domestic violence conviction from 1999 on his employment application. Notwithstanding this conviction, he was approved by Investigations for further processing after an interview, given that this was his only conviction, that he had been truthful on his application and that the conviction was nearly 12 years old. The individual was scheduled for orientation and attended orientation beginning on January 25, 2011. However, on January 23, 2011, Swift learned that the individual's doctor would not release him to work due to a hernia and that Thomas S. therefore could not pass the Medical Examination for Commercial Driver Fitness. Thomas S. was informed he could not currently qualify for employment with Swift. He informed Swift that he would have the hernia repaired and would contact Swift to re-apply for employment.

6.     Still other individuals are not hired because they fail their road test. As one example, "Timothy B." applied for employment with Swift on January 24, 2011. He successfully pre-qualified, consumer reports were ordered and reviewed, and he was approved for further processing. He passed his Medical Examination for Commercial Driver Fitness. However, during his road test, he did not watch mirrors, hit a curb sign, did not know how to shift and never took the truck's transmission out of fifth gear. As a result, he failed his road test and was denied employment with Swift. This is one of numerous examples of applicants who failed road tests during the class period.

7.     As another example, sometimes individuals engage in misconduct during orientation that results in a decision to disqualify them from further consideration. For example, on June 30, 2011, "George P." threatened another orientation attendee, saying he was going to "break his jaw." He also rudely interrupted an instructor and yelled at another attendee. Swift decided to disqualify George P. and remove him from orientation before he completed orientation. There are other examples of individuals removed from

Declaration of Michelle Cordova

orientation for misconduct and other reasons.

8. Another individual, "Mulugeta G.," got in an argument at orientation when he was informed he could not be dedicated to a specific customer account because he did not have the required driving experience or live within the proper geographic boundary. The individual was sent home from orientation on or about March 10, 2011. The Recruiting Manager sent a message to Mulugeta G.'s recruiter to, "Kindly advise your applicant that he will not be working for Swift and he will be responsible for paying for the hotel room for last night which was not authorized. Perhaps, this episode of this applicants [sic] entitlement and superiority will yield him a valuable lesson and he will make better decisions in an interview process in the future."

9. Some applicants simply do not show up for orientation, choosing not to attend for various reasons. As one example, on March 17, 2011, Swift learned that "Armando G." failed to show up at orientation. The Orientation Administrator contacted Armando G. at his motel room. Armando G. informed the Administrator that he was not coming to work for Swift because Swift did not pay "enough money" to its drivers.

10. Other applicants are offered employment with Swift and simply choose to go to work for other companies. "Daniel V." applied for employment with Swift on January 19, 2011. He passed his Medical Examination For Commercial Driver Fitness. He passed his road test. Swift offered him employment as a driver. On January 25, 2011 Swift was notified by Daniel V. that he had accepted a job with another company and he declined Swift's offer of employment.

11. Sometimes, Swift discovers an applicant has provided false information on his or her application only after that individual arrives at orientation. One such individual, "Susie O.," applied for employment with Swift on October 12, 2010. On her application, Susie O. disclosed only one accident and indicated it was "not her fault." As part of Susie O.'s employment verification process, Swift sent out a Past Employment Verification to one a former trucking employer listed by Susie O. on her application on October 13, 2010.

3

On October 13, 2010, Susie O. was scheduled to attend orientation, starting October 18, 2010. Susie O. arrived at orientation on October 18, 2010. On October 19, 2010, Swift received from the former trucking employer the Past Employment Verification form, which listed nine different accidents that Susie O. had been involved in while employed by that company from 2005 through 2010. Susie O. admitted during orientation that she had failed to list these accidents on her Swift employment application. Swift disqualified Susie O. from further consideration on October 19, 2010 and she was sent home from orientation. This is one of many example where Swift only learned about disqualifying information after consumer reports were ordered and after the individual had already shown up to orientation.

12. In another example, an individual, "William B.," applied for employment with Swift on October 21, 2010. In response to the pre-qualification question of whether he had ever used any illegal drugs, William B. checked yes. In response to the question "if yes, when" he responded, "8 years ago and NEVER again." The recruiter, as part of Swift's standard procedures, would have asked William B. what drugs he had used. He would only have been approved for further consideration if his response had been, "marijuana." Swift allows individuals who have used marijuana more than 3 years ago to be approved for further consideration. The individual was scheduled for orientation and showed up for orientation on November 29, 2010. At orientation, William B., as with all attendees, was given a presentation wherein a Swift employee shows the Swift application on an overhead projector and goes through its questions with the attendees. The Swift orientation employee informs the attendees of the importance that they provide accurate information on their application, and further informs them that this is their last opportunity to revise their answers for accuracy. Many attendees choose to make changes to their application information at this point. William B. was one of these individuals. He hand-wrote on his application that he had used "meth," or methamphetamine, eight years ago. Swift does not hire applicants who have used methamphetamine within the past 10 years.

Declaration of Michelle Cordova

1   William B. was informed that he did not meet Swift's hiring criteria and he was sent home

2   from orientation on December 1, 2010 at 2:21 p.m.

3        13.   A true and accurate copy of Kelvin Daniel's and Tanna Hodges' Online

4   Applications are attached hereto as Exhibit ("Exh.") 1, STC212819-31 · (sensitive

5   information redacted). Online Applications are stored by Swift at or near the time that the

6   information is transmitted to Swift, are kept in the course of Swift's regularly conducted

7   business activity and it is the regular practice of that business activity to make and

8   accurately store those Online Applications.

9        14.   The format of the Online Applications contained in Exhibit 1 was the

10   standard format for the online applications filled out by all applicants applying via the

11   Internet from August 2006 to March 2011. At the bottom of page 1 of the Online

12   Applications, applicants are asked, "May we request information on you from outside

13   consumer reporting agencies?" *See* STC212819, 212825. Applicants were required to

14   check "yes" in order to be processed further for employment with Swift. On the last page

15   of the application, there was Acknowledgment language that applicants agreed to by

16   clicking a Submit button, giving Swift "the right to investigate all references and to secure

17   additional information about me, if job-related." *See* STC212824, 212831.

18        15.   Both Daniel and Hodges checked "Yes" in response to the question of

19   whether Swift may request information from outside consumer reporting agencies, and

20   both clicked on the Submit button below their Acknowledgment language. *See* Exh. 1,

21   STC 212819, 212824-25, 212831. True and correct copies of additional completed

22   Online Applications wherein the applicants checked "Yes" allowing Swift to request

23   information from outside consumer reporting agencies are attached hereto as Exh. 2.

24        16.   In or about March 2011, Swift changed its online application to an App

25   Manager Application. A true and correct copy of the App Manager Application form is

26   attached hereto as Exh. 3, STC000101-06. A representative sample of true and correct

27   copies of App Manager Applications in completed form are attached hereto as Exh. 4,

28

Declaration of Michelle Cordova

1   STC644301-86.  App Manager Applications are stored by Swift at or near the time that
2   the information is transmitted to Swift, are kept in the course of Swift's regularly
3   conducted business activity and it is the regular practice of that business activity to make
4   and accurately store those App Manager Applications.  Exh. 4 contains App Manager
5   Applications in "web view" format.   The content in this view contains the same
6   information and signature as their App Manager Applications.

7       17.   The App Manager Application contains new revised consent language that
8   expressly references consumer reports and further states that the applicant has a right to
9   obtain a free copy of their consumer report and a right to dispute the accuracy or
10  completeness of the consumer report. *See* Exh. 2 at STC000106.

11      18.   Below the App Manager Application's consent language, the form expressly
12  provides, "I have read and agree to the above release and ***I give permission to obtain***
13  ***consumer reports***." *Id* (emphasis added).  An applicant must check the "Yes" button to
14  be processed further for employment with Swift.  The applicant must also sign below this
15  language, using their mouse to sign electronically. *Id.*

16      19.   Some applicants fill out Swift's paper employment application and submit it
17  either by facsimile or through the mail.  There is typically no in-person contact with these
18  applicants before Swift ordering their consumer reports.

19      20.   Swift's paper application has changed over time.  There was one form in use
20  through June 2009.  From June 2009 through September 2009, Swift instituted a revised
21  paper application with new language regarding criminal conviction information.  Finally,
22  from September 2009 through the present, Swift began using a new paper application.

23      21.   During the proposed five-year class period, a substantial portion of the
24  driver applicants that have applied for employment with Swift and for whom a consumer
25  report was ordered applied before August 8, 2009.

26
27
28

6

Declaration of Michelle Cordova

1    I declare, under penalty of perjury, that the foregoing is true and correct.

2    Executed on: October 30, 2012

3

4                                                    Michelle Cordova

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

7                              Declaration of Michelle Cordova

**EXHIBIT 1**

### Driver Recruiting Process – Online Application
All information in RED letters is required!                                    Application Date: 12/27/2010

**Do you know the name of your recruiter?**          I don't know

**Job(s) applying for:**
(Ctrl-Click to select more            AAA I need to attend school
than one job)

**Experience level:**                               Has Class A CDL but needs training

**Driver Personal Information**

First Name        Kelvin        Last Name        Daniel
Middle Initial    D
Birthdate                        Social Security #
                  (MM/DD/YYYY)
Comment

**Driver's License & CDL Information**

No.              State  Georgia        ▼      Expires  12/25/2014      (MM/DD/YYYY)

CDL Holder?      Yes  ▼

CDL Endorsements        ☐HAZMAT ☐Doubles ☐Triples ☐Tankers

**Contact Info**

**Driver Address**

Street Address
City                        State            ▼     Zip
County
How long at this address? 1mth

Street Address
City                        State            ▼     Zip
County
How long at this address? 18yrs

Street Address
City                        State            ▼     Zip
County
How long at this address? 17yrs

Street Address
City                        State            ▼     Zip
County
How long at this address? 3yrs

**Contact Information**

Home Phone                  Fax
Cellular                    2nd Phone
Email Address

May we request information on you from outside consumer reporting agencies?   ⦿ Yes  ○ No

Comments:

Continue

**≈SWIFT**

## Driver Recruiting Process - Online Application
*All information in RED letters is required*                          Application Date: 12/27/2010

**Do you know the name of your recruiter?**          I don't know

**Job(s) applying for:**                              --
(Ctrl-Click to select more                           AAA I need to attend school
than one job)

**Experience level:**                                Has Class A CDL but needs training

### Driver Personal Information

**First Name**      Kelvin          **Last Name**      Daniel

**Middle Initial**  D

**Birthdate**       (MM/DD/YYYY)    **Social Security #**

**Comment**

### Driver's License & CDL Information

**No.**             **State**  Georgia          **Expires**  12/25/2014     (MM/DD/YYYY)

**CDL Holder?**     Yes

**CDL Endorsements**    ☐HAZMAT ☐Doubles ☐Triples ☐Tankers

### Pre-Hire Questionnaire

| | |
|---|---|
| Have you ever applied for work and/or worked for this company before? | ○ Yes ● No |
| If yes, when? | |
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country? | ● Yes ○ No |
| Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations? Click here to view job descriptions | ● Yes ○ No |
| Have you ever been denied a license, permit or privilege to operate a motor vehicle? | ○ Yes ● No |
| If yes, then when and why? | |

Has any license, permit or privilege ever been suspended or revoked?     ● Yes ○ No
If yes, then when and why?
2005-Failure to appear in court

Have you ever been stopped while intoxicated?     ○ Yes ● No
If yes, then when?

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?     ○ Yes ● No
If yes, then when?

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or a derivative thereof?     ○ Yes ● No
Comments:

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Heath and Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or the statutory predecessors.     ○ Yes ● No
Comments:

Do you currently have any criminal actions pending in which you are a defendant?     ○ Yes ● No
If yes, explain:

Are you currently on probation or parole?     ○ Yes ● No
If yes, explain:

### Please complete this information:

| | | | |
|---|---|---|---|
| **Date of Arrest (MM/DD/YYYY):** | | **Date of Arrest (MM/DD/YYYY):** | |
| **Charge 1** | | **Charge 2** | |
| **Location County** | | **Location County** | |
| **Location State** | | **Location State** | |
| **Conviction Date (MM/DD/YYYY):** | | **Conviction Date (MM/DD/YYYY):** | |
| **Charge** | | **Charge** | |
| **Sentence** | | **Sentence** | |
| **Time Served** | | **Time Served** | |
| **Dates on Probation or Parole** | | **Dates on Probation or Parole** | |
| **Please describe what happened:** | | **Please describe what happened:** | |
| **Any other arrests or convictions?** | ○ Yes ○ No | **Any charges pending now?** | ○ Yes ○ No |
| **Any other names used (married, married, etc.)** | | | |
| **Gender** | -- | **Race** | -- |

REDACTED

Continue                                                                    STC212820

**SWIFT**

## Driver Recruiting Process - Online Application
*All information in RED letters is required*                    Application Date: 12/27/2010

**Do you know the name of your recruiter?**     I don't know ▾

Job(s) applying for:
(Ctrl-Click to select more
than one job)                             AAA I need to attend school ▾

Experience level:                         Has Class A CDL but needs training ▾

**Driver Personal Information**

First Name        Kelvin              Last Name        Daniel
Middle Initial    D
Birthdate         (MM/DD/YYYY)        Social Security #

Comment

**Driver's License & CDL Information**

No.                     State   Georgia   ▾        Expires  12/25/2014     (MM/DD/YYYY)

CDL Holder?             Yes ▾

CDL Endorsements        ☐ HAZMAT  ☐ Doubles  ☐ Triples  ☐ Tankers

**Driver Information**

Please complete the driving experience information below:

Have you had licenses in other states in the last 5 years?   No ▾

| State | License Type | License Number |
|-------|-------------|----------------|
| Georgia ▾ | Class A | |
| -- ▾ | | |
| -- ▾ | | |
| -- ▾ | | |

List all states in which you have operated a Class A motor vehicle in the past 5 years:

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT: Van, Tank, Flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|--------------------|------------------------------------------|--------------------|------------------|----------------------------|
| STRAIGHT TRUCK | Cargo | 05/10/2010 | | |
| TRACTOR AND SEMI TRAILER | Van | 07/11/2009 | 12/01/2010 | |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

How many moving violations have you had in the last 5 years?                    1

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|-------------------|------------------|--------|---------|
| 12/27/2008 | Ga. | Failure to obey sign | fined |
| | | | |
| | | | |
| | | | |

How many accidents have you had in the last 5 years?                    1

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT. (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|-------------------|--------------|-------------------------------------------------------|------------------------------------------|------------|----------|---------------------------|
| 03/11/2008 | DHL van | Rear End | No ▾ | 0 | 0 | 0 |
| | | | -- ▾ | | | |
| | | | -- ▾ | | | |
| | | | -- ▾ | | | |

[ Continue ]

REDACTED

STC212821

**SWIFT**

## Driver Recruiting Process - Online Application
All information in RED letters is required.                 Application Date: 12/27/2010

Do you know the name of your recruiter?        I don't know ▼

Job(s) applying for:                                   --
(Ctrl-Click to select more                    AAA I need to attend school ▼
than one job)

Experience level:                             Has Class A CDL but needs training ▼

**Driver Personal Information**

First Name    Kelvin            Last Name      Daniel
Middle Initial  D
Birthdate                       Social Security #
              (MM/DD/YYYY)

Comment

**Driver's License & CDL Information**

No.              State  Georgia      ▼    Expires  12/25/2014    (MM/DD/YYYY)

CDL Holder?      Yes ▼

CDL Endorsements        ☐HAZMAT ☐Doubles ☐Triples ☐Tankers

| Work History |
|---|

6 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

**Work History**

| Company Name: | HH Gregg/Ust/3pd | From: 05/11/2010 (MM/DD/YYYY) | To: Present (MM/DD/YYYY) | May we contact this employer? ● Yes ○ No |
|---|---|---|---|---|
| Street Address: | 3000 South Park Blvd | | | |
| City | Ellenwood | State Georgia ▼ | Zip 95835 | |
| Phone: | 678-878-5278 | Supervisor's Name: Wayne II | | |
| Position: | Driver/Helper | Type of Equip. Driven: Straight Trucks | | |
| Reason for leaving: | Present | | | |

| Company Name: | Labor Ready | From: 09/10/2009 (MM/DD/YYYY) | To: Present (MM/DD/YYYY) | May we contact this employer? ● Yes ○ No |
|---|---|---|---|---|
| Street Address: | 120 Wendell Ct | | | |
| City | Atlanta | State Georgia ▼ | Zip 95835 | |
| Phone: | 404-696-2176 | Supervisor's Name: Chris M | | |
| Position: | Driver/Etc | Type of Equip. Driven: Tractor Trailer (Reafers) | | |
| Reason for leaving: | Present | | | |

| Company Name: | DHL Express | From: 08/09/1996 (MM/DD/YYYY) | To: 10/10/2008 (MM/DD/YYYY) | May we contact this employer? ● Yes ○ No |
|---|---|---|---|---|
| Street Address: | N/A | | | |
| City | Atlanta | State Georgia ▼ | Zip 95835 | |
| Phone: | 678-596-2011 | Supervisor's Name: Steve M | | |
| Position: | Sub-Contractor | Type of Equip. Driven: Cargo van/Straight trucks | | |
| Reason for leaving: | Company closed down | | | |

| Company Name: | Pinkerton Securites | From: 12/28/94 (MM/DD/YYYY) | To: 08/09/96 (MM/DD/YYYY) | May we contact this employer? ● Yes ○ No |
|---|---|---|---|---|
| Street Address: | n/n | | | |
| City | Atlanta | State Georgia ▼ | Zip 95835 | |
| Phone: | n/a | Supervisor's Name: David F | | |
| Position: | Security Supervisor | Type of Equip. Driven: none | | |
| Reason for leaving: | Went out of business | | | |

| Company Name: | United States Navy | From: 06/16/1992 (MM/DD/YYYY) | To: 09/22/1994 (MM/DD/YYYY) | May we contact this employer? ○ Yes ● No |
|---|---|---|---|---|
| Street Address: | USS Lasalle & USS Pon`ce | | | |
| City | Norfolk | State Virginia ▼ | Zip 95835 | |
| Phone: | n/n | Supervisor's Name: Uncle Sem | | |
| Position: | Radioman | Type of Equip. Driven: None | | |
| Reason for leaving: | General Discharged | | | |

[ Continue ]

**SWIFT**

## Driver Recruiting Process - Online Application
*All information in RED letters is required*                    Application Date: 12/27/2010

**Do you know the name of your recruiter?**   I don't know ▾

**Job(s) applying for:**                    --
(Ctrl-Click to select more               AAA I need to attend school ▾
than one job)

**Experience level:**                    Has Class A CDL but needs training ▾

### Driver Personal Information

| | | | |
|---|---|---|---|
| **First Name** | Kelvin | **Last Name** | Daniel |
| **Middle Initial** | D | | |
| **Birthdate** | | **Social Security #** | |
| | (MM/DD/YYYY) | | |
| **Comment** | | | |

### Driver's License & CDL Information

| | | | |
|---|---|---|---|
| **No.** | | **State** Georgia ▾ | **Expires** 12/25/2014   (MM/DD/YYYY) |
| **CDL Holder?** | Yes ▾ | | |
| **CDL Endorsements** | ☐HAZMAT ☐Doubles ☐Triples ☐Tankers | | |

**Education/Military Service**

**What is the highest grade you've completed?** 12

**High School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Tift County | ◉ Yes ○ No | Diploma | History/Science |

**College**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○ Yes ○ No | | |

**Graduate School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○ Yes ○ No | | |

**Technical/Trade School/Truck Driving School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Moultrie Tech College | ◉ Yes ○ No | Diploma | Commercial Truck Drivi |

**Have you served in the U.S. Armed Forces?**
◉ Yes ○ No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| United States Navy | 06/16/1992 | 09/22/1994 |

[Continue]

**SWIFT**

## Driver Recruiting Process - Online Application
All information in RED letters is required*

Application Date: 12/27/2010

**Do you know the name of your recruiter?**  | I don't know ▼

**Job(s) applying for:** | *** ▲
(Ctrl-Click to select more | AAA I need to attend school ▼
than one job)

**Experience level:** | Has Class A CDL but needs training ▼

### Driver Personal Information

| | | | |
|---|---|---|---|
| **First Name** | Kelvin | **Last Name** | Daniel |
| **Middle Initial** | D | | |
| **Birthdate** | | **Social Security #** | |
| | (MM/DD/YYYY) | | |
| **Comment** | | | |

### Driver's License & CDL Information

| | | | | |
|---|---|---|---|---|
| **No.** | | **State** Georgia ▼ | **Expires** 12/25/2014 | (MM/DD/YYYY) |
| **CDL Holder?** | Yes ▼ | | | |
| **CDL Endorsements** | ☐HAZMAT ☐Doubles ☐Triples ☐Tankers | | | |

Submit Application

### ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Submit

STC212824

**SWIFT**

### Driver Recruiting Process - Online Application
*All information in RED letters is required*                                          Application Date: 12/12/2009

**Do you know the name of your recruiter?**                    I don't know

**Job(s) applying for:**                                        AAA I need to attend school
(Ctrl-Click to select more
than one job)

**Experience level:**                                          Has Class A CDL but needs training

**Driver Personal Information**

| | | | |
|---|---|---|---|
| **First Name** | Tanna | **Last Name** | Hodges |
| **Middle Initial** | L | | |
| **Birthdate** | | **Social Security #** | |
| | (MM/DD/YYYY) | | |
| **Comment** | I HAVE GOT MY CDL.S | | |

**Driver's License & CDL Information**

| | | | | | |
|---|---|---|---|---|---|
| **No.** | | **State** Ohio | | **Expires** 02/18/2011 | (MM/DD/YYYY) |

**CDL Holder?**    Yes

**CDL Endorsements**    ☑HAZMAT  ☐Doubles  ☐Triples  ☑Tankers

**Contact Info**

**Driver Address**

| **Street Address** | | | |
|---|---|---|---|
| City | | State | Zip |
| County | | | |
| How long at this address? 1 MONTH | | | |

| **Street Address** | | | |
|---|---|---|---|
| City | | State | Zip |
| County | | | |
| How long at this address? 4 YRS | | | |

| **Street Address** | | | |
|---|---|---|---|
| City | | State | Zip |
| County | | | |
| How long at this address? 13 YRS | | | |

| **Street Address** | | | |
|---|---|---|---|
| City | | State -- | Zip |
| County | | | |
| How long at this address? | | | |

**Contact Information**

| **Home Phone:** | | **Fax** | |
|---|---|---|---|
| Cellular | | 2nd Phone | |
| Email Address | | | |

May we request information on you from outside consumer reporting agencies?    ● Yes  ○ No

Comments:

[Continue]

REDACTED

STC212825

**SWIFT**

**Driver Recruiting Process – Online Application**
All information in RED letters is required
Application Date: 12/12/2009

**Do you know the name of your recruiter?**   I don't know

Job(s) applying for:
(Ctrl-Click to select more
than one job)                                    AAA I need to attend school

Experience level:                                Has Class A CDL but needs training

**Driver Personal Information**

First Name     Tanna          Last Name      Hodges
Middle Initial L
Birthdate      (MM/DD/YYYY)   Social Security #
Comment        I HAVE GOT MY CDL.S

**Driver's License & CDL Information**

No.              State   Ohio                  Expires 02/18/2011      (MM/DD/YYYY)

CDL Holder?      Yes

CDL Endorsements   ☑ HAZMAT  ☐ Doubles  ☐ Triples  ☑ Tankers

**Pre-Hire Questionnaire**

| | |
|---|---|
| Have you ever applied for work and/or worked for this company before? | ● Yes ○ No |
| If yes, when? 09/29/2009 | |
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country? | ● Yes ○ No |
| Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations? Click here to view job descriptions | ● Yes ○ No |
| Have you ever been denied a license, permit or privilege to operate a motor vehicle? | ○ Yes ● No |
| If yes, then when and why? | |
| Has any license, permit or privilege ever been suspended or revoked? | ○ Yes ● No |
| If yes, then when and why? | |
| Have you ever been stopped while intoxicated? | ○ Yes ● No |
| If yes, then when? | |
| Have you ever used any illegal drug (including marijuana)? If yes, when was the last time? | ○ Yes ● No |
| If yes, then when? | |
| Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or a derivative thereof? | ○ Yes ● No |
| Comments: | |
| Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Heath and Safety Code section a 11357 (b) and (c) and 11360 (c), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or the statutory predecessors. | ○ Yes ● No |
| Comments: | |
| Do you currently have any criminal actions pending in which you are a defendant? | ○ Yes ● No |
| If yes, explain: | |
| Are you currently on probation or parole? | ○ Yes ● No |
| If yes, explain: | |

STC212826

**SWIFT**

## Driver Recruiting Process - Online Application
All information in RED letters is required!          Application Date: 12/12/2009

**Do you know the name of your recruiter?**   I don't know

**Job(s) applying for:**   AAA I need to attend school
(Ctrl-Click to select more
than one job)

**Experience level:**   Has Class A CDL but needs training

### Driver Personal Information

| | | | |
|---|---|---|---|
| **First Name** | Tanna | **Last Name** | Hodges |
| **Middle Initial** | L | | |
| **Birthdate** | (MM/DD/YYYY) | **Social Security #** | |
| **Comment** | I HAVE GOT MY CDLS | | |

### Driver's License & CDL Information

| | | | |
|---|---|---|---|
| **No.** | **State** Ohio | **Expires** 02/18/2011 | (MM/DD/YYYY) |

**CDL Holder?**   Yes

**CDL Endorsements**   ☑ HAZMAT  ☐ Doubles  ☐ Triples  ☑ Tankers

### Driver Information

Please complete the driving experience information below:

**Have you had licenses in other states in the last 5 years?**   Yes

| State | License Type | License Number |
|---|---|---|
| North Carolina | OP. | |
| Ohio | CDL | |
| Arkansas | CDL | N/A |

**List all states in which you have operated a Class A motor vehicle in the past 5 years:**
NONE JUST GOT OUT OF SCHOOL..

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT: Van, Tank, Flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI TRAILER | VAN | 03/30/84 | 08/15/89 | |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

**How many moving violations have you had in the last 5 years?**   0

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**How many accidents have you had in the last 5 years?**   1

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| 12 15 2008 | FORD CAR | ETC. | -- | NO | NO | TURN SINGLE LITE BRO |
| | | | -- | | | |
| | | | -- | | | |
| | | | -- | | | |

Continue

REDACTED

**≈SWIFT**

### Driver Recruiting Process – Online Application
*All information in RED letters is required!*   Application Date: 12/12/2009

**Do you know the name of your recruiter?**   I don't know ▾

| Job(s) applying for: (Ctrl-Click to select more than one job) | AAA I need to attend school ▾ |
| **Experience level:** | Has Class A CDL but needs training ▾ |

**Driver Personal Information**

| First Name | Tanna | Last Name | Hodges |
| Middle Initial | L | | |
| Birthdate | | Social Security | |
| | (MM/DD/YYYY) | | |
| Comment | I HAVE GOT MY CDL.S | | |

**Driver's License & CDL Information**

| No. | | State | Ohio ▾ | Expires | 02/18/2011 | (MM/DD/YYYY) |

**CDL Holder?**   Yes ▾

**CDL Endorsements**   ☑HAZMAT  ☐Doubles ☐Triples ☑Tankers

**Work History**

*5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.*

| Company Name: | 76 TRUCK STOP | From: 07/15/1991 (MM/DD/YYYY) | To: 09/15/1993 (MM/DD/YYYY) | May we contact this employer? ○ Yes ○ No |
| Street Address: | I /40 GALLAWAY /VAVINTINE RD. | | | |
| City | LITTLE ROCK  AR. | State -- ▾ | Zip 78209 | |
| Phone: | 1800/872/7012 | Supervisor's Name: | | |
| Position: | WAITRESS | Type of Equip. Driven: | | |
| Reason for leaving: | MOVED TO N.C | | | |

| Company Name: | WILLIOWBEY | From: 10 25 1988 (MM/DD/YYYY) | To: 03 10 1989 (MM/DD/YYYY) | May we contact this employer? ○ Yes ○ No |
| Street Address: | SEYMORE IN. | | | |
| City | OUT OF BUSSINESS | State -- ▾ | Zip 78209 | |
| Phone: | | Supervisor's Name: | | |
| Position: | | Type of Equip. Driven: | | |
| Reason for leaving: | | | | |

| Company Name: | MID WEST CONT | From: 03/301984 (MM/DD/YYYY) | To: 8/15/ 1989 (MM/DD/YYYY) | May we contact this employer? ⊙ Yes ○ No |
| Street Address: | 333941 FREELON DR. | | | |
| City | SIOUX CITY IOWA | State Iowa ▾ | Zip 78209 | |
| Phone: | 1712/239/1613 | Supervisor's Name: CHAR H | | |
| Position: | O.T ROAD | Type of Equip. Driven: PETERBILT 1985 | | |
| Reason for leaving: | CAME OFF THE ROAD TO RAISE KIDS | | | |

| Company Name: | | From: (MM/DD/YYYY) | To: (MM/DD/YYYY) | May we contact this employer? ○ Yes ○ No |
| Street Address: | | | | |
| City | | State -- ▾ | Zip 78209 | |
| Phone: | | Supervisor's Name: | | |
| Position: | | Type of Equip. Driven: | | |
| Reason for leaving: | | | | |

| Company Name: | | From: (MM/DD/YYYY) | To: (MM/DD/YYYY) | May we contact this employer? ○ Yes ○ No |
| Street Address: | | | | |
| City | | State -- ▾ | Zip 78209 | |
| Phone: | | Supervisor's Name: | | |
| Position: | | Type of Equip. Driven: | | |
| Reason for leaving: | | | | |

Comment     (MM/DD/YYYY)
               I HAVE GOT MY CDL.S

**Driver's License & CDL Information**

No.                **State**   Ohio            Expires   02/18/2011       (MM/DD/YYYY)

**CDL Holder?**            Yes ▾

CDL Endorsements        ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

| College Info | Driving Qualifications | Class Information | Work History | **Education/Military Service** | Personal References |
|---|---|---|---|---|---|

What is the highest grade you've completed? 11TH

High School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| JACKSON | ○ Yes ◉ No | | |

College

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○ Yes ○ No | | |

Graduate School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| SOUTHERN STATES | ◉ Yes ○ No | YES | TRUCK DRIVER |

Technical/Trade School/Truck Driving School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| SOUTHERN STATES | ◉ Yes ○ No | YES | TRUCK DRIVER |

Have you served in the U.S. Armed Forces?
○ Yes ◉ No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| | | |

**Continue**

REDACTED
STC12820

**SWIFT**

## Driver Recruiting Process – Online Application
*All information in REQ letters is required*                    Application Date: 12/12/2009

### Do you know the name of your recruiter?    I don't know ▼

**Job(s) applying for:**
(Ctrl-Click to select more
than one job)                                  AAA I need to attend school ▼

**Experience level:**                          Has Class A CDL but needs training ▼

### Driver Personal Information

| | | | |
|---|---|---|---|
| **First Name** | Tanna | **Last Name** | Hodges |
| Middle Initial | L | | |
| **Birthdate** | | **Social Security #** | |
| | (MM/DD/YYYY) | | |
| Comment | I HAVE GOT MY CDL.S | | |

### Driver's License & CDL Information

| No. | | **State** Ohio ▼ | **Expires** 02/18/2011 | (MM/DD/YYYY) |
|---|---|---|---|---|

**CDL Holder?**    Yes ▼

**CDL Endorsements**        ☑ HAZMAT  ☐ Doubles  ☐ Triples  ☑ Tankers

**Education/Military Service**

What is the highest grade you've completed? 11TH
**High School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| JACKSON | ○ Yes ◉ No | | |

**College**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○ Yes ○ No | | |

**Graduate School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| SOUTHERN STATES | ◉ Yes ○ No | YES | TRUCK DRIVER |

**Technical/Trade School/Truck Driving School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| SOUTHERN STATES | ◉ Yes ○ No | YES | TRUCK DRIVER |

Have you served in the U.S. Armed Forces?
○ Yes ◉ No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| | | |

[ Continue ]

REDACTED

**SWIFT**

### Driver Recruiting Process - Online Application
All information in RED letters is required              Application Date: 12/12/2009

**Do you know the name of your recruiter?**   | I don't know |

Job(s) applying for:                          | AAA I need to attend school |
(Ctrl-Click to select more
than one job)

Experience level:                             | Has Class A CDL but needs training |

**Driver Personal Information**

First Name      Tanna              Last Name        Hodges
Middle Initial  L
Birthdate                          Social Security #
                (MM/DD/YYYY)
Comment         I HAVE GOT MY CDL.S

**Driver's License & CDL Information**

No.             State   Ohio       ▾    Expires 02/18/2011   (MM/DD/YYYY)

CDL Holder?     Yes ▾

CDL Endorsements    ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

Submit Application

## ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Submit

**EXHIBIT 2**

Contact: Troy D▉▉▉▉

**Swift Web Recruiting**
----------------------------

⊗ View All Applicants



*≡SWIFT*

### *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*          Application Date: 04/16/2010

**Do you know the name of your recruiter?**     [ I don't know ]

**Job(s) applying for:**     [ -- / AAA I need to attend school / Flatbed Driver only / Van or Flatbed ]
(Ctrl-Click to select more than one job)

**Experience level:**     [ Has Class A CDL but needs training ]

#### Driver Personal Information

First Name     [ Troy ]          Last Name     �its

Middle Initial     [   ]

Birthdate     [          ]          Social Security #     ▉▉▉▉
(MM/DD/YYYY)

Comment     [ 04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail ]

#### Driver's License & CDL Information

No. ▉▉▉▉          State [ Pennsylvania ]          Expires [ 05/08/2012 ] (MM/DD/YYYY)

CDL Holder?     [ Yes ]

CDL Endorsements     ☐HAZMAT  ☑Doubles  ☑Triples  ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

#### Driver Address
**Current Address**

| Street Address | | | | |
|---|---|---|---|---|
| City | | State [ Pennsylvania ] | Zip ▉▉ |
| County | | | |
| How long at this address? | [ 20 YEARS ] | | |

**Previous Address 1**

| Street Address | | | | |
|---|---|---|---|---|
| City | | State [ -- ] | Zip [   ] |
| County | | | |
| How long at this address? | [   ] | | |

**Previous Address 2**

| Street Address | | | | |
|---|---|---|---|---|
| City | | State [ -- ] | Zip [   ] |
| County | | | |
| How long at this address? | [   ] | | |

**Previous Address 3**

| Street Address | | | | |
|---|---|---|---|---|
| City | | State [ -- ] | Zip [   ] |
| County | | | |

**REDACTED**

STC256174.D0001

Contact: Troy D███

| How long at this address? | |
|---|---|

**Contact Information**

| Home Phone | | Fax | |
|---|---|---|---|
| Cellular | | 2nd Phone | |
| Email Address | | | |

May we request information on you from outside consumer reporting agencies?     ⊙Yes ○No

| Comments: | |
|---|---|

[ Continue ]

**REDACTED**

http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 3:55:40 PM]

STC256174.D0002

Contact: Troy D████

**Swift Web Recruiting**

----------------------

⊘ View All Applicants



### ⚡SWIFT

## *Driver Recruiting Process – Online Application*

*All information in RED letters is required!*

Application Date: 04/16/2010

Do you know the name of your recruiter?   [ I don't know ]

Job(s) applying for:
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

Experience level:   [ Has Class A CDL but needs training ]

**Driver Personal Information**

First Name   [ Troy ]   Last Name   ████

Middle Initial   [ ]

Birthdate   ████   Social Security #   ████
(MM/DD/YYYY)

Comment   [ 04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail ]

**Driver's License & CDL Information**

No.   ████   State   [ Pennsylvania ]   Expires   [ 05/08/2012 ]   (MM/DD/YYYY)

CDL Holder?   [ Yes ]

CDL Endorsements   ☐HAZMAT  ☑Doubles  ☑Triples  ☑Tankers

| Contact Info | **Pre-Hire Questionnaire** | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

Have you ever applied for work and/or worked for this company before?   ⦿Yes ⦾No
If yes, when?
[ ]

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ⦿Yes ⦾No

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations?   ⦿Yes ⦾No
Click here to view job descriptions

Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ⦾Yes ⦿No
If yes, then when and why?
[ ]

Has any license, permit or privilege ever been suspended or revoked?   ⦾Yes ⦿No
If yes, then when and why?
[ ]

Have you ever been stopped while intoxicated?   ⦾Yes ⦿No
If yes, then when?
[ ]

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?   ⦾Yes ⦿No

**REDACTED**

STC256174.D0003

Contact: Troy D

If yes, then when?

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or a derivative thereof?    ○ Yes  ⊙ No

Comments:

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Heath and Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or the statutory predecessors.    ○ Yes  ⊙ No

Comments:

Do you currently have any criminal actions pending in which you are a defendant?    ○ Yes  ⊙ No

If yes, explain:

Are you currently on probation or parole?    ○ Yes  ⊙ No

If yes, explain:

Continue

Contact: Troy D ▇▇

**Swift Web Recruiting**
--------------------------

⊛ View All Applicants



**≡SWIFT**

### *Driver Recruiting Process - Online Application*

*All information in RED letters is required!*   Application Date: 04/16/2010

**Do you know the name of your recruiter?**   | I don't know |

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

**Experience level:**   | Has Class A CDL but needs training |

**Driver Personal Information**

| | |
|---|---|
| First Name | Troy |
| Middle Initial | |
| Birthdate | ▇▇▇ |
| | (MM/DD/YYYY) |

Last Name   ▇▇▇

Social Security #   ▇▇▇

Comment   | 04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail |

**Driver's License & CDL Information**

No. ▇▇▇   State | Pennsylvania |   Expires | 05/08/2012 | (MM/DD/YYYY)

CDL Holder?   | Yes |

CDL Endorsements   ☐HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | **Driver Information** | Work History | Education/Military Service | Submit Application |

**Please complete the driving experience information below:**

Have you had licenses in other states in the last 5 years?   | No |

| State | License Type | License Number |
|---|---|---|
| -- | | |
| -- | | |
| -- | | |
| -- | | |

**List all states in which you have operated a Class A motor vehicle in the past 5 years:**

| | |
|---|---|

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT: Van, Tank, Flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | TRI-AXLE | 07/05/2009 | 09/02/2009 | 300 |
| TRACTOR AND SEMI TRAILER | 46' DUMPBODY | 04/04/2009 | 07/02/2009 | 600 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

**REDACTED**

STC256174.D0005

Contact: Troy D [REDACTED]

How many moving violations have you had in the last 5 years?  [0]

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

How many **accidents** have you had in the last 5 years?  [0]

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |

Continue

REDACTED

STC256174.D0006

Contact: Troy D▇

**Swift Web Recruiting**
------------------------
⊘ View All Applicants



**≡SWIFT**

### *Driver Recruiting Process - Online Application*
All information in RED letters is required!    Application Date: 04/16/2010

Do you know the name of your recruiter?    | I don't know |

Job(s) applying for:
(Ctrl-Click to select more than one job)

| --- |
| AAA I need to attend school |
| Flatbed Driver only |
| Van or Flatbed |

Experience level:    | Has Class A CDL but needs training |

**Driver Personal Information**

First Name    | Troy |    Last Name    ▇
Middle Initial   | |
Birthdate    | |    Social Security #    ▇
               (MM/DD/YYYY)
Comment    | 04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail |

**Driver's License & CDL Information**

No.  ▇    State | Pennsylvania |    Expires | 05/08/2012 | (MM/DD/YYYY)

CDL Holder?    | Yes |

CDL Endorsements    ☐HAZMAT ☑Doubles ☐Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | **Work History** | Education/Military Service | Submit Application |

5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

**Work History**

**Current or Most Recent Employer**

| Company Name: | KOVATCH DELALERSHIPS | From: 09/22/2000 (MM/DD/YYYY) | To: 04/04/2009 (MM/DD/YYYY) | May we contact this employer? ⊙Yes ○No |
| Street Address: | 420 N.1ST. | | | |
| City | LEHIGHTON | State | Pennsylvania | Zip 18235 |
| Phone: | 610-377-0220 | Supervisor's Name: | ▇ | |
| Position: | AUTODETAILER | Type of Equip. Driven: | | |
| Reason for leaving: | DRIVE CLASS A TRUCKS | | | |

**Second Prior Employer**

| Company Name: | KNAPPENBERGER TRUCKING CO. | From: 40/04/2009 (MM/DD/YYYY) | To: 07/02/2009 (MM/DD/YYYY) | May we contact this employer? ⊙Yes ○No |
| Street Address: | 700 WASHINGTON&CANAL ST. | | | |
| City | WALNUTPORT | State | Pennsylvania | Zip 18235 |
| Phone: | 610-767-2299 | Supervisor's Name: | BRAD | |
| Position: | DUMPBODY DRIVER | Type of Equip. Driven: | 1997 PETERBUILT/45'DUMP | |
| Reason for leaving: | BETTER JOB | | | |

**Third Prior Employer**

| Company Name: | TAMAQUA TRANFER | From: 07/05/2009 | To: 09/02/2009 | May we contact this employer? |

REDACTED

Contact: Troy D ▮▮▮

(MM/DD/YYYY)    (MM/DD/YYYY)    ⊙Yes ○No

| | |
|---|---|
| Street Address: | 500 RIVERSIDE RD. |
| City | TAMAQUA |
| Phone: | 570-454-4442 |
| Position: | TRI-AXLE DRIVER |
| Reason for leaving: | LAYOFF |

State: Pennsylvania    Zip: 18235
Supervisor's Name: JR
Type of Equip. Driven: 8-SPEED MACK

**Fourth Prior Employer**

| | |
|---|---|
| Company Name: | J&R SLAW INC. |

From: 09/05/2009    To: 10/09/2009    May we contact this employer? ⊙Yes ○No
(MM/DD/YYYY)    (MM/DD/YYYY)

| | |
|---|---|
| Street Address: | 1000 RIVERVIEW RD. |
| City | BOWMANSTOWN |
| Phone: | 610-852-2020 |
| Position: | YARDJOCKEY |
| Reason for leaving: | LAYOFF |

State: Pennsylvania    Zip: 18235
Supervisor's Name: KENNEY
Type of Equip. Driven: 48'FLATBEDS

**Fifth Prior Employer**

| | |
|---|---|
| Company Name: | REMMEY PALLET CO. |

From: 10/15/2009    To: 12/18/2009    May we contact this employer? ⊙Yes ○No
(MM/DD/YYYY)    (MM/DD/YYYY)

| | |
|---|---|
| Street Address: | 523 MILL RD. |
| City | LEHIGHTON |
| Phone: | 570-386-5379 |
| Position: | LABOR/YARDJOCKEY |
| Reason for leaving: | LAYOFF |

State: Pennsylvania    Zip: 18235
Supervisor's Name: ▮▮▮
Type of Equip. Driven: FLATBEDS

[ Continue ]

Contact: Troy D_____



**/SWIFT**

### Driver Recruiting Process - Online Application
*All information in* RED *letters is required!*    Application Date: 04/16/2010

Do you know the name of your recruiter?    `I don't know`

Job(s) applying for:
(Ctrl-Click to select more than one job)

| |
|---|
| AAA I need to attend school |
| Flatbed Driver only |
| Van or Flatbed |

Experience level:    `Has Class A CDL but needs training`

**Driver Personal Information**

First Name `Troy`    Last Name ▇▇▇▇

Middle Initial `  `

Birthdate `_____`    Social Security # ▇▇▇▇▇▇
    (MM/DD/YYYY)

Comment `04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail`

**Driver's License & CDL Information**

No. ▇▇▇▇    State `Pennsylvania`    Expires `05/08/2012` (MM/DD/YYYY)

CDL Holder?    `Yes`

CDL Endorsements    ☐HAZMAT ☑Doubles ☑Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

What is the highest grade you've completed? `_____`

**High School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| LEHIGHTON | ⦿Yes ◯No | | GEN. |

**College**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ◯Yes ◯No | | |

**Graduate School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ◯Yes ◯No | | |

**Technical/Trade School/Truck Driving School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ◯Yes ◯No | | |

Have you served in the U.S. Armed Forces?
◯Yes ⦿No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| | | |

REDACTED

Contact: Troy D



Continue

REDACTED
http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 3:58:12 PM]

Contact: Troy D▮▮▮▮

**Swift Web Recruiting**
----------------------
❖ View All Applicants



# ✦SWIFT

## *Driver Recruiting Process – Online Application*
**All information in RED letters is required!**          Application Date: 04/16/2010

Do you know the name of your recruiter?     `I don't know`

Job(s) applying for:
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

Experience level:     `Has Class A CDL but needs training`

### Driver Personal Information

First Name     `Troy`          Last Name     ▮▮▮▮

Middle Initial     ` `

Birthdate     ` `          Social Security #     ▮▮▮▮
(MM/DD/YYYY)

Comment     `04/16/2010 01:15:25 PM, Tamara Strickland - lft msg on voicemail`

### Driver's License & CDL Information

No. ▮▮▮▮          State `Pennsylvania`          Expires `05/08/2012` (MM/DD/YYYY)

CDL Holder?     `Yes`

CDL Endorsements     ☐HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

## *ACKNOWLEDGEMENT*

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may result in termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

REDACTED

STC256174.D0011

Contact: Troy D█████



I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Submit

REDACTED

STC256174.D0012

Contact: John H

**Swift Web Recruiting**
---------------------------
✪ View All Applicants



## SWIFT

### *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*     Application Date: 09/24/2010

Do you know the name of your recruiter?     Veronica Martinez

Job(s) applying for:
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

Experience level:     Experienced driver

**Driver Personal Information**

First Name     John          Last Name     ▓▓▓▓
Middle Initial  [ ]
Birthdate     ▓▓▓▓          Social Security #  ▓▓▓▓
              (MM/DD/YYYY)
Comment     [                              ]

**Driver's License & CDL Information**

No.  ▓▓▓▓          State  Michigan          Expires  03/10/2013   (MM/DD/YYYY)

CDL Holder?     Yes

CDL Endorsements     ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

**Driver Address**

**Current Address**
Street Address  ▓▓▓▓
City     ▓▓▓▓          State  ▓▓▓▓     Zip  ▓▓▓▓
County     usa
How long at this address?  3 weeks

**Previous Address 1**
Street Address  ▓▓▓▓
City     ▓▓▓▓          State  ▓▓▓▓     Zip  ▓▓▓▓
County     usa
How long at this address?  1 year

**Previous Address 2**
Street Address  ▓▓▓▓
City     ▓▓▓▓          State  ▓▓▓▓     Zip  ▓▓▓▓
County     usa
How long at this address?  7 years

**Previous Address 3**
Street Address  [                              ]
City     [          ]     State  --     Zip  [      ]
County     [                      ]

REDACTED

STC256174.D0013

Contact: John H



How long at this address?

**Contact Information**

| Home Phone | | Fax | |
| Cellular | | 2nd Phone | |
| Email Address | | | |

May we request information on you from outside consumer reporting agencies?   ○ Yes  ○ No

Comments:

Continue

STC256174.D0014

Contact: John H⸱

**Swift Web Recruiting**
-------------------------
⊘ View All Applicants



# SWIFT

## *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*

Application Date: 09/24/2010

**Do you know the name of your recruiter?**  | Veronica Martinez |

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

**Experience level:**  | Experienced driver |

### Driver Personal Information

First Name | John |   Last Name  ▉

Middle Initial  [  ]

Birthdate  ▉   Social Security #  ▉
(MM/DD/YYYY)

Comment  | |

### Driver's License & CDL Information

No. ▉   State | Michigan |   Expires | 03/10/2013 | (MM/DD/YYYY)

CDL Holder?  | Yes |

CDL Endorsements  ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

Have you ever applied for work and/or worked for this company before?   ○Yes ○No
If yes, when?
| |

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ○Yes ○No

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations?   ○Yes ○No
Click here to view job descriptions

Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ○Yes ○No
If yes, then when and why?
| dwi in 1995 |

Has any license, permit or privilege ever been suspended or revoked?   ○Yes ○No
If yes, then when and why?
| dwi in 1995 |

Have you ever been stopped while intoxicated?   ○Yes ○No
If yes, then when?
| dwi in 1995 |

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?   ○Yes ○No

**REDACTED**

STC256174.D0015

Contact: John H

If yes, then when?

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or a derivative thereof?   ○ Yes ○ No

Comments:

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Heath and Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or the statutory predecessors.   ○ Yes ○ No

Comments:

Do you currently have any criminal actions pending in which you are a defendant?   ○ Yes ○ No

If yes, explain:

Are you currently on probation or parole?   ○ Yes ○ No

If yes, explain:

**Please complete this information:**

| | | | |
|---|---|---|---|
| Date of Arrest (MM/DD/YYYY): | | Date of Arrest (MM/DD/YYYY): | |
| Charge 1 | | Charge 2 | |
| Location County | | Location County | |
| Location State | | Location State | |
| Conviction Date (MM/DD/YYYY): | | Conviction Date (MM/DD/YYYY): | |
| Charge | | Charge | |
| Sentence | | Sentence | |
| Time Served | | Time Served | |
| Dates on Probation or Parole | | Dates on Probation or Parole | |
| Please describe what happened: | | Please describe what happened: | |
| Any other arrests or convictions? | ○ Yes ○ No | Any charges pending now? | ○ Yes ○ No |
| Any other names used (married, married, etc.) | | | |
| Gender | -- | Race | -- |

Continue

Contact: John H

**Swift Web Recruiting**

---------------------------

⊘ View All Applicants

## *SWIFT*

### *Driver Recruiting Process - Online Application*

*All information in RED letters is required!*

Application Date: 09/24/2010

**Do you know the name of your recruiter?**    | Veronica Martinez |

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

| -- |
| AAA I need to attend school |
| Flatbed Driver only |
| Van or Flatbed |

**Experience level:**    | Experienced driver |

### Driver Personal Information

First Name     | John |     Last Name     ▮

Middle Initial     | |

Birthdate     ▮          Social Security #     ▮
(MM/DD/YYYY)

Comment     | |

### Driver's License & CDL Information

No.     ▮          State | Michigan |          Expires | 03/10/2013 | (MM/DD/YYYY)

CDL Holder?     | Yes |

CDL Endorsements    ☑HAZMAT ☐Doubles ☐Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | **Driver Information** | Work History | Education/Military Service | Submit Application |

**Please complete the driving experience information below:**

Have you had licenses in other states in the last 5 years?    | No |

| State | License Type | License Number |
|-------|--------------|----------------|
| -- | | |
| -- | | |
| -- | | |
| -- | | |

**List all states in which you have operated a Class A motor vehicle in the past 5 years:**

| 48 |

| CLASS OF EQUIPMENT<td> | TYPE OF EQUIPMENT: Van, Tank, Flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI TRAILER | flat reefer | 12/01/2001 | 09/24/2010 | 10000000 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

**REDACTED**

STC256174.D0017

Contact: John H┄┄┄

How many moving violations have you had in the last 5 years?

`01`

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 06/10/07 | in | speeding | fine |
| | | | |
| | | | |
| | | | |
| | | | |

How many accidents have you had in the last 5 years?

`0`

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |
| | | | – | | | |

Continue

http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 4:00:22 PM]

STC256174.D0018

Contact, John He

**SWIFT**

## Driver Recruiting Process - Online Application

*All information in RED letters is required!*

Application Date: 09/24/2010

Do you know the name of your recruiter?   | Veronica Martinez |

Job(s) applying for:
(Ctrl-Click to select more than one job)

| -- |
| AAA I need to attend school |
| Flatbed Driver only |
| Van or Flatbed |

Experience level:   | Experienced driver |

### Driver Personal Information

First Name   | John |          Last Name   ██████████

Middle Initial   | |

Birthdate   ████████       Social Security #   ██████
(MM/DD/YYYY)

Comment   | |

### Driver's License & CDL Information

No.  ████████     State | Michigan |     Expires | 03/10/2013 | (MM/DD/YYYY)

CDL Holder?   | Yes |

CDL Endorsements   ☑HAZMAT ☐Doubles ☐Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |

5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

### Work History

**Current or Most Recent Employer**

| Company Name: | primer inc | | From: | 08/23/2010 | To: | | May we contact this employer? |
| | | | (MM/DD/YYYY) | | (MM/DD/YYYY) | | ○Yes ○No |

Street Address: | |

City | springfield |     State | Missouri |   Zip | 89169 |

Phone: | 4178660001 |     Supervisor's Name: | jack |

Position: | driver |     Type of Equip. Driven: | reefer |

Reason for leaving: | just moved to las vegas and like to be home on weekends |

**Second Prior Employer**

| Company Name: | ads | | From: | 07/28/2010 | To: | 08/23/2010 | May we contact this employer? |
| | | | (MM/DD/YYYY) | | (MM/DD/YYYY) | | ○Yes ○No |

Street Address: | |

City | chesterton |     State | Indiana |   Zip | 89169 |

Phone: | 1-800-5333810 |     Supervisor's Name: | mark |

Position: | driver |     Type of Equip. Driven: | flat |

Reason for leaving: | not making any money |

**Third Prior Employer**

| Company Name: | marten transport | | From: | 04/28/2010 | To: | 07/10/2010 | May we contact this employer? |

REDACTED

STC256174.D0019

Contact: John H

(MM/DD/YYYY) | (MM/DD/YYYY) | O Yes O No

| | |
|---|---|
| Street Address: | |
| City | mondovi |
| Phone: | 1-800-471-0883 |
| Position: | driver |
| Reason for leaving: | no miles no money cant pay bills |

State: Wisconsin | Zip: 89169
Supervisor's Name: chris
Type of Equip. Driven: reefer

**Fourth Prior Employer**

Company Name: heartland | From: 01-01-2010 | To: 03-28-2010 | May we contact this employer? O Yes O No

(MM/DD/YYYY) | (MM/DD/YYYY)

| | |
|---|---|
| Street Address: | |
| City | chesterton |
| Phone: | |
| Position: | driver |
| Reason for leaving: | to be home more |

State: Indiana | Zip: 89169
Supervisor's Name:
Type of Equip. Driven: van

**Fifth Prior Employer**

Company Name: tandem transport | From: 12-01-2001 | To: 09-28-2009 | May we contact this employer? O Yes O No

(MM/DD/YYYY) | (MM/DD/YYYY)

| | |
|---|---|
| Street Address: | |
| City | michigan city |
| Phone: | 1-800-348-8532 |
| Position: | driver |
| Reason for leaving: | to be o/o |

State: Indiana | Zip: 89169
Supervisor's Name:
Type of Equip. Driven: flat

[ Continue ]

**REDACTED**
http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 4:00:44 PM]

STC256174.D0020

Contact: John H

**Swift Web Recruiting**

------------------------

⊘ View All Applicants



# SWIFT

## *Driver Recruiting Process - Online Application*
*All information in <u>RED</u> letters is required!*                    Application Date: 09/24/2010

Do you know the name of your recruiter?    `Veronica Martinez`

Job(s) applying for:
(Ctrl-Click to select more than one job)

```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

Experience level:    `Experienced driver`

### Driver Personal Information

First Name    `John`          Last Name    ████

Middle Initial    `    `

Birthdate    ████          Social Security #    ████

   (MM/DD/YYYY)

Comment    `                                        `

### Driver's License & CDL Information

No.   ████          State   `Michigan`          Expires  `03/10/2013`  (MM/DD/YYYY)

CDL Holder?          `Yes`

CDL Endorsements          ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

What is the highest grade you've completed?  `12`

**High School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| brethren | ○Yes ○No | gen | |

**College**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○Yes ○No | | |

**Graduate School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○Yes ○No | | |

**Technical/Trade School/Truck Driving School**

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| | ○Yes ○No | | |

Have you served in the U.S. Armed Forces?
○Yes ○No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
| | | |

http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 4:01:24 PM]

STC256174.D0021

Contact: John H



Continue

**REDACTED**

STC256174.D0022

Contact: John H

**Swift Web Recruiting**
--------------------------
⊘ View All Applicants



### *Driver Recruiting Process - Online Application*
All information in <u>RED</u> letters is required!                    Application Date: 09/24/2010

Do you know the name of your recruiter?            | Veronica Martinez |

Job(s) applying for:
(Ctrl-Click to select more than one job)
```
--
AAA I need to attend school
Flatbed Driver only
Van or Flatbed
```

Experience level:        | Experienced driver |

**Driver Personal Information**

First Name    | John |        Last Name    ▇▇▇▇
Middle Initial | |
Birthdate    ▇▇▇▇        Social Security #    ▇▇▇▇
              (MM/DD/YYYY)
Comment      | |

**Driver's License & CDL Information**

No. ▇▇▇▇        State | Michigan |        Expires | 03/10/2013 | (MM/DD/YYYY)

CDL Holder?        | Yes |

CDL Endorsements    ☑HAZMAT ☐Doubles ☐Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | **Education/Military Service** | Submit Application |
|---|---|---|---|---|---|

### *ACKNOWLEDGEMENT*

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

REDACTED

Contact: John He ____



I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Submit

REDACTED

STC256174.D0024

Contact: Jarmmal P▮

**Swift Web Recruiting**
--------------------------
◈ View All Applicants



## SWIFT

### *Driver Recruiting Process - Online Application*
All information in RED letters is required!                   Application Date: 01/26/2011

**Do you know the name of your recruiter?**            Melody Gonzalez

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

**Experience level:**            Experienced driver

### Driver Personal Information

First Name      Jarmmal        Last Name    ▮▮▮▮

Middle Initial

Birthdate       10/29/1982     Social Security #
                (MM/DD/YYYY)

Comment

### Driver's License & CDL Information

No.   ▮▮▮▮        State   Virginia        Expires   10/29/2017   (MM/DD/YYYY)

CDL Holder?         Yes

CDL Endorsements    ☑HAZMAT ☐Doubles ☐Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |

### Work History
5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

**Current or Most Recent Employer**

| | | | | |
|---|---|---|---|---|
| Company Name: | Wester Express | From: 08/3/2010 (MM/DD/YYYY) | To: 12/24/2010 (MM/DD/YYYY) | May we contact this employer? ○Yes ○No |
| Street Address: | Nashville | | | |
| City | Nashville | State Virginia | Zip 23508 | |
| Phone: | 615-259-9920 | Supervisor's Name: Travis | | |
| Position: | Truck driver | Type of Equip. Driven: Flat bed | | |
| Reason for leaving: | Call for refrences | | | |

**Second Prior Employer**

| | | | | |
|---|---|---|---|---|
| Company Name: | Mishibishi cemmicale | From: 02/4/2010 (MM/DD/YYYY) | To: 08/3/2010 (MM/DD/YYYY) | May we contact this employer? ○Yes ○No |
| Street Address: | volvo parkway | | | |
| City | Norfolk | State Virginia | Zip 23508 | |
| Phone: | #411 | Supervisor's Name: Mike | | |
| Position: | Mixed tonner | Type of Equip. Driven: Tonner mixer | | |
| Reason for leaving: | Western Express | | | |

**Third Prior Employer**

| | | | |
|---|---|---|---|
| Company Name: | Court yard merriot | From: 06/3/2009 | To: 02/4/2010 | May we contact this employer? |

REDACTED

STC256174.D0035



STC256174.D0036

Contact: Jarmmal P█████



**Swift Web Recruiting**
----------------------------
⊗ View All Applicants

# *SWIFT*

## *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*                     Application Date: 01/26/2011

Do you know the name of your recruiter?                          | Melody Gonzalez |

Job(s) applying for:                  | Flatbed Driver only |
(Ctrl-Click to select more            | Van Driver Only     |
than one Job)                         | Van or Flatbed      |

Experience level:                     | Experienced driver |

### Driver Personal Information

First Name    | Jarmmal |      Last Name    █████

Middle Initial | |

Birthdate    █████████        Social Security #   ████████
             (MM/DD/YYYY)

Comment      | |

### Driver's License & CDL Information ███████████

No. █████████      State | Virginia |      Expires | 10/29/2017 |  (MM/DD/YYYY)

CDL Holder?        | Yes |

CDL Endorsements        ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| **Contact Info** | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |

### Driver Address
Current Address
Street Address
City        ██████        State ████      Zip ████
County
How long at this address? | 8 mnths |

Previous Address 1
Street Address
City        ███████        State ████      Zip ████
County
How long at this address? | 2 yrs |

Previous Address 2
Street Address | |
City    | |        State | -- |      Zip | |
County  | |
How long at this address? | |

Previous Address 3
Street Address | |
City    | |        State | -- |      Zip | |
County  | |

REDACTED

STC256174.D0025


How long at this address?

**Contact Information**

| Home Phone | | Fax | |
| Cellular | | 2nd Phone | |
| Email Address | | | |

May we request information on you from outside consumer reporting agencies?   ⊙Yes ○No

Comments:

Continue

Contact: Jarmmal P▐▐▐▐

**Swift Web Recruiting**
-------------------------
⊘ View All Applicants



**⚡SWIFT**

### *Driver Recruiting Process – Online Application*
*All information in RED letters is required!*          Application Date: 01/26/2011

Do you know the name of your recruiter?          | Melody Gonzalez |

Job(s) applying for:
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| **Van or Flatbed** |

Experience level:          | Experienced driver |

**Driver Personal Information**

First Name          | Jarmmal |          Last Name          ▐▐▐▐

Middle Initial          | |

Birthdate          ▐▐▐▐          Social Security #     ▐▐▐▐
                 (MM/DD/YYYY)

Comment          | |

**Driver's License & CDL Information**

No.   ▐▐▐▐          State | Virginia |          Expires | 10/29/2017 | (MM/DD/YYYY)

CDL Holder?          | Yes |

CDL Endorsements          ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | **Pre-Hire Questionnaire** | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

Have you ever applied for work and/or worked for this company before?          ○Yes ○No
If yes, when?
| |

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?          ○Yes ○No

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations?          ○Yes ○No
Click here to view job descriptions

Have you ever been denied a license, permit or privilege to operate a motor vehicle?          ○Yes ○No
If yes, then when and why?
| |

Has any license, permit or privilege ever been suspended or revoked?          ○Yes ○No
If yes, then when and why?
| I to show proof that I sold my van,so  my license cold get reinstated. |

Have you ever been stopped while intoxicated?          ○Yes ○No
If yes, then when?
| |

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?          ○Yes ○No

**REDACTED**

STC256174.D0027

If yes, then when?

[                                                                      ]

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or   ○ Yes  ○ No
a derivative thereof?

Comments: [                                                          ]

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions   ○ Yes  ○ No
for marijuana-related offenses that are more than two years old, as defined in California Heath and
Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety Code sections
11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1,
1976, or the statutory predecessors.

Comments: [                                                          ]

Do you currently have any criminal actions pending in which you are a defendant?         ○ Yes  ○ No

If yes, explain: [                                                    ]

Are you currently on probation or parole?                                              ○ Yes  ○ No

If yes, explain: [                                                    ]

**Please complete this information:**

| Date of Arrest (MM/DD/YYYY): | [          ] | Date of Arrest (MM/DD/YYYY): | [          ] |
|---|---|---|---|
| Charge 1 | [          ] | Charge 2 | [          ] |
| Location County | [          ] | Location County | [          ] |
| Location State | [          ] | Location State | [          ] |
| Conviction Date (MM/DD/YYYY): | [          ] | Conviction Date (MM/DD/YYYY): | [          ] |
| Charge | [          ] | Charge | [          ] |
| Sentence | [          ] | Sentence | [          ] |
| Time Served | [          ] | Time Served | [          ] |
| Dates on Probation or Parole | [          ] | Dates on Probation or Parole | [          ] |
| Please describe what happened: | [          ] | Please describe what happened: | [          ] |
| Any other arrests or convictions? | ○ Yes ○ No | Any charges pending now? | ○ Yes ○ No |
| Any other names used (married, married, etc.) | | [          ] | |
| Gender | [ -- ] | Race | [ -- ] |

[ Continue ]

Contact: Jammal P▮▮▮▮▮

**Swift Web Recruiting**
-------------------------
⊛ View All Applicants



# SWIFT

## *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*                   Application Date: 01/26/2011

**Do you know the name of your recruiter?**        | Melody Gonzalez |

**Job(s) applying for:**
(Ctrl-Click to select more than one job)
| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

**Experience level:**        | Experienced driver |

### Driver Personal Information

First Name     | Jammal |        Last Name        ▮▮▮▮▮
Middle Initial | |
Birthdate      ▮▮▮▮▮        Social Security #    ▮▮▮▮▮
(MM/DD/YYYY)

Comment        | |

### Driver's License & CDL Information

No. ▮▮▮▮▮        State | Virginia |        Expires | 10/29/2017 | (MM/DD/YYYY)

CDL Holder?        | Yes |

CDL Endorsements        ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | **Pre-Hire Questionnaire** | Driver Information | Work History | Education/Military Service | Submit Application |

Have you ever applied for work and/or worked for this company before?        ○Yes ○No
If yes, when?
| |

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?        ○Yes ○No

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodations?        ○Yes ○No
Click here to view job descriptions

Have you ever been denied a license, permit or privilege to operate a motor vehicle?        ○Yes ○No
If yes, then when and why?
| |

Has any license, permit or privilege ever been suspended or revoked?        ○Yes ○No
If yes, then when and why?
| I to show proof that I sold my van,so  my license cold get reinstated. |

Have you ever been stopped while intoxicated?        ○Yes ○No
If yes, then when?
| |

Have you ever used any illegal drug (including marijuana)? If yes, when was the last time?        ○Yes ○No

**REDACTED**

STC256174.D0029

http://localhost/webapps-pscopy/webrcontact.nsf[10/30/2012 3:52:07 PM]

If yes, then when?

Have you ever been convicted for possession, sale, or use of a narcotic drug, amphetamine or ◯Yes ◯No
a derivative thereof?

Comments:

Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions ◯Yes ◯No
for marijuana-related offenses that are more than two years old, as defined in California Heath and
Safety Code section s 11357 (b) and (c) and 11360 (c), or in California Heath and Safety Code sections
11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1,
1976, or the statutory predecessors.

Comments:

Do you currently have any criminal actions pending in which you are a defendant?   ◯Yes ◯No

If yes, explain:

Are you currently on probation or parole?   ◯Yes ◯No

If yes, explain:

**Please complete this information:**

| Date of Arrest (MM/DD/YYYY): | | Date of Arrest (MM/DD/YYYY): | |
|---|---|---|---|
| Charge 1 | | Charge 2 | |
| Location County | | Location County | |
| Location State | | Location State | |
| Conviction Date (MM/DD/YYYY): | | Conviction Date (MM/DD/YYYY): | |
| Charge | | Charge | |
| Sentence | | Sentence | |
| Time Served | | Time Served | |
| Dates on Probation or Parole | | Dates on Probation or Parole | |
| Please describe what happened: | | Please describe what happened: | |
| Any other arrests or convictions? | ◯Yes ◯No | Any charges pending now? | ◯Yes ◯No |
| Any other names used (married, married, etc.) | | | |
| Gender | -- | Race | -- |

[Continue]

REDACTED

STC256174.D0030

Contact: Jarmmal P█████

**Swift Web Recruiting**
------------------------
◉ View All Applicants

**≡SWIFT**

## *Driver Recruiting Process – Online Application*

**All information in RED letters is required!**          Application Date: 01/26/2011

Do you know the name of your recruiter?          | Melody Gonzalez |

Job(s) applying for:
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

Experience level:          | Experienced driver |

### Driver Personal Information

| First Name | Jarmmal | Last Name | ███████ |
| Middle Initial | | | |
| Birthdate | ██████ | Social Security # | ███████ |
| | (MM/DD/YYYY) | | |
| Comment | | | |

### Driver's License & CDL Information

No. ████████          State | Virginia |          Expires | 10/29/2017 | (MM/DD/YYYY)

CDL Holder?          | Yes |

CDL Endorsements          ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | **Driver Information** | Work History | Education/Military Service | Submit Application |

Please complete the driving experience information below:

Have you had licenses in other states in the last 5 years?          | No |

| State | License Type | License Number |
|-------|--------------|----------------|
| Georgia | CDL | |
| Virginia | CDL | ████████ |
| -- | | |
| -- | | |

List all states in which you have operated a Class A motor vehicle in the past 5 years:

| CLASS OF EQUIPMENT<td> | TYPE OF EQUIPMENT: Van, Tank, Flat, etc. | FROM: (MM/DD/YYYY) | TO: (MM/DD/YYYY) | APPROX. NO. OF MILES TOTAL |
|------------------------|------------------------------------------|--------------------|------------------|----------------------------|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI TRAILER | Van,Flat | 03/16/2004 | 12/25/2011 | 3000 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

REDACTED

STC256174.D0031

Contact: Jarmmal P [REDACTED]

How many moving violations have you had in the last 5 years?  [ 1 ]

| DATE (MM/DD/YYYY) | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 2/9/2010 | virginia | ruunning red light | N/A |
| 2/9/2010 | virginia | fender binder | 800.00 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

How many accidents have you had in the last 5 years?  [ 1 ]

| DATE (MM/DD/YYYY) | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD-ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| 2/9/2010 | car | none | Yes | no | no | fender binder |
|  |  |  | -- |  |  |  |
|  |  |  | -- |  |  |  |
|  |  |  | -- |  |  |  |
|  |  |  | -- |  |  |  |

Continue

**REDACTED**

STC256174.D0032

Contact: Jarmmal P ▮▮▮



**Swift Web Recruiting**

-----------------------

⬨ View All Applicants

# SWIFT

## *Driver Recruiting Process - Online Application*

All information in <u>RED</u> letters is required!                    Application Date: 01/26/2011

**Do you know the name of your recruiter?**                    Melody Gonzalez

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

**Experience level:**                    Experienced driver

### Driver Personal Information

First Name    Jarmmal          Last Name         ▮▮▮
Middle Initial    ▢
Birthdate    ▮▮▮          Social Security #    ▮▮▮
(MM/DD/YYYY)

Comment    ▮▮▮

### Driver's License & CDL Information

No.    ▮▮▮          State    Virginia          Expires    10/29/2017    (MM/DD/YYYY)

CDL Holder?          Yes

CDL Endorsements    ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | **Work History** | Education/Military Service | Submit Application |

5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

### Work History

**Current or Most Recent Employer**

Company Name:    Wester Express          From:    08/3/2010    To:    12/24/2010    May we contact this employer?
                                        (MM/DD/YYYY)    (MM/DD/YYYY)    ⊙Yes ○No

Street Address:    Nashville

City    Nashville          State    Virginia    Zip    23508

Phone:    615-259-9920          Supervisor's Name:    Travis

Position:    Truck driver          Type of Equip. Driven:    Flat bed

Reason for leaving:    Call for refrences

**Second Prior Employer**

Company Name:    Mishibishi cemmicale          From:    02/4/2010    To:    08/3/2010    May we contact this employer?
                                        (MM/DD/YYYY)    (MM/DD/YYYY)    ⊙Yes ○No

Street Address:    volvo parkway

City    Norfolk          State    Virginia    Zip    23508

Phone:    #411          Supervisor's Name:    Mike

Position:    Mixed tonner          Type of Equip. Driven:    ▮▮▮

Reason for leaving:    Western Express

**Third Prior Employer**

Company Name:    Court yard merriot          From:    06/3/2009    To:    02/4/2010    May we contact this employer?

REDACTED

STC256174.D0033

|  | (MM/DD/YYYY) | (MM/DD/YYYY) | ⊙Yes ○No |

| Street Address: | | | |
| City | Norfolk | State Virginia | Zip 23508 |
| Phone: | 757-963-6000 | Supervisor's Name: Christy | |
| Position: | House man | Type of Equip. Driven: Janniter | |
| Reason for leaving: | Mishibishi cemmicale | | |

**Fourth Prior Employer**

| Company Name: | Labor ready | From: 07/8/2009 (MM/DD/YYYY) | To: 02/4/2010 (MM/DD/YYYY) | May we contact this employer? ⊙Yes ○No |
| Street Address: | Little creek road | | |
| City | Norfolk | State Virginia | Zip 23508 |
| Phone: | 757-480-9359 | Supervisor's Name: Judy | |
| Position: | Tempt | Type of Equip. Driven: Power saw, Drill | |
| Reason for leaving: | Mishibishi cemmicale | | |

**Fifth Prior Employer**

| Company Name: | Bills trucking | From: 03/6/2007 (MM/DD/YYYY) | To: 04/8/2009 (MM/DD/YYYY) | May we contact this employer? ○Yes ○No |
| Street Address: | | | |
| City | Augusta | State Georgia | Zip 23508 |
| Phone: | 757-718-5739 | Supervisor's Name: Joe | |
| Position: | Log trucker | Type of Equip. Driven: Log trruck | |
| Reason for leaving: | Lade off | | |

[ Continue ]

Contact: Jarmmal P█████

**Swift Web Recruiting**
------------------------
⊗ View All Applicants



# SWIFT

## *Driver Recruiting Process - Online Application*
**All information in RED letters is required!**    Application Date: 01/26/2011

Do you know the name of your recruiter?    [Melody Gonzalez]

Job(s) applying for:
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

Experience level:    [Experienced driver]

### Driver Personal Information

First Name    [Jarmmal]    Last Name    ████████
Middle Initial    [ ]
Birthdate    [10/29/1982]    Social Security #    ██████
              (MM/DD/YYYY)
Comment    [                                    ]

### Driver's License & CDL Information

No.    ████████    State    [Virginia]    Expires    [10/29/2017]    (MM/DD/YYYY)

CDL Holder?    [Yes]

CDL Endorsements    ☑HAZMAT ☑Doubles ☑Triples ☐Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |

### Work History
5 years of work history are required. 10 years of work history are required if any commercial driving experience was during that time period.

**Current or Most Recent Employer**

Company Name:    [Wester Express]    From: [08/3/2010]    To: [12/24/2010]    May we contact this employer?
                                     (MM/DD/YYYY)    (MM/DD/YYYY)    ○Yes ○No

Street Address:    [Nashville]
City    [Nashville]    State [Virginia]    Zip [23508]
Phone:    [615-259-9920]    Supervisor's Name: [Travis]
Position:    [Truck driver]    Type of Equip. Driven: [Flat bed]
Reason for leaving:    [Call for refrences]

**Second Prior Employer**

Company Name:    [Mishibishi cemmicale]    From: [02/4/2010]    To: [08/3/2010]    May we contact this employer?
                                          (MM/DD/YYYY)    (MM/DD/YYYY)    ○Yes ○No

Street Address:    [volvo parkway]
City    [Norfolk]    State [Virginia]    Zip [23508]
Phone:    [#411]    Supervisor's Name: [Mike]
Position:    [Mixed tonner]    Type of Equip. Driven: [Tonner mixer]
Reason for leaving:    [Western Express]

**Third Prior Employer**

Company Name:    [Court yard merriot]    From: [06/3/2009]    To: [02/4/2010]    May we contact this employer?

REDACTED

STC256174.D0035

(MM/DD/YYYY)        (MM/DD/YYYY)        ◯Yes ◯No

Street Address:

City: Norfolk                    State: Virginia        Zip: 23508

Phone: 757-963-6000             Supervisor's Name: Christy

Position: House man             Type of Equip. Driven: Janniter

Reason for leaving: Mishibishi cemmicale

**Fourth Prior Employer**

Company Name: Labor ready       From: 07/8/2009    To: 02/4/2010    May we contact this employer?
                                (MM/DD/YYYY)        (MM/DD/YYYY)     ◯Yes ◯No

Street Address: Little creek road

City: Norfolk                    State: Virginia        Zip: 23508

Phone: 757-480-9359             Supervisor's Name: Judy

Position: Tempt                 Type of Equip. Driven: Power saw, Drill

Reason for leaving: Mishibishi cemmicale

**Fifth Prior Employer**

Company Name: Bills trucking    From: 03/6/2007    To: 04/8/2009    May we contact this employer?
                                (MM/DD/YYYY)        (MM/DD/YYYY)     ◯Yes ◯No

Street Address:

City: Augusta                    State: Georgia        Zip: 23508

Phone: 757-718-5739             Supervisor's Name: Joe

Position: Log trucker           Type of Equip. Driven: Log trruck

Reason for leaving: Lade off

[ Continue ]

Contact: Jarmmal P▮▮▮▮▮



**Swift Web Recruiting**
----------------------
⊗ View All Applicants

## *SWIFT*

### *Driver Recruiting Process - Online Application*
*All information in RED letters is required!*  Application Date: 01/26/2011

Do you know the name of your recruiter?  [ Melody Gonzalez ]

Job(s) applying for:
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

Experience level:  [ Experienced driver ]

**Driver Personal Information**

First Name  [ Jarmmal ]     Last Name  ▮▮▮▮
Middle Initial  [   ]
Birthdate  ▮▮▮▮▮    Social Security #  ▮▮▮▮▮▮
(MM/DD/YYYY)
Comment  [                                          ]

**Driver's License & CDL Information**

No.  ▮▮▮▮     State  [ Virginia ]     Expires  [ 10/29/2017 ]  (MM/DD/YYYY)

CDL Holder?  [ Yes ]

CDL Endorsements  ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | **Education/Military Service** | Submit Application |
|---|---|---|---|---|---|

What is the highest grade you've completed? [ 12 ]
High School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Youth Chalendge Academy | ⊙Yes ○No | NO | GED |

College

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
|  | ○Yes ○No |  |  |

Graduate School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
|  | ○Yes ○No |  |  |

Technical/Trade School/Truck Driving School

| Name | Graduate? | Degree | Major/Minor |
|---|---|---|---|
| Conyer drining academy | ⊙Yes ○No | CDL | CDL |

Have you served in the U.S. Armed Forces?
○Yes ○No

| Branch | Dates Served From: | Dates Served To: |
|---|---|---|
|  |  |  |

[ Continue ]

Contact: Jarmmal P



**REDACTED**

**STC256174.D0038**



Contact: Jarmmal P █████

REDACTED

**SWIFT**

### *Driver Recruiting Process - Online Application*

All information in <u>RED</u> letters is required!                    Application Date: 01/26/2011

**Do you know the name of your recruiter?**          Melody Gonzalez

**Job(s) applying for:**
(Ctrl-Click to select more than one job)

| Flatbed Driver only |
| Van Driver Only |
| Van or Flatbed |

**Experience level:**          Experienced driver

---

**Driver Personal Information**

First Name          Jarmmal          Last Name          ████

Middle Initial          [  ]

Birthdate          _____          Social Security #          ████
                        (MM/DD/YYYY)

Comment          _____

---

**Driver's License & CDL Information**

No.  ████          State  Virginia          Expires  10/29/2017  (MM/DD/YYYY)

CDL Holder?          Yes

CDL Endorsements          ☑HAZMAT ☑Doubles ☑Triples ☑Tankers

| Contact Info | Pre-Hire Questionnaire | Driver Information | Work History | Education/Military Service | Submit Application |
|---|---|---|---|---|---|

### *ACKNOWLEDGEMENT*

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representative, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the Company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or test to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

Contact: Jarmmal P

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Submit

**REDACTED**

STC256174.D0040

**EXHIBIT 3**



# Driver Application

APPLY WITH SWIFT

Secured
by
Thawte
2012-02-2

## Personal Information

### Contact Information

| | |
|---|---|
| Recruiter: | Select a Recruiter's Name |
| Full Name: | First Name | Middle | Last Name |
| *Address 1: | |
| Address 2: | |
| *City: | *State: Select a state   *Zip: |
| In case of emergency, notify: | |
| In case of emergency, Phone: | Relationship: |
| Reference Name: | |
| Reference Phone: | Relationship: |
| Reference Name: | |
| Reference Phone: | Relationship: |
| *Day Phone: | Cell Phone: |
| Night Phone: | |
| *Email: | *Best time to call: |
| *SSN: | Date of Birth #: Month...  Day...  Year...   Age: Choose |

### CDL Information

Do you have a CDL?  ◯ Yes  ◯ No        Drivers License Number:

| | | | |
|---|---|---|---|
| *Issue State: | Select a state | *Expiration Date: | Month...  Day...  Year... |
| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |
| Previous Number: | | Previous Issue State: | Select a state |

*Check all that apply to your current CDL:

STC000101

☐ Class A        ☐ Class B        ☐ Class C        ☐ Hazmat
☐ Tanker         ☐ Double         ☐ Triples

Can you perform the duties for the job?  ○ Yes  ○ No

**Driver Information**

Date Available: [Month... ▼] [Day... ▼]
[Year... ▼]

Experience Level:
[Need to go to school to get Class A CDL ▼]

*Check all that apply:*

☐ I need training            ☐ I am a Driving School Graduate        ☐ I have a TWIC Card

School name: [                ]    Graduation Date: [Month... ▼] [Day... ▼] [Year ... ▼]

**Education**

What is the highest grade you've completed?    [                    ]

Did you graduate from college?            ○ Yes  ○ No

## Experience and Preference

*Total OTR years: [None ▼]

**Trailer Type Experience and Preference**

| TRAILER TYPE | EXPERIENCE |
|---|---|
| Flatbed | ☐ |
| Van | ☐ |
| Tanker | ☐ |
| Reefer | ☐ |
| Hazmat | ☐ |
| Qualcom Operations | ☐ |
| Dropdeck | ☐ |

## Employment History

☐ I am currently employed.        Number of jobs in last 10 years    [            ]

Have you ever applied for work and/or worked for this company before?        ○ Yes  ○ No

**Current Employer**

| | | |
|---|---|---|
| *Employer name : | [                        ] | |
| *Address | [            ] | Phone [            ] |
| *City | [            ] | *State [Select a state ▼]    *Zip [        ] |
| *Start date | [MM ▼] [YYYY ▼] | *End date [MM ▼] [YYYY ▼] |
| *Position held | [            ] | |
| Supervisor | [            ] | ☐ You may contact this employer |

STC000102

Swift Transportation - App Manager Application

*Reason left

Vehicle driven

**Previous Employer#1**

*Employer name :

*Address                                           Phone

*City                                    *State [Select a state ▾]        *Zip

*Start date [MM ▾] [YYYY ▾]              *End date [MM ▾] [YYYY ▾]

*Position held

Supervisor                               ☐ You may contact this employer

Reason left

Vehicle driven

**Previous Employer#2**

Employer name:

Address                                            Phone

City                                     State [Select a state ▾]        Zip

Start date [MM ▾] [YYYY ▾]               End date [MM ▾] [YYYY ▾]

Position held

Supervisor                               ☐ You may contact this employer

Reason left

Vehicle driven

**Previous Employer#3**

Employer name:

Address                                            Phone

City                                     State [Select a state ▾]        Zip

Start date [MM ▾] [YYYY ▾]               End date [MM ▾] [YYYY ▾]

Position held

Supervisor                               ☐ You may contact this employer

Reason left

Vehicle driven

**Additional Employment Information**

STC000103

## Driving History

**Tickets**

List All Violations, Including Non-Moving Violations, For Past 5 Years. If None, Write None

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty

**Accidents**

List All Involvment With Truck And Car Including Property Damage For Past 5 Years. Including Preventable And Non-Preventable.

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle

STC000104

(Head On, Rear End, Upset, Ect.) Or Non-Preventable

Example: Date, Type, Nature Of Accident, Indicate Preventable, Fatalities, Injuries, Amount Of Property Damage, Vehicle (Head On, Rear End, Upset, Ect.) Or Non-Preventable

**Accidents in the Last 5 Years**

Number of accidents involved

Number of preventable accidents

Number of roll-over accidents

**Tickets In the Last 5 Years**

Number of tickets received

Number of reckless tickets

**Addition Driving History Information**

**Criminal Record**

| | | |
|---|---|---|
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country? | ○ Yes ○ No | |
| | | If so, when... |
| Have you ever been convicted of a felony? | ○ Yes ○ No | Month... ▾ Day... ▾ Year... ▾ |
| Have you ever been convicted, or are any charges pending, for driving while under the influence, possession, or selling of alcohol, a narcotic drug, amphetamines or derivatives thereof? | ○ Yes ○ No | Month... ▾ Day... ▾ Year... ▾ |
| Have you ever used any illegal drug? | ○ Yes ○ No | Month... ▾ Day... ▾ Year... ▾ |
| Have you ever been convicted of a criminal offense? | ○ Yes ○ No | |
| Have you ever been denied a license, permit or privilege to operate a motor vehicle? | ○ Yes ○ No | |
| Has any license, permit or privilege ever been suspended or revoked? | ○ Yes ○ No | |
| Have you ever been refused any type of insurance or been denied bonding? | ○ Yes ○ No | |
| Have you ever tested positive or refused a test for drugs or alcohol? | ○ Yes ○ No | |
| Have you ever abandoned your equipment? | ○ Yes ○ No | |
| Have you ever been stopped while intoxicated? | ○ Yes ○ No | |
| Are you on probation or parole? | ○ Yes ○ No | |
| Criminal actions pending in which you are a defendant? | ○ Yes ○ No | |

** If you answered yes to any of the above, please explain in the comments box below.

Comments

STC000105

This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge. I hereby request and authorize Swift Transportation and their agents or contractors that receive this application to cause to be conducted, at any time, an investigation of my background for employment purposes, which may include, but is not limited to, any information relating to my character, general reputation, personal characteristics, mode of living, criminal history, past work experience, educational background, alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source which may have knowledge concerning any such items of information. I have completed this application of my own free will and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part of our consideration of your application, the DOT requires companies to investigate your employment background. As part of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including USIS(DAC) and PSP Reports. Any decision they make not to hire you based on information contained in your consumer report will be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not know the specific reasons why they may decide not to hire you. In the event you are not hired based on information contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your report. Your consent for these companies to obtain the report from DAC is required. Although you have a right to withhold your consent, companies will not consider your application if you withhold your consent.

I have read and agree to the above release and I give permission to obtain consumer reports about me from DAC.

○ Yes   ○ No

Click and hold your left mouse button to sign at the X below
Use the clear button to reset your signature and try again.

X ———————————————————————————

clear

Submit Application   |   Cancel

Secured
by
Ⓘllume
2012-02-29

STC000106

**EXHIBIT 4**



APPLICATION MANAGER

Help | Logout

Home    My Apps    Deleted Apps    Search Database    Account Options    Contacts

## Driver Application

| | |
|---|---|
| **Source:** | My Website |
| **Rank:** | 71% |
| **Status:** | Transfer to WorkFlow |
| **Dated:** | 06/16/11 03:19 pm |
| **Company Specific:** | Yes |

### Digital Forms

Request a new Digital Form for this Applicant:

  Send Forms

View previous Digital Forms for this Applicant:

⟲  View Forms

### App Actions

⬆ Previous Application

⬇ Next Application

🖨 Print this Application

✉ Comment/Status

*Contact Information*

| | |
|---|---|
| **Name:** | James Michael C█████ |
| **Address:** | |
| **City** | |
| **State:** | |
| **Zip:** | |
| **In case of emergency, notify::** | Maria H█████ |
| **In case of emergency, Phone:** | |
| **Relationship:** | girl friend |
| **Reference Name:** | Wally G█████ |
| **Reference Phone:** | |
| **Relationship:** | old boss |
| **Reference Name:** | Tom O█████ |
| **Reference Phone:** | |
| **Relationship:** | old boss |
| **Phone:** | |
| **Alt. Phone 1:** | |
| **Cell Number:** | |
| **Email:** | |
| **SSN:** | |
| **DOB:** | |
| **Time to call:** | cell any t |

*Driver License*

| | |
|---|---|
| **DL #:** | |
| **DL State:** | CA |
| **DL Expire:** | March 2, 2014 |
| **Class:** | Class A  Class C |
| **Endorsement(s):** | Hazmat  Tanker  Doubles  Triples |
| **Can you perform the duties for the job?** | Yes |

*Driver Information*

| | | | |
|---|---|---|---|
| **Driver Type:** | | **Need Training:** | |
| **Position Applying for:** | | **Trucking School Grad:** | Yes |
| **Solo/Team:** | | **Trucking School:** | Truck driver Institute |
| **Part of a Team:** | | **Graduation Date:** | June 14, 2011 |
| **Lease/Purchase:** | | **Willing to Relocate:** | |
| **Date Available:** | July 1, 2011 | **Will work Part-time:** | |
| **Interested in In-cab Email:** | | | |

STC644301

REDACTED

**Experiences & Preferences**
Experience Level                                    Has Class A CDL but needs training
**Total OTR Experience**                            **Years:**                    0.167
**What is the highest grade you've**
**completed?**                                      11 grade two years college

| TRAILER TYPE | EXPERIENCE |
|---|---|
| Van | Yes |

**Preferred Traffic Lane(s):**

**Employment History**
| | | | | |
|---|---|---|---|---|
| **Current Employer:** | Tom O███████ | | **Begin Date:** | 12/2000 |
| **Address:** | ███████████████████ | | **End Date:** | 12/2005 |
| | | | **Phone:** | |
| **Position:** | care taker | | **Pay Rate:** | ██████████ |
| **Reason Left:** | started a new job | | **Length of Truck/Trailer:** | |
| **Supervisor:** | tom | | **May We Contact:** | Yes |
| **Vehicle Driven:** | | | | |

| | | | | |
|---|---|---|---|---|
| **Previous Employer:** | Carey G███████ G█████ent | | **Begin Date:** | 01/2006 |
| **Address:** | ███████████ | | **End Date:** | 11/2011 |
| | | | **Phone:** | ██████████ |
| **Position:** | construction and photographer | | **Pay Rate:** | |
| **Reason Left:** | I am still working here | | **Length of Truck/Trailer:** | |
| **Supervisor:** | wally | | **May We Contact:** | Yes |
| **Vehicle Driven:** | | | | |

**Additional Employment Comments**

**Driver's History**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Number Accidents:** | 0 | **Timeframe:** 0 years | | **Number Preventable:** | 0 | **Number Rollover:** | 0 |
| **Number Tickets:** | 0 | **Timeframe:** 0 years | | **Number Preventable:** | 0 | **Number Reckless:** | 0 |

| | | | |
|---|---|---|---|
| **DUI:** | No | **When:** | |
| **Felony:** | Yes | **When:** | 19990104 |
| **Have you ever used any illegal drug?** | Yes | **When:** | 1999/01/04 |
| **Convicted of Crime:** | No | | |
| **License Revoked:** | No | | |
| **License Denied:** | No | | |
| **Refused Insurance:** | No | | |
| **Abandoned Equipment:** | No | | |
| **Tested Positive for Controlled Substance:** | | Yes | |
| **If hired, can you present evidence of your U.S. Citizenship or** | | | |
| **proof of your legal right to live and work in this country?:** | | Yes | |

**DAC/MVR permission granted:**                    Yes

**Additional Driving History Comments**

**Driver Comments**
I've been clean from drugs and alcohol for 11 years now. When i was younger i got in to that life stile. I work a 12 step recovery program in my life today. Because i do i have a wonderful life. I hope that you don't hold this against me. I am a honest, responsible member of society with a clean driving record. I hope you give me a chance to show you.

**Digital Signature**

James ████████████████

███████████████████████                           STC644302

REDACTED

***Recruiter Comments***
Add your new comment here                    Set new status:  Transfer to WorkFlow

[ Add Comment / Set Status ]    [ Reset ] After submitting, display the:  Current application again

[ Re-Transfer to Workflow ]

Previous Recruiter Comments:

**Recruiter:** Nanci Kurz          **Date/Time:** *06/17/11 10:11 am*     **Status:** Transfer to WorkFlow
**Comment:** This application was transferred to Workflow

**Recruiter:** Holly Baki         **Date/Time:** *06/17/11 10:08 am*     **Status:** Transfer to WorkFlow
**Comment:**

**Recruiter:** Holly Baki         **Date/Time:** *06/17/11 10:08 am*     **Status:** Working
**Comment:** Transfered to Nanci Kurz

**Recruiter:** Nanci Kurz         **Date/Time:** *06/17/11 08:47 am*     **Status:** Working
**Comment:** spoke with applicant

**Recruiter:** Swift DemoAdmin    **Date/Time:** *06/16/11 03:22 pm*     **Status:** Inbox / New App
**Comment:** Assigned to me by Delegation Rule (Default)

Swift Transportation - App Manager
MMXII © RND Solutions

STC644303

REDACTED

Swift Transportation - App Manager

App Manager Application
Recruiter Name: Nanci Kurz
Source: My website
Dated: 06/16/11 03:35 pm

Contact Information
Name: James Michael
Address:
City:
State:
Zip:
Phone:
Cell Number:
Email:
SSN:
DOB: 03/03/1970
Time to call: call any t

Driver License
DL #:
DL State:
DL Expire: March 2, 2014
Class: Class A Class C
Endorsement(s): HazMat Tanker Doubles/Triples

Driver Information
Driver Type:
Solo/Team:
Part of a Team:
Need Training:
Trucking School Grad: Yes
Trucking School: Truck Driver Institute
Graduate When: June 14, 2011

Lease/Purchase:
Willing to Relocate:
Will work Part-time:
Interested in In-Cab email:
Date Available: July 1, 2011

Experience
Total O/N Experience in Years: 0,167

Trailer Type: Van
Experience: Yes

Preferred Traffic Lane(s):

Employment History

Current Employer: Tom C
Address:
Phone:
Position: care taker
Begin Date: 12/2002
End Date: 12/2005
Reason Left: started a new job
Pay Rate:
Supervisor: tom
Length of Truck:
May We Contact: Yes

Previous Employer: Casey 0
Address:
Phone:
Position: construction and photographer
Begin Date: 01/2006
End Date: 11/2011
Reason Left: I am still working here
Pay Rate:
Supervisor: wally
Length of Truck:
May We Contact: Yes

Driver's History
Number Accidents: 0
Number Preventable: 0
Number Tickets: 5
Number Preventable: 0
DUI: No
Felony: Yes (1993)194
License Revoked: No
License Denied: No
Refused Insurance: No
Abandoned Equipment: No
Tested Positive for Controlled Substance: Yes

DAC permission granted: Yes

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country? Yes
Driver Comments:
I've been clean from drugs and alcohol for 11 years now.When I was younger I got in that life stile. I work a 12 step recovery program in my life today.I

Recruiter Comments:
Recruiter: Nanci Kurz    Date/Time: 06/17/11 10:11 am    Status: Transfer to WorkFlow
Comment : This application was transferred to workflow

Recruiter: Holly Baki    Date/Time: 06/17/11 10:08 am    Status: Transfer to WorkFlow
Comment:

Recruiter: Holly Baki    Date/Time: 06/17/11 10:08 am    Status: Working
Comment: Transferred to Nanci Kurz

Recruiter: Nanci Kurz    Date/Time: 06/17/11 09:47 am    Status: Working
Comment: spoke with applicant

Recruiter: Swift DemoAdmin    Date/Time: 06/16/11 03:23 pm    Status: Inbox / New App
Comment: Assigned to me by Delegation Rule [Default]

This certifies that this application was completed by me, and that all entries on it and information on it are true and

STC644304

REDACTED

Swift Transportation - App Manager

complete to the best of my knowledge.  I hereby request and authorize Swift Transportation and their agents or
contractors that receive this application to cause to be conducted, at any time, an investigation of my background for
employment purposes, which may include, but is not limited to, any information relating to my character, general
reputation, personal characteristics, mode of living, criminal history, past work experience, educational background,
alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which
may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source
which may have knowledge concerning any such items of information. I have completed this application of my own free will
and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part
of our consideration of your application, the DOT requires companies to investigate your employment background. As part
of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including
HireRight(USIS/DAC). Any decision they make not to hire you based on information contained in your consumer report will
be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not
know the specific reasons why they may decide not to hire you. In the event you are not hired based on information
contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to
obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your
report.  Your consent for these companies to obtain the report from DAC is required. Although you have a right to
withhold your consent, companies will not consider your application if you withhold your consent.

Digital Signature

James C [REDACTED]

STC644305

REDACTED

Swift Transportation - App Manager



APPLICATION MANAGER

Help | Logout

Home    My Apps    Deleted Apps    Search Database    Account Options    Contacts

## Driver Application

| | |
|---|---|
| Source: | My Website |
| Rank: | 93% |
| Status: | Hired |
| Dated: | 07/15/11 05:43 pm |
| Company Specific: | Yes |

### Digital Forms

Request a new Digital Form for this Applicant:

 Send Forms

View previous Digital Forms for this Applicant:

View Forms

### App Actions

Previous Application

Next Application

Print this Application

Comment/Status

### Contact Information

| | |
|---|---|
| Name: | Steven Paull C█████ |
| Address: | |
| City | |
| State: | |
| Zip: | |
| In case of emergency, notify:: | Sheryl S█████ |
| In case of emergency, Phone: | |
| Relationship: | Wife |
| Reference Name: | |
| Reference Phone: | |
| Relationship: | Friend |
| Reference Name: | Darrel r████ |
| Reference Phone: | |
| Relationship: | Former boss |
| Phone: | |
| Alt. Phone 1: | same as above |
| Cell Number: | |
| Email: | |
| SSN: | |
| DOB: | |
| Time to call: | anytime |

### Driver License

| | |
|---|---|
| DL #: | |
| DL State: | CA |
| DL Expire: | September 4, 2014 |
| Class: | Class A   Class C |
| Endorsement (s): | |
| Can you perform the duties for the job? | Yes |

### Driver Information

| | |
|---|---|
| Driver Type: | |
| Position Applying for: | |
| Solo/Team: | |
| Part of a Team: | |
| Lease/Purchase: | |
| Date Available: | August 1, 2011 |
| Interested in In-cab Email: | |

| | |
|---|---|
| Need Training: | |
| Trucking School Grad: | |
| Trucking School: | |
| Graduation Date: | |
| Willing to Relocate: | |
| Will work Part-time: | |

STC644322

**REDACTED**

### Experiences & Preferences

Experience Level                          Experienced driver
Total OTR Experience                      **Years:**                    10
What is the highest grade you've
completed?                                15

| TRAILER TYPE | EXPERIENCE |
|---|---|
| Flatbed | Yes |
| Van | Yes |
| Reefer | Yes |
| Dropdeck | Yes |

Preferred Traffic Lane(s):

### Employment History

| | | |
|---|---|---|
| **Current Employer:** | S&k Towing | **Begin Date:** 07/2007 |
| **Address:** | 33207 pasea cerveza San juan Capistrano CA 92675 | **End Date:** 07/2009 |
| | | **Phone:** |
| **Position:** | heavy haul tow driver | **Pay Rate:** |
| **Reason Left:** | Laid off | **Length of Truck/Trailer:** |
| **Supervisor:** | Brian m▉ | **May We Contact:** |
| **Vehicle Driven:** | heavy tow truck | |
| | | |
| **Previous Employer:** | Ruan Tranportation | **Begin Date:** 10/2006 |
| **Address:** | Pomona California CA 91766 | **End Date:** 03/2007 |
| | | **Phone:** (909)629-5015 |
| **Position:** | otr driver | **Pay Rate:** |
| **Reason Left:** | Laid off | **Length of Truck/Trailer:** |
| **Supervisor:** | Sally | **May We Contact:** Yes |
| **Vehicle Driven:** | peterbilt tractor /reefer trailer | |
| | | |
| **Previous Employer:** | CR&R/Haul away/ | **Begin Date:** 03/2007 |
| **Address:** | Stanton CA | **End Date:** 07/2007 |
| | | **Phone:** 800-826-9677 |
| **Position:** | container hauling | **Pay Rate:** |
| **Reason Left:** | Laid off | **Length of Truck/Trailer:** |
| **Supervisor:** | angela/Brad | **May We Contact:** Yes |
| **Vehicle Driven:** | Roll off straight truck | |
| | | |
| **Previous Employer:** | Doheny builders supply | **Begin Date:** 10/2004 |
| **Address:** | Las vegas ave, Capistrano beach CA 92829 | **End Date:** 12/2005 |
| | | **Phone:** (949)240-3585 |
| **Position:** | class a driver | **Pay Rate:** |
| **Reason Left:** | laid off | **Length of Truck/Trailer:** |
| **Supervisor:** | Tracy ▉ | **May We Contact:** Yes |
| **Vehicle Driven:** | Flat bed tractor | |
| | | |
| **Previous Employer:** | Academy of fine beers | **Begin Date:** 01/2002 |
| **Address:** | Santa Ana CA | **End Date:** 10/2004 |
| | | **Phone:** (949)300-3428 |
| **Position:** | Sales exe | **Pay Rate:** |
| **Reason Left:** | job finished | **Length of Truck:** |
| **Supervisor:** | Ted B▉ | **May We Contact:** Yes |
| **Vehicle driven:** | personal truck | |
| | | |
| **Previous Employer:** | A&R wholesale Dist | **Begin Date:** 05/2000 |
| **Address:** | 5375 E. Hunter Anahiem CA 92807 | **End Date:** 01/2002 |
| | | **Phone:** (714)777-7742 |
| **Position:** | OTR driver | **Pay Rate:** |
| **Reason Left:** | Laid off | **Length of Truck:** |
| **Supervisor:** | Ron P▉ | **May We Contact:** Yes |
| **Vehicle driven:** | Dry van /tractor /combination vehicle | |
| | | |
| **Previous Employer:** | Niagara drinking waters LLC | **Begin Date:** 05/1995 |
| **Address:** | cowan st. Irvine CA 92614 | **End Date:** 12/1999 |
| | | **Phone:** (949)863-1426 |
| **Position:** | otr driver/sales | **Pay Rate:** |
| **Reason Left:** | Laid off | **Length of Truck:** |

STC644323

REDACTED

| Supervisor: | Darrel r███████ | May We Contact: | Yes |
| Vehicle driven: | straght truck/combination tractor Class A | | |

**Additional Employment Comments**

**Driver's History**

| | | | | Number Preventable: | 0 | Number Rollover: | 0 |
| Number Accidents: | 1 | Timeframe: 0 years | | | | | |
| Number Tickets: | 0 | Timeframe: 0 years | | Number Preventable: | 2 | Number Reckless: | 0 |

| | | | |
| --- | --- | --- | --- |
| Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty: | | California,los banos speeding | |
| Example: State, Date, Location(state), Charge, Operating Commercial or Non-Commercial, Penalty: | | California, Santa clarita, Speeding | |
| DUI: | No | When: | |
| Felony: | No | When: | |
| Convicted of Crime: | No | | |
| License Revoked: | No | | |
| License Denied: | No | | |
| Refused Insurance: | No | | |
| Abandoned Equipment: | No | | |
| Tested Positive for Controlled Substance: | | No | |
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?: | | Yes | |

DAC/MVR permission granted:     Yes

**Additional Driving History Comments**
I had 4 previous years of commercial driving while in the marine Corp from 1988-1992

**Driver Comments**
(No comments were provided)

**Digital Signature**

Steve ██████████

**Recruiter Comments**
Add your new comment here                    Set new status:  Hired

[ Add Comment / Set Status ]     [ Reset ] After submitting, display the:  Current application again

[ Re-Transfer to Workflow ]

Previous Recruiter Comments:

| Recruiter: Deanna Rada Comment: | Date/Time: 08/03/11 12:34 am | Status: Hired |
| Recruiter: Deanna Rada Comment: This application was transferred to Workflow | Date/Time: 07/18/11 05:01 pm | Status: Transfer to WorkFlow |

STC644324

REDACTED

Swift Transportation - App Manager                                      Page 4 of 4

**Recruiter:** Deanna Rada        **Date/Time:** *07/18/11 04:52 pm*        **Status:** Transfer to WorkFlow
**Comment:** spoke w/ applicant - ss/ref sent - xfr to WF

**Recruiter:** Deanna Rada        **Date/Time:** *07/15/11 05:44 pm*        **Status:** Inbox / New App
**Comment:** This application was assigned to me because the applicant selected my name or applied using my personal
application form.

Swift Transportation - App Manager
MMXII © RND Solutions

STC644325

**REDACTED**

App Manager Application
Recruiter Name: Deanna Rada
Source: My Website
Dated: 07/15/11 05:43 pm

Contact Information
Name: Steven Paul C█████████
Address: █████████████
City: ████
State: ██
Zip: █████
Phone: ████████████
Cell Number: ████████████
Email: ██████████████████
SSN: █████████████
DOB: ███████████
Time to call: anytime

Driver License
DL #: ████████
DL State: ██
DL Expire: September 4, 2014
Class: Class A Class C
Endorsement(s):

Driver Information
Driver Type:
Solo/Team:
Part of a Team:
Need Training:
Trucking School Grad:
Trucking School:
Graduate When:

Lease/Purchase:
Willing to Relocate:
Will work Part-time:
Interested in In-cab email:
Date Available: August 1, 2011

Experience
Total OTR Experience in Years: 10

Trailer Type: Flatbed
Experience: Yes

Trailer Type: Van
Experience: Yes

Trailer Type: Reefer
Experience: Yes

Trailer Type: Dropdeck
Experience: Yes

Preferred Traffic Lane(s):

Employment History

Current Employer: S&K Towing
Address: 33207 pasea cervesa San juan Capistrano CA 92675
Phone:
Position: heavy haul tow driver
Begin Date: 07/2007
End Date: 07/2009
Reason Left: Laid off
Pay Rate:
Supervisor: Brian m█████
Length of Truck:
May We Contact:

Previous Employer: Ruan Tranportation
Address: Pomona California CA 91766
Phone: (909)629-5016
Position: otr driver
Begin Date: 10/2006
End Date: 03/2007
Reason Left: Laid off
Pay Rate:
Supervisor: Sally
Length of Truck:
May We Contact: Yes

Previous Employer: CR&R/Haul away/
Address: Stanton CA
Phone: 800-826-9677
Position: container hauling
Begin Date: 03/2007
End Date: 07/2007
Reason Left: Laid off
Pay Rate:
Supervisor: angela/Brad
Length of Truck:
May We Contact: Yes

STC644326

REDACTED

Previous Employer: Doheny builders supply
Address: Las vegas ave, Capistrano beach  CA 92623
Phone: (949)240-3585
Position: class a driver
Begin Date: 10/2004
End Date: 12/2005
Reason Left: laid off
Pay Rate:
Supervisor: Tracy C
Length of Truck:
May We Contact: Yes

Driver's History
Number Accidents: 1
Number Preventable: 0
Number Tickets: 0
Number Preventable: 2
DWI: No
Felony  No:
License Revoked: No
License Denied: No
Refused Insurance: No
Abandoned Equipment: No
Tested Positive for Controlled Substance: No


DAC permission granted: Yes

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?: Yes
Driving History Comments:
I had 4 previous years of commercial driving while in the marine Corp from 1988-1992

Driver Comments:
(No comments were provided)

Recruiter Comments:
Recruiter: Deanna Rada      Date/Time: 08/03/11 12:34 am     Status: Hired
Comment:

Recruiter: Deanna Rada      Date/Time: 07/18/11 05:01 pm     Status: Transfer to WorkFlow
Comment: This application was transferred to Workflow

Recruiter: Deanna Rada      Date/Time: 07/18/11 04:52 pm     Status: Transfer to WorkFlow
Comment: spoke w/ applicant - us/ref went - xfr to WF

Recruiter: Deanna Rada      Date/Time: 07/16/11 05:44 pm     Status: Inbox / New App
Comment: This application was assigned to me because the applicant selected my name or applied using my personal application form.

This certifies that this application was completed by me, and that all entries on it and information on it was true and
complete to the best of my knowledge.  I hereby request and authorize Swift Transportation and their agents or
contractors that receive this application to cause to be conducted, at any time, an investigation of my background for
employment purposes, which may include, but is not limited to, any information relating to my character, general
reputation, personal characteristics, mode of living, criminal history, past work experience, educational background,
alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which
may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source
which may have knowledge concerning any such items of information. I have completed this application of my own free will
and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part
of our consideration of your application, the DOT requires companies to investigate your employment background. As part
of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including
HireRight(USIS/DAC). Any decision they make not to hire you based on information contained in your consumer report will
be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not
know the specific reasons why they may decide not to hire you. In the event you are not hired based on information
contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to
obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your
report.  Your consent for these companies to obtain the report from DAC is required. Although you have a right to
withhold your consent, companies will not consider your application if you withhold your consent.
Digital Signature



STC644327

REDACTED



APPLICATION MANAGER

Help | Logout

Home    My Apps    Deleted Apps    Search Database    Account Options    Contacts

## Driver Application

| | |
|---|---|
| **Source:** | My Website |
| **Rank:** | 87% |
| **Status:** | Transfer to WorkFlow |
| **Dated:** | 05/23/11 05:59 pm |
| **Company Specific:** | Yes |

**Digital Forms**

Request a new Digital Form for this Applicant:

 Send Forms

View previous Digital Forms for this Applicant:

View Forms

**App Actions**

⬆ Previous Application

⬇ Next Application

🖨 Print this Application

✉ Comment/Status

### Contact Information

| | |
|---|---|
| **Name:** | Miguel A E█████ |
| **Address:** | |
| **City** | |
| **State:** | |
| **Zip:** | |
| **In case of emergency, notify::** | tino e█████ |
| **In case of emergency, Phone:** | 408-623-9037 |
| **Relationship:** | father |
| **Reference Name:** | |
| **Reference Phone:** | |
| **Relationship:** | wife |
| **Phone:** | |
| **Email:** | |
| **SSN:** | |
| **DOB:** | |
| **Time to call:** | evening |

### Driver License

| | |
|---|---|
| **DL #:** | |
| **DL State:** | CA |
| **DL Expire:** | October 2, 2013 |
| **Class:** | Class C |
| **Endorsement(s):** | |
| **Can you perform the duties for the job?** | Yes |

### Driver Information

| | | | |
|---|---|---|---|
| **Driver Type:** | | **Need Training:** | Yes |
| **Position Applying for:** | | **Trucking School Grad:** | |
| **Solo/Team:** | | **Trucking School:** | |
| **Part of a Team:** | | **Graduation Date:** | |
| **Lease/Purchase:** | | **Willing to Relocate:** | |
| **Date Available:** | May 24, 2011 | **Will work Part-time:** | |
| **Interested in In-cab Email:** | | | |

### Experiences & Preferences

| | |
|---|---|
| **Experience Level** | Need to go to school to get Class A CDL |
| **Total OTR Experience Years:** | 0 |
| **What is the highest grade you've completed?** | 12 |

STC644367

REDACTED

Swift Transportation – App Manager

(no specific experience was provided)

**Preferred Traffic Lane(s):**

*Employment History*

| | | | |
|---|---|---|---|
| Current Employer: | svs&p | Begin Date: | 04/2011 |
| Address: | 1131 luchessi drive san jose CA 95118 | End Date: | |
| | | Phone: | |
| Position: | security | Pay Rate: | |
| Reason Left: | n/a | Length of Truck/Trailer: | |
| Supervisor: | oksana | May We Contact: | |
| Vehicle Driven: | | | |

| | | | |
|---|---|---|---|
| Previous Employer: | chevron | Begin Date: | 08/2010 |
| Address: | great mall dr milpitas CA 95035 | End Date: | 01/2011 |
| | | Phone: | |
| Position: | cashier | Pay Rate: | |
| Reason Left: | | Length of Truck/Trailer: | |
| Supervisor: | | May We Contact: | |
| Vehicle Driven: | | | |

| | | | |
|---|---|---|---|
| Previous Employer: | securitas | Begin Date: | 02/2008 |
| Address: | san jose CA | End Date: | 08/2010 |
| | | Phone: | |
| Position: | securoty | Pay Rate: | |
| Reason Left: | | Length of Truck/Trailer: | |
| Supervisor: | | May We Contact: | |
| Vehicle Driven: | company truck | | |

*Additional Employment Comments*

*Driver's History*

| | | | | | | |
|---|---|---|---|---|---|---|
| Number Accidents: | 0 | Timeframe: 0 years | Number Preventable: | 0 | Number Rollover: | 0 |
| Number Tickets: | 0 | Timeframe: 0 years | Number Preventable: | 2 | Number Reckless: | 0 |

| | | | |
|---|---|---|---|
| DUI: | No | When: | |
| Felony: | No | When: | |
| Convicted of Crime: | No | | |
| License Revoked: | No | | |
| License Denied: | No | | |
| Refused Insurance: | No | | |
| Abandoned Equipment: | No | | |
| Tested Positive for Controlled Substance: | | No | |
| If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?: | | Yes | |

DAC/MVR permission granted:              Yes

*Additional Driving History Comments*

*Driver Comments*
(No comments were provided)

*Digital Signature*

STC644368

REDACTED



**_Recruiter Comments_**
Add your new comment here                    Set new status:  Transfer to WorkFlow

| Add Comment / Set Status |   | Reset | After submitting, display the:  Current application again

| Re-Transfer to Workflow |

Previous Recruiter Comments:

    **Recruiter:** Michael Person    **Date/Time:** 05/24/11 07:21 am    **Status:** Transfer to WorkFlow
    **Comment:** This application was transferred to Workflow

    **Recruiter:** Michael Person    **Date/Time:** 05/24/11 07:14 am    **Status:** Transfer to WorkFlow
    **Comment:** made contact with driver

    **Recruiter:** Michael Person    **Date/Time:** 05/23/11 06:02 pm    **Status:** Inbox / New App
    **Comment:** This application was assigned to me because the applicant selected my name or applied using my personal
application form.

Swift Transportation - App Manager
MMXII © RND Solutions

STC644369

REDACTED

Swift Transportation - App Manager

```
App Manager Application
Recruiter Name: Michael Person
Source: My Website
Dated: 05/23/11 05:59 pm

Contact Information
Name: █████████
Address: █████████████
City: ████
State: ██
Zip: ████
Phone: ████████████████
Email: ████████████
SSN: ██████████
DOB: ████████
Time to call: evening

Driver License
DL #:
DL State: CA
DL Expire: October 2, 2013
Class: Class C
Endorsement(s)

Driver Information
Driver Type:
Solo/Team:
Part of a Team:
Need Training: Yes
Trucking School Grad:
Trucking School:
Graduate When:

Lease/Purchase:
Willing to Relocate:
Will work Part-time:
Interested in In-cab email:
Date Available: May 24, 2011

Experience
Total OTR Experience in Years: 0

Preferred Traffic Lane(s):

Employment History

Current Employer: cvs&p
Address: 1131 luchessi drive san jose CA 95118
Phone:
Position: security
Begin Date: 04/2011
End Date:
Reason Left: n/a
Pay Rate:
Supervisor: okasha
Length of Truck:
May We Contact:

Previous Employer: chevron
Address: great mall dr milpitas CA 95035
Phone:
Position: cashier
Begin Date: 08/2010
End Date: 01/2011
Reason Left:
Pay Rate:
Supervisor:
Length of Truck:
May We Contact:

Previous Employer: securitas
Address:  san jose CA
Phone:
Position: security
Begin Date: 02/2008
End Date: 08/2010
Reason Left:
Pay Rate:
Supervisor:
Length of Truck:
May We Contact:

Driver's History
Number Accidents: 0
Number Preventable: 0
Number Tickets: 0,
Number Preventable: 2
DUI: No
Felony: No
License Revoked: No
License Denied: No
Refused Insurance: No
Abandoned Equipment: No
Tested Positive for Controlled Substance: No
```

STC644370

REDACTED

Swift Transportation - App Manager

Page 2 of 2

DAC permission granted: Yes

If hired, can you present evidence of your U.S  Citizenship or proof of your legal right to live and work in this country?: Yes
Driver Comments:
(No comments were provided)

Recruiter Comments:
Recruiter: Michael Person   Date/Time: 05/24/11 07:21 am    Status: Transfer to WorkFlow
Comment: This application was transferred to WorkFlow

Recruiter: Michael Person   Date/Time: 05/24/11 07:14 am    Status: Transfer to WorkFlow
Comment: made contact with driver

Recruiter: Michael Person   Date/Time: 05/23/11 06:02 pm    Status: Inbox / New App
Comment: This application was assigned to me because the applicant selected my name or applied using my personal application form.

This certifies that this application was completed by me, and that all entries on it and information on it are true and
complete to the best of my knowledge.  I hereby request and authorize Swift Transportation and their agents or
contractors that receive this application to cause to be conducted, at any time, an investigation of my background for
employment purposes, which may include, but is not limited to, any information relating to my character, general
reputation, personal characteristics, mode of living, criminal history, past work experience, educational background,
alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which
may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source
which may have knowledge concerning any such items of information. I have completed this application of my own free will
and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part
of our consideration of your application, the DOT requires companies to investigate your employment background. As part
of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including
HireRight(USIS/DAC). Any decision they make not to hire you based on information contained in your consumer report will
be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not
know the specific reasons why they may decide not to hire you. In the event you are not hired based on information
contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to
obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your
report.  Your consent for these companies to obtain the report from DAC is required. Although you have a right to
withhold your consent, companies will not consider your application if you withhold your consent.
Digital Signature

STC644371

REDACTED

Swift Transportation - App Manager                                                                Page 1 of 3



APPLICATION MANAGER

Help | Logout

 Home       My Apps      Deleted Apps      Search Database      Account Options      Contacts

## Driver Application

| | |
|---|---|
| **Source:** | My Website |
| **Rank:** | 93% |
| **Status:** | Transfer to WorkFlow |
| **Dated:** | 05/09/11 12:50 pm |
| **Company Specific:** | Yes |

### Contact Information

| | |
|---|---|
| **Name:** | Joseph Allan H█████ |
| **Address:** | |
| **City** | |
| **State:** | |
| **Zip:** | |
| **In case of emergency, notify::** | Lois H█████ |
| **In case of emergency, Phone:** | |
| **Relationship:** | spouse |
| **Reference Name:** | mary t█████ |
| **Reference Phone:** | |
| **Relationship:** | friend |
| **Reference Name:** | michelle s█████ |
| **Reference Phone:** | |
| **Relationship:** | friend |
| **Phone:** | |
| **Cell Number:** | |
| **Email:** | |
| **SSN:** | |
| **DOB:** | |
| **Time to call:** | day |

### Driver License

| | |
|---|---|
| **DL #:** | |
| **DL State:** | OH |
| **DL Expire:** | December 9, 2013 |
| **Class:** | Class A |
| **Endorsement(s):** | Tanker |
| **Can you perform the duties for the job?** | Yes |

### Driver Information

| | |
|---|---|
| **Driver Type:** | |
| **Position Applying for:** | |
| **Solo/Team:** | |
| **Part of a Team:** | |
| **Lease/Purchase:** | |
| **Date Available:** | May 23, 2011 |
| **Interested in In-cab Email:** | |

### Digital Forms

Request a new Digital Form for this Applicant:

 Send Forms

View previous Digital Forms for this Applicant:

 View Forms

### App Actions

⬆ Previous Application

⬇ Next Application

🖨 Print this Application

✉ Comment/Status

| | |
|---|---|
| **Need Training:** | |
| **Trucking School Grad:** | |
| **Trucking School:** | C.R.ENGLAND DRIVING SCHOOL |
| **Graduation Date:** | January 19, 2011 |
| **Willing to Relocate:** | |
| **Will work Part-time:** | |

STC644377

REDACTED

*Experiences & Preferences*

| | | |
|---|---|---|
| Experience Level | Experienced driver | |
| Total OTR Experience | Years: | 0.25 |
| What is the highest grade you've completed? | 12TH | |

| TRAILER TYPE | EXPERIENCE |
|---|---|
| Flatbed | Yes |
| Van | Yes |
| Tanker | Yes |
| Reefer | Yes |
| Qualcom Operations | Yes |
| Dropdeck | Yes |

Preferred Traffic Lane(s):

*Employment History*

| | | | |
|---|---|---|---|
| Current Employer: | C.R.ENGLAND TRUCKING | Begin Date: | JANUARY 19 2011 |
| Address: | 4701 W2100 SOUTH SALT LAKE CITY UT 84120 | End Date: | PRESENT |
| | | Phone: | 801-972-2712 |
| Position: | OTR DRIVER | Pay Rate: | |
| Reason Left: | NO MILES,NO HOMETIME | Length of Truck/Trailer: | |
| Supervisor: | JOHN D███████ | May We Contact: | Yes |
| Vehicle Driven: | 2011 FREIGTHLINER CASCADIA | | |

| | | | |
|---|---|---|---|
| Previous Employer: | RAYMOND KEY COMMERCIAL CONTRACTING | Begin Date: | JAN 2010 |
| Address: | 2513 PERFORMANCE COURTSUITE100 | End Date: | AUG2010 |
| | VIRGINIA BEACH VA 23453 | Phone: | 757-689-8658 |
| Position: | CDLDRIVER,SUPERINTENDENT | Pay Rate: | |
| Reason Left: | NO WORK | Length of Truck/Trailer: | |
| Supervisor: | JOHN S███████ | May We Contact: | Yes |
| Vehicle Driven: | DUMP TRAILER,DUMPTRUCK | | |

| | | | |
|---|---|---|---|
| Previous Employer: | HARRELL CONTRACTING INC | Begin Date: | 08/07 |
| Address: | RT.301 EMPORIA VA | End Date: | JAN,2010 |
| | | Phone: | |
| Position: | SUPERINTENDENT/CDLDRIVER | Pay Rate: | |
| Reason Left: | WIFE HAD MEDICAL PROBLEMS | Length of Truck/Trailer: | |
| Supervisor: | DWAYNE J███████ | May We Contact: | Yes |
| Vehicle Driven: | DUMP TRAILER/LOWBOY | | |

| | | | |
|---|---|---|---|
| Previous Employer: | MARATTA&SONS LAND DEVELOPEMENT | Begin Date: | 2/2000 |
| Address: | COMMERCE RD. RICHMOND VA | End Date: | 8/07 |
| | | Phone: | |
| Position: | CDL DRIVER/SUPERINT. | Pay Rate: | |
| Reason Left: | COMPANY WENT OUT OF BUSINESS | Length of Truck/Trailer: | |
| Supervisor: | DAVE M███████ | May We Contact: | |
| Vehicle Driven: | LOWBOY/DUMPTRAILER | | |

*Additional Employment Comments*

*Driver's History*

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Number Accidents: | 0 | Timeframe: 0 years | | Number Preventable: | 0 | Number Rollover: | 0 |
| Number Tickets: | 0 | Timeframe: 0 years | | Number Preventable: | 0 | Number Reckless: | 0 |
| DUI: | No | When: | | | | | |
| Felony: | No | When: | | | | | |
| Convicted of Crime: | No | | | | | | |
| License Revoked: | No | | | | | | |
| License Denied: | No | | | | | | |
| Refused Insurance: | No | | | | | | |
| Abandoned Equipment: | No | | | | | | |
| Tested Positive for Controlled Substance: | | No | | | | | |

████████████████                                                      STC644378

**REDACTED**

If hired, can you present evidence of your U.S. Citizenship or proof
of your legal right to live and work in this country?:                    Yes

DAC/MVR permission granted:                    Yes

*Additional Driving History Comments*

*Driver Comments*
(No comments were provided)

*Digital Signature*

Recruiter Comments
Add your new comment here                                    Set new status: Transfer to WorkFlow

| Add Comment / Set Status |    | Reset | After submitting, display the: Current application again

| Re-Transfer to Workflow |

Previous Recruiter Comments:

**Recruiter:** Tamala Wilcher            **Date/Time:** *05/10/11 02:51 pm*        **Status:** Transfer to WorkFlow
**Comment:**

**Recruiter:** Tamala Wilcher            **Date/Time:** *05/10/11 02:51 pm*        **Status:** Transfer to WorkFlow
**Comment:** This application was transferred to Workflow

**Recruiter:** Holly Baki                **Date/Time:** *05/10/11 02:44 pm*        **Status:** Transfer to WorkFlow
**Comment:**

**Recruiter:** Holly Baki                **Date/Time:** *05/10/11 02:44 pm*        **Status:** Inbox / New App
**Comment:** Transfered to Tamala Wilcher

**Recruiter:** Tamala Wilcher            **Date/Time:** *05/10/11 02:30 pm*        **Status:** Inbox / New App
**Comment:** i talked to applicant on yesterday and instructed him to complete application online. he stated that when he
tried to click on my name it kept clicking on the name above mines. applicant just called me to let me know that he had
completed his application. please do recruit change. thanks

**Recruiter:** Corina Salgado            **Date/Time:** *05/09/11 12:52 pm*        **Status:** Inbox / New App
**Comment:** This application was assigned to me because the applicant selected my name or applied using my personal
application form.

Swift Transportation - App Manager
MMXII © RND Solutions

STC644379

REDACTED

Swift Transportation - App Manager                                        Page 1 of 2

App Manager Application
Recruiter Name: Tamula Hilcher
Source: My Website
Dated: 05/09/11 12:50 pm

Contact Information
Name: Joseph Allan H███████
Address: ███████████
City: ███████
State: ██
Zip: ██
Phone: ██
Cell Number: ██
Email: ███████████
SSN: ██
DOB: ██
Time to Call: Any

Driver License
DL #: ███████
DL State: OH
DL Expire: December 9, 2013
Class: Class A
Endorsement(s): Tanker

Driver Information
Driver Type
Solo/Team:
Part of a Team:
Need Training:
Trucking School Grad.
Trucking School: C.R.ENGLAND DRIVING SCHOOL
Graduate When: January 19, 2011

Lease/Purchase.
Willing to Relocate:
Will work Part-time:
Interested in in-cab email:
Date Available: May 23, 2011

Experience
Total O/R Experience in Years: 0.25

Trailer Type. Flatbed
Experience: Yes

Trailer Type: Van
Experience: Yes

Trailer Type: Tanker
Experience: Yes

Trailer Type: Reefer
Experience: Yes

Trailer Type: Qualcom Operations
Experience: Yes

Trailer Type. Dropdeck
Experience: Yes

Preferred Traffic lane(s):

Employment History

Current Employer: C R ENGLAND TRUCKING
Address. 4701 W2100 SOUTH  SALT LAKE CITY  UT 84120
Phone: 801-972-2311
Position. OTR DRIVER
Begin Date: JANUARY 19 2011
End Date: PRESENT
Reason Left. NO MILES, NO HOMETIME
Pay Rate:
Supervisor: JOHN D█████
Length of Truck:
May We Contact. Yes

Previous Employer: RAYMOND ART COMMERCIAL CONTRACTING
Address: 3513 PERFORMANCE COURT#1198100 VIRGINIA BEACH VA 23453
Phone: 757-489-8656
Position: CREATIVE, SUPERINTENDENT
Begin Date: JAN 2010
End Date: AUG2010
Reason left: NO WORK
Pay Rate:
Supervisor: JOHN R█████
Length of Truck:
May We Contact: Yes

Previous Employer: HARRELL CONTRACTING INC
Address: RT 301 EMPORIA VA
Phone:
Position: SUPERINTENDENT/CDLDRIVER
Begin Date: 08/07
End Date: JAN 2010
Reason Left: WIFE HAD MEDICAL PROBLEMS
Pay Rate:
Supervisor: DARYNE J█████
Length of Truck:
May We Contact: Yes

Previous Employer: HARRIS&SONS LAND DEVELOPMENT
Address: CONFEREE RD  RICHMOND VA
Phone:
Position: CDL DRIVER/EQUIPMENT.
Begin Date: 2/2000
End Date: 8/07
Reason Left: COMPANY WENT OUT OF BUSINESS
Pay Rate:
Supervisor: DAVE H█████
Length of Truck:

STC644380

REDACTED

May We Contact:

Driver's History
Number Accidents: 0
Number Preventable: 0
Number Tickets: 5
Number Preventable: 0
DUI: No
Felony: No
License Revoked: No
License Denied: No
Refused Insurance: No
Abandoned Equipment: No
Tested Positive (or Controlled Substance): No

DAC permission granted: Yes

If asked, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?: Yes
Driver Comments:
(No comments were provided)

Recruiter Comments:
Recruiter: Tamala Wilcher    Date/Time: 05/10/11 02:51 pm    Status: Transfer to WorkFlow
Comment

Recruiter: Tamala Wilcher    Date/Time: 05/10/11 02:51 pm    Status: Transfer to WorkFlow
Comment: This application was transferred to WorkFlow

Recruiter: Holly Baki    Date/Time: 05/10/11 02:44 pm    Status: Transfer to WorkFlow
Comment:

Recruiter: Holly Baki    Date/Time: 05/10/11 02:44 pm    Status: Inbox / New App
Comment: Transferred to Tamala Wilcher

Recruiter: Tamala Wilcher    Date/Time: 05/10/11 02:30 pm    Status: Inbox / New App
Comment: I called to applicant or yesterday and instructed him to complete application online, he stated that when he tried to click at my name it kept clic

Recruiter: Corina Salgado    Date/Time: 05/09/11 12:52 pm    Status: Inbox / New App
Comment: This application was assigned to me because the applicant selected my name and applied using my personal application form.

This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge.  I hereby request and authorize Swift Transportation and their agents or contractors that receive this application to cause to be conducted, at any time, an investigation of my background for employment purposes, which may include, but is not limited to, any information relating to my character, general reputation, personal characteristics, mode of living, criminal history, past work experience, educational background, alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source which may have knowledge concerning any such items of information. I have completed this application of my own free will and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part of our consideration of your application, the DOT require companies to investigate your employment background. As part of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including HireRight(DITS/DAC). Any decision they make not to hire you based on information contained in your consumer report will be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not know the specific reason why they may decide not to hire you. In the event you are not hired based on information contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your report. Your consent for these companies to obtain the report from DAC is required. Although you have a right to withhold your consent, companies will not consider your application if you withhold your consent.
Digital Signature

*Joseph H.* ████████

REDACTED



APPLICATION MANAGER

Help | Logout

Home    My Apps    Delete Apps    Search Database    Account Options    Contacts

## Driver Application

**Source:** My Website
**Rank:** 91%
**Status:** Transfer to WorkFlow
**Dated:** 06/21/11 04:14 pm
**Company Specific:** Yes

*Contact Information*
**Name:** Jesus A H███
**Address:**
**City**
**State:**
**Zip:**
**In case of emergency, notify::** crystal ███
**In case of emergency, Phone:**
**Relationship:** fiance
**Reference Name:** dora z███
**Reference Phone:**
**Relationship:** mom
**Reference Name:** jessie c███
**Reference Phone:**
**Relationship:** friend
**Phone:**
**Email:**
**SSN:**
**DOB:**
**Time to call:** any time

*Driver License*
**DL #:** ███
**DL State:** CA
**DL Expire:** April 30, 2016
**Class:** Class A
**Endorsement (s):**

*Driver Information*
**Driver Type:**
**Position Applying for:**
**Solo/Team:**
**Part of a Team:**
**Lease/Purchase:**
**Date Available:** June 23, 2011
**Interested in In-cab Email:**

**Need Training:** Yes
**Trucking School Grad:** Yes
**Trucking School:** toro school of truck driving
**Graduation Date:** June 8, 2011
**Willing to Relocate:**
**Will work Part-time:**

*Experiences & Preferences*
**Experience Level**      Has Class A CDL but needs training

### Digital Forms

Request a new Digital Form for this Applicant:

    Send Forms

View previous Digital Forms for this Applicant:

View Forms

### App Actions

 Previous Application

Next Application

Print this Application

Comment/Status

STC644382

**REDACTED**

| **Total OTR Experience** | | **Years:** | 0 |
| **What is the highest grade you've completed?** | | some collage | |

(no specific experience was provided)

**Preferred Traffic Lane(s):**

**Employment History**

| **Current Employer:** | the home depot | **Begin Date:** | 02/2007 |
| **Address:** | 2400 alondra blvd paramount CA 90723 | **End Date:** | 05/2011 |
| | | **Phone:** | 562-272-8055 |
| **Position:** | sales associate | **Pay Rate:** | |
| **Reason Left:** | currently working | **Length of Truck/Trailer:** | |
| **Supervisor:** | jerry r▓▓▓▓ | **May We Contact:** | Yes |
| **Vehicle Driven:** | forklift sit down electric pallet jack | | |

| **Previous Employer:** | plum-in-time | **Begin Date:** | 08/2006 |
| **Address:** | ontario ontario CA 91764 | **End Date:** | 02/2007 |
| | | **Phone:** | |
| **Position:** | intaller | **Pay Rate:** | |
| **Reason Left:** | late pay checks | **Length of Truck/Trailer:** | |
| **Supervisor:** | dan b▓▓▓▓ | **May We Contact:** | |
| **Vehicle Driven:** | | | |

**Additional Employment Comments**

**Driver's History**

| **Number Accidents:** | 1 | **Timeframe:** 0 years | **Number Preventable:** | 0 | **Number Rollover:** | 0 |
| **Number Tickets:** | 0 | **Timeframe:** 0 years | **Number Preventable:** | 2 | **Number Reckless:** | 0 |

| **DUI:** | No | **When:** |
| **Felony:** | No | **When:** |
| **Convicted of Crime:** | No | |
| **License Revoked:** | No | |
| **License Denied:** | No | |
| **Refused Insurance:** | No | |
| **Abandoned Equipment:** | No | |

**Tested Positive for Controlled Substance:**                                    No

**If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?:**          Yes

**DAC/MVR permission granted:**          Yes

**Additional Driving History Comments**

**Driver Comments**
(No comments were provided)

**Digital Signature**

**Recruiter Comments**
Add your new comment here                 **Set new status:**  Transfer to WorkFlow

STC644383

REDACTED

| Add Comment / Set Status | | Reset | After submitting, display the: Current application again |

| Re-Transfer to Workflow |

Previous Recruiter Comments:

**Recruiter:** Veronica Martinez      **Date/Time:** *06/21/11 04:21 pm*      **Status:** Transfer to WorkFlow
**Comment:** This application was transferred to Workflow

**Recruiter:** Veronica Martinez      **Date/Time:** *06/21/11 04:17 pm*      **Status:** Transfer to WorkFlow
**Comment:** SPK WITH J

**Recruiter:** Veronica Martinez      **Date/Time:** *06/21/11 04:16 pm*      **Status:** Inbox / New App
**Comment:** This application was assigned to me because the applicant selected my name or applied using my personal
application form.

Swift Transportation - App Manager
MMXII © RND Solutions

STC644384

**REDACTED**

Swift Transportation - App Manager

```
App Manager Application
Recruiter Name: Veronica Martinez
Source: My Website
Dated: 06/21/11 04:14 pm

Contact Information
Name: Jesus A [REDACTED]
Address: [REDACTED]
City: [REDACTED]
State: [REDACTED]
Zip: [REDACTED]
Phone: [REDACTED]
Email: [REDACTED]
SSN: [REDACTED]
DOB: [REDACTED]
Time to call: any time

Driver License
DL #: [REDACTED]
DL State: CA
DL Expire: April 30, 2016
Class: Class A
Endorsement(s):

Driver Information
Driver Type:
Solo/Team:
Part of a Team:
Need Training: Yes
Trucking School Grad: Yes
Trucking School: toro school of truck driving
Graduate When: June 8, 2011

Lease/Purchase:
Willing to Relocate:
Will work Part-time:
Interested in in-cab email:
Date Available: June 23, 2011

Experience
Total OTR Experience in Years: 0

Preferred Traffic Lane(s):

Employment History

Current Employer: the home depot
Address: 2400 alondra blvd paramount CA 90723
Phone: 562-272-8055
Position: sales associate
Begin Date: 02/2007
End Date: 05/2011
Reason Left: currently working
Pay Rate:
Supervisor: jerry r[REDACTED]
Length of Truck:
May We Contact: Yes

Previous Employer: plus-in-time
Address: ontario ontario CA 91764
Phone:
Position: intaller
Begin Date: 08/2006
End Date: 02/2007
Reason left: late pay checks
Pay Rate:
Supervisor: dan b[REDACTED]
Length of Truck:
May We Contact:

Driver's History
Number Accidents: 1
Number Preventable: 0
Number Tickets: 0
Number Preventable: 2
DUI: No
Felony: No:
License Revoked: No
License Denied: No
Refused Insurance: No
Abandoned Equipment: No
Tested Positive for Controlled Substance: No

OAC permission granted: Yes

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?: Yes
Driver Comments:
(No comments were provided)

Recruiter Comments:
Recruiter: Veronica Martinez    Date/Time: 06/21/11 04:21 pm    Status: Transfer to WorkFlow
Comment: This application was transferred to WorkFlow

Recruiter: Veronica Martinez    Date/Time: 06/21/11 04:17 pm    Status: Transfer to WorkFlow
```

STC644385

**REDACTED**

Swift Transportation - App Manager                                    Page 2 of 2

Comment: SPK WITH J

Recruiter: Veronica Martinez    Date/Time: 06/21/11 04:16 pm    Status: Inbox / New App
Comment: This application was assigned to me because the applicant selected my name or applied using my personal application form.

This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge. I hereby request and authorize Swift Transportation and their agents or contractors that receive this application to cause to be conducted, at any time, an investigation of my background for employment purposes, which may include, but is not limited to, any information relating to my character, general reputation, personal characteristics, mode of living, criminal history, past work experience, educational background, alcohol or drug test results, or failure to submit to an alcohol or drug test, or any other information about me which may reflect upon my potential for employment gathered from any individual, organization, entity, agency, or other source which may have knowledge concerning any such items of information. I have completed this application of my own free will and hold harmless of all liability all companies, agents and associated parties for the use of this application. As part of our consideration of your application, the DOT requires companies to investigate your employment background. As part of this investigation, they may obtain consumer reports about you from various consumer reporting agencies including HireRight(DHS/DAC). Any decision they make not to hire you based on information contained in your consumer report will be their decision alone. DAC does not make any decisions concerning your employment with these companies and will not know the specific reasons why they may decide not to hire you. In the event you are not hired based on information contained in your consumer report, the companies themselves will tell you. We will also advise you of your right to obtain a free copy of the consumer report from DAC and your right to dispute the accuracy or completeness of your report.  Your consent for these companies to obtain the report from DAC is required. Although you have a right to withhold your consent, companies will not consider your application if you withhold your consent.
Digital Signature

STC644386

REDACTED