**EXHIBIT H**

STATE OF ARIZONA

COUNTY OF MARICOPA

### Declaration of Shawn Driscoll

I, Shawn Driscoll, being over the age of 18 years, of sound mind and fully competent to make this Declaration, hereby declare the following as true and correct to the best of my personal knowledge:

1.      I am currently employed by Swift Transportation Co. of Arizona, LLC ("Swift") as its Director of Security.  I have held this position since 2008.  In my position, I oversee Swift's criminal background check program.

2.      I come from a law enforcement background.  Prior to my employment with Swift, I was the Chief of the Highway Patrol in Montana.

3.      Swift's background check program was implemented to address concerns related to employee theft and other criminal conviction concerns.  Since the program's implementation, the amount of theft and other conduct issues related to criminal convictions by Swift employees has declined.  In 2012, there has not been a single fully loaded trailer stolen.  Prior to implementation of this program, there were years with more than 30 fully loaded trailers stolen.  The criminal background check program plays a critical role in ensuring the security of Swift's cargo and the public, helping provide the service that Swift's customers demand and helping to ensure that only DOT-qualified drivers are hired by Swift.

4.      My supervisor, Gary Fitzsimmons, also came from a law enforcement background.  We both understand that the information contained in criminal background reports is not always accurate.  This is the reason that, from the inception of this program, it has always been important that Swift not base any hiring decision on the contents of a report, but rather first-hand information provided by the applicant.

5.      During my entire tenure with Swift, any individual, prior to being disqualified from consideration for employment based on the contents of a criminal

Declaration of Shawn Driscoll

1    background report, has always been given the opportunity to dispute or explain the

2    information in his or her criminal background report prior to any decision being made.

3    This ensures that Swift does not base any decisions upon false or inaccurate information

4    contained in a criminal background report.

5        6.    Once an applicant has met Swift's pre-qualification standards and has

6    provided written consent to Swift to order a background check, Swift orders a standard set

7    of consumer reports for each applicant.

8        7.    The Investigations Department, which is part of Swift's Security

9    Department, is the primary Department that receives the criminal background check for

10   each applicant.  Investigations reviews each applicant's criminal background check.

11       8.    If the criminal background check reveals any criminal conviction

12   information, Investigations sends an e-mail notification to the recruiter assigned to the

13   applicant notifying the recruiter to have the applicant contact Investigations for an

14   interview.

15       9.    In addition, any time an applicant voluntarily discloses criminal conviction

16   information on their application, and that information does not automatically disqualify

17   the applicant from employment with Swift under Swift's hiring criteria, the applicant is

18   notified by their recruiter to contact Investigations for an interview.

19       10.   Once a recruiter has been notified to have an applicant contact

20   Investigations for an interview, the applicant may not proceed further through the

21   application process unless and until the applicant has been reviewed by Investigations.

22       11.   When an individual contacts Investigations, an Investigations employee will

23   ask the individual a series of open-ended questions designed to elicit their criminal

24   history.  Typically, individuals will disclose the criminal conviction information contained

25   in their criminal background report in response to open-ended questions without being

26   asked specific questions about the contents of the report.

27       12.   A number of applicants will disclose during their Investigations interview

28

2

Declaration of Shawn Driscoll

that they have in fact been convicted of a crime that disqualifies them from employment with Swift as a truck driver.

13.   When disqualifying criminal conviction information is confirmed during the interview, an e-mail is sent to the recruiter informing the recruiter that the applicant is not approved for hire by Investigations.

14.   I do not review every decision by Investigations not to approve an individual for hire. Those decisions are made by individuals who report to me. These are called Level 1 Reviews. When Investigations is unsure whether an applicant should be approved for hire, I will review the decision. This is called a Level 2 Review.

15.   I do not believe that Swift bases a decision not to approve an individual for hire on a criminal background report. Swift does not base its decision on the third-party information contained in a criminal background report. It bases its decision on first-hand information obtained directly from the applicant in the Investigations interview or subsequently provided to Swift after the interview.

16.   Often, the criminal conviction information disclosed by the applicant in the Investigations interview is different than or independent of the information contained in the consumer report. As one example, applicants often divulge conviction information that is not contained anywhere on their criminal background report. Criminal background reports are generally limited to counties that an individual has lived in. If an applicant was convicted of a crime in another county, it may not show up on their criminal background report. That conviction might not be on the criminal background report ordered by Swift. That information would disqualify the applicant from employment with Swift, and the disqualification would have nothing to do with any information contained on the applicant's criminal report. This happens frequently.

17.   Every single applicant is given the opportunity to dispute the information contained in their criminal background report. It is not unusual for an applicant to successfully contest the accuracy of criminal conviction information in their criminal

3

Declaration of Shawn Driscoll

1  background report. I would estimate that it happens more than once a week.

2      18.    Some examples of individuals who have successfully disputed criminal

3  conviction information contained in their criminal report are attached hereto as Exhibits 1

4  and 2 (sensitive information redacted). Each of these records came directly from Swift's

5  Security database. Each is a true and accurate copy of the record in Swift's Security

6  database, which has previously been provided to Plaintiffs in its entirety. The Security

7  database's contents are received at or near the time that the information was transmitted to

8  Swift, are kept in the course of a regularly conducted business activity and it is the regular

9  practice of that business activity to make and accurately store that record.

10     19.    Exhibit 1 contains the Investigations records for an individual that applied

11  for employment with Swift in or around March 2009. The applicant responded, "No," to

12  the question of whether he had ever been convicted of a criminal offense. STC644054.

13  Swift ordered a criminal background check on March 16, 2009. STC 644050. That

14  criminal background check showed a criminal charge for uttering forgery that resulted in

15  probation, which typically only results from a guilty plea or conviction. STC644052. The

16  applicant was interviewed by Patricia Ramos on March 16, 2009. STC644072. In that

17  interview, the applicant stated that the uttering forgery charge was non-adjudicated and

18  sealed and that he would "provide info." *Id.* On or about March 27, 2009, the applicant

19  provided court documentation and an explanation from his attorney that, given his

20  successful completion of probation, under state law there was no formal adjudication of

21  guilty. STC644058-71. On March 27, 2009 at 9:01 a.m., Angelica Flores performed a

22  Level 1 Review and recommended that the applicant be approved for further

23  consideration. Because of the unusual nature of this Investigation dispute and the

24  applicant's explanation, Ms. Flores had me review the paperwork and her

25  recommendation. I performed a Level 2 Review approximately 45 minutes later and

26  approved the applicant for further processing for employment with Swift.

27     20.    Exhibit 2 consists of the Investigations records for an applicant who applied

28

Declaration of Shawn Driscoll

for employment with Swift on or about January 13, 2010. STC644114. The applicant stated on his application that he had never been convicted of a criminal offense. *Id.* The applicant's criminal background report, however, showed two criminal convictions, a second-degree assault in 2007 and a third-degree assault in 1998. STC644109-13. The individual contacted Investigations and was interviewed at 1:27 p.m. on January 14, 2010. STC644125. In his interview, the applicant indicated that he had no convictions on his adult record and that both the 2007 and the 1998 charges were dismissed. *Id.* The applicant was asked to provide paperwork to Investigations confirming the dismissal of the 1998 charge (the criminal background report already showed that the 2007 charge resulted from "probation *before* judgment," so Swift did not require further paperwork on that charge). In response, the applicant not only provided paperwork showing the dismissal and sealing of the assault charge in 1998 (STC644122), but also chose to provide documentation regarding *four other criminal convictions from 1995 to 2000* that had also been dismissed and sealed. STC644120-24. These four convictions did not appear on the applicant's criminal background report. *See* STC644109-13. It is not unusual for an applicant to reveal, during the Investigation process, additional criminal conviction information that is not contained on their criminal background report. In fact, applicants often reveal such information during the open-ended questioning portion of the Investigations interview. This is just one example. On January 28, 2010, Angelica Flores performed a Level 1 Review and recommended that the applicant be approved. I performed a Level 2 Review and reviewed the paperwork the applicant had provided. Ultimately, because the convictions were more than ten years old and had been dismissed and sealed, I approved the applicant for further processing for employment with Swift.

21.     Swift has an electronic Security database that was implemented in or about February 2009 that contains the Investigations documentation for each applicant interviewed after that date. Prior to that date, all Investigations files are paper files and cannot be accessed electronically. These files are not stored in the Security department.

Declaration of Shawn Driscoll

22.     I was scheduled to have my deposition taken by counsel for the Plaintiffs at 1:30 p.m. on Thursday, August 2, 2012.  I was notified the morning of my deposition that my deposition had been cancelled by Plaintiffs.

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed on: October 30, 2012

Shawn Driscoll

Declaration of Shawn Driscoll

# EXHIBIT 1



| **Conviction Form** |
|---|

**Please Print Information**

Applicant's Name: **Kwenda L H**█████     Social Security Number: ███████

Daytime Phone #: _███████████     After Hours Phone #: _████████████ ____

Date of Birth: ██████████

| | | Date of Arrest: _____ |
|---|---|---|
| Date of Arrest: _____ | | Charge 2: _____ |
| Charge 1: _____ | | Location: _____ |
| Location: _____ | | |

County          State                          County          State

| Date of Conviction: _____ | | Date of Conviction: _____ |
|---|---|---|
| Charge: _____ | | Charge: _____ |
| Sentence: _____ | | Sentence: _____ |
| Time Served: _____ | | Time Served: _____ |
| Dates on Probation | | Dates on Probation |
| or Parole: _____ | | or Parole: _____ |

* Any other arrests or convictions?:  ○ Yes  ○ No

Any charges pending now?  ○ Yes  ○ No

List full name (First/Middle/Last):

Any other names used maiden, married, etc. _____

Please describe what happened:
Comments on Charge 1:

Comments on Charge 2:

_____

_____

_____

_____

_____

Signature of Applicant: _____     Date: ____/____/____

Recruiter Name: _____     Terminal: _____

STC644049

**REDACTED**

Customer: Swift Transportation Web
User: Patricia Ramos

## VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please note - The information contained in this report is based on search criteria matching personal identifiers that indicate that this record matched the consumer who is the subject of the report. This information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information used in this report was accurately copied from USIS's supplier of such information, including the public records of various courts and law enforcement agencies, credit bureaus, etc., as applicable. Information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the use and dissemination of this information.

### 20/20 Insight Bundled

```
Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (5365Mary)
Customer Reference:    MICHAEL PERSON
Customer Sub:          341

                    USIS COMMERCIAL SERVICES, INC.
                    20/20 INSIGHT BUNDLED HISTORY RECORD
-----------------------------------------------------------------
              20/20 INSIGHT BUNDLED REQUEST INFORMATION
-----------------------------------------------------------------
NAME: H████ KWENDA L
DOB: █████   SSN: ███████
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

REQUEST DATE:   3/16/2009
-----------------------------------------------------------------
              20/20 INSIGHT BUNDLED FILE INFORMATION
-----------------------------------------------------------------
MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(KWE)  BIRTHDATE
NAME:  H████, KWENDA LAVELL
DOB: █████        SSN: ███████
-----------------------------------------------------------------
                    CRIMINAL RECORD INFORMATION
-----------------------------------------------------------------
REPORT TYPE:       B FELONY/MISDEMEANOR
SEARCH DATE:       11/16/2001
STATE/COUNTY:      LA EAST BATON ROUGE


            NO RECORD FOUND IN JURISDICTION SEARCHED.
-----------------------------------------------------------------
ORDER #:  62139995      REQUEST #:  108292126      DATA FILE DATE: 12/2/2001
-----------------------------------------------------------------
```

STC644050

REDACTED

```
                        USIS COMMERCIAL SERVICES, INC.
                      20/20 INSIGHT BUNDLED HISTORY RECORD
------------------------------------------------------------------------
                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
------------------------------------------------------------------------
NAME: H█████, KWENDA L
DOB: ████████   SSN: ███████
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
------------------------------------------------------------------------
REQUEST DATE:     3/16/2009
------------------------------------------------------------------------
                  20/20 INSIGHT BUNDLED FILE INFORMATION
------------------------------------------------------------------------
MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(KWE)  BIRTHDATE
NAME: H██████  KWENDA L
DOB: ████████        SSN: ████████
                     CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------
REPORT TYPE:         B FELONY/MISDEMEANOR
SEARCH DATE:         09/13/2000
STATE/COUNTY:        MS HARRISON

                 NO RECORD FOUND IN JURISDICTION SEARCHED.
------------------------------------------------------------------------
ORDER #: 62139995      REQUEST #: 108292126   DATA FILE DATE: 3/1/2003 7:13:35 AM
------------------------------------------------------------------------
                        USIS COMMERCIAL SERVICES, INC.
                      20/20 INSIGHT BUNDLED HISTORY RECORD
------------------------------------------------------------------------
                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
------------------------------------------------------------------------
NAME: H██████   KWENDA L
DOB: ████████   SSN: ███████
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
------------------------------------------------------------------------
REQUEST DATE:     3/16/2009
------------------------------------------------------------------------
                  20/20 INSIGHT BUNDLED FILE INFORMATION
------------------------------------------------------------------------
MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(KWE)  BIRTHDATE
NAME:    H█████, KWENDA            LAVELL

DOB: ████████        SSN: ████████
------------------------------------------------------------------------
                     CRIMINAL RECORD INFORMATION
------------------------------------------------------------------------
REPORT TYPE:         B FELONY/MISDEMEANOR
SEARCH DATE:         11/15/2001
STATE/COUNTY:        LA EAST BATON ROUGE

                 NO RECORD FOUND IN JURISDICTION SEARCHED.
------------------------------------------------------------------------
ORDER #: 62139995      REQUEST #: 108292126   DATA FILE DATE: 3/1/2003 4:42:48 PM
------------------------------------------------------------------------
                        USIS COMMERCIAL SERVICES, INC.
                      20/20 INSIGHT BUNDLED HISTORY RECORD
------------------------------------------------------------------------
                 20/20 INSIGHT BUNDLED REQUEST INFORMATION
```

STC644051

REDACTED

```
--------------------------------------------------------------------
NAME: H█████, KWENDA L
DOB: ████████        SSN: ████████
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
--------------------------------------------------------------------
REQUEST DATE:    3/16/2009
--------------------------------------------------------------------
            20/20 INSIGHT BUNDLED FILE INFORMATION
--------------------------------------------------------------------

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(KWE)  BIRTHDATE
NAME:  H██████  KWENDA L
DOB: ████████        SSN: ██████████
--------------------------------------------------------------------
                  CRIMINAL RECORD INFORMATION
--------------------------------------------------------------------

REPORT TYPE:          B FELONY/MISDEMEANOR
SEARCH DATE:          09/13/2000
STATE/COUNTY:         MS HINDS


              NO RECORD FOUND IN JURISDICTION SEARCHED.

--------------------------------------------------------------------
ORDER #:  62139995      REQUEST #:  108292126    DATA FILE DATE:  3/3/2003 5:25:10 AM
--------------------------------------------------------------------
                USIS COMMERCIAL SERVICES, INC.
              20/20 INSIGHT BUNDLED HISTORY RECORD
--------------------------------------------------------------------
           20/20 INSIGHT BUNDLED REQUEST INFORMATION
--------------------------------------------------------------------
NAME: H██████  KWENDA L
DOB: ████████        SSN: ████████
REQUEST DATE:    3/16/2009
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
--------------------------------------------------------------------
            20/20 INSIGHT BUNDLED FILE INFORMATION
--------------------------------------------------------------------

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(KWE)  BIRTHDATE
NAME:  H█████, KWENDA
DOB: ████████
GENDER:  MALE    RACE:  BLACK
--------------------------------------------------------------------
                  CRIMINAL RECORD INFORMATION
--------------------------------------------------------------------
    ALIAS NAME FOUND:    H████, KWENDA

SOURCE:               MISSISSIPPI DEPARTMENT OF CORRECTIONS
OFFENDER STATUS:      DISCHARGE FROM PROBATION

    OFFENSE:              UTTERING FORGERY

      SENTENCE BEGIN DATE:   02/02/2004

    OFFENSE:              UTTERING FORGERY

      SENTENCE BEGIN DATE:   02/02/2004
      RELEASE TYPE:          PROBATION

    OFFENSE:              NOT SPECIFIED BY STATE


    OFFENSE:              NOT SPECIFIED BY STATE
```

STC644052

**REDACTED**

```
-------------------------------------------------------------------------------
ORDER #:  62139995      REQUEST #:   108292126     DATA FILE DATE:  10/20/2008
-------------------------------------------------------------------------------
This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.
-------------------------------------------------------------------------------
The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.
-------------------------------------------------------------------------------
```

Copyright 2009© USIS. All Rights Reserved 140

STC644053

REDACTED

## SWIFT TRANPORTATION CO., INC.
2200 s. 75th AVE. PHOENIX, AZ. 85043

# EMPLOYMENT APPLICATION
QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY.
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application:   08/08/2012

Name  H▬▬  Kwenda  L                                    Social Security No. ▬▬▬▬

Present Address                                         Phone ▬▬▬

Previous Address(es) during last 3 years (FMCSR 391.21 (3))

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report) ▬▬▬▬

In case of emergency notify

Alternate Emergency Phone #                    Name

Have you applied for work and/or worked for this company before?   ○ Yes  ● No   When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ○ Yes  ○ No

Position which applying for:

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?   ☐ Yes  ☐ No

How did you find out about Swift?   Internet

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ○ Yes  ● No
B. Has any license, permit or privilege been suspended or revoked?   ○ Yes  ● No
C. Have you ever been stopped while intoxicated?   ○ Yes  ● No
D. Have you ever used any illegal drugs (including marijuana)?   ○ Yes  ● No   If yes, when was the last time?
E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?   ○ Yes  ● No
F. Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (c), in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.   ○ Yes  ● No
G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)   ○ Yes  ● No
H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)   ○ Yes  ● No
I. 40.25(j) have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer by to which you applied for, but did not obtain, safety, sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?   ○ Yes  ○ No

If yes to any of the above questions, state circumstances and dates:

Which trucking school did you graduate from?
Truck driving school graduation date?

### MILITARY STATUS

Have you served in the U.S. Armed Forces?   ○ Yes  ● No   Branch                    Dates: From                    To

Duties

R-101                                      Form 1                                      Revised 6/01/01

STC644054

REDACTED

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent.  Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr | | |
|---|---|---|---|---|

**CURRENT OR MOST RECENT EMPLOYER**    May We Call? Yes____ No____

From  01/01/2004  To 3/2009

Name  Dowtime Outreach Services

Phone #  773-387-1691

Address  6540 S. Rockwell   Chicago, IL  35040
   street   city   state   zip code

Supervisor

Position Held  Youth Counselor

Type of Equip. Driven

Reason For Leaving  Resigned

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this employer?  ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?  ◯ Yes ◯ No

---

**SECOND PRIOR EMPLOYER**    May We Call? Yes____ No____

From  10/09  To 2/2010

Name  cr england

Phone #  8004219061

Address  4701 2100 south   salt lake city, UT  84120
   street   city   state   zip code

Supervisor

Position Held  driver

Type of Equip. Driven

Reason For Leaving  personal

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?  ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?  ◯ Yes ◯ No

---

**THIRD PRIOR EMPLOYER**    May We Call? Yes____ No____

From  4/09  To 9/09

Name  unemployed

Phone #

Address   , AL
   street   city   state   zip code

Supervisor

Position Held

Type of Equip. Driven

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?  ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?  ◯ Yes ◯ No

---

**FOURTH PRIOR EMPLOYER**    May We Call? Yes____ No____

From  To

Name

Phone #

Address
   street   city   state   zip code

Supervisor

Position Held

Type of Equip. Driven

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?  ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?  ◯ Yes ◯ No

---

**FIFTH PRIOR EMPLOYER**    May We Call? Yes____ No____

From  To

Name

Phone #

Address
   street   city   state   zip code

Supervisor

R-101                    Form 1                    Revised 8/01/01

STC644055

REDACTED

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI-TRAILER | | | | 0 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

## LICENSE  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| AL | | | | 03/28/2009 |
| IL | | D | | |
| MS | | D | | |

## MOVING TRAFFIC CONVICTIONS  LIST FOR PAST FIVE (5) YEARS.  IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 08/11/2009 12:00:00 AM | AL | 08/11/09 SPEEDING   84/70 MPH ZONE | fine |
| | | | |
| | | | |
| | | | |

## ACCIDENT RECORD  IF NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES:

## REFERENCES  (Please list 2 people able to verify your employment and personal history.  Such as co-worker, neighbor, customer or an upstanding citizen of your community.)

1. Name   venus l
   Relationship   friend          Phone #

2. Name   tonya h
   Relationship   friend          Phone #

## ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representatives, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or tests to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company,  as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be

R-101                                 Form 1                                 Revised 8/01/01

STC644056

REDACTED

submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____     Date _____

R-101                                          Form 1                                    Revised 8/01/01

STC644057

**REDACTED**

 -08-07 00:02 >> P 1/14

# FAX

| | |
|---|---|
| **ATTN:** | **Swift Main Terminal - Investigation Department** |
| **CC:** | Mr. Riley Branch (Recruiter) |

 Fax #

| | |
|---|---|
| **FROM:** | Kwenda Lavell H████ |
| **RE:** | Criminal Discharge Information for pending employment with Swift & the Swift Truck Driving Academy in Memphis, TN. |

**NOTES**

Enclosed is the background information that you requested for making your decision towards my employment. For any additional information and/or updates regarding your decision for my entrance into the Swift Driving Academy in Memphis, TN. - I can be reached at ████████ or at the telephone numbers listed below. Thank you for your time and assistance in resolving this matter and I look forward to hearing from you soon.

Sincerely,

Kwenda Lavell H████
Primary # ████████
Secondary # ████████

STC644058

**REDACTED**

2000-08-07 00:02                >>      ████████                P 2/14

## IN THE CIRCUIT COURT OF HARRISON COUNTY, MISSISSIPPI
### FIRST AND SECOND JUDICIAL DISTRICTS

**STATE OF MISSISSIPPI**

Versus ████████████████

**KWENDA LAVELL H███**
**SSN:** ████
**DOB:** ████ **B/M**

### NON-ADJUDICATION ORDER

This day into open Court came the Assistant District Attorney, Herman C██, who prosecutes for the State of Mississippi, and the defendant, in his own proper person and represented by counsel, Joseph H█████. The defendant was arraigned upon the charge of Offense brought by indictment returned by the Grand Jury of Harrison County, Mississippi. The defendant entered his plea of guilty to said charge after having been fully advised of his legal rights and questioned under oath by the Court concerning his understanding of the proceedings including his rights under the Constitution of the United States and the State of Mississippi. The Court being satisfied by the proof and the defendant's answer, found that the defendant entered his/her plea of Guilty, freely, voluntarily, knowingly and understandingly. The Court specifically withholds acceptance of defendant's plea and adjudication of guilt and imposition of sentence in accordance with Mississippi Code 1972, Annotated, Section 99-15-26 pending successful completion of the conditions imposed in this order.

✳ Note: The court order is Filed as a Non-Adjudicated Two (2)-Year Probation, which was terminated one (1) year early based upon successfully satisfying the Court's order, in an expedited manner, of paying restitution in Full.

████████              ████████

STC644059

**REDACTED**

2000-08-07  00:02            >>  ████████            P 3/14

# CHAMPAIGN COUNTY PROBATION AND COURT SERVICES

Joseph J. O████████
### Director

Probation Services                                          Detention Services
Courthouse

Phone: ████████                                             Phone: ████████
Fax: ████████                                               Fax: ████████

January 14, 2005

To:  Mississippi Interstate Compact
     Harrison County

Re:  Kwenda H████████
Case # ████████

## REQUEST FOR EARLY TERMINATION FROM PROBATION

To Whom It May Concern:

The defendant's Probation was transferred and accepted in Champaign County, Illinois on December 13, 2004. Since Mr. H████ began reporting to this office, he has been actively pursuing employment, he has maintained contact with this officer, and has not had any new arrests. Mr. H████ has indicated that his restitution balance will be paid off within a few days.

Once Mr. H████ is paid in full, this officer would request an early termination from Probation. Mr. H████ will have served half of his Probation sentence as of February 2, 2005. It would appear that his only condition left to fulfill is the balance of his restitution. Would your county consider Mr. H████ for early termination once he is paid in full?

Please feel free to contact me at ████████. Thank you for your consideration.

Sincerely,

*Nicki W████*

Nicki W████████
Probation Officer

CC:  Joe H████ Attorney
████████

STC644060

**REDACTED**

2000-08-07 00:02       >>  ████████                    P 4/14



H█████ & S█████
*Attorneys & Counselors At Law*

JOSEPH P. H████                              TELECOPIER ████████
WILLIE S████

February 18, 2005

MR. KWENDA H████████
████████████████

RE: DISCHARGE FROM PROBATION

Dear Mr. H████

Enclosed please find a copy of a fax note I sent by fax on February 17, 2005
to Ms. Nikki W████, your probation officer there in Illinois.  I had worked
through Annette A████ in the Gulfport Office of the Mississippi Department
of Corrections to get this Discharge from Probation for you.  I trust all
is now in order on this score.

Also enclosed please find a copy of the NON-ADJUDICATION ORDER.  This court
has not adjudicated you guilty of any criminal offense and you have now completed
the conditions of your probation.

We are proceeding in your case under Section 99-15-26 of our law.  A copy of
this statute is enclosed.  I shall be pursuing on your behalf the highlighted
section of the statute to obtain this benefit for you.  Expect to hear from
me.  Thank you.

Very truly yours,

Joseph P. H████

JPH/j

STC644061

REDACTED

2000-08-07 00:02                    >>            ████████          P 5/14

# H█████ & S█████
### *Attorneys & Counselors At Law*

JOSEPH P. H█████                                    TELECOPIER ████████
WILLIE S█████

## FACSIMILE COVER SHEET                  DATE: February 17, 2005

TO: MS. NIKKI W█████                    FAX NO.: ████████

CHAMPAIGN COUNTY PROBATION AND COURT SERVICES

FROM: JOSEPH P. H█████ ATTORNEY         FAX NO.: ████████

IF THERE ARE ANY PROBLEMS RECEIVING THIS FAX, PLEASE CONTACT THE SENDER AT ████████

NO. OF PAGES: __2.__ (including cover page)

COMMENTS:    RE: KWENDA H█████   SSN∅: ████████

ENCLOSED PLEASE FIND DOCUMENTATION THAT OUR LOCAL COURT HAS TERMINATED

THE PROBATION OF KWENDA H█████ AND ENTERED THIS DISCHARGE ORDER.   PLEASE

LET ME KNOW IF YOU NEED ANYTHING ADDITIONAL FOR YOUR RECORDS.   THANK YOU.

ORIGINAL(S) WILL:

_____ FOLLOW BY REGULAR MAIL              _____ FOLLOW BY CERTIFIED MAIL

_____ FOLLOW BY FEDERAL EXPRESS           XXXXX NOT FOLLOW

_____ FOLLOW BY HAND DELIVERY             _____ OTHER

FAX SENT BY: JOSEPH P. H█████

STOP:

The information contained in this facsimile is legally privileged and confidential information which is intended only for the use of the individual or entity named above. If the reader of this facsimile message is not the intended recipient, you are hereby notified that any use, transfer, dissemination, distribution or reproduction of this message is strictly prohibited. If you have received this telecopy in error, the material and data therein should be destroyed immediately and the sender notified as requested above.

STC644062

**REDACTED**

2000-08-07 00:03                          >>                                PAGE  82
      82/17/2005  18:17

State of Mississippi

HARRISON COUNTY , Mississippi

DISCHARGE ORDER

Cause #

State of Mississippi

Vs.



KWENDA LAVELL

As requested by the Mississippi Department of Corrections in the form of a written petition

on  FEBRUARY 5, 2005                    the probation of the aforesaid defendant is hereby
              (Date)

terminated.

So ordered and adjudged this          day of  FEBRUARY                  ,  2005

                                                          Circuit Judge

cc: Circuit Clerk (Original)
      Field Officer
      Deputy Commissioner of Community Services
      Offender

                                        F I L E D
                                        FEB 10 2005
                                        GAYLE P
                                        CIRCUIT CLERK
                                     By

                    R E C E I V E D
                    FEB 10 2005
                    GAYLE P
                    CIRCUIT CLERK
              BY                    D.C.

STC644063

REDACTED

2000-09-07  00:03                >>                                    P 7/14

§ 99-15-26
Note 14

impeach the statements of witnesses prior to the trial, and defendant stated during the plea hearing that he was satisfied with his counsel's representation.   Newman v. State, 2002, 820 So.2d 768.   Criminal Law ⚖ 641.13(5)

15.  Eligibility for parole or probation
Before accepting a plea of guilty to an offense with respect to which parole is a possibility, the judge must determine whether the defendant understands the nature of parole, his eligibility therefor, and the circumstances in which it may thereafter be granted.   Stewart v. State, 2003, 845 So.2d 744.   Criminal Law ⚖ 273.1(4)

Defendant's claim that she was unaware of her ineligibility for parole, earned time, or meritorious

time prior to pleading guilty to capital rape and child pornography was insufficient to demonstrate that her guilty pleas were involuntary or unintelligently made and constituted reversible error; defendant failed to assert that knowledge of her ineligibility regarding parole, earned time, or meritorious time would have caused her not to plead guilty.  Stewart v. State, 2003, 845 So.2d 744.   Criminal Law ⚖ 273.1(4)

A defendant does not possess a constitutional right to full parole information at or before his guilty plea, and trial judge is not required to inform a defendant of the defendant's ineligibility for parole.   Stewart v. State, 2003, 845 So.2d 744.   Criminal Law ⚖ 273.1(4)

(6) This se
Laws 1988, Cl
§ 1; Laws 19
passage (appe

The 2003 a
second senten
in subsec. (2),
". justice or mu
(1)" for "publi
ignated par. (d
added "circuit

The role of
the nonviolent

ALE Library
Pardoned or
fense" unc

Candidate for
Construction a
Malicious pros
Nonadjudicatio

### § 99-15-26.   Release after successful completion of conditions

(1) In all criminal cases, felony and misdemeanor, other than crimes against the person, the circuit or county court shall be empowered, upon the entry of a plea of guilty by a criminal defendant, to withhold acceptance of the plea and sentence thereon pending successful completion of such conditions as may be imposed by the court pursuant to subsection (2) of this section. In all misdemeanor criminal cases, other than crimes against the person, the justice or municipal court shall be empowered, upon the entry of a plea of guilty by a criminal defendant, to withhold acceptance of the plea and sentence thereon pending successful completion of such conditions as may be imposed by the court pursuant to subsection (2) of this section. No person having previously qualified under the provisions of this section or having ever been convicted of a felony shall be eligible to qualify for release in accordance with this section. A person shall not be eligible to qualify for release in accordance with this section if such person has been charged (a) with an offense pertaining to the sale, barter, transfer, manufacture, distribution or dispensing of a controlled substance, or the possession with intent to sell, barter, transfer, manufacture, distribute or dispense a controlled substance, as provided in Section 41–29–139(a)(1), Mississippi Code of 1972, except for a charge under said provision when the controlled substance involved is one (1) ounce or less of marihuana; (b) with an offense pertaining to the possession of one (1) kilogram or more of marihuana as provided in Section 41–29–139(c)(2)(D), Mississippi Code of 1972; or (c) with an offense under the Mississippi Implied Consent Law.

(2) Conditions which the circuit, county, justice or municipal court may impose under subsection (1) of this section shall consist of:

(a) Reasonable restitution to the victim of the crime.

(b) Performance of not more than nine hundred sixty (960) hours of public service work approved by the court.

(c) Payment of a fine not to exceed the statutory limit.

(d) Successful completion of drug, alcohol, psychological or psychiatric treatment or any combination thereof if the court deems such treatment necessary.

(e) The circuit or county court, in its discretion, may require the defendant to remain in the program subject to good behavior for a period of time not to exceed five (5) years. The justice or municipal court, in its discretion, may require the defendant to remain in the program subject to good behavior for a period of time not to exceed two (2) years.

(3) When the court has imposed upon the defendant the conditions set out in this section, the court shall release the bail bond, if any.

(4) Upon successful completion of the court-imposed conditions permitted by subsection (2) of this section, the court shall direct that the cause be dismissed and the case be closed.

(5) Upon petition therefor, the court shall expunge the record of any case in which an arrest was made, the person arrested was released and the case was dismissed or the charges were dropped or there was no disposition of such case.

70

1.  In general
Deputy sheri
using his positic
pawning weapo
ceeds for his ov
support Board c
dards and Traini
ment certificate
recall certificate
mined by the b
ceeding was ult
adjudication of g
Officer Standard
752 So.2d 1085. r
Sheriffs And Con

Section 99-15-
that allows a de
court to withhold
ing conditions th
over a period of t
the case is dismis
and such a result
from holding p:
99–0430, Watts, S

A justice court
has the authority
minor under the
83–11–30(3)(g) bu
offense if the defe
charge and not af
merits of the cu
Gasan, April 9, 19

STC644064

REDACTED

2000-08-07 00:03          >>                                    P. 6/14

§ 99–15–26
Note 3

(6) This section shall take effect and be in force from and after March 31, 1983.

Laws 1983, Ch. 446, §§ 1 to 4; Laws 1987, Ch. 364, § 1; Laws 1989, Ch. 555, § 2; Laws 1996, Ch. 391, § 1; Laws 1996, Ch. 454, § 8, eff. July 2, 1996. Amended by Laws 2008, Ch. 557, § 2, eff. from and after passage (approved April 24, 2008).

## Historical and Statutory Notes

The 2008 amendment, in subsec. (1), added the second sentence relating to conditional sentencing, in subsec. (2), in the introductory sentence, added ", justice or municipal" and substituted "subsection (1)" for "subdivision (1)", added par. (d) and redesignated par. (d) as par. (e) and in the first sentence added "circuit or county" and deleted "may, in its discretion" and added the second sentence, added subsec. (3) relating to release on bail, redesignated subsecs. (3) to (5) as (4) to (6), in new subsec. (4), substituted "subsection (2)" for "subdivision (2)" and, in new subsec. (5) added "Upon petition therefor," and substituted "shall" for "may" following "court".

## Law Review and Journal Commentaries

The role of the defense attorney in mitigating the nonviolent youthful offender and locating the appropriate alternative sentence. Gilliam, 19 Miss. C.L.Rev. 361 (1999).

## Library References

ALR Library
Pardoned or expunged conviction as "prior offense" under state statute or regulation enhancing punishment for subsequent conviction, 97 A.L.R.5th 298

## Notes of Decisions

Candidate for office   7
Construction and application   1.5
Malicious prosecution claims   6
Nonadjudication   5

### 1. In general

Deputy sheriff's admitted criminal activity in using his position to obtain county-owned firearm, pawning weapon, and apparently applying proceeds for his own personal use was sufficient to support Board on Law Enforcement Officer Standards and Training's recall of officer's law enforcement certificate under board's general authority to recall certificate for "[o]ther due cause [as determined by the board," even though criminal proceeding was ultimately dismissed without formal adjudication of guilt. Board on Law Enforcement Officer Standards and Training v. Rushing, 1999, 752 So.2d 1085, rehearing denied, certiorari denied. Sheriffs And Constables ⟐ 21

Section 99–15–26 is the non-adjudication statute that allows a defendant to plead guilty and the court to withhold adjudication of guilt while imposing conditions that must be met by the defendant over a period of time. If all the conditions are met, the case is dismissed, there is never any conviction, and such a result would not disqualify a candidate from holding public office. Op.Atty.Gen. No. 99-0480, Watts, September 24, 1999.

A justice court judge or a municipal court judge has the authority to nonadjudicate a DUI by a minor under the conditions set forth in Section 63-11-30(3)(g) but can only nonadjudicate such an offense if the defendant enters a guilty plea to the charge and not after a conviction in a trial on the merits of the case. Op.Atty.Gen. No. 99-0164, Genin, April 9, 1999.

### 1.5. Construction and application

Section 99-15-26 applies only to circuit or county courts and not to justice courts. Op.Atty.Gen. No. 2002-0152, Knight, April 5, 2002.

### 2. Conditions

Five-year sentence for business burglary could exceed the two-year period of non-adjudication probation; the trial court withheld acceptance of the guilty plea and only found the defendant guilty after he failed to make court-ordered restitution payments. Porter v. State (Miss. 2001) 777 So.2d 671. Sentencing And Punishment ⟐ 2094

### 3. Expungement

Expungement on ground that defendant did not plead guilty to offense in dispute is beyond scope of statute that provides relief when case is dismissed, charges dropped, or no disposition occurred. Hester v. State, 1999, 749 So.2d 1221. Criminal Law ⟐ 1226(3.1)

Circuit court has discretion to expunge record of any person when case was dismissed, charges were dropped, or there was no disposition of such case, even if offense involved a crime against the person. McGrew v. State (Miss. 1999) 783 So.2d 816. Criminal Law ⟐ 1226(3.1)

Where a convicted felon is serving in two capacities as a county employee and is bonded for both offices, there is nothing in the qualifications for either office which would prevent that person from serving in that position, nor is there anything to prevent a county from employing a convicted felon provided that it is not a position which requires the employee to carry a firearm. Further, if the person is truly a convicted felon, expungement of the conviction would have the effect of restoring him to the status occupied before conviction. Therefore, there is nothing in the law which would prevent

REDACTED

2000-08-07 00:03                    >>                                                            P 9/11

the county treasurer or auditor from signing paychecks to a valid employee of the county who is a convicted felon whether or not the conviction has been expunged. Op.Atty.Gen. No. 2001-0772, Crook, December 21, 2001.

Pretrial intervention records may be expunged under Section 99-15-26(4), and Op.Atty.Gen., Spann (January 24, 2000) and Spann (March 17, 2000) are hereby withdrawn to the extent that they differ from this opinion. However, the Mississippi Justice Information Center must still maintain a non-public record of pretrial intervention records as required by Section 99-15-119, and these records cannot be expunged. Op.Atty.Gen. No. 2000-0338, Spann, July 13, 2000.

Section 99-15-26 is known as the "nonadjudication statute". The Mississippi Justice Information Center and the court which has jurisdiction over the defendant are responsible for maintaining the records of nonadjudicated cases. In the event such records are ordered expunged, a nonpublic record should be maintained for the sole purpose of determining whether a defendant has previously been nonadjudicated, and such record should be released only upon the request of a court or prosecutor when a defendant seeks to use Section 99-15-26. Op.Atty.Gen. No. 2000-0106, Spann, March 17, 2000.

**4.  Attorney discipline**

Attorney could be disbarred without tribunal hearing, where attorney pleaded guilty to charge of possession of cocaine and trial court withheld acceptance of plea. Mississippi Bar v. Baldwin (Miss. 1999) 752 So.2d 996. Attorney And Client ⊜ 54

**5.  Nonadjudication**

Once a court revokes a defendant's non-adjudicated status, accepts their original plea and imposes a sentence, it cannot return the defendant to a non-adjudicated status. Op.Atty.Gen. No.1 2002-0320, Terry, June 7, 2002.

A person may have a drug charge non-adjudicated under Section 41-29-150(d)(1) even if he has

already had a separate charge non-adjudicated under Section 99-15-26. Op.Atty.Gen. No. 2001-0762, Spann, December 14, 2001.

A justice court has limited authority to nonadjudicate a charge. The sole instance lies in the nonadjudication of a DUI under the Zero for Tolerance for Minors Act found in Section 63-11-30(8)(g). The nonadjudication of a charge does not automatically expunge the record of such charges. However, the court has the discretion to expunge a nonadjudicated charge on its own motion or the defendant may petition the court to expunge the charge. Unless or until the nonadjudicated charges are expunged, they remain on the docket with the disposition of nonadjudicated/dismissed. Op.Atty.Gen. No. 2001-0719, Shirley, November 30, 2001.

**6.  Malicious prosecution claims**

Criminal proceeding did not terminate in accused's favor under Mississippi law, as required to support Fourth Amendment malicious prosecution claim under §§ 1983, where plea was dismissed and expunged pursuant to statute permitting court to withhold acceptance of plea and sentence pending successful completion of conditions as may have been imposed by court. Scribner v. Dillard (N.D.Miss. 2003) 260 F.Supp.2d 716. Civil Rights ⊜ 134

**7.  Candidate for office**

Pursuant to the provisions of Section 99-15-26, the acceptance of the plea of guilty by a candidate for a county school board position is being withheld pending the successful completion of the conditions set forth in the Order of Nonadjudication, so that there has been no conviction of that candidate, then, if the county election commission finds, consistent with the facts, that the individual in question is a qualified elector, has no previous felony convictions and meets all residency and other qualifications to hold the office he seeks, he would be eligible to have his name placed on the ballot. Op.Atty.Gen. No. 2002-066-, Lagaaaae, September 27, 2002.

## § 99-15-29.  Continuances

### United States Supreme Court

Federal habeas review, adequacy of state grounds, due process, denial of continuance, state

requirements for continuance motions, see Lee v. Kemna, 2002, 122 S.Ct. 877.

### Notes of Decisions

Injury due to denial of continuance   28
Injustice   26
Intoxication or drug use   14.5
Mistrial   27
Pending charges   25

**1.  In general**

Trial court acted within its discretion in denying motion for continuance; defendant claimed the trial

court effectively deprived him of his right to call witnesses by denying his continuance motion, but he never presented any evidence of his prospective witnesses' testimony. Martin v. State, 2002, 832 So.2d 611. Criminal Law ⊜ 594(1)

Defendant was not entitled to continuance on ground that he had not been informed that his trial would start on day that it started; defendant was aware of date of trial for two and a half months, defendant was told day before trial that his case

might be preempted ... ty, and defendant appeal any additi... tempt to delinea... State, 1999, 744 ... 589(1)

Right to a contin... conclusory argumen... al time is a matte... Golden v. State, ... Law ⊜ 594(2)

**2.  Pleadings—I...**

Defendant was ... his sale of crack c... who were allegedly... crack cocaine to p... to file an affidavit... his absent witnesses... ute, and defendant ... motion what additi... him to accomplish. ... So.2d 33, rehearing ... So.2d 974.  Crimina...

**7.  Discretion of c...**

The decision whet... ance is a matter lef... trial court.  Cox ... 1257.  Criminal La...

Trial court acted ... defendant's reques... burglary of dwelli... shave, and have ap... ceedings, despite d... federate flag on t-shi... where flag was smail... offer to permit him ... dant could have sha... trial, defendant's he... peared generally cle... arrange for family ... clothes.  Strohm v. ... rehearing denied.  C...

Trial court's denial... continuance, due to ... with statutory proce... ance, did not result i... ing reversal on grou... even though defense ... ing was unavailable ... dant produced four w... served shooting, and ... witness, who fled st... ments which had bee... uncertain given his ... statement to investi... State, 2002, 828 So.2... 1155.

The granting of a c... the sound discretion o... ment will not be reve... is refused unless there ... discretion.  Cleveland... rehearing denied.  Cri... Law ⊜ 1151

72

STC644066

**REDACTED**

2000-08-07 00:04 &gt;&gt; ▮ P 10/14



**STATE OF MISSISSIPPI**
**DEPARTMENT OF CORRECTIONS**
Christopher B. E▮
Commissioner

Lora H. C▮
Interim Deputy Commissioner

**Community Corrections**

February 17, 2005

Mr. Kwenda H▮

Dear Mr. H▮

I have received your discharge papers from the Court and therefore am forwarding same to you. Congratulations on your successful completion of probation. I wish you the best of luck in your future. If there is ever anything I can do for you, please give me a call. Again, good luck and congratulations.

Sincerely,

Annette A▮, Probation Officer
MS Department of Corrections

STC644067

**REDACTED**

2000-08-07 00:04                    >>      ███████     ──────                    P 11.14

State of Mississippi

HARRISON COUNTY ___ , Mississippi                    MDOC ████

### DISCHARGE ORDER

Cause # ___ ████████

State of Mississippi

Vs.

KWENDA LAVELL H████

As requested by the Mississippi Department of Corrections in the form of a written petition
on FEBRUARY 5, 2005 _____ the probation of the aforesaid defendant is hereby
     (Date)
terminated.

So ordered and adjudged this _9_ day of FEBRUARY _____ , 2005

Circuit Judge ████████

FILED
FEB 10 2005
GAYLE ████
CIRCUIT CLERK
By ████

cc: Circuit Clerk (Original)
    Field Officer
    Deputy Commissioner of Community Services
    Offender



RECEIVED
FEB 10 2005
GAYLE P████
BY CIRCUIT CLERK _____ D.C.

STC644068

**REDACTED**

2000-08-07 00:04          >> ████          P 12/14

# ALTERNATIVES

# TO

# INCARCERATION

Prepared by
Mississippi Department of Corrections

## Policy, Planning, Research & Evaluation

## July 2002

STATE OF MISSISSIPPI
DEPARTMENT OF CORRECTIONS
CHRISTOPHER B. ████
COMMISSIONER

September 1, 2002

### Commissioner's Message to the People of Mississippi

The Mississippi Department of Corrections (MDOC) fundamental mission is to provide for public safety. We are charged with the care, custody, control and treatment of close to 40,000 convicted felons, half of whom are serving their sentences out in the Community.

This booklet has been prepared by MDOC to summarize programs that offer alternatives to incarceration or limited incarceration for offenders who meet certain criteria. This booklet outlines this criteria and includes the state statutes affecting these alternative sentencing programs.

The MDOC is committed to providing excellence in both correctional policy and public service. The community corrections programs outlined herein can help provide relief to the state's burgeoning prison costs while maintaining public safety.

**Christopher B. E████**
**Commissioner**

STC644069

REDACTED

2000-08-07 00:04            >>                      P 13/13

# INTRODUCTION

This booklet is written for Judges, District Attorneys, Attorneys, Field Officers and other interested individuals. State statutes offer several programmatic options to punish offenders that do not require incarceration. The following are types of programs available:

Intensive Supervision Program
**Non-Adjudicated Probation**
Pre-Trial Diversion Program
Suspended Sentence Probation



# NON-ADJUDICATED PROBATION PROGRAM

Non-adjudication is a form of probation used as an alternative to incarceration for eligible first time offenders. If this probation period is successfully completed, the case is expunged and the defendant does not have a felony record.

**Program:**

 There are two non-adjudicated probation statutes presently being used by the courts. One refers to persons who have been indicted for non-drug offenses, such as *embezzlement, forgery, uttering forgery,* and burglary, etc.; another refers to certain drug cases. When a person is given a non-adjudicated sentence, the court does not accept the guilty plea offered by the offender. The courts defer accepting the guilty plea and the offender is placed on non-adjudicated probation for a period of time determined by the court.

Non-adjudicated probation gives the defendant the opportunity to show the court and the community that the defendant can conform to society's rules and be a productive citizen without incarceration. At the end of the term of probation, if all conditions have been successfully completed and all monies owed to the court and to victims have been paid, the defendant is discharged and the case dismissed. The defendant does not have a felony record.

If a person sentenced under the non-adjudication statute violates the rules and regulations established for this program, the person must go through the revocation process as any other probationer would. However, at a revocation hearing the Judge must sentence the person to incarceration and the probationer becomes a convicted felon.

 **Criteria for Placement on Non-Adjudicated Probation:**

➢ A first time offender

**Ineligible for the Program:**

➢ Prior conviction of a felony
➢ Conviction of crimes against persons
➢ Certain convicted drug offenders charged under Section 41-39-139
➢ Felony DUI
➢ Specific violent offenses

STC644070

REDACTED

2000-08-07 00:04                    >>        ▇▇▇▇▇▇                              P 14/14



## Non-Adjudicated Probation

Non-adjudicated probation is a form of probation whereupon successful completion, the case is dismissed and the offender's record may be expunged. There are two nonadjudicated probation statues presently used by the Courts.

Section 41-29 -150 pertains to drug offenses and Section 99-15-26 pertains to nondrug offenses. When an offender is placed on non-adjudicated probation, he enters a guilty plea, but the Court withholds acceptance of the plea and imposition of sentence pending successful completion of conditions imposed by the Court. At the end of the term of probation, if all conditions have been successfully completed and all monies owed to the Court and to victims have been paid, the offender is discharged and the case dismissed.

If an offender sentenced under the non-adjudication statute violates the rules and regulations established for this program, the person must go through the revocation process as any probationer would. The Court may accept the guilty plea and impose sentence.



### Eligibility Requirements
• Offenders must be low risk and non violent

### Disqualifiers
• Offenders with prior felony convictions *are not eligible*
• Offenders charged with a crime against a person *are not eligible*
• Offenders charged with an offense under the Implied Consent Law *are not eligible*
• Offenders who have previously qualified for non-adjudication *are not eligible*
• Offenders charged with sale, barter, transfer, manufacture, distribution or dispensing of a controlled substance or the possession of a controlled substance with the intent to sell, barter, transfer, manufacture, distribute or dispense a controlled substance (except when the controlled substance involved is one (1) ounce or less of marijuana) *are not eligible*
• Offenders charged with possession of one (1) kilogram or more of marijuana in violation of Miss Code Ann 41-29-13 (c) (2) (D) *are not eligible*

### Applicable Statutes
§ 41-29-139
§ 41-29-150
§ 99-15-26

STC644071

REDACTED

SSN ████3   ChangeSS   Created By ramop 03/16/09 9:38 AM

Name   Kwenda H ████

Birthday ████

**Status**
- Open
- Pending
- ● Approved
- Declined
- Closed

Interview ID Stamp

Interviewed By

Close and Reopen

**General Questions**

Yes  No  N/A

- ● ○ ○  1. All identifiers verified?
- ○ ○ ○  2. Any other arrest or convictions?
- ○ ○ ○  3. Any charges pending now?
- ● ○ ○  4. Any other names used?
- ○ ○ ○  5. Any weapons involved?
- ○ ○ ○  6. Domestic issue?
- ○ ○ ○  7. Misdemeanor?
- ○ ○ ○  8. Felony?
- ○ ○ ○  9. Ever been terminated?
- ○ ○ ○  10. Ever used drugs?

What: _____

When: _____

- ○ ○ ○  11. Ever tested positive or refused a drug or alcohol test?

What: _____

When: _____

**Level 1 Review**
- ☑ Requested
- ☑ Completed
  - floran
  - 03/27/09 9:31 AM

**Level 2 Review**
- ☑ Requested
- ☑ Completed
  - criss
  - 03/27/09 9:45 AM

**Dispute Review**
- ☐ Requested
- ☐ Completed

Offenses:   ☐ Theft   ☐ Drug   ☐ Sex

General Summary   ***20/20 HOLD***
Have no convictions

Notes   middle name Lavell
Birth certificate and ssn spelled Kwende

non ajudicated and sealed - will provide info

Never used illegal drugs - never tested positive - never refused
never been terminated

currently working at
Dowtime Outreach Services

STC644072

**REDACTED**



STC644073

REDACTED

**EXHIBIT 2**



| | **Conviction Form** |
|---|---|

**Please Print Information**

Applicant's Name: **Juan L B**████        Social Security Number: ████████

Daytime Phone #: _____        After Hours Phone #: ████████

Date of Birth: ████████

| | |
|---|---|
| Date of Arrest: _____ | Date of Arrest: _____ |
| Charge 1: _____ | Charge 2: _____ |
| Location: _____ | Location: _____ |
| County          State | County          State |
| Date of Conviction: _____ | Date of Conviction: _____ |
| Charge: _____ | Charge: _____ |
| Sentence: _____ | Sentence: _____ |
| Time Served: _____ | Time Served: _____ |
| Dates on Probation or Parole: _____ | Dates on Probation or Parole: _____ |

* Any other arrests or convictions?: ◯ Yes ◯ No

Any charges pending now? ◯ Yes ◯ No

Any other names used maiden, married, etc. _____

Please describe what happened:
Comments on Charge 1: _____

Comments on Charge 2: _____

_____

_____

_____

_____

_____

Signature of Applicant: _____        Date: ____/____/____

Recruiter Name: _____        Terminal: _____

████████                    ████████                    STC644107

**REDACTED**

**Customer:**  Swift Transportation Web
**User:**      Patricia Ramos

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC644108

**REDACTED**

## Criminal Records, County

Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (5365Mary)
Customer Reference:    AMBER BOHANON
Customer Sub:          340

| | |
|---|---|
| **Subject Name:** Juan L B███ | |
| **Subject DOB:** | |
| **Subject SSN:** ███ | |
| **Subject Race:** | **ReportNumber:** 1464713 |
| **Subject Gender:** | **Request ID** 42586117 |
| **Search Type:** B | **Request Date:** 1/12/2010 3:45:49 PM |
| **Search State:** MD | **Report Date:** 1/13/2010 4:06:04 PM |
| **Search County:** BALTIMORE | **Reference:** AMBER BOHANON |
| **Result Comments:** | |

### CRIMINAL SEARCH RESULTS

**Case Number:** ███
**File Date:** 3/7/2007
**Arrest Date:**
**Offense Date:**
**Agency Loc:**
**Agency Type:**
**Case Comments:**

**Identifying Info**

| | | | |
|---|---|---|---|
| **Name:** Juan L. B███ | **DOB:** | | **Matching Criteria** |
| **BirthPlace:** | **SID:** | | [X] Last Name |
| **SSN on Record:** | **FID:** | | [X] First Name |
| **Height:** | **DL#:** | | [X] Middle Name |
| **Weight:** | **DL State:** | | [X] DOB |
| **Eye Color:** | **Gender:** | | [ ] SSN |
| **Hair Color:** | **Race:** | | [ ] Address |
| **Markings:** | **Address:** ███ | | |

**Other:**
Matched on: First Name, Middle Name, Last Name, and DOB
Data inconsistent with the requested criteria:

| | |
|---|---|
| **Count:** 1 | |
| **Original Statute:** | **Final Statute:** |
| **Original Charge:** | **Final Charge:** Assault |
| **Original Type:** | **Final Type:** Misdemeanor |
| **Original Class:** | **Final Class:** 2nd |
| **Plea:** | **Plea Date:** |
| **Degree:** | **Final Degree:** |
| **OrigDisposition:** | **Disposition:** Probation before judgment |
| **OrigDispDate:** | **DispDate:** 7/18/2007 |

STC644109

**REDACTED**

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: Probation until 7/18/08; $250 fine; $57.50 costs/fee.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

Copyright 2010© HireRight. All Rights Reserved 130



STC644110

**REDACTED**

**Customer:** Swift Transportation Web
**User:** Patricia Ramos

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

**Please Note:** The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC644111

REDACTED

## Criminal Records, County

Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (5365Mary)
Customer Reference:    AMBER BOHANON
Customer Sub:          340

| | | | |
|---|---|---|---|
| **Subject Name:** | Juan L B███ | | |
| **Subject DOB:** | ███████ | | |
| **Subject SSN:** | ████████ | | |
| **Subject Race:** | | **ReportNumber:** | 1464692 |
| **Subject Gender:** | | **Request ID** | 42586116 |
| **Search Type:** | B | **Request Date:** | 1/12/2010 3:45:49 PM |
| **Search State:** | NY | **Report Date:** | 1/13/2010 2:59:42 PM |
| **Search County:** | OCA | **Reference:** | AMBER BOHANON |
| **Result Comments:** | | | |

### CRIMINAL SEARCH RESULTS

| | |
|---|---|
| **Case Number:** | ████████ |
| **File Date:** | 8/19/1997 |
| **Arrest Date:** | |
| **Offense Date:** | |
| **Agency Loc:** | KINGS COUNTY |
| **Agency Type:** | |
| **Case Comments:** | |

**Identifying Info**

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | JUAN B████ | **DOB:** | ██████ | **Matching Criteria** | |
| **BirthPlace:** | | **SID:** | | [X] Last Name | |
| **SSN on Record:** | | **FID:** | | [X] First Name | |
| **Height:** | | **DL#:** | | [ ] Middle Name | |
| **Weight:** | | **DL State:** | | [X] DOB | |
| **Eye Color:** | | **Gender:** | | [ ] SSN | |
| **Hair Color:** | | **Race:** | | [ ] Address | |
| **Markings:** | | **Address:** | | | |

**Other:**
*Matched on: First Name, Last Name, and DOB*
*Data inconsistent with the requested criteria:*

| | | | |
|---|---|---|---|
| **Count:** | 1 | | |
| **Original Statute:** | | **Final Statute:** | PL 120.00 |
| **Original Charge:** | | **Final Charge:** | 3RD DEGREE - ASSAULT |
| **Original Type:** | | **Final Type:** | Misdemeanor |
| **Original Class:** | | **Final Class:** | |
| **Plea:** | Guilty | **Plea Date:** | 1/6/1998 |
| **Degree:** | | **Final Degree:** | |
| **OrigDisposition:** | | **Disposition:** | GUILTY |
| **OrigDispDate:** | | **DispDate:** | 10/11/2001 |

███████        ██████████                                    STC644112

**REDACTED**

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | FINAL ORDER OF PROTECTION PROBATION | 1 Years; 3 Years; | | |

Information contained in this report was provided by the NY Office of Court Administration (OCA). The OCA maintains a consolidated index of felony and misdemeanor charges submitted by all 62 counties in the state of New York.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

Copyright 2010© HireRight. All Rights Reserved 130



STC644113

**REDACTED**

## SWIFT TRANPORTATION CO., INC.
2200 s. 75th AVE, PHOENIX, AZ, 85043

### EMPLOYMENT APPLICATION
QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY.
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application:  01/13/2010

Name B███  Juan  L  Social Security No. ███

Present Address ███  Phone ███

Previous Address(es) during last 3 years (FMCSR 391.21 (3)) ███

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report) ███

In case of emergency notify

Alternate Emergency Phone #  Name

Have you applied for work and/or worked for this company before?  ☐ Yes  ☒ No  When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?  ☐ Yes  ☐ No

Position which applying for:

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?  ☐ Yes  ☐ No

How did you find out about Swift?  ☐ Newspapers  ☐ Brochures & Postcards  ☐ Publications  ☒ Internet  ☐ Swift Transportation Employee

☐ Other

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?  ☐ Yes  ☒ No

B. Has any license, permit or privilege been suspended or revoked?  ☒ Yes  ☐ No

C. Have you ever been stopped while intoxicated?  ☐ Yes  ☒ No

D. Have you ever used any illegal drugs (including marijuana)?  ☐ Yes  ☒ No   If yes, when was the last time?

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?  ☐ Yes  ☒ No

F. Have you ever been convicted of a criminal offense? In California, 'crime' shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (c), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.  ☐ Yes  ☒ No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)  ☐ Yes  ☒ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)  ☐ Yes  ☒ No

I. 40.25(j) have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer by to which you applied for, but did not obtain, safety, sensitive, transportation work covered by DOT agency drug and alcohol testing rules in the last three years?
☐ Yes  ☐ No

If yes to any of the above questions, state circumstances and dates:   New york licene from child support in 03

### EDUCATION

Highest grade completed:  High School Graduate: ☐ Yes  ☒ No  College Graduate: ☐ Yes  ☐ No  Graduate School Graduate: ☐ Yes  ☐ No

List other specialty training or schools

### MILITARY STATUS

Have you served in the U.S. Armed Forces?  ☐ Yes  ☒ No  Branch  Dates: From  To

R-101  Form 1  Revised 8/01/01

STC644114

REDACTED

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent.  Use an additional sheet if necessary.

| | Mo Day Yr | | Mo Day Yr |
|---|---|---|---|
| From | 9/08 | To | present |
| Phone # | 646-623-8897 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**CURRENT OR MOST RECENT EMPLOYER**    May We Call? Yes____ No____

Name: Unemployed

Address: 4589 Laurel Rd    Pine Lake, GA  30072
*street*    *city*    *state*    *zip code*

Position Held: Unemployed

Reason For Leaving: Econamy is really bad not working

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | | Mo Day Yr |
|---|---|---|---|
| From | 11/07 | To | 9/08 |
| Phone # | 410)365-1956 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**SECOND PRIOR EMPLOYER**    May We Call? Yes____ No____

Name: Carrol Fuel

Address: ·2500 Loch Raven Blvd    Baltimore, MD  30072
*street*    *city*    *state*    *zip code*

Position Held: Temp Driver/Helper

Reason For Leaving: Laid Off

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | | Mo Day Yr |
|---|---|---|---|
| From | 6/2007 | To | 11/2007 |
| Phone # | 410)335-2267 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**THIRD PRIOR EMPLOYER**    May We Call? Yes____ No____

Name: BENJER, INC

Address: 130 Earl Rd    Baltimore, MD  30072
*street*    *city*    *state*    *zip code*

Position Held: Roll off Truck Driver

Reason For Leaving: Not enough hours laid off.

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | | Mo Day Yr |
|---|---|---|---|
| From | 6/2006 | To | 6/2007 |
| Phone # | (443)324-1451 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**FOURTH PRIOR EMPLOYER**    May We Call? Yes____ No____

Name: Reliable Roll Off

Address: · 1001 68th st    Baltimore, MD  30072
*street*    *city*    *state*    *zip code*

Position Held: Roll off Truck Driver

Reason For Leaving: Change of mgrment unsafe enviroment

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | | Mo Day Yr |
|---|---|---|---|
| From | 4/2004 | To | 6/2006 |

**FIFTH PRIOR EMPLOYER**    May We Call? Yes____ No____

Name: Dynamex

R-101    Form 1    Revised 8/01/01

STC644115

REDACTED

Phone #   (202)320-7434

Supervisor

Type of Equip. Driven

Address   9108Yellow Brick Rd          Baltimore, MD  30072
                    street                              city          state      zip code

Position Held   Route driver

Reason For Leaving   Needed a job closer to home
at the time new born baby..

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

|  | Mo Day Yr |  | Mo Day Yr |
|---|---|---|---|
| From |  | To |  |

Phone #

Supervisor

Type of Equip. Driven

*SIXTH PRIOR EMPLOYER*                          May We Call? Yes____ No____

Name

Address
                    street                              city          state      zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ☐ Yes ☐ No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

**USE SEPARATE SHEET FOR ADDITIONAL EMPLOYMENT HISTORY**

R-101                                      Form 1                          Revised 6/01/01

STC644116

REDACTED

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI-TRAILER | | | | 0 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

**LICENSE**  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| GA | █████ | CDL | | 09/29/2013 |
| GA | | B-P | | |
| MD | | B-P | | |

**MOVING TRAFFIC CONVICTIONS**  LIST FOR PAST FIVE (5) YEARS.  IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ACCIDENT RECORD**  IF NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | | | | | |
| | | | | | | |

### STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES:

**REFERENCES**  (Please list 2 people able to verify your employment and personal history.  Such as co-worker, neighbor, customer or an upstanding citizen of your community.  Do not list relatives.)

1. Name _____   Relationship _____
   Address _____   Phone # _____

2. Name _____   Relationship _____
   Address _____   Phone # _____

### ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job-related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representatives, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or tests to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding consideration period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate

R-101                    Form I                    Revised 8/01/01

STC644117

REDACTED

my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary.  I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company,  as a condition to that employment, all disputes that cannot be resolved by internal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____     Date _____

R-101                                   Form 1                                   Revised 6/01/01

STC644118

**REDACTED**

Attention

investagAtion's



STC644119

REDACTED

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: ███████

THE PEOPLE OF THE STATE OF NEW YORK
VS

█████ JUAN
Defendant

Date of Birth ██████████

Address ████████████

NYSID Number

City                    State    Zip

08/16/1999
Date of Arrest/Issue

Docket Number: ████████

Summons No:

240.30 240.30 240.26 215.50
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 01/05/2000 | ADJOURNED - CPL SECTION 170.55 | R██████ ,H | AP12 |
| 07/03/2000 | DISMISSED - CPL SECTION 170.55 | S█████ ,W | AP12 |

**SEALED**

NO FEE CERTIFICATION                     pursuant to Section 160.50 of the CPL

_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

C█████ .A
COURT OFFICIAL SIGNATURE AND SEAL

08/12/2009
DATE

FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

STC644120

**REDACTED**

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: ▆▆▆▆▆

THE PEOPLE OF THE STATE OF NEW YORK
VS

B▆▆▆ JUAN
Defendant

▆▆▆▆▆▆▆▆▆
Address

▆▆▆▆▆▆▆▆▆▆▆
City                    State   Zip

Docket Number: ▆▆▆▆▆▆

120.00 240.26
Arraignment Charges

Date of Birth

NYSID Number

04/15/1999
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 08/02/1999 | DISM - SPEEDY TRIAL PROVISIONS | K▆▆▆,S | AP12 |

**SEALED**

pursuant to Section 160.50 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE   _ ACCUSATORY INSTRUMENT   _ DOCKET BOOK/CRIMS   _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

G▆▆▆,A
COURT OFFICIAL SIGNATURE AND SEAL

08/12/2009
DATE        FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
        SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

STC644121

**REDACTED**

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: ▮▮▮▮

THE PEOPLE OF THE STATE OF NEW YORK
VS

▮▮,JUAN
Defendant

Date of Birth

Address

NYSID Number

City          State   Zip

11/20/1997
Date of Arrest/Issue

Docket Number: ▮▮▮▮

Summons No:

215.50
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 02/24/1998 | ADJOURNED - CPL SECTION 170.55 | M▮▮▮▮,E | AP15 |
| 08/21/1998 | DISMISSED - CPL SECTION 170.55 | L▮▮T▮▮M | AP15 |

**SEALED**

pursuant to Section 160.50 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT:

C▮▮▮,A

COURT OFFICIAL SIGNATURE AND SEAL

08/12/2009
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
        SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

STC644122

**REDACTED**

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: ▮▮▮

THE PEOPLE OF THE STATE OF NEW YORK
VS

▮▮ JUAN
Defendant

Date of Birth

▮▮▮▮

Address

NYSID Number

▮▮▮▮

01/30/1995

City          State    Zip

Date of Arrest/Issue

Docket Number: ▮▮▮

Summons No:

165.15
Arraignment Charges

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|-------------|-------|------|
| 03/02/1995 | ADJOURNED - CPL SECTION 170.55 | S▮▮,K | DAT |
| 09/01/1995 | DISMISSED - CPL SECTION 170.55 | Y▮▮,K | AP2A |

**SEALED**

pursuant to Section 160.50 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CR8963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

C▮▮.A
COURT OFFICIAL SIGNATURE AND SEAL

08/12/2009
DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

STC644123

REDACTED

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS

CERTIFICATE OF DISPOSITION
NUMBER: ████

THE PEOPLE OF THE STATE OF NEW YORK
VS

B████ JUAN
Defendant

████████████

Address

████████████

City                    State    Zip

Docket Number: ████████

120.00 120.00 120.15 240.26 145.00
Arraignment Charges

Date of Birth

NYSID Number

03/27/2000
Date of Arrest/Issue

Summons No:

Case Disposition Information:

| Date | Court Action | Judge | Part |
|------|--------------|-------|------|
| 06/22/2000 | PLED GUILTY & SENTENCE IMPOSED PG 240.26 CONDITIONAL DISCHARGE=1Y ORDER OF PROTECTION=1Y | M████████, E | AP15 |

**SEALED AFTER CONVICTION**
Pursuant to Section 160.55 of the CPL

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY      _ COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

    I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.

C████████, A                           08/12/2009
COURT OFFICIAL SIGNATURE AND SEAL       DATE          FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
    SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)

STC644124

REDACTED

| | Yes | No | N/A | General Questions |
|---|---|---|---|---|
| SSN | | | | ChangeSS |
| Name | Juan B | | | |
| Birthday | | | | |

**Created By** — ramop 01/13/10 2:11 PM

**Status**
- ○ Open
- ○ Pending
- ◉ Approved
- ○ Declined
- ○ Closed

**Interview ID Stamp**

**Interviewed By** — adamm 01/14/10 1:27 PM

Close and Reopen

**General Questions**

|  | Yes | No | N/A | |
|---|---|---|---|---|
| | ◉ | ○ | ○ | 1. All identifiers verified? |
| | ○ | ◉ | ○ | 2. Any other arrest or convictions? |
| | ○ | ◉ | ○ | 3. Any charges pending now? |
| | ○ | ◉ | ○ | 4. Any other names used? |
| | ○ | ◉ | ○ | 5. Any weapons involved? |
| | ○ | ○ | ◉ | 6. Domestic issue? |
| | ○ | ○ | ◉ | 7. Misdemeanor? |
| | ○ | ○ | ◉ | 8. Felony? |
| | ○ | ◉ | ○ | 9. Ever been terminated? |
| | ○ | ◉ | ○ | 10. Ever used drugs? |

What: [        ]
When: [        ]

| | ○ | ◉ | ○ | 11. Ever tested positive or refused a drug or alcohol test? |

What: [        ]
When: [        ]

**Offenses:** ☐ Theft  ☐ Drug  ☐ Sex

**Level 1 Review**
- ☑ Requested
- ☑ Completed
  floran
  01/28/10 7:29 AM

**Level 2 Review**
- ☑ Requested
- ☑ Completed
  driss
  04/16/10 1:09 PM

**Dispute Review**
- ☐ Requested
- ☐ Completed

**General Summary** — **PENDING PAPERWORK FROM APPLICANT-
applicant resides in GA  ? Trac

**Notes** — MIDDLE NAME: LUIS

HAS MISD THAT WAS DISMISSED OVER TEN YEARS AGO

NO CONVICTIONS ON ADULT RECORD...

2007.. REQUIREMENTS COMPLETED AND CASE WAS DISMISSED.

UNEMPLOYED NOW

98.. HAS PAPERWORK SHOWING CASE  DISMISSED

STC644125

REDACTED



STC644126

**REDACTED**