**EXHIBIT I**

1    STATE OF ARIZONA

2    COUNTY OF MARICOPA

3                    **Declaration of Angelica Flores**

4         I, Angelica Flores, being over the age of 18 years, of sound mind and fully

5    competent to make this Declaration, hereby declare the following as true and correct to

6    the best of my personal knowledge:

7         1.     I am currently employed by Swift Transportation Co. of Arizona, LLC

8    ("Swift") in its Security Department.  I have been employed by Swift's Security

9    Department for over 14 years.  In my role, I am the person primarily responsible for

10   reviewing criminal background checks of Swift applicants and conducting interviews of

11   individuals to determine whether they have criminal convictions history and whether they

12   are eligible for hire.

13        2.     Swift orders a standard set of consumer reports for each applicant.

14        3.     The Investigations Department, which is part of Swift's Security

15   Department, is the primary Department that receives the criminal background check for

16   each applicant.  Investigations reviews each applicant's criminal background check.

17        4.     If the criminal background check reveals a criminal conviction that was not

18   disclosed on the individual's application, Investigations sends an e-mail notification to the

19   recruiter assigned to the applicant notifying the recruiter to have the applicant contact

20   Investigations for an interview.

21        5.     In addition, any time an applicant voluntarily discloses a criminal conviction

22   on their application and that information does not automatically disqualify the applicant

23   from employment with Swift under Swift's hiring criteria, the applicant is notified by their

24   recruiter to contact Investigations for an interview.

25        6.     Once a recruiter has been notified to have an applicant contact

26   Investigations for an interview, the applicant may not proceed further through the

27   application process unless and until the applicant has been reviewed by Investigations.

28

7.     When an individual contacts Investigations, an Investigations employee will ask the individual a series of open-ended questions designed to elicit their criminal history.  Typically, individuals will disclose the criminal conviction information contained in their criminal background report in response to open-ended questions without being asked specific questions about the contents of the report.  For example, if an applicant is asked by Investigations the open-ended question if they have ever been convicted of a misdemeanor or felony, many applicants will truthfully reveal the criminal conviction information contained in their report.   Frequently, in response to these questions, applicants will reveal additional criminal conviction information that was *not* contained in their criminal background report.

8.     In Investigations, we document our interviews with applicants in the Security Database.  I understand that the Security Database has been produced in its entirety to Plaintiffs in this matter as a comprehensive Excel spreadsheet with corresponding attachments for each applicant in the database.  *See* Exhibit 1, Declaration of Joseph A. Kroeger and attached June 29, 2012 letter to Plaintiffs' counsel.   The Investigations records referenced in this declaration as Exhibits 2 - 10 are all records obtained from the Security database produced to Plaintiffs.  Each is a true and accurate copy of the record in Swift's Security database.  The Security database's contents are received at or near the time that the information was transmitted to Swift, are kept in the course of a regularly conducted business activity and it is the regular practice of that business activity to make and accurately store that record.

9.     Numerous applicants will disclose during their Investigations interview that they have in fact been convicted of a crime that disqualifies them from employment with Swift as a truck driver.

10.    When disqualifying criminal conviction information is confirmed during the interview, an e-mail is sent to the recruiter informing the recruiter that the applicant is not approved for hire by Investigations.

2

Declaration of Angelica Flores

11.     The decision of the individual not to approve an applicant for hire is often reviewed by another individual, frequently me. This is called a "Level 1 Review."

12.     For particularly close or challenging evaluations of whether an applicant should be approved for hire, a Level 2 Review can be conducted. Shawn Driscoll will typically conduct a Level 2 Review.

13.     Applicants always have the right to dispute the information contained in their criminal background report. If an applicant, during their interview, states that information in their criminal background report is inaccurate, then I inform them of their right to dispute that information and that they need to provide documentation that establishes that the criminal background report's information is inaccurate.

14.     It is not unusual for an applicant to successfully contest the accuracy of criminal conviction information in their criminal background report. It can happen in a variety of ways. For example, an applicant can obtain documentation that establishes that the criminal conviction information is inaccurate because: (1) it was not actually a conviction, or was expunged, etc.; or (2) it was a different person than the applicant.

15.     Sometimes an applicant will call back after his or her initial Investigations interview and provide additional information that results in disqualification. For example, the Investigations records for an individual (Jibri J.) who applied for a truck driver position with Swift in May of 2010 are attached as Exhibit 2. During his interview, this individual disclosed several drug-related charges and that had been dismissed. He later called back and reported that he was found guilty and the charges were not dismissed. Based on this voluntary disclosure by the applicant, this individual was declined for hire.

16.     Similarly, the Investigations records for another individual (Scott S.) who applied for employment as a Swift truck driver are attached as Exhibit 3. This individual called back after his initial interview and asked to change his answers related to drug usage and termination history because he thought Swift would disqualify him based on his answers. For these reasons, this applicant was declined for hire for not providing truthful

3

Declaration of Angelica Flores

1   responses in his initial interview.

2       17.    It is also not unusual for an applicant to disclose disqualifying criminal

3   conviction information in his or her interview that is not contained anywhere on their

4   criminal background report.   In that case, the individual would be disqualified from

5   further consideration by Swift.   For example, the Investigations records for an applicant

6   (Earl D.) who applied for employment as a Swift truck driver in 2010 are attached as

7   Exhibit 4.  This applicant's wide screen criminal background report was clean; however,

8   during the interview he disclosed that he had strangled his wife and was on probation

9   through 2014.  This applicant was declined for hire.

10      18.    If an applicant successfully disputes the information in their criminal

11  background report and Swift no longer has disqualifying criminal conviction information

12  for that applicant, the applicant will be approved by Investigations to the recruiter, who

13  will then continue processing the application.

14      19.    From August 2006 to July 21, 2011, there was no code in the Security

15  Database that indicates that Swift declined to hire an individual whose criminal

16  background report contained criminal conviction information.   Nor is there any other

17  uniform way that one could determine why an individual was declined by Investigations.

18  Each interview is different.   There are a number of different reasons that an individual

19  might be declined after an interview, and there is no uniform code or other way to

20  determine which of these many different reasons formed the basis of Swift's decision not

21  to hire an individual.

22      20.    For example, sometimes an applicant will disclose information during the

23  interview that he or she failed to include on his or her application.  That may disqualify an

24  applicant for falsifying his or her application.  The Investigation records for an applicant

25  (Allen G.) who failed to identify his criminal convictions on his application are included

26  in Exhibit 5.  This applicant became angry and hung up the phone when Swift asked him

27  to provide more information on the battery charge and probation he had just disclosed

28

4

1    during the interview.   Shawn Driscoll reviewed these events and factors, and the

2    applicant's failure to identify the convictions on his application, were the reason Swift

3    decided not to approve the applicant for hire.

4          21.    Similarly, the Investigations records for an applicant who applied for a truck

5    driver position with Swift in 2009 are attached as Exhibit 6 (Malinzdo B.).  This applicant

6    failed to disclose convictions in 2002 and 2004 for providing fictitious information to an

7    officer and for resisting an officer.   He was also argumentative during his interview.

8    These factors contributed to Swift's decision not to approve the applicant for hire.

9          22.    Sometimes the decision to decline an applicant for hire is based on an

10   individual's demeanor during the interview.  The Investigations records for an applicant

11   (Cynthia M.) who applied for employment as a Swift truck driver in 2009 are attached as

12   Exhibit 7.   This applicant disclosed during her interview that she was convicted of

13   burglary in 1994, but that she was working undercover for law enforcement at the time.  I

14   did not find the applicant's story credible and did not approve the applicant for hire.

15         23.    Exhibit 8 contains the Investigations records for an individual (Victor P.)

16   that applied for employment with Swift on August 31, 2010.  STC644081.  The applicant

17   stated in his application that he had never been convicted of a criminal offense. *Id.*  Swift

18   ordered a criminal background check on August 31, 2010.  STC644075.  That criminal

19   background check showed a guilty plea for a felony 4th degree theft.   STC644077.

20   However, in his Investigations interview by Berenice Ruiz on August 31, 2010 at 1:14

21   p.m., the applicant stated that the felony charge had been "dropped."  STC644086.  On or

22   about September 14, 2010, the applicant provided a court document showing that the case

23   was dismissed without a conviction.  STC644085.  Thus, the criminal background report's

24   contents were inaccurate and, because the individual did not have any criminal conviction

25   history, he was not disqualified from consideration for employment.  Upon receiving this

26   court document, I approved the applicant at 1:40 p.m. on September 14, 2010.

27   STC644086.  This approval did not require any further review or approval, e.g., a Level 2

28

Declaration of Angelica Flores

1  Review. *Id.*

2        24.    Exhibit 9 consists of the Investigations records for an applicant (Jamario B.)

3  who applied for employment with Swift on May 3, 2010. STC644098. The applicant

4  indicated that he had never been convicted of a criminal offense. *Id.* Swift ordered his

5  criminal background report that same day, and the report showed a guilty disposition for a

6  felony burglary of a vehicle. STC644090. I interviewed the applicant on June 15, 2010 at

7  9:36 a.m. STC644105. In his interview, the applicant indicated that the conviction was

8  "expunged." *Id.* In response, the applicant was advised that Swift needed to see court

9  documents reflecting the expungement. *Id.* On or about August 10, 2010, Swift received

10  a court order indicating the record was expunged. STC644102. I completed a Level 1

11  Review of the applicant on August 10, 2010 at 9:43 a.m., recommending that the

12  individual be approved for hire by Investigations. STC644105. On August 12, 2010, at

13  approximately 1:42 p.m., Shawn Driscoll performed a Level 2 Review and the applicant

14  was approved for hire by Investigations. *Id.*

15        25.    Exhibit 10 consists of the Investigations records for an applicant (Darrell R.)

16  who applied for employment with Swift in or about January 2010. STC644132. The

17  applicant represented that he had never been convicted of a criminal offense. *Id.* The

18  applicant's criminal background report showed a misdemeanor charge for malicious

19  injury to property as still active. STC644130. The applicant was interviewed by Patricia

20  Ramos on January 13, 2010 at 9:25 a.m. STC644141. The applicant claimed that the

21  malicious injury to property charge was "thrown out" and that he would provide

22  information confirming the dismissal of that charge. *Id.* The next day, January 14, 2010,

23  the applicant provided court documentation showing that this charge had been dismissed.

24  STC644138-39. I performed a Level 1 Review at 10:13 a.m. on that same day and

25  approved the applicant without any further review. STC644141.

26        26.    I was scheduled to have my deposition taken by counsel for the Plaintiffs at

27  3:30 p.m. on Thursday, August 2, 2012. I was notified the next morning that my

28

Declaration of Angelica Flores

1    deposition had been cancelled by Plaintiffs.

2         I declare, under penalty of perjury, that the foregoing is true and correct.

3    Executed on:  October 30, 2012.

4

5                                                     Angelica Flores

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Angelica Flores

# EXHIBIT 1

1    STATE OF ARIZONA

2    COUNTY OF PIMA

3                          **Declaration of Joseph A. Kroeger**

4          I, Joseph A. Kroeger, being over the age of 18 years, of sound mind and fully

5    competent to make this Declaration, hereby declare the following as true and correct to

6    the best of my personal knowledge:

7          1.     I am an attorney with Snell & Wilmer L.L.P. and I am counsel of record in

8    this case.

9          2.     A true and accurate copy of a letter that we sent to Plaintiffs' counsel is

10   attached hereto as Exhibit 1.1.

11         3.     Along with that letter, we produced a thumb drive, Bates labeled

12   STC256174, containing Swift's web recruiting database, which included the internet

13   application for each applicant that applied for a driver position at Swift from August 8,

14   2009 through February 2011.  We further provided to Plaintiffs a server and software

15   license, as well as instructions on how to view and print the contents of the web recruiting

16   database.

17         4.     We also produced to Plaintiffs a hard drive, Bates labeled STC256175, that

18   contained Swift's Security Database in an Excel spreadsheet and all applicants

19   interviewed from February 2009, when the Database was created, through July 21, 2011.

20   We further provided instructions to Plaintiffs on how to view and utilize the contents of

21   the Security Database.

22         5.     The letter also contained a protocol for the parties to label documents from

23   these two drives for use in this lawsuit.  Swift has followed that protocol in citing to

24   records from these drives in support of its Opposition to Plaintiffs' Motion for Class

25   Certification.

26         6.     Given the size of the Security Database, and for readability purposes, certain

27   information from the Excel spreadsheet has been copied and pasted verbatim into Word

28

                                                    Declaration of Joseph A. Kroeger

1  documents and Bates-labeled consistent with the above protocol.   This information has

2  not been changed in anyway and is available to both parties in the Database.

3       I declare, under penalty of perjury, that the foregoing is true and correct.

4  Executed on:  October 30, 2012

5

6                                 Joseph A. Kroeger

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                          2

# EXHIBIT 1.1



Snell & Wilmer
L.L.P.
LAW OFFICES

One Arizona Center
400 East Van Buren Street
Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000
602.382.6070 (Fax)
www.swlaw.com

DENVER
LAS VEGAS
LOS ANGELES
LOS CABOS
ORANGE COUNTY
PHOENIX
SALT LAKE CITY
TUCSON

Joseph A. Kroeger
520.882.1254                                June 29, 2012
jkroeger@swlaw.com

<u>VIA FEDERAL EXPRESS & E-MAIL</u>

Anthony R. Pecora
Dennis M. OToole
Matthew A. Dooley
Stumphauzer OToole McLaughlin
McGlamery & Loughman Company
5455 Detroit Rd.
Sheffield Village, OH 44054

Re:    *Daniel, et al. v. Swift Transportation*

Dear Counsel:

We write to follow up on several discovery items after our June 20, 2012 conference call.
First, enclosed with this letter we are producing a substantial amount of additional information in
electronic form from the web recruiting database and the security department database. Because
of the nature of the records being produced, as explained more fully below, production in
electronic form will make it easier for your team to access and review the information. Second,
because of the nature of the information contained in these databases, the production must be
subject to the protective order currently in place in this matter. To that end, you will note that
the enclosed thumb drive and hard drive are Bates-labeled and marked confidential. Because of
the nature of the records contained on each drive, however, we cannot label each individual
record as confidential, though it is our intention that the entirety of today's production be
considered confidential. If you wish to use a particular record as an exhibit, and wish us to
remove the confidential designation as to that record, please notify us in advance and we can
address any issues on a document-by-document basis. If you do not agree with this approach or
have any questions about how to proceed moving forward, please contact me immediately.

<u>Web Recruiting Database</u>

The web recruiting database contains screen shots of the internet applications for each
applicant that applied for a driver position at Swift from August 8, 2009 through February 2011,

Snell & Wilmer
L.L.P.

June 29, 2012
Page 2

when the company stopped using this database. The screen shots are responsive to Requests for Production Numbers 3, 4, 5, and 6. Accordingly, we are supplementing our responses to those requests with the production of the web recruiting database. The records are screen shots of each page of the internet application *as they were seen* by each applicant. These are the screens in which each applicant entered his or her personal information, was given the opportunity to consent to Swift's acquisition of consumer reports, and informed that Swift would be obtaining additional job-related information on each applicant.

The use of a domino server is required to access the database. On the thumb drive Bates-labeled STC256174 we have included the database as well as domino server software. Swift is also providing you with a license to use that software for the purposes of this lawsuit only.

To view the data and records, you will need to follow the instructions attached to the email transmitting this letter. Failure to do so in the exact order in which they are listed will create problems in accessing the database. Please do not hesitate to contact us if you have any difficulties in this process. While these steps may at first appear cumbersome, this database was not designed to print documents and viewing the material in electronic form gives you the most accurate view of the screens that internet-based applicants actually saw and completed to apply for employment at Swift.

Once you have installed the server, you can enter the database. Records are listed by applicant name in the form of a hyperlink. If you click on an individual's name, the link will take you to the various screen shots showing the information that the individual entered in the application fields. You will need to click the "Next" button to move from screen to screen. The information is only transmitted to Swift if the applicant clicks "Submit" on the last screen of the application.

Please note that because these are the screens in which applicants entered data, it is still possible to manipulate the data in the fields on each screen shot. While we have kept a copy of the database in it its original format such that we will be able to detect if any records are changed, we encourage you to advise your colleagues and staff to use caution in viewing the records so that the records are not inadvertently or otherwise altered.

<u>Security Database</u>

The security database hard drive contains a spreadsheet detailing the applicants that had contact with Swift's security department during the application process. As we understand it, consumer reports were ordered for these individuals. The spreadsheet and its related documents are responsive to Requests for Production Nos. 3, 4, 5, and 6. Accordingly, we are supplementing our responses to those requests with the production of the security database.

The security database was created in February 2009 and is on the hard drive Bates-labeled STC256175. Each column in the spreadsheet corresponds to various fields of

Snell & Wilmer
———L.L.P.———

June 29, 2012
Page 3

information gathered about each applicant during the process, including information on the applicant's criminal history and the nature of his or her past infractions. The column headings are alphanumeric codes in the database itself; however, to facilitate your review, when exporting the database to the enclosed Excel file, each column was given an explanatory title that describes the information contained in each field.

The last columns in the spreadsheet contain links to various documents associated with that applicant, including various consumer reports and related court documents. The hard drive is mapped such that clicking on the link will take you directly to the attachments. If you alter this mapping, you will no longer be able to access the attachments.

Given the sensitive nature of the information contained in these databases, the hard drive and thumb drive are encrypted. To access them, you must follow the instructions through the program called TrueCrypt, which is included on the drives. The password for the data is included in the email transmitting this letter.

For convenience going forward we suggest that if either party wants to use a particular record obtained from either the STC256174 thumb drive or the STC256175 hard drive, that the record be printed and individually labeled with an alphanumeric suffix that identifies the party using it. For example, the first record from the thumb drive that we decide to use going forward would be labeled STC256174.D0001. Likewise, the first record Plaintiffs decide to use would be labeled STC256174.P0001, and so forth. Please let us know if you have any questions regarding this proposed process.

Please do not hesitate to contact me if you have any questions regarding this letter. We will continue to provide additional relevant and responsive information and documents as they become available. Under separate cover, we will also be sending our initial privilege log, which will also be supplemented as discovery continues. We anticipate having that log to you early next week.

Very truly yours,

Snell & Wilmer L.L.P.

Joseph A. Kroeger

cc:    Leonard Bennett (via e-mail)
       Stanley Lubin (via e-mail)

JAK:el
15340502

# EXHIBIT 2

Jibri J████████

| SSN | Name | General Summary | Notes |
|-----|------|-----------------|-------|
| ████ | JIBRI O J████ | ***HE WILL PROVIDE DISMISSAL DOCS** DECLINED--OUT OF POLICY AND FALSIFIED APPLICATION.FLORAN | ORECHUKU |
| | | | 2006- POSSESSION OF MJ - I WAS DRIVING A SEDAN - THAT WAS MY JOB- WELL I PICKED UP SOME PEOPLE AND I GOT PULL OVER- ONE OF THE GUYS HAD MJ AND I GOT BLAME FOR IT- THEY LET THEM GO- AND I WAS ARRESTED- SMALL BAG- IT WAS NOT MINE |
| | | | SVD NONE PROB NONE |
| | | | DISMISSED |
| | | | 2005- POSSESSION OF MJ- THE SAME SITUATION- I GOT PULL OVER AND OF THE OF THE GUYS I PICKED UP HAD MJ AND I GOT CHARGE FOR IT- THAT'S WHY I LEFT THAT JOB BECAUSE ALL MY MISDEAMENORS I HAVE ARE FOR THIS JOB |
| | | | SVD NONE PROB NONE |
| | | | DISMISEED |
| | | | 2006- POSSESSION OF MJ- SAMTHING- |
| | | | **************CALL BACK 5/13/10 7:09 am CALL BACK AND SAID HE WAS FOUND GUILTY AND THEY WERE NOT DISMISSED- |

1638002

REDACTED



## Conviction Form

Please Print Information

Applicant's Name: Jibri O J█████        Social Security Number: ███████

Daytime Phone #: ███████              After Hours Phone #: ███████

Date of Birth: ███████

| Date of Arrest: | Date of Arrest: |
| Charge 1: | Charge 2: |
| Location: | Location: |
| County    State | County    State |
| Date of Conviction: | Date of Conviction: |
| Charge: | Charge: |
| Sentence: | Sentence: |
| Time Served: | Time Served: |
| Dates on Probation or Parole: | Dates on Probation or Parole: |

* Any other arrests or convictions?:     Yes    No

Any charges pending now?   Yes   No

Any other names used maiden, married, etc.

Please describe what happened:
Comments on Charge 1:

Comments on Charge 2.

Signature of Applicant: _____     Date: ____/____/____

Recruiter Name: _____     Terminal: _____

REDACTED                                                STC256175.D0002



YOU ARE HEREBY NOTIFIED THAT THE INFORMATION YOU PROVIDE IN THIS APPLICATION MAY BE USED, AND YOUR PREVIOUS EMPLOYERS WILL BE CONTACTED, FOR THE PURPOSE OF INVESTIGATING YOUR SAFETY PERFORMANCE HISTORY INFORMATION AS REQUIRED BY PARAGRAPHS (d) AND (e) of § 391.23.*

### YOUR RIGHTS REGARDING CERTAIN INVESTIGATIVE INFORMATION

Pursuant to 49 C.F.R. § 391.23(i)(1), all drivers with DOT regulated employment during the preceding three years from the date of this application have the following rights regarding the investigative information that is provided to Swift as required by 49 C.F.R. § 391.23 (d) and (e).

1. The right to review information provided by previous employers;

2. The right to have errors in the information corrected by the previous employer and for the previous employer to re-send the corrected information to the prospective employer; and

3. The right to have a rebuttal statement attached lot he alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

• The Federal Motor Carrier Safety Regulations ("FMCSR's") require Swift to obtain the following information on your application for employment:
1. The name(s) and address(es) of your employer(s) during the 10 years preceding the date of the application;
2. The dates you were employed by that employer(s);
3. The reason for leaving the employ of your previous employer(s);
4. Whether you were subject to the FMCSR's while employed by your previous employer(s); and
5. Whether your job was designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing requirements as set forth by 49 C.F.R. part 40

Swift is also required by 49 C.F.R. § 391.23 (d) to investigate the following information from your previous employer(s) if you were employed to operate a commercial motor vehicle:
1. General driver identification and employment verification information;
2. The data elements as specified in 49 C.F.R. § 390. (b)(1) for accidents involving you that occurred in a three year period preceding the date of your employment application;
3. Any accidents defined by 49 C.F.R. § 390.15; and
4. Any accidents the previous employer may wish to provide that are retained pursuant to  40 C.F.R. § 390.15(b)(2) or pursuant to the employer's internal policy for retaining more detailed minor accident information.

Additionally, 49 C.F.R. § 391.23(e) provides that Swift must investigate the following information from all previous DOT regulated employers that employed you in a safety sensitive function that required alcohol and control substance testing specified in 49 C.F.R. part 40:
1. Whether within the previous 10 years you have violated the alcohol and control substances prohibitions under 49 C.F.R. § 382
2. Whether you failed to undertake or complete a rehabilitation program prescribed by a substance abuse professional; and
3. If you successfully completed a substance abuse professional's rehabilitation referral and remained in the employ of the referring employer, information on whether you had the following tested violations subsequent to the completion of the referral:
   i.   Alcohol tests with a result of 0.04 or higher alcohol concentration;
   ii.  Verified positive drug tests, and
   iii. Refusals to be tested (including verified adulterated or substituted drug test results).

Swift must provide your previous employer with your written consent to release the information on paragraph (e). If you refuse to provide this written consent, Swift cannot permit you to operate a commercial motor vehicle.

STC256175.D0003

# SWIFT TRANPORTATION CO., INC.

2100 s, 75th AVE, PHOENIX, AZ, 85043

## EMPLOYMENT APPLICATION

QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application    01/10/2010

Name    J____    John    O

Social Security No.    ▮▮▮▮▮▮

Present Address    ▮▮▮▮▮▮

Phone    ▮▮▮▮▮▮

Previous Address(es) during last 3 years (if MCSR 391.21 (3))

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report)    ▮▮▮▮▮▮

In case of emergency notify ____

A ternate Emergency Phone #    ____    Name    ____

Have you applied for work and/or worked for this company before?    Yes  ✗ No    When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?    Yes    No

Position which applying for    ____

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?    Yes    No

How did you find out about Swift?    Newspapers    Brochures & Postcards    Publications ✓    Internet    Swift Transportation Employee
Other ____

## PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?    Yes  ✗ No

B. Has any license, permit or privilege been suspended or revoked?    ✗ Yes    No

C. Have you ever been stopped while intoxicated?    Yes  ✗ No

D. Have you ever used any illegal drugs (including marijuana)?    Yes  ✗ No    If yes, when was the last time?

E. Have you ever been convicted for possession of, sale or use of a narcotic drug, amphetamine, or a derivative thereof?    Yes  ✗ No

F. Have you ever been convicted of a criminal offense? In California, "crime" shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (c), or in California Health and Safety Code sections 11364, 11365 or 11550 or the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.    Yes  ✗ No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)    Yes  ✗ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)    Yes  ✗ No

I. 49.25p Have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer by to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?    Yes    No

If yes to any of the above questions, state circumstances and dates    09/17/2007 reinstated 10/10/2007-none paid seatbelt ticket, sus 12/09-  reinstated 01/12/10 - child supp

## EDUCATION

Highest grade completed    12    High School Graduate  ✗ Yes    No    College Graduate ✓ Yes    No    Graduate School Graduate    Yes    No

List other specialty training or schools    All state career training

## MILITARY STATUS

Have you served in the U.S. Armed Forces?    Yes  ✗ No    Branch ____    Dates  From ____    To ____

Duties ____

(8/10)    Form 1    Revised 8/21/01

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent. Use an additional sheet if necessary.

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 10/24/2007 | To 04/24/2010 |
| Phone # | 410 404 1185 | |
| Supervisor | | |
| Type of Equip. Driven | Driver | |

**CURRENT OR MOST RECENT EMPLOYER**          May We Call? Yes ____ No ____

Name      CandG Trucking Inc

Address      925 45th street          Lakeside, MI 21206
           street                    city      state    zip code

Position Held      driver

Reason For Leaving  desire higher salary

A. 391 21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?    Yes    No

B. Was your job with this employer designated as safety sensitive function in any DOT related mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?    Yes    No

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 01/23/2005 | To 09/16/2007 |
| Phone # | 410-485-2665 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**SECOND PRIOR EMPLOYER**          May We Call? Yes ____ No ____

Name      Sedan Services

Address      4709 Belair road          Baltimore, MD  21206
           street                    city      state    zip code

Position Held      dispatcher

Reason For Leaving  desire higher salary

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR s) while employed by this previous employer?    Yes    No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?    Yes    No

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**THIRD PRIOR EMPLOYER**          May We Call? Yes ____ No ____

Name

Address
           street                    city      state    zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?    Yes    No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?    Yes    No

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FOURTH PRIOR EMPLOYER**          May We Call? Yes ____ No ____

Name

Address
           street                    city      state    zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?    Yes    No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?    Yes    No

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FIFTH PRIOR EMPLOYER**          May We Call? Yes ____ No ____

Name

Address
           street                    city      state    zip code

Position Held

STC256175.D0005

_____

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSH 391.21(B)?     Yes     No

|  | Mo Day Yr |  | Mo Day Yr |
|--|--|--|--|
| From | | To | |
| Phone # | | | |
| Supervisor | | | |
| Type of Equip Driven | | | |

| SIXTH PRIOR EMPLOYER | | May We Call? Yes____ No____ |
|--|--|--|
| Name | | |
| Address | | |
| | street | city     state     zip code |

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSH 391.21(B)?     Yes     No

**USE SEPARATE SHEET FOR ADDITIONAL EMPLOYMENT HISTORY**

10/00                                    Form 1                                    Revised 8/01/01

STC256175.D0006

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND ONE TRAILER | moter oni | 10/24/200/ | 04/24/2010 | 1000 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

## LICENSE  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| MD | ████████ | CDL | Double. Hazat. Tankers | 20/16/2011 |

## MOVING TRAFFIC CONVICTIONS  LIST FOR PAST FIVE (5) YEARS. IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 10/30/2007 12:00:00 AM | MD | Fail to display license | Fine |
| 12/26/2007 12:00:00 AM | MD | Speeding | Fine |

## ACCIDENT RECORD  IF NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | none | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES

## REFERENCES  (Please list 2 people able to verify your employment and personal history.  Such as co-worker, neighbor, customer or an upstanding citizen of your community.  Do not list relatives.)

1  Name   Sarah B██████          Relationship  Friend
   Address  Baltimore, MD        Phone #

2  Name   Frank ██████           Relationship  Friend
   Address  Baltimore, MD        Phone #

## ACKNOWLEDGEMENT

I give Swift  Transportation, Inc. the Company the right to investigate all references and to secure additional information about me. I job-related. I release from liability the Company and its representatives for seeking such information from all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representatives, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time to time the company may find it necessary to conduct investigations. In all cases, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post-offer/pre-employment medical examination and substance abuse screening test at the expense of and as prescribed by the company, and that as a rider of employment is conditioned upon the successful completion of those tests. I agree to furnish such additional information and undergo any such examinations as may be considered as a condition of employment. I also understand that any employment with the Company, if employed. These tests may include, but are not necessarily limited to, random, for cause, reasonable suspicion, or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including the taking of such specimens, the analyses of the disclosure of test results.

I understand that my offer of employment is contingent upon my ability to produce documents verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for thirty (30) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding expiration period, I must submit a new application to be considered for this or any other position.

I understand and agree that any misrepresented, inaccurate, or deleting, voluntarily incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application or for separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, the company, reserves the right to terminate my employment at any time for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship, and not for a specific period of time. This application represents the complete and final expression on the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this (s) former application. I further agree, in the event that I am offered employment by the company, as a condition of that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be

REDACTED

STC256175.D0007

submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____   Date _____

STC256175.D0008

Customer:   Swift Transportation Web
User:       Berenice Ruiz

## VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

## Criminal Records, County

Customer:        Swift Transportation Inc (TPK408)
Actors:          Gary Johnson (5345Mary)
Customer Reference:  ANGELA EDWARDS
Customer Code:   334

Subject Name: Jibri O J███████
Subject DOB:
Subject SSN:
Subject Race:
Subject Gender: B
Search Type: B
Search State: MD
Search County: BALTIMORE CITY
Result Comments:

ReportNumber: 1481600
Request ID 43846849
Request Date: 5/3/2010 11:43:15 AM
Report Date: 5/7/2010 2:58:05 PM
Reference: ANGELA EDWARDS

### CRIMINAL SEARCH RESULTS

Case Number: ████████
File Date: 1/15/2009
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info
Name: Jibri J███████       DOB: ████████        Matching Criteria
BirthPlace:              SID:                  [X] Last Name
SSN on Record:          FID:                  [X] First Name
Height:                 DL#:                  [ ] Middle Name
Weight:                 DL State:             [X] DOB
Eye Color:              Gender:               [ ] SSN
Hair Color:             Race:                 [ ] Address
Markings:               Address: ███████████

Other:

Count: 1
Original Statute:                    Final Statute:
Original Charge:                     Final Charge: Possess Marijuana
Original Type:                       Final Type: Misdemeanor
Original Class:                      Final Class:
Plea:                                Plea Date:
Degree:                              Final Degree:
OrigDisposition:                     Disposition: Nolle prossed
OrigDispDate:                        DispDate: 4/3/2009

REDACTED



Comments:
Appeal Comments:

Count: 2
Original Statute:                                  Final Statute:
Original Charge:                                   Final Charge: Possess Controlled Substance
Original Type:                                     Final Type: Misdemeanor
Original Class:                                    Final Class:
Plea:                                              Plea Date:
Degree:                                            Final Degree:
OrigDisposition:                                   Disposition: Nolle prossed
OrigDispDate:                                      DispDate: 4/3/2009
Comments:
Appeal Comments:

Case Number: ▓▓▓▓▓▓▓
File Date: 1/27/2006
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info
Name: Jibri O. J▓▓▓▓▓    DOB: ▓▓▓▓▓▓        Matching Criteria
BirthPlace:              SID:                [X] Last Name
SSN on Record:           FID:                [X] First Name
Height:                  DL#:                [X] Middle Name
Weight:                  DL State:           [X] DOB
Eye Color:               Gender:             [ ] SSN
Hair Color:              Race:               [ ] Address
Markings:                Address: ▓▓▓▓▓▓▓▓

Other:

Count: 1
Original Statute:                                  Final Statute:
Original Charge:                                   Final Charge: Possess Marijuana
Original Type:                                     Final Type: Misdemeanor
Original Class:                                    Final Class:
Plea:                                              Plea Date:
Degree:                                            Final Degree:
OrigDisposition:                                   Disposition: Guilty
OrigDispDate:                                      DispDate: 2/13/2006
Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|

**REDACTED**



OTHER
Comments: $157.50 costs/fee, $57.50 suspended.

Case Number: █████████
File Date: 3/26/2005
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info

| | | Matching Criteria |
|---|---|---|
| Name: Jibri J█████ | DOB: ████████ | [X] Last Name |
| BirthPlace: | SID: | [X] First Name |
| SSN on Record: | FID: | [ ] Middle Name |
| Height: | DL#: | [X] DOB |
| Weight: | DL State: | [ ] SSN |
| Eye Color: | Gender: | [ ] Address |
| Hair Color: | Race: ████████ | |
| Markings: | Address: ███████████████ | |

Other:

Count: 1

| | |
|---|---|
| Original Statute: | Final Statute: |
| Original Charge: | Final Charge: Possess Marijuana |
| Original Type: | Final Type: Misdemeanor |
| Original Class: | Final Class: |
| Plea: | Plea Date: |
| Degree: | Final Degree: |
| OrigDisposition: | Disposition: Probation before judgment |
| OrigDispDate: | DispDate: 4/11/2005 |
| Comments: | |
| Appeal Comments: | |

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: Probation until 5/11/05; $100 fine; $55 costs/fee

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

REDACTED

STC256175.D0012

## Criminal Records, County

Subject Name: Jibri O J████████
Subject DOB: ████████
Subject SSN: ████████
Subject Race:                                    ReportNumber: 1481600
Subject Gender:                                  Request ID: 43846846
Search Type: B                                   Request Date: 5/3/2010 11:43:15 AM
Search State: MD                                 Report Date: 5/7/2010 2:58:05 PM
Search County: BALTIMORE                          Reference: ANGELA EDWARDS
Result Comments:

## CRIMINAL SEARCH RESULTS

Case Number: ████████
File Date: 8/29/2006
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info

| | | | Matching Criteria |
|---|---|---|---|
| Name: Jibri Orechuku J████ | DOB: ████████ | | [X] Last Name |
| BirthPlace: | SID: | | [X] First Name |
| SSN on Record: | FID: | | [X] Middle Name |
| Height: 5'7" | DL#: | | [X] DOB |
| Weight: 152 | DL State: | | [ ] SSN |
| Eye Color: | Gender: Male | | [ ] Address |
| Hair Color: | Race: Black | | |
| Markings: | Address: ████████ | | |

Other:

Count: I
Original Statute:                          Final Statute:
Original Charge:                           Final Charge: CDS: Possession-Marijuana
Original Type:                             Final Type: Misdemeanor
Original Class:                            Final Class:
Plea:                                      Plea Date:
Degree:                                    Final Degree:
OrigDisposition:                           Disposition: Guilty
OrigDispDate:                              DispDate: 10/23/2006

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: 60 days jail suspended; probation until 10/23/07; $100 fine suspended; $57.50 costs suspended.

Count: 2

| | |
|---|---|
| Original Statute: | Final Statute: |
| Original Charge: | Final Charge: CDS: Possess Paraphernalia |
| Original Type: | Final Type: Misdemeanor |
| Original Class: | Final Class: |
| Plea: | Plea Date: |
| Degree: | Final Degree: |
| OrigDisposition: | Disposition: Nolle prossed |
| OrigDispDate: | DispDate: 10/23/2006 |
| Comments: | |
| Appeal Comments: | |

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws

STC256175.D0014

## Widescreen National Criminal Search

Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (5365Mary)
Customer Reference:    ANGELA EDWARDS
Customer Sub:          344

USIS COMMERCIAL SERVICES, INC.
                    WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD
-------------------------------------------------------------------

            WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: █████████ JIBRI O
DOB: ██/██/██     SSN: ███████████
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE
REQUEST DATE:    07/07/2010

            WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: LAS[T] NAME FIRS[T] NAME[LIP] FIRSTHDATE
NAME: █████████ JIBRI O
GENDER: MALE    RACE: AFRICAN AMERICAN/BLACK

                    CRIMINAL RECORD INFORMATION

                    IN THE CASE OF POTENTIAL MATCHES
                    IN THE WIDESCREEN DATABASE, RECORDS
                    WILL BE ORDERED FROM THE ORIGINAL
                    SOURCE TO VERIFY ACCURACY AND CURRENCY.
                    FINAL RESULTS MAY OR MAY NOT RESULT IN
                    A TRUE MATCH.

ORDER #: 72957604   REQUEST #: 176707464

            USIS COMMERCIAL SERVICES, INC.
            WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

            WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: █████████ JIBRI O
DOB: ██/██/██     SSN: ███████████
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:    07/07/2010

            WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: [S]Q[L] LASTNAME FIRSTNAME  FI[L]EBY FIRSTDATE
NAME: ████████████ JIBRI O
DOB: ██/██/██      SSN: ███████████

                    CRIMINAL RECORD INFORMATION

REDACTED                                    STC256175.D0015

REPORT TYPE:     F FELONY
SEARCH DATE:     04/14/2009
STATE/COUNTY:    MD BALTIMORE

NO RECORD FOUND IN JURISDICTION SEARCHED

ORDER #, 65994654    REQUEST #, 14630464    DATA FILE DATE: 6/19/2009 9:15:16 PM

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a positive match.

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching persons, identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report. As such, these records might relate
to the subject you inquired about, but not necessarily. You should use this
report to broaden the scope of the background search of the subject to include
the jurisdiction(s) around the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

Copyright 2010 © HireRight. All Rights Reserved 110

HireRight.

STC256175.D0016

# EXHIBIT 3

Scott S▮▮▮

| SSN | Name | General Summary | Notes |
|---|---|---|---|
| ▮▮▮ | SCOTT A S▮ | 8/11/09 no public data / trac? (based on his return call?) | allen<br><br>1990- assault- fight with girlfriend- domestic dispute- I hit my wife a few times- no weapons no injuries<br><br>svd none prob none<br><br>not employed<br><br>termed - long time ago- I didn't go to a mandatory meeting<br><br>(called back 08/10/2009-3:25 pm and said he wanted to change the answer of some of the questions asked. He said he called school and they told him that Swift disqualifies everybody who says yer to drugs usage and yes for the terminations. He wanted me to change the answers. ) |



| | Conviction Form |
|---|---|

**Please Print Information**

Applicant's Name:  **Scott A S**████        Social Security Number: ████████

Daytime Phone #: _____        After Hours Phone #: ████████_____

Date of Birth: ████████

| | | | |
|---|---|---|---|
| Date of Arrest: | 11/07/1990 | Date of Arrest: | |
| Charge 1: | 3rd degree assult | Charge 2: | |
| Location: | Snonomish WA | Location: | |
| | County          State | | County          State |
| Date of Conviction: | 12/27/1990 | Date of Conviction: | |
| Charge: | guilty | Charge: | |
| Sentence: | 1 year suspended sentence | Sentence: | |
| Time Served: | 0 | Time Served: | |
| Dates on Probation | 0 | Dates on Probation | |
| or Parole: | | or Parole: | |

* Any other arrests or convictions?:      Yes  ● No

Any charges pending now?      Yes      No

Any other names used maiden, married, etc.

Please describe what happened:
Comments on Charge 1:Mutual fight with an ex girlfriend.

Comments on Charge 2:

_____

_____

_____

_____

_____

Signature of Applicant: _____   Date: ___/___/___

Recruiter Name: _____   Terminal: _____

Customer:   Swift Transportation Web
User:       Berenice Ruiz

## VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC256175.D0019

# 20/20 Insight Bundled

```
Customer:                    Swift Transportation Web (104508)
Agent:                       Mary Johnson (5365Mary)
Customer Reference:          MELANIE ROBINSON
Customer Sub:                104

              USIS COMMERCIAL SERVICES, INC.
          20/20 INSIGHT BUNDLED HISTORY RECORD

         20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:   [redacted] SCOTT A
DOB:    [redacted]   SSN: [redacted]
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:      [illegible]

          20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(S)
NAME:   [redacted] SCOTT A
DOB:    [redacted]          SSN: [redacted]

             CRIMINAL RECORD INFORMATION

REPORT TYPE:             R FELONY/MISDEMEANOR
SEARCH DATE:             [illegible]
STATE/COUNTY:            AK [illegible]

             NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #:  [illegible]     REQUEST #:  [illegible]     DATA FILE DATE:  [illegible]

              USIS COMMERCIAL SERVICES, INC.
          20/20 INSIGHT BUNDLED HISTORY RECORD

         20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:   [redacted] SCOTT A
DOB:    [redacted]   SSN: [redacted]
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:      [illegible]

          20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME FIRSTNAME(S)
NAME:   [redacted] SCOTT A
DOB:    [redacted]          SSN: [redacted]

             CRIMINAL RECORD INFORMATION

REPORT TYPE:             R FELONY/MISDEMEANOR
SEARCH DATE:             08/10/1999
STATE/COUNTY:            MI MECOSTA

             NO RECORD FOUND IN JURISDICTION SEARCHED.
```

REDACTED STC256175.D0020

ORDER #:  65873313          REQUEST #:  114312'89    DATA FILE DATE:  9/6/1999

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:         SCOTT A
DOB:          SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

REQUEST DATE:    8/31/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(SCO)
NAME:  S      SCOTT A
DOB:                  SSN:

CRIMINAL RECORD INFORMATION

REPORT TYPE:           / FELONY
SEARCH DATE:           11/06/2001
STATE/COUNTY:          MI WAYNE

NO RECORD FOUND IN JURISDICTION SEARCHED.


ORDER #:  65873313          REQUEST #:  14812'99     DATA FILE DATE:  11/6/2001

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:  S      SCOTT A
DOB:
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE

REQUEST DATE:    8/31/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME:       SCOTT
DOB:                  SSN:

CRIMINAL RECORD INFORMATION

REPORT TYPE:           R FELONY/MISDEMEANOR
SEARCH DATE:           07/20/1999
STATE/COUNTY:          MI CASCADE

NO RECORD FOUND IN JURISDICTION SEARCHED.


ORDER #:  65873313          REQUEST #:  114312'89    DATA FILE DATE:  9/6/1999

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

REDACTED

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: [redacted] SCOTT A
DOB: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

REQUEST DATE: 6/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME: [redacted] SCOTT
DOB: [redacted] SSN: [redacted]

CRIMINAL RECORD INFORMATION

REPORT TYPE: F FELONY
SEARCH DATE: 07/20/1999
STATE-COUNTY: NY SCHENECTADY

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 65873313 REQUEST #: 114812189 DATA FILE DATE: 6/19/2009 4:45:33 AM

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: [redacted] SCOTT A
DOB: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

REQUEST DATE: 6/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME: [redacted] SCOTT
DOB: [redacted] SSN: [redacted]

CRIMINAL RECORD INFORMATION

REPORT TYPE: B FELONY/MISDEMEANOR
SEARCH DATE: 07/20/1999
STATE-COUNTY: CT HARTFORD

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 65873313 REQUEST #: 114812189 DATA FILE DATE: 6/19/2009 10:13:35 PM

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: [redacted] SCOTT A
DOB: [redacted] SSN: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH

REDACTED

STC256175.D0022

SEARCH AREA:   NATIONWIDE

REQUEST DATE:   8/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME:   █████  SCOTT
DOB:   ████████   SSN:   ████

CRIMINAL RECORD INFORMATION

REPORT TYPE:   B FELONY/MISDEMEANOR
SEARCH DATE:   07/20/1999
STATE/COUNTY:   GA FULTON

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: ████████   REQUEST #:   114812189   DATA FILE DATE:   8/06/2004 1:09:10 PM

█████████████████████████
20/20 ████████ ████████ ████████ ██████

████████████████████████████

NAME:   █████  SCOTT A
DOB:   ████████   SSN:   ████████
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

REQUEST DATE:   8/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME:   █  SCOTT
DOB:   ████████   SSN:   ████████

CRIMINAL RECORD INFORMATION

REPORT TYPE:   B FELONY/MISDEMEANOR
SEARCH DATE:   07/20/1999
STATE/COUNTY:   MN RAMSEY

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #:  65873413   REQUEST #:   114812189   DATA FILE DATE:   8/21/2004 3:20:66 AM

BELL COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

████████████████████████████████

NAME:   S█████  SCOTT A
DOB:   ████████   SSN:   ████████
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:   NATIONWIDE

REQUEST DATE:   8/4/2009

████████████████████████████████

**REDACTED**

**STC256175.D0023**



STC256175.D0024

REPORT TYPE: B FELONY/MISDEMEANOR
SEARCH DATE: 07/05/2006
STATE/COUNTY: UT DAVIS

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 65673313 REQUEST #: 214812189 DATA FILE DATE: 10/10/2006 2:10:14 AM

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: [redacted] SCOTT A
DOB: [redacted] SSN: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

REQUEST DATE: 8/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME: [redacted] SCOTT ALLAN
DOB: [redacted] SSN: [redacted]

CRIMINAL RECORD INFORMATION

REPORT TYPE: B FELONY/MISDEMEANOR
SEARCH DATE: 07/06/2006
STATE/COUNTY: MN HENNEPIN

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: [illegible] REQUEST #: [illegible] DATA FILE DATE: 10/10/2006 2:10:14 AM

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: [redacted] SCOTT A
DOB: [redacted] SSN: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE

REQUEST DATE: 8/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME: [redacted] SCOTT ALLAN
DOB: [redacted] SSN: [redacted]

CRIMINAL RECORD INFORMATION

REPORT TYPE: B FELONY/MISDEMEANOR
SEARCH DATE: 07/06/2006
STATE/COUNTY: ND GRAND FORKS

REDACTED

STC256175.D0025

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 65873313      REQUEST #: 114812189      DATA FILE DATE: 10/17/2006 2:56:48 AM

USIS COMMERCIAL SERVICES, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME: S█████ SCOTT A
DOB:                    SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:    8/4/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: SSN BIRTHDATE
NAME:               SCOTT ALLAN
SSN:                    SSN:

CRIMINAL REPORT INFORMATION

REPORT TYPE:        F FELONY/MISDEMEANOR
SEARCH DATE:        07/06/2006
JURISDICTION:       NV CLARK

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 65873313      REQUEST #: 114812189      DATA FILE DATE: 10/17/2006 2:56:48 AM

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control, SDN and blocked persons list. You will be notified in
the event of a possible match.

The following report is obtained from a commercial database that contains infor
mation from public records of various courts and law enforcement agencies across
the United States.  These records are returned in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this report may match the information
you provided for the search of the report.  As such, this report might reveal
items subject you required adult, and not necessarily true that items of a
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci
sions should not be based solely upon information contained in this report.
Failure to comply may require significant losses.


HireRight

# EXHIBIT 4

Earl D███████

| SSN | Name | General Summary | Notes |
|---|---|---|---|
| ██████ | EARL J D███████ | WIDESCREEN CLEAR / NO!!!! | MIDDLE NAME:  JOSEPH<br><br>95: GOING THRU DIVORCE WITH WIFE.  VERBAL FIGHT THAT LEAD TO PHYSICAL ALTERCATION.  IT GOT UGLY... BAD TIME FOR THEM. NO WEAPONS OR INJURIES.  HE STRANGELD HER... SHE WAS ALERT WHEN HE LEFT.   SOMEONE CAME BY AFTER THIS HAPPENDED... THEY WERE COMING OVER FOR HIS WIFE..AND POLICE WERE CALLED. HE WAS ARRESTED 2 DAYS LATER.   SENT TO: 20 YEARS... DID 12 YRS ON IT. CURRENTLY ON PAROLE NOW... ON PAROLE UNTIL 2014.  PAROLE OFFICER IS MS LOCKETT... ██████████  REPORTS EVERY 5-6 MO'S... CALLS IN FIRST THURSDAY OF EVERY MONTH. SHE WILL NOT HAVE ANY PROBLEMS WITH HIM TRAVELLING.  HE HAS SINCE RECONCILLED WITH WIFE... ABOUT TO GET REMARRIED.<br><br><br>UNEMPLOYED |

REDACTED

# PUBLICDATA.com

Beta I Home I My Account I Account History I Autosearch I Refer Friends & Earn Lookups

➡ **Maryland Criminal**

Results for 'D_____ EARL' on 5 database(s) Searched by Name

> NO RECORDS MATCHING SEARCH CRITERIA.
> PLEASE SEARCH AGAIN.

*This will count as 1 'Look-up' against your usage total.*

Terms of Use I Frequently Asked Questions I Contact Us I Policies and Positions I About PublicData
All information contained herein © Copyright 1997-2010 - PublicData.com

http://www5.publicdata.com/pdsearch.php?p1=donnelly&p2=earl&p3=&input=GRP_CRI...   3/17/2010

REDACTED                                        STC256175.D0028

**Customer:** Swift Transportation Web
**User:** Berenice Ruiz

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC256175.D0029

## Widescreen National Criminal Search

Customer:                    Swift Transportation Web (104508)
Author:                      Mary Johnson (5365Mary)
Customer Sub:                334

USIS COMMERCIAL SERVICES, INC.
            WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

            WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: D██████ EARL J
DOB:                          SSN:
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
REQUEST DATE:     3/9/2010


            IN THE CASE OF POTENTIAL MATCHES IN THE WIDESCREEN DATABASE,
            RECORDS WILL BE ORDERED FROM THE ORIGINAL SOURCE TO VERIFY ACCURACY
            AND CURRENCY.  FINAL RESULTS MAY OR MAY NOT RESULT IN A TRUE MATCH.


ORDER #:    71515489           REQUEST #:    124253589

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

Copyright 2010 © HireRight. All Rights Reserved 150

**╷| HireRight.**

REDACTED                                              STC256175.D0030

# EXHIBIT 5

Allen G███████

| SSN | Name | General Summary | Notes |
|---|---|---|---|
| ███████ | ALLEN L G██████ | 46 now / 36, 46, 37 at times of crimes /** didn't disclose anything on application / ID resident / public data clear. Reviewed w/DRISS.no | LEE |
| | | | 2000- CAMPING IN PUBLIC- I WAS A HOMELESS |
| | | | SVD NONE PROB NONE |
| | | | 2010- LITTERING STREET OR PUBLIC PROPERTY- IM A SMOKER - I THREW MY CIGARETTE OUT THE WINDOW |
| | | | SVD NONE PROB NONE |
| | | | 2001- BATTERY- DISMISSED |
| | | | I WAS AKING HIM FOR THE BATTERY AND PROB VIOLATION- GOT MAD AND HUNG UP- |
| | | | CALLED BACK 2:36 PM 5/13/10 |
| | | | 2001- BATTERY- FIGHT WITH DAUGHTERS HUSBAND- PHYSICAL- NO WEAPONS NO INJURIES |
| | | | SVD 5 DAYS PROB DON'T REMEMEBER |
| | | | PROBATION VIOLATION- HAD TO GO TO A FUNERAL AND DIDN'T PAY FINES |

REDACTED

| SSN | Name | General Summary | Notes |
|-----|------|-----------------|-------|
|     |      |                 | SVD 5 DAYS |

STC256175.D0032



| | |
|---|---|
| **Conviction Form** | |

Please Print Information

Applicant's Name: **Allen L G** ███     Social Security Number: ███████

Daytime Phone #: ████████     After Hours Phone #: ███████

Date of Birth: ████████

| | |
|---|---|
| Date of Arrest: | Date of Arrest: |
| Charge 1: | Charge 2: |
| Location: | Location: |
|    County   State |    County   State |
| Date of Conviction: | Date of Conviction: |
| Charge: | Charge: |
| Sentence: | Sentence: |
| Time Served: | Time Served: |
| Dates on Probation or Parole: | Dates on Probation or Parole: |

' Any other arrests or convictions?:     Yes     No

Any charges pending now?     Yes     No

Any other names used maiden, married, etc.

Please describe what happened:
Comments on Charge 1:

Comments on Charge 2:

Signature of Applicant: _____     Date: ___/___/___

Recruiter Name: _____     Terminal: _____



YOU ARE HEREBY NOTIFIED THAT THE INFORMATION YOU PROVIDE IN THIS APPLICATION MAY BE USED, AND YOUR PREVIOUS EMPLOYERS WILL BE CONTACTED, FOR THE PURPOSE OF INVESTIGATING YOUR SAFETY PERFORMANCE HISTORY INFORMATION AS REQUIRED BY PARAGRAPHS (d) AND (e) of § 391.23.'

### YOUR RIGHTS REGARDING CERTAIN INVESTIGATIVE INFORMATION

Pursuant to 49 C.F.R. § 391.23(i)(1), all drivers with DOT regulated employment during the preceding three years from the date of this application have the following rights regarding the investigative information that is provided to Swift as required by 49 C.F.R. § 391.23 (d) and (e).

1. The right to review information provided by previous employers;

2. The right to have errors in the information corrected by the previous employer and for the previous employer to re-send the corrected information to the prospective employer; and

3. The right to have a rebuttal statement attached tot he alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

• The Federal Motor Carrier Safety Regulations ("FMCSR's") require Swift to obtain the following information on your application for employment:
1. The name(s) and address(es) of your employer(s) during the 10 years preceding the date of the application;
2. The dates you were employed by that employer(s);
3. The reason for leaving the employ of your previous employer(s);
4. Whether you were subject to the FMCSR's while employed by your previous employer(s); and
5. Whether your job was designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled  substances testing requirements as set forth by 49 C.F.R. part 40.
Swift is also required by 49 C.F.R. § 391.23 (d) to investigate the following information from your previous employer(s) if you were employed to operate a commercial motor vehicle:
1. General driver identification and employment verification information;
2. The data elements as specified in 49 C.F.R. § 390.15 (b)(1) for accidents involving you that occurred in a three year period preceding the date of your employment application;
3. Any accidents defined by 49 C.F.R. § 390.15; and
4. Any accidents the previous employer may wish to provide that are retained pursuant to  40 C.F.R. § 390.15(b)(2) or pursuant to the employer's internal policy for retaining more detailed minor accident information.
Additionally, 49 C.F.R. § 391.23(e) provides that Swift must investigate the following information from all previous DOT regulated employers that employed you in a safety sensitive function that required alcohol and control substance testing specified in 49 C.F.R. part 40:
1. Whether within the previous 10 years you have violated the alcohol and control substances prohibitions under 49 C.F.R. § 382
2. Whether you failed to undertake or complete a rehabilitation program prescribed by a substance abuse professional; and
3. If you successfully completed a substance abuse professional's rehabilitation referral and remained in the employ of the referring employer, information on whether you had the following tested violations subsequent to the completion of the referral:
    i.   Alcohol tests with a result of 0.04 or higher alcohol concentration;
    ii.  Verified positive drug tests; and
    iii. Refusals to be tested (including verified adulterated or substituted drug test results)
Swift must provide your previous employer with your written consent to release the information on paragraph (e). If you refuse to provide this written consent, Swift cannot permit you to operate a commercial motor vehicle.

STC256175.D0034

# SWIFT TRANPORTATION CO., INC.

2200 s. 75th AVE, PHOENIX, AZ, 85043

## EMPLOYMENT APPLICATION

QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application   05/10/2010

Name    Allen    L                                          Social Security No.

Present Address                                             Phone

Previous Address(es) during last 3 years (FMCSR 391.21 (b))

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report)

In case of emergency notify

Alternate Emergency Phone #                    Name

Have you applied for work and/or worked for this company before?        Yes ☒ No    When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ☒ Yes    No

Position which applying for:

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?   ☐ Yes ☐ No

How did you find out about Swift?   ☐ Newspapers ☐ Brochures & Postcards ☐ Publications ☒ Internet ☐ Swift Transportation Employee
☐ Other

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?    Yes ☒ No

B. Has any license, permit or privilege been suspended or revoked?    Yes ☒ No

C. Have you ever been stopped while intoxicated?    Yes ☒ No

D. Have you ever used any illegal drugs (including marijuana)?    Yes ☒ No    If yes, when was the last time?

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?    Yes ☒ No

F. Have you ever been convicted of a criminal offense? In California, "crime" shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (c), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.    Yes ☒ No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)    Yes ☒ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)    Yes ☒ No

I. (49 259) Have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last two years?
☐ Yes ☐ No

If yes to any of the above questions, state circumstances and dates.

### EDUCATION

Highest grade completed        High School Graduate   Yes ☒ No   College Graduate   Yes   No   Graduate School Graduate   Yes   No

List other specialty training or schools   CWI Center for professional truckdriving School

### MILITARY STATUS

Have you served in the U.S. Armed Forces?    Yes ☒ No   Branch                Dates  From                To

Duties

(Front)                                    (Back)                          Revised 8/18/01

REDACTED                                                           STC256175.D0035

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent. Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 03/20/2006 | To 02/05/2009 |
| Phone # | 208-368-1801 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**CURRENT OR MOST RECENT EMPLOYER**   May We Call?  Yes ___ No ___

Name   GCA Services Group

Address   8000 Federal Way   Boise, ID  83617

Position Held   Janitor

Reason For Leaving  laid off

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 03 2009 | To present |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**SECOND PRIOR EMPLOYER**   May We Call?  Yes ___ No ___

Name   unemployed

Address   ID

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**THIRD PRIOR EMPLOYER**   May We Call?  Yes ___ No ___

Name

Address

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FOURTH PRIOR EMPLOYER**   May We Call?  Yes ___ No ___

Name

Address

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FIFTH PRIOR EMPLOYER**   May We Call?  Yes ___ No ___

Name

Address

Position Held

Form 1    Revised 6-01-01

STC256175.D0036

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

|  | Mo Day Yr |  | Mo Day Yr |
|---|---|---|---|
| From |  | To |  |
| Phone # |  |  |  |
| Supervisor |  |  |  |
| Type of Equip. Driven |  |  |  |

**SIXTH PRIOR EMPLOYER**                          May We Call? Yes   No

Name

Address

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?   Yes   No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?   Yes   No

**USE SEPARATE SHEET FOR ADDITIONAL EMPLOYMENT HISTORY**

Form 1                                                   Revised 05/10/01

STC256175.D0037

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES | | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| | | FROM | TO | |
| STRAIGHT TRUCK | none | | | 0 |
| TRACTOR AND SEMI-TRAILER | none | | | 0 |
| TRACTOR AND TWO TRAILERS | none | | | 0 |
| OTHER | none | | | 0 |

**LICENSE** LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| NJ | | CDL | Doubles, Triples, Tankers | 25/1/2014 |

**MOVING TRAFFIC CONVICTIONS** LIST FOR PAST FIVE (5) YEARS. IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 00/00/0000 12:00:00 AM | nj | speed | 75.00 fine |
| | | | |
| | | | |
| | | | |

**ACCIDENT RECORD**  IF NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | none | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES:

**REFERENCES** *(Please list 2 people able to verify your employment and personal history. Such as co-worker, neighbor, customer or an upstanding citizen of your community. Do not list relatives.)*

1. Name   william f_____
   Address

   Relationship  stepfather
   Phone #

2. Name   roberto f_____
   Address

   Relationship  mother
   Phone #

## ACKNOWLEDGEMENT

I give [will] Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job related. I release from liability the Company and its representatives for seeking such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization. I seek consumer or investigations. I agree to sign all documents and certify I have read the Company deems necessary to verify the facts presented in this application. I give my consent and release from liability the Company and its representatives, to be placed on any required medical record as part of a reference check by any subsequent or potential employer.

From time to time the company may find it necessary to conduct investigations. If it does, employees are expected to truthfully participate and cooperate in such investigations, including submission to searches of property. Failure to do so may subject employees to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as described by the Company, and that any offer of employment is conditioned upon the successful completion of these tests. I agree to furnish such additional information and undergo any other examinations or tests to complete the employment file, or to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests and drug, but not limited to, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, or until the specific position opening for which it was submitted is closed, whichever is earlier. Subsequent to the preceding operational period, I must submit a new application to be considered for this, or any other position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for cancellation of this application and/or dismissal from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at-will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or for the application. I further agree, in the event that I am offered employment by the company, as

REDACTED

STC256175.D0038

a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____   Date _____

H-101                                       Form 1                                       Revised 9/01/01

**STC256175.D0039**

Customer:    Swift Transportation Web
User:        Berenice Ruiz

VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC256175.D0040

## Criminal Records, County

Subject Name: Allen L G

Subject DOB:

Subject SSN:

Subject Race:                                ReportNumber: 1481724

Subject Gender:                              Request ID  43862204

Search Type: B                               Request Date: 5/4/2010 8:01:56 AM

Search State: ID                             Report Date: 5/10/2010 7:52:10 AM

Search County: ADA                           Reference: TORIANNE FITZPATRICK

Result Comments:

### CRIMINAL SEARCH RESULTS

Case Number:

File Date: 2/11/2010

Arrest Date:

Offense Date:

Agency Loc: Ada county

Agency Type: MAGISTRATE COURT

Case Comments:

Identifying Info

| Name: Allen Leo G | DOB: | Matching Criteria |
|---|---|---|
| BirthPlace: | SID: | [X] Last Name |
| SSN on Record: | FID: | [X] First Name |
| Height: | DL#: | [X] Middle Name |
| Weight: | DL State: ID | [X] DOB |
| Eye Color: | Gender: | [X] SSN |
| Hair Color: | Race: | [ ] Address |
| Markings: | Address: | |

Other: DL no.

Count: 1

| Original Statute: | Final Statute: |
|---|---|
| Original Charge: | Final Charge: littering street or public property |
| Original Type: | Final Type: Misdemeanor |
| Original Class: | Final Class: |
| Plea: | Plea Date: |
| Degree: | Final Degree: |
| OrigDisposition: | Disposition: guilty |
| OrigDispDate: | DispDate: 3/2/2010 |

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: $112.50 fine.

Case Number: ▮▮▮▮▮
File Date: 11/21/2001
Arrest Date:
Offense Date:
Agency Loc: ADA COUNTY
Agency Type: MAGISTRATE COURT
Case Comments:

Identifying Info

| | | | | Matching Criteria |
|---|---|---|---|---|
| Name: Allen L. G▮▮▮ | | DOB: ▮▮▮▮ | | [X] Last Name |
| BirthPlace: | | SID: | | [X] First Name |
| SSN on Record: | | FID: | | [X] Middle Name |
| Height: | | DL#: | | [X] DOB |
| Weight: | | DL State: | | [X] SSN |
| Eye Color: | | Gender: | | [ ] SSN |
| Hair Color: | | Race: | | [ ] Address |
| Markings: | | Address: | | |

Other:

Count: 1

| Original Statute: | | Final Statute: | |
|---|---|---|---|
| Original Charge: | | Final Charge: | Battery |
| Original Type: | | Final Type: | Misdemeanor |
| Original Class: | | Final Class: | |
| Plea: | | Plea Date: | |
| Degree: | | Final Degree: | |
| OrigDisposition: | | Disposition: | guilty |
| OrigDispDate: | | DispDate: | 11/21/2001 |
| Comments: | | | |
| Appeal Comments: | | | |

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: 30 days jail with 25 days suspended and 1 day credit; 1 year probation; $63.50 fine. 08/12/2004 probation violation - 6 days jail with 1 day credit.

Case Number: ▮▮▮▮▮
File Date: 2/2/2000
Arrest Date:
Offense Date:

**REDACTED**



Agency Loc: ADA COUNTY
Agency Type: MAGISTRATE COURT
Case Comments:

Identifying Info
Name: Allen Lee G█████████          DOB: ████████          Matching Criteria
BirthPlace:                          SID:                   [X] Last Name
SSN on Record:                       FID:                   [X] First Name
Height:                              DL#:                   [X] Middle Name
Weight:                              DL State:              [X] DOB
Eye Color:                           Gender:                [ ] SSN
Hair Color:                          Race:                  [ ] Address
Markings:                            Address:

Other:

Count: 1
Original Statute:                    Final Statute:
Original Charge:                     Final Charge: Camping in a public place
Original Type:                       Final Type: Misdemeanor
Original Class:                      Final Class:
Plea:                                Plea Date:
Degree:                              Final Degree:
OrigDisposition:                     Disposition: guilty
OrigDispDate:                        DispDate: 10/10/2000
Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
|  | OTHER |  |  |  |

Comments: 5 days jail with 5 days credit

Case Number: ████████
File Date: 4/18/2000
Arrest Date:
Offense Date:
Agency Loc: ADA COUNTY
Agency Type: MAGISTRATE COURT
Case Comments:

Identifying Info
Name: Allen L. G█████████          DOB: ████████          Matching Criteria
BirthPlace:                         SID:                    [X] Last Name
SSN on Record:                      FID:                    [X] First Name
Height:                             DL#:                    [X] Middle Name
Weight:                             DL State:               [X] DOB
Eye Color:                          Gender:                 [ ] SSN
Hair Color:                         Race:                   [ ] Address

REDACTED                                        STC256175.D0043

Markings:                                          Address:

        Other:

                    Count: 1
        Original Statute:                          Final Statute:
        Original Charge:                           Final Charge: Violate any rules and regulations
        Original Type:                             Final Type: Misdemeanor
        Original Class:                            Final Class:
                    Plea:                          Plea Date:
                  Degree:                          Final Degree:
        OrigDisposition:                           Disposition: guilty
         OrigDispDate:                             DispDate: 10/10/2000
               Comments:
        Appeal Comments:

        SentenceDate         Type          Active          Suspended          Completed
                             OTHER
        Comments: 5 days jail with 5 days credit.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment
evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness.
Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of
the user to comply with all applicable laws.

## Widescreen National Criminal Search

Customer:                Swift Transportation Web (104508)
Actor:                   Mary Johnson (5365Mary)
Customer Reference:      TORIANNE FITZPATRICK
Customer Sub:            111

USIS COMMERCIAL SERVICES, INC.
                WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

                WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME:  G█████ ALLEN ████
DOB:  ████       SSN:  █████████
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
RUN  DATE :  ██/██/2010

                WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION


MATCH WAS MADE USING: LASTNAME  FIRSTNAME(ALL)  BIRTHDATE
NAME:   G█████ ALLEN L.
RACE:   U████

                    CRIMINAL RECORD INFORMATION

                    IN THE CASE OF POTENTIAL MATCHES
                    IN THE WIDESCREEN DATABASE, RECORDS
                    WILL BE ORDERED FROM THE ORIGINAL
                    SOURCE TO VERIFY ACCURACY AND CURRENCY.
                    FINAL RESULTS MAY OR MAY NOT RESULT IN
                    A TRUE MATCH.


ORDER #: 73397122   REQUEST #: 126741253

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

The following report is obtained from a commercial database that contains infor
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for specified persons  identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record matched the information
reviewed for the subject of the report.  As such, these records might relate
to the subject you have requested, but are not necessary.  You should be alert
to the possibility that some of the information received because of the possible
non-exact solution match for names contained in this report, may pertain to a
person other than be based solely upon information contained in this report.
Research is required requested to match.

Copyright 2010 USIS, Inc.  All Rights Reserved (1)

ʃ| HireRight.

REDACTED                                    STC256175.D0045

# EXHIBIT 6

Malindzo B █████

| SSN | Name | General Summary | Notes |
|---|---|---|---|
| ██████ | malindzo c b ██████ | 02 / 04 WERE NOT DISCLOSED - ARGUEMENTATIVE DURING INTERVIEW.-- has additional convictions that were not disclosed.floran | MIDDLE NAME: CHAUNCEY<br><br>2008... ASSAULT CHARGE.. STATES THIS WAS DISMISSED SINCE FORM COMPLETED. THE OTHER PERSON DID NOT SHOW IN COURT.. STATES THE COURT DOES NOT GIVE PAPERWORK.<br><br>MISD TRAFF TICKET..SEATBELT COUPLE MONTHS AGO. HAS UNTIL END OF THE YEAR TO PAY FINE.<br><br>UNEMPLOYED<br><br>2002 FICTITIOUS INFO TO OFFICER... STATES THE WAY HIS NAME IS SPELLED/PRONOUNCED IT SOUNDS LIKE ALONSO.. OFFICER MISUNDERSTOOD HIM.. 1 YR UNSUPERVISED PROBATION.<br><br>2004 RESISTING OFFICER... PASSENGER IN VEHICLE HAD BEEN IN SOME TROUBLE.. THEY WERE PULLED OVER. OFFICER WANTED PASSENGER TO GET OUT OF CAR..NOT APPLICANT.. APPLICANT STATES THAT HE DIDN'T HEAR WHO THE OFFICER WANTED TO GET OUT OF THE CAR. CHARGED BECAUSE HE GOT OUT OF THE CAR. 1YR PROBATION. NON-REPORTING PROBATION |

16062214

REDACTED

STC256175.D0046



## Conviction Form

**Please Print Information**

Applicant's Name: **Malindzo C B** ▮    Social Security Number: ▮

Daytime Phone #: _____    After Hours Phone #: ▮

Date of Birth: ▮

| | | | |
|---|---|---|---|
| Date of Arrest: | 01/01/2008 | Date of Arrest: | |
| Charge 1: | assault | Charge 2: | |
| Location: | halifax NC | Location: | |
| | County        State | | County        State |
| Date of Conviction: | 06/01/2008 | Date of Conviction: | |
| Charge: | assault | Charge: | |
| Sentence: | nothing yet | Sentence: | |
| Time Served: | nothing yet | Time Served: | |
| Dates on Probation or Parole: | | Dates on Probation or Parole: | |

* Any other arrests or convictions?:     Yes  ● No

Any charges pending now?  ● Yes     No

Any other names used maiden, married, etc.

Please describe what happened:

Comments on Charge 1: has twin brother - his brother (Lorenzo) had arguement with a female - he used Malidzo's name - is going to court 04/01/2008 to resolve it- charges were dropped 0m 04/11/08

Comments on Charge 2:

Signature of Applicant: _____    Date:   /   /

Recruiter Name: _____    Terminal: _____

REDACTED

Customer:   Swift Transportation Security
User:   Michelle Adamson

VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight
Solutions, Inc. While for a period of time you may find reference made in our materials to USIS
Commercial Services, we are in the process of updating our web sites, software applications and
documents to reflect this name change and expect to complete all updates in the near future. In the
meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for
Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain
personal identifiers that indicate that this information matched the consumer who is the subject of the
report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the
subject of this report. The information contained in this report was accurately copied from HireRight's
supplier(s) of such information, including the public records of various courts and law enforcement
agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of
identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer
who is the subject of this report. Employment decisions should not be based solely upon information
contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible
for following applicable local, state and federal laws with respect to the procurement and use of this
information.

## 20/20 Insight Bundled

Customer:                      Swift Transportation Security (158735)
Actor:                         Berenice Ruiz (19988/Berenice(XACTIVE))
Customer Reference:            BRAUN
Customer Seq:                  101

* Please Note: The information contained in this report is based on search
of the or matching certain personal identifiers that indicate that this
information matched the consumer who is the subject of the report. However,
this information is not guaranteed for accuracy or truthfulness as it relates
to the subject of this report. The information contained in this report was
assembled, apled from HireRight's compilation of such information, including
its public records of various courts and law enforcement agencies; credit
bureaus; laboratories; etc., as applicable. However, information generated
as a result of identity theft, including evidence of criminal activity, may
be inaccurately associated with the consumer who is the subject of this report.
Employment decisions should not be based solely upon information contained in
this report. Positive ID requires a fingerprint search. The user of this report
is responsible for following applicable local, state and federal laws with
respect to the procurement and use of this information.

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:         █████ MALINDZO C
DOB:          ████████  SSN: ███████████
TYPE OF REQUEST: CRIMINAL SEARCH / SEX OFFENDER SEARCH
TARGET AREA:     NATIONWIDE

REQUEST DATE:    8/25/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: LASTNAME  FIRSTNAME+MALE  RESIDENCE
NAME:         █████ MAI M.ZO C
DOB:          ██████████
GENDER:    M         RACE:  B

CRIMINAL RECORD INFORMATION

RECORD TYPE:        S F/M
SEARCH DATE:        8/ 24/2009
SOURCE AGENCY:      NC PASQUOTANK

OFFENSE LEVEL:      M MISDEMEANOR
CONVICTION:         YES
CASE NUMBER:        ████████████
FILE DAYS:          1/7/2002
DISPOSITION DATE:   2/28/2002
FILE AGENCY:        LOCATION: PASQUOTANK
ARREST CHARGE:      FINAL STATUTE: 20-29; FINAL CHARGE: FICTITIOUS
INFORMATION TO OFFICER
ARREST DISPOSITION: GUILTY
SENTENCE:           PROBATION: 12 MONTHS; SENTENCE: 10 DAYS;
SUSPENDED: 10 DAYS; COSTS: $90.00
COMMENTS:           PLEA: GUILTY

ORDER #: 28494798        REQUEST #: 109779883     DATA FILE DATE: 1/1/2008 12:00:00 AM

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

**REDACTED**

STC256175.D0049

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:         MALINDZO C
DOB:          SSN:
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE

REQUEST DATE:     8/25/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(MAL)  BIRTHDATE
NAME:             MALINDZO CHAUNCEY
DOB:
GENDER:   M        RACE:  B

CRIMINAL RECORD INFORMATION

RECORD TYPE:          B F/M
SOURCE DATE:          07/02/2009
SOURCE COUNTY:        NC PASQUOTANK

OFFENSE TYPE:         B MISD CHARGE
CONVICTED:            NO
CASE NUMBER:
FILE DATE:            12/15/2002
DISPOSITION DATE:     4/16/2007
FILE AGENCY:          LOCATION: PASQUOTANK
ARREST CHARGE:        FINAL STATUTE: 14-127; FINAL CHARGE: INJURY TO
                      REAL PROPERTY
ARREST DISPOSITION:   VOLUNTARY DISMISSAL

ORDER #:  66434288       REQUEST #:  115773889      DATA FILE DATE:  1/3/2008 12:47:29 AM

BIRBRIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:         MALINDZO C
DOB:          SSN:
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE

REQUEST DATE:     8/25/2009

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(MAL)  BIRTHDATE
NAME:             MALINDZO CHAUNCEY
DOB:
GENDER:   M        RACE:  B

CRIMINAL RECORD INFORMATION

RECORD TYPE:          B F/M
SOURCE DATE:          07/02/2009
SOURCE COUNTY:        NC PASQUOTANK

OFFENSE TYPE:         E FELONY
CONVICTED:            NO
CASE NUMBER:
FILE DATE:            12/15/2002
DISPOSITION DATE:     4/16/2007
FILE AGENCY:          LOCATION: PASQUOTANK
ARREST CHARGE:        FINAL STATUTE: 14-54(A); FINAL CHARGE: BREAKING

REDACTED

STC256175.D0050

 AGE OR RACE:
AT DISPOSITION:          VOLUNTARY DISMISSAL

OFFENSE TYPE:            F FELONY
COURT TYPE:              ST
CASE NUMBER:
FILE DATE:               12/15/2002
DISPOSITION DATE:        4/16/2007
FILE AGENCY:             LOCATION: PASQUOTANK
ARREST CHARGE:           FINAL STATUTE: 14-72(A); FINAL CHARGE: LARCENY
ARREST DISPOSITION:      VOLUNTARY DISMISSAL

ORDER #: 66434288        REQUEST #: 115773889        DATA FILE DATE: 1/3/2008 12:47:29 AM

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:          MALINDZO H
DOB:                     SSN:
TYPE OF SEARCH:          CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:             NATIONWIDE

REQUEST DATE:            8/25/2008

20/20 INSIGHT BUNDLED FILE INFORMATION

NOTE = FULL NAME MATCH: LASTNAME (FIRSTNAME INI)  HIRECARD
NAME:                    MALINDZO CHARLEY
DOB:
RACE: M     SEX: M        RACE: B

CRIMINAL SEARCH INFORMATION

SEARCH TYPE:             C-NM
SEARCH DATE:             01/07/2008
STATE/COUNTY:            NC HALIFAX

DRIVERS LICENSE STATE:   NC
LICENSE NUMBER:

OFFENSE TYPE:            M MISDEMEANOR
CONVICTED:               NO
CASE NUMBER:
FILE DATE:               2/25/2005
DISPOSITION DATE:        2/9/2005
FILE AGENCY:             LOCATION: HALIFAX
ARREST CHARGE:           FINAL STATUTE: 20-28(A); FINAL CHARGE: DRIVING
                         WHILE LICENSE REVOKED
FINAL DISPOSITION:       VOLUNTARY DISMISSAL

ORDER #: 66434288        REQUEST #: 115773889        DATA FILE DATE: 1/3/2008 1:04:22 AM

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:          M. HINTO C
DOB:                     SSN:
REQUEST DATE:            8/25/2007
TYPE OF SEARCH:          CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:             NATIONWIDE

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: LASTNAME  FIRSTNAME(MAL)  BIRTHDATE
NAME:          MALINOSO CHAUNCEY-RU
DOB:
GENDER:  MALE    RACE:  BLACK

CRIMINAL RECORD INFORMATION

OFFENSE AGENCY:          NORTH CAROLINA ADMINISTRATOR OF COURTS

DRIVER LICENSE NUMBER:
DRIVER LICENSE STATE:    NC

OFFENSE CODE:            20-29
OFFENSE:                 FICTITIOUS INFO TO OFFICER
OFFENSE DATE:            12/31/2001
OFFENSE TYPE:            TRAFFIC MISDEMEANOR
OFFENSE CLASS:           2
SUB OFFENSE CODE:        5468
CITATION NUMBER:
COURT CASE NUMBER:
CASE CATEGORY:           CHARGED/ARRAIGNED/CONVICTED
CASE YEAR:               2002
CASE TYPE:               CR
DISPOSITION DATE:        03/13/2002
DISPOSITION:             JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE
                         AT DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR
                         COURT LEVEL)
OFFENSE COUNTY:          PERQUIMANS
ORIGINAL PLEA:           GUILTY
VERDICT FINDING:         GUILTY

       CASE TYPE:               CR

OFFENSE CODE:            20-141(J)1
OFFENSE:                 SPEEDING 084-55
OFFENSE DATE:            12/31/2001
OFFENSE TYPE:            TRAFFIC MISDEMEANOR
OFFENSE CLASS:           2
SUB OFFENSE CODE:        5450
CITATION NUMBER:
COURT CASE NUMBER:
CASE CATEGORY:           CHARGED/ARRAIGNED/CONVICTED
CASE YEAR:               2002
CASE TYPE:               CR
DISPOSITION DATE:        03/13/2002
DISPOSITION:             JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE
                         AT DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR
                         COURT LEVEL)
OFFENSE COUNTY:          PERQUIMANS
ORIGINAL PLEA:           GUILTY
VERDICT FINDING:         GUILTY

       CASE TYPE:               CR

OFFENSE CODE:            20-7(A)
OFFENSE:                 NO OPERATORS LICENSE
OFFENSE DATE:            12/31/2001
OFFENSE TYPE:            TRAFFIC MISDEMEANOR
OFFENSE CLASS:           2
SUB OFFENSE CODE:        5461
CITATION NUMBER:
COURT CASE NUMBER:
CASE CATEGORY:           CHARGED/ARRAIGNED/CONVICTED
CASE YEAR:               2002
CASE TYPE:               CR
DISPOSITION DATE:        03/13/2002
DISPOSITION:             JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE
                         AT DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR
                         COURT LEVEL)
OFFENSE COUNTY:          PERQUIMANS

REDACTED

ORIGINAL PLEA:                 GUILTY
VERDICT FINDING:               GUILTY

CASE TYPE:                     CR

OFFENSE CODE:                  20-7(A)
OFFENSE:                       NO OPERATORS LICENSE
OFFENSE DATE:                  12/08/2001
OFFENSE TYPE:                  TRAFFIC MISDEMEANOR
OFFENSE CLASS:                 2
SUB OFFENSE CODE:              5541
CITATION NUMBER:               █████████
COURT CASE NUMBER:
CASE CATEGORY:                 CHARGED/ARRAIGNED/CONVICTED
JAIL YEAR:                     2002
CASE TYPE:                     CR
DISPOSITION DATE:              04/24/2002
DISPOSITION:                   JUDGE (TRIAL BY JUDGE OR GUILTY PLEA BEFORE JUDGE
                               A) DISTRICT COURT LEVEL, GUILTY PLEA AT SUPERIOR
                               COURT LEVEL)

OFFENSE COUNTY:                PERQUIMANS
ORIGINAL PLEA:                 GUILTY
VERDICT FINDING:               GUILTY

CASE TYPE:                     CR


REQUEST #: █████████      REQUEST #: ████████      DATA FILE DATE: 08/17/2009

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED HISTORY RECORD

20/20 INSIGHT BUNDLED REQUEST INFORMATION

NAME:     █████████ MALINUYO E
DOB:      █████████    SSN: █████████
REQUEST DATE:   8/25/2009
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

20/20 INSIGHT BUNDLED FILE INFORMATION

MATCH WAS MADE USING: LASTNAME FIRSTNAME(NA1) BIRTHDATE
NAME:     █████████ MALINUYO
DOB:
GENDER:   MALE   RACE:  BLACK

CRIMINAL RECORD INFORMATION

SOURCE:
SOURCE UPDATE:                 NORTH CAROLINA DEPARTMENT OF CORRECTIONS
STATE STATUS:                  04/2009
RELATED COUNTIES:              NC
CITIZENSHIP:                   IN THE STATES
ETHNICITY:                     BORN IN U.S.
EYE COLOR:                     AFRICAN
HAIR COLOR:                    BROWN
PHYSICAL BUILD:                BLACK
WEIGHT:                        MEDIUM
                               136

OFFENSE:                       REGISTING OFFICER
OFFENSE DATE:                  02/21/2004
OFFENSE PREFIX:                PRINCIPAL
OFFENSE TYPE:                  MISD.
COURT CASE NUMBER:             █████████
COURT NAME:                    DISTRICT
DISPOSITION DATE:              03/19/2004
VERDICT FINDING:               GUILTY

**REDACTED**                                    **STC256175.D0053**

CONVICTION COUNTY:          BERLIORE

    SENTENCE BEGIN DATE:     03/19/2004
    PROBATION START DATE:    03/19/2004
    SENTENCE COMMENTS:       SENT.TYPE: PROBATION


ORDER #: 66434288          REQUEST #: 118771889          DATA FILE DATE: 03/07/2039

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

This report is obtained from a commercial database that contains public record
information from various sources across the United States.  These records are
included in this report because the search criteria for matching personal iden-
tifiers such as name, date of birth, social security number, etc., as available,
suggested that these record(s) matched the information you provided for the
subject of the report. Because these records may not necessarily relate to the
subject you inquired about, you should use this report to broaden the scope
of the background search of the subject to include the jurisdictions and/or
databases contained in this report.

Copyright 2009. HireRight & Light Road of Me

HireRight.

STC256175.D0054

# EXHIBIT 7

Cynthia M ███████

| SSN | Name | General Summary | Notes |
|---|---|---|---|
| ███ | Cynthia M ███ | DON'T BELIEVE STORY.FLORAN<br><br>No | denisse<br><br><br>1994- burlgary- I was working for fuloton co sheriffs reserve- doing undercover work- I was charge with this for kicking a door-<br><br>and for coming inside a house- I was doing my job<br><br>svd 4 months prob 4 yrs no viol<br><br><br>cofild- brayshaw- other names used<br><br><br>employed- nfw post 6330- private club |

16062261

REDACTED

STC256175.D0055