

| Conviction Form |
| --- |

**Please Print Information**

Applicant's Name: **Cynthia D M**███        Social Security Number: █████

Daytime Phone #: _____        After Hours Phone #: ████

Date of Birth: ████

| | | | |
|---|---|---|---|
| Date of Arrest: | 10/01/1994 | Date of Arrest: | |
| Charge 1: | BURGLARY | Charge 2: | |
| Location: | NEWNAN GA | Location: | |
| | County        State | | County        State |
| Date of Conviction: | 01/01/1995 | Date of Conviction: | |
| Charge: | BURGLARY - FIRST OFFENDER | Charge: | |
| Sentence: | 60 DAYS - FIRST OFFENDER | Sentence: | |
| Time Served: | 4 MNTHS- 11 DAYS | Time Served: | |
| Dates on Probation or Parole: | 05-25-1999 | Dates on Probation or Parole: | |

' Any other arrests or convictions'?:     Yes  ● No

Any charges pending now?       Yes  ● No

Any other names used maiden, married, etc.

Please describe what happened:

Comments on Charge 1: CHARGED WITH BURGLARY , THEFT, SO LONG AGO, I DONT REMEBER HOW IT WAS WORDED- TIME SERVED IN WORMENS PROBATION DETENTION CENTER- CLAXTON GA. SERVED 4 MONTHS 1 1DAYS ON 60 DAY SENTENCE. WAS ON PROBATION  UNTIL MAY 25, 1999. FIRST AND LAST TIME I HAVE EVER BEEN ARRESTED . I WORKED WITH FULOTON CO SHERIFFS RESERVE- THEN WORKED WITH UNDERCOVER NARCOTICS AND THIS HAPPENED TO ME- I HAVE SPENT TEN YEARS TRYING TO BETTER MY LIFE SINCE THEN.

Comments on Charge 2:

Signature of Applicant: _____        Date: ____ / ____ / ____

Recruiter Name: _____        Terminal: _____

REDACTED



YOU ARE HEREBY NOTIFIED THAT THE INFORMATION YOU PROVIDE IN THIS APPLICATION MAY BE USED, AND YOUR PREVIOUS EMPLOYERS WILL BE CONTACTED, FOR THE PURPOSE OF INVESTIGATING YOUR SAFETY PERFORMANCE HISTORY INFORMATION AS REQUIRED BY PARAGRAPHS (d) AND (e) of § 391.23.'

### YOUR RIGHTS REGARDING CERTAIN INVESTIGATIVE INFORMATION

Pursuant to 49 C.F.R. § 391.23(i)(1), all drivers with DOT regulated employment during the preceding three years from the date of this application have the following rights regarding the investigative information that is provided to Swift as required by 49 C.F.R. § 391.23 (d) and (e).

1. The right to review information provided by previous employers;

2. The right to have errors in the information corrected by the previous employer and for the previous employer to re-send the corrected information to the prospective employer; and

3. The right to have a rebuttal statement attached tot he alleged erroneous information, if the previous employer and the driver cannot agree on the accuracy of the information.

• The Federal Motor Carrier Safety Regulations ("FMCSR's") require Swift to obtain the following information on your application for employment:
1. The name(s) and address(es) of your employer(s) during the 10 years preceding the date of the application;
2. The dates you were employed by that employer(s);
3. The reason for leaving the employ of your previous employer(s);
4. Whether you were subject to the FMCSR's while employed by your previous employer(s); and
5. Whether your job was designated as a safety sensitive function in any DOT regulated mode subject to alcohol and controlled  substances testing requirements as set forth by 49 C.F.R. part 40.

Swift is also required by 49 C.F.R. § 391.23 (d) to investigate the following information from your previous employer(s) if you were employed to operate a commercial motor vehicle:
1. General driver identification and employment verification information;
2. The data elements as specified in 49 C.F.R. § 390.15 (b)(1) for accidents involving you that occurred in a three year period preceding the date of your employment application;
3. Any accidents defined by 49 C.F.R. § 390.15; and
4. Any accidents the previous employer may wish to provide that are retained pursuant to  40 C.F.R. § 390.15(b)(2) or pursuant to the employer's internal policy for retaining more detailed minor accident information.

Additionally, 49 C.F.R. § 391.23(e) provides that Swift must investigate the following information from all previous DOT regulated employers that employed you in a safety sensitive function that required alcohol and control substance testing specified in 49 C.F.R. part 40:
1. Whether within the previous 10 years you have violated the alcohol and control substances prohibitions under 49 C.F.R. § 382
2. Whether you failed to undertake or complete a rehabilitation program prescribed by a substance abuse professional; and
3. If you successfully completed a substance abuse professional's rehabilitation referral and remained in the employ of the referring employer, information on whether you had the following tested violations subsequent to the completion of the referral:
    i.   Alcohol tests with a result of 0.04 or higher alcohol concentration;
    ii.  Verified positive drug tests; and
    iii. Refusals to be tested (including verified adulterated or substituted drug test results).

Swift must provide your previous employer with your written consent to release the information on paragraph (e). If you refuse to provide this written consent, Swift cannot permit you to operate a commercial motor vehicle.

STC256175.D0057

## SWIFT TRANPORTATION CO., INC.
2200 S. 75th AVE., PHOENIX, AZ, 85043

# EMPLOYMENT APPLICATION

QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application   08/21/2008

Name  M____ Cynthia   D____                        Social Security No. ████████

Present Address____                               Phone ████████

Previous Address(es) during last 3 years (FMCSR 391.21 (b))

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle record)  ████████

In case of emergency notify   PATSY C____                    ████████

Alternate Emergency Phone #____                   Name____

Have you applied for work and/or worked for this company before?   Yes  ✗ No   When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   Yes   No

Position which applying for____

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?   Yes   ✗ No

How did you find out about Swift?   Newspapers   Brochures & Postcards   Publications   Internet   Swift Transportation Employee

✗ Other  Outside Driving School

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?   Yes  ✗ No

B. Has any license, permit or privilege been suspended or revoked?   Yes  ✗ No

C. Have you ever been stopped while intoxicated?   Yes  ✗ No

D. Have you ever used any illegal drugs (including marijuana)?   Yes  ✗ No   If yes, when was the last time?

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?   Yes  ✗ No

F. Have you ever been convicted of a criminal offense? In California, 'criminal offense' excludes any conviction more than 2 years old for a marijuana related offense. (A conviction will necessarily disqualify you from employment.)  ✗ Yes   No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)   Yes  ✗ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)   Yes  ✗ No

I. At any time have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer by to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?
   Yes   No

If yes to any of the above questions, state circumstances and dates

### EDUCATION

Highest grade completed____  11    High School Graduate   Yes   No   College Graduate   Yes   No   Graduate School Graduate   Yes   No

List other specialty training or schools

### MILITARY STATUS

Have you served in the U.S. Armed Forces?   Yes  ✗ No   Branch____        Dates: From____        To____

Form 1                                          Revised 8/01/01

Duties _____

STC256175.D0059

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self-employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent. Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 09-04 | To PRESENT |
| Phone # | 770-471-3285 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**CURRENT OR MOST RECENT EMPLOYER**     May We Call? Yes___ No___

Name: VFW POST 6330

Address: 732 VETERANS PKWY     JONESBORO, GA 30236

Position Held: CASHIER- BARTENDER

Reason For Leaving: TO BETTER MY CAREER

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**SECOND PRIOR EMPLOYER**     May We Call? Yes___ No___

Name:

Address:     street     city     state     zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**THIRD PRIOR EMPLOYER**     May We Call? Yes___ No___

Name:

Address:     street     city     state     zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FOURTH PRIOR EMPLOYER**     May We Call? Yes___ No___

Name:

Address:     street     city     state     zip code

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | | To |
| Phone # | | |

**FIFTH PRIOR EMPLOYER**     May We Call? Yes___ No___

Name:

Address:

Page 1     Revised 8/01/03

STC256175.D0060

Supervisor

Type of Equip. Driven

| | Street | City | State | Zip Code |

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

| | Mo Day Yr | | Mo Day Yr |
From                 To

Phone #

Supervisor

Type of Equip. Driven

**SIXTH PRIOR EMPLOYER**                    May We Call? Yes____ No____

Name

Address

| | Street | City | State | Zip Code |

Position Held

Reason For Leaving

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer?     Yes     No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)?     Yes     No

## USE SEPARATE SHEET FOR ADDITIONAL EMPLOYMENT HISTORY

Form 1                                   (revised 8-01-51)

STC256175.D0061

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI-TRAILER | VAN | 03/01/1988 | 10/01/2004 | 0 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

### LICENSE  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| GA | ███████ | | | 05/21/2014 |
| | | | | |
| | | | | |

### MOVING TRAFFIC CONVICTIONS  LIST FOR PAST FIVE (5) YEARS.  IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| NONE | | | |
| | | | |
| | | | |

### ACCIDENT RECORD  IF NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES

### REFERENCES  (Please list 2 people able to verify your employment and personal history.  Such as co-worker, neighbor, customer or an upstanding citizen of your community.  Do not list relatives.)

1. Name  RICHARD C████  DRIVER- AIR PRODUCTS      Relationship  STEP-FATHER
   Address  ████████████████████████      Phone #  ████████

2. Name  LYNN W████████      Relationship  FRIEND
   Address  ████████████████████████      Phone #  ████████

## ACKNOWLEDGEMENT

I give Swift Transportation, Inc. (the Company) the right to investigate all references and to secure additional information about me, if job related. I release from liability the Company and its representatives for securing such information and all other persons, corporations or organizations for furnishing such information. A copy of this page serves as my authorization to seek/provide this information. I agree to sign all documents and consent forms which the Company deems necessary to verify the facts provided in this application. I give my consent and release from liability the Company and its representatives, to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

I can agree to allow the Company may find it necessary to conduct investigations. If it does, employees are expected to lawfully participate and cooperate in such investigations, including submission to search and property. I also agree to this so may subject employees to disciplinary action, which may end up termination of employment.

I agree as a condition of employment I can be required to undergo a post offer/pre-employment medical examination and substance abuse screening test at the expense of and as described by the Company and that any offer of employment is conditional will serve the successful completion of these tests. I agree to furnish such additional information and undergo any tests/examinations or tests to compare the program to my job to continue my employment with the Company, if employed. These tests may include, but are not necessarily limited to random, for cause, reasonable suspicion, or post accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such alcohol and substance abuse tests including such test results, the testing procedures, the analysis or the disclosure of test results.

I understand that any offer of employment is contingent upon my ability to produce document(s) verifying my identity and legal authorization to be employed as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed, at such time the specific position opening for which it was submitted is closed, whichever is sooner. Subsequent to the preceding, to continue in period I must submit a new application to be considered for this, or by other position.

I understand and agree that any misrepresentation, inaccurate, misleading, incomplete or limited information provided by me in this application will be sufficient cause for cancellation of this application and/or separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate

my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal or written assurances to the contrary. I recognize the employment relationship to be an at will relationship and not for a specific period of time. This application represents the complete and final expression of the intent of the parties and may not be modified except by a writing duly executed by the undersigned and the President of the Company.

I hereby agree to submit to binding arbitration all disputes and claims arising out of the submission of this or formal application. I further agree, in the event that I am offered employment by the company, as a condition to that employment, all disputes that cannot be resolved by informal internal resolution which might arise out of my employment with the company, whether during or after that employment, will be submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information on it are true and complete to the best of my knowledge.

Signature _____   Date _____

h-101                                Form 1                                Revised 8/01/01

STC256175.D0063

Customer:   Swift Transportation Web
User:       Patricia Ramos

VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight
Solutions, Inc. While for a period of time you may find reference made in our materials to USIS
Commercial Services, we are in the process of updating our web sites, software applications and
documents to reflect this name change and expect to complete all updates in the near future. In the
meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for
Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain
personal identifiers that indicate that this information matched the consumer who is the subject of the
report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the
subject of this report. The information contained in this report was accurately copied from HireRight's
supplier(s) of such information, including the public records of various courts and law enforcement
agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of
identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer
who is the subject of this report. Employment decisions should not be based solely upon information
contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible
for following applicable local, state and federal laws with respect to the procurement and use of this
information.

STC256175.D0064

## 20/20 Insight Bundled

Customer: Swift Transportation Wsh (163508)
Actor: Mary Johnson (536*Mary)
Customer Reference: LISA WEAVER
Customer Code: 340

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

HIRERIGHT SOLUTIONS, INC.
20/20 INSIGHT BUNDLED-HISTORY RECORD

20/20 INSIGHT FORM OF INQUIRY INFORMATION

NAME: [redacted]
DOB: [redacted] SSN: [redacted]
TYPE OF SEARCH: CRIMINAL SEARCH + SEX OFFENDER SEARCH
SEARCH AREA: NATIONWIDE
REQUEST DATE: 8/25/2009

YOUR INQUIRY WAS CROSS-CHECKED AGAINST USIS 20/20, WHICH IS A DATABASE OF OVER 226 MILLION CRIMINAL RECORDS. THERE WAS NO MATCH FOUND IN THIS DATABASE.

ORDER #: 6x1008 REQUEST #: 115412677

This inquiry will also be searched against the Dept of the Treasury, Office of Foreign Assets Control SDN and blocked persons list. You will be notified in the event of a possible match.

This report is obtained from a commercial database that contains public record information from various sources across the United States. These records are provided in this report because the search criteria for matching personal identifiers such as name, date of birth, social security number, etc., as available, suggest that these records matches the information you provided for the subject of the report. Because these records may not necessarily relate to the subject you inquired about, you should use this report to broaden the scope of the background search of the subject to include the jurisdiction and/or [illegible] contained in this report.

REDACTED STC256175.D0065

Copyright 2006 HireRight. All rights reserved.

HireRight.

STC256175.D0066

# EXHIBIT 8



| Conviction Form |
|---|

**Please Print Information**

Applicant's Name: Victor W P████        Social Security Number: ████████

Daytime Phone #: _____        After Hours Phone #: ████████

Date of Birth: ████████

| Date of Arrest: | | | Date of Arrest: | | |
|---|---|---|---|---|---|
| Charge 1: | | | Charge 2: | | |
| Location: | | | Location: | | |
| | County | State | | County | State |
| Date of Conviction: | | | Date of Conviction: | | |
| Charge: | | | Charge: | | |
| Sentence: | | | Sentence: | | |
| Time Served: | | | Time Served: | | |
| Dates on Probation or Parole: | | | Dates on Probation or Parole: | | |

' Any other arrests or convictions?:  ○ Yes  ○ No

Any charges pending now?  ○ Yes  ○ No

Any other names used maiden, married, etc. _____

Please describe what happened:
Comments on Charge 1: _____

Comments on Charge 2: _____

_____

_____

_____

_____

Signature of Applicant: _____   Date: ___/___/___

Recruiter Name: _____ Terminal: _____

STCB44074

REDACTED

Customer:      Swift Transportation Web
User:          Boronica Ruiz

# VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for **Customer Service.**

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC644075

REDACTED

## Criminal Records, County

Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (S363Mary)
Customer Reference:    VERONICA BELL
Customer Sub:          337

Reference: VERONICA BELL

Request Data:
Name:          P███ VICTOR W
Jurisdiction:  GREENE, OH
Search Type:   Misdemeanor
DOB:
SSN:
Race/Gender:   /
Result Comments:

Report ID:       1493307
Request ID:      45717786
Request Date:    08/30/2010
Completed Date:  08/31/2010

## No Record Found

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

REDACTED

## Criminal Records, County

Customer:            Swift Transportation Web (104508)
Actor                Mary Johnson (S365Mary)
Customer Reference:  VERONICA BELL
Customer Sub:        337

Subject Name: Victor W █
Subject DOB:
Subject SSN:
Subject Race:                         ReportNumber: 1498306
Subject Gender:                        Request ID 45717763
Search Type: F                      Request Date: 8/30/2010 8:13:50 AM
Search State: OH                     Report Date: 8/31/2010 9:24:01 AM
Search County: GREENE                  Reference: VERONICA BELL
Result Comments:

### CRIMINAL SEARCH RESULTS

Case Number:
File Date: 7/11/2008
Arrest Date:
Offense Date:
Agency Loc: GREENE COUNTY
Agency Type: COMMON PLEAS COURT
Case Comments:

Identifying Info
Name: VICTOR W P █          DOB: █              Matching Criteria
BirthPlace:                    SID:                [X] Last Name
SSN on Record:                 FID:                [X] First Name
Height:                        DL#:                [X] Middle Name
Weight:                        DL State:           [X] DOB
Eye Color:                     Gender:             [ ] SSN
Hair Color:                    Race:               [ ] Address
Markings:                      Address: █

Other:
Matched on: First Name, Middle Name, Last Name, and DOB
Data inconsistent with the requested criteria.

Count: 1
Original Statute:                      Final Statute: 2913.02A1
Original Charge:                       Final Charge: THEFT
Original Type:                         Final Type: Felony
Original Class:                        Final Class: 4TH DEGREE
Plea: Guilty                           Plea Date:
Degree:                                Final Degree:
OrigDisposition:                       Disposition: GUILTY
OrigDispDate:                          DispDate: 10/16/2008

STC644077

REDACTED

Comments:
Appeal Comments:

| Type | Amount | Paid | Suspended |
|---|---|---|---|
| TOTAL AMOUNT IMPOSED | $3934.83 | $770 | |

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | PROBATION | 9 Years; | | |

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

STC644078

REDACTED

## Widescreen National Criminal Search

Customer:                    Swift Transportation Web (104508)
Actor:                       Mary Johnson (5363Mary)
Customer Reference:          VERONICA BELL
Customer Subj:               337

USIS COMMERCIAL SERVICES, INC
             WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

          WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME:    █   VICTOR W
DOB:                SSN:
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE
REQUEST DATE:     8/30/2010

          WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: LASTNAME FIRSTNAME(VIC)  BIRTHDATE
NAME:    █   VICTOR W

                  CRIMINAL RECORD INFORMATION


             IN THE CASE OF POTENTIAL MATCHES
             IN THE WIDESCREEN DATABASE, RECORDS
             WILL BE ORDERED FROM THE ORIGINAL
             SOURCE TO VERIFY ACCURACY AND CURRENCY.
             FINAL RESULTS MAY OR MAY NOT RESULT IN
             A TRUE MATCH.


ORDER #: 76026279   REQUEST #: 133955080
             USIS COMMERCIAL SERVICES, INC.
          WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

          WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME:    █   VICTOR W
DOB:                SSN:    █
TYPE OF SEARCH:   CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:      NATIONWIDE

REQUEST DATE:     8/30/2010

          WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(VIC)  BIRTHDATE
NAME:    █   VICTOR WILD
DOB:                SSN:    █

                  CRIMINAL RECORD INFORMATION


REPORT TYPE:   M MISDEMEANOR

STC644079

**REDACTED**

SEARCH DATE:      06/30/2008
STATE/COUNTY:     WV OHIO

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 76026279   REQUEST #: 131955080   DATA FILE DATE: 7/1/2008 1:26:05 AM

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report. Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

Copyright 2008 HireRight All rights reserved (?)

⊴] HireRight.

STC844080

REDACTED

# SWIFT TRANPORTATION CO., INC.
2200 s. 75th AVE, PHOENIX, AZ, 85043

## EMPLOYMENT APPLICATION

QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY.
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application: 08/31/2010

Name: Victor W.                                    Social Security No.

Present Address:                                   Phone

Previous Addresses during last 3 years (FMCSR 391.21 (3))

Date of Birth (required by FMCSR 391.21 (2)) to verify motor vehicle report)

In case of emergency notify: TONI M

Alternate Emergency Phone #                        Name

Have you applied for work and/or worked for this company before?  ☐ Yes ☒ No   When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?  ☐ Yes ☐ No

Position which applying for:

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?  ☐ Yes ☐ No

How did you find out about Swift? ☐ Newspapers ☐ Brochures & Postcards ☐ Publications ☒ Internet ☐ Swift Transportation Employee

☐ Other

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?  ☐ Yes ☐ No

B. Has any license, permit or privilege been suspended or revoked?  ☐ Yes ☒ No

C. Have you ever been stopped while intoxicated?  ☐ Yes ☒ No   If yes, when was the last time?

D. Have you ever used any illegal drugs (including marijuana)?  ☐ Yes ☒ No

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?  ☐ Yes ☒ No

F. Have you ever been convicted of a criminal offense? In California, "state" shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (d), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.)  ☐ Yes ☒ No   ☐ Yes ☒ No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment)  ☐ Yes ☒ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)  ☐ Yes ☒ No

I. 40.25(j) have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer by to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?  ☐ Yes ☐ No

If yes to any of the above questions, state circumstances and dates:

### EDUCATION

Highest grade completed: 14   High School Graduate: ☒ Yes ☐ No   College Graduate: ☒ Yes ☐ No   Graduate School Graduate ☐ Yes ☐ No

List other specialty training or schools

### MILITARY STATUS

Have you served in the U.S. Armed Forces?  ☐ Yes ☒ No   Branch                 Dates: From              To

Duties

H-101                              Form 1                              Revised 8/01/01

REDACTED

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years. NOTE: List employers in reverse order starting with the most recent record.   Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr | | | |
|---|---|---|---|---|---|
| From | 06/04/2010 | To present | **CURRENT OR MOST RECENT EMPLOYER** | | May We Call? Yes___ No___ |
| Phone # | | | Name | Sulphers | |
| Supervisor | | | Address | 1701 county line rd | Spingfeld, OH 45305 |
| Type of Equip. Driven | | | | | |

Position Held   fleet mechanic/fabrication

Reason For Leaving  Still working, Need a better job

A. 391.21 (10) (vi) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | Mo Day Yr | | | |
|---|---|---|---|---|---|
| From | 04/01/2007 | To 06/04/2010 | **SECOND PRIOR EMPLOYER** | | May We Call? Yes___ No___ |
| Phone # | 937-399-5323 | | Name | Express Personel | |
| Supervisor | | | Address | v | Spingfeld, OH 45305 |
| Type of Equip. Driven | | | | | |

Position Held

Reason For Leaving  hired onto sulphen

A. 391.21 (10) (vi) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | Mo Day Yr | | | |
|---|---|---|---|---|---|
| From | | To | **THIRD PRIOR EMPLOYER** | | May We Call? Yes___ No___ |
| Phone # | | | Name | | |
| Supervisor | | | Address | | |
| Type of Equip. Driven | | | | | |

Position Held

Reason For Leaving

A. 391.21 (10) (vi) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR) while employed by the previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | Mo Day Yr | | | |
|---|---|---|---|---|---|
| From | | To | **FOURTH PRIOR EMPLOYER** | | May We Call? Yes___ No___ |
| Phone # | | | Name | | |
| Supervisor | | | Address | | |
| Type of Equip. Driven | | | | | |

Position Held

Reason For Leaving

A. 391.21 (10) (vi) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR) while employed by this previous employer? ☐ Yes ☐ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ☐ Yes ☐ No

| | Mo Day Yr | Mo Day Yr | | | |
|---|---|---|---|---|---|
| From | | To | **FIFTH PRIOR EMPLOYER** | | May We Call? Yes___ No___ |
| Phone # | | | Name | | |
| Supervisor | | | Address | | |
| Type of Equip. Driven | | | | | |

R-101                                    Form 1                                    Revised 8/01/01

STC644082

**REDACTED**

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI-TRAILER | | | | 0 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

LICENSE  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE A COPY of your valid drivers license or CDL must be attached for your application to be completed.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| OH | | | | 06/11/2015 |
| | | | | |

MOVING TRAFFIC CONVICTIONS  LIST FOR PAST FIVE (5) YEARS. IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| NONE | | | |

ACCIDENT RECORD  IF NONE WRITE NONE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES.

REFERENCES (Please list 3 people able to verify your employment and personal history. Such as co-worker, neighbor, customer or an upstanding citizen of your community. Do not list relatives.)

1. Name  JOHN D — Relationship FRIEND  Phone #
Address

2. Name ADAM O — Relationship FRIEND  Phone #
Address

## ACKNOWLEDGEMENT

a consumer to that employment. All disputes that cannot be resolved by informal/formal resolution which might arise out of my employment with the company, whether during or after that employment, will be subjected to binding arbitration in lieu of any Federal or State investigatory, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application constitutes the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____   Date _____

STC644084

REDACTED



# STATE OF OHIO VS. P███████VICTOR W (FPD SAW)

**Prelim Case Nbr**
POLICE DEPA

**Jurisdiction**   FAIRBORN

**Defendant**

**Full Name**   P███ VICTOR W

**D.O.B**   ██████

**Address**

**City/State/Zip**

**Attorney(s)**
PATRY, SIMON

**Case Information**

| Action Code | 2913.02A1 |
| Description | THEFT |
| Degree of Off. | Felony 4th Degree |
| Charge Dscr | |
| Offense Date | 03/01/2006 |
| Arrest Date | 07/05/2006 |
| Officer | |
| Complainant | |
| Prosecutor | |
| Judge | WOLAVER, STEPHEN A |

**Additional Fields**

BOND AMOUNT
BOND REFUNDED TO
REFUND ADDRESS

**Case Comments**

ARRAIGNMENT SET:
AUGUST 1, 2006 AT 1:00 PM
PUBLIC DEFENDER

**Case Attributes**

Number ██████

Filed    07/11/2006

Status    Closed/Dismissed

STC044085

REDACTED

SSN [REDACTED] ChangeSS

Name VICTOR W P [REDACTED]

Birthday

**Status**
- ○ Open
- ○ Pending
- ◉ Approved
- ○ Declined
- ○ Closed

Interview ID Stamp

Close and Reopen

**General Questions**

Yes No N/A

| | | | |
|---|---|---|---|
| ◉ | ○ | ○ | 1. All identifiers verified? |
| ○ | ◉ | ○ | 2. Any other arrest or convictions? |
| ○ | ◉ | ○ | 3. Any charges pending now? |
| ○ | ◉ | ○ | 4. Any other names used? |
| ○ | ◉ | ○ | 5. Any weapons involved? |
| ○ | ◉ | ○ | 6. Domestic issue? |
| ○ | ◉ | ○ | 7. Misdemeanor? |
| ○ | ◉ | ○ | 8. Felony? |
| ○ | ◉ | ○ | 9. Ever been terminated? |
| ○ | ◉ | ○ | 10. Ever used drugs? |

What: [_____]

When: [_____]

| ○ | ◉ | ○ | 11. Ever tested positive or refused a drug or alcohol test? |

What: [_____]

When: [_____]

**Level 1 Review**
- ☑ Requested
- ☑ Completed

Offenses:  | |Theft | |Drug  | |Sex

**Level 2 Review**
- | | Requested
- | | Completed

**Dispute Review**
- | | Requested
- | | Completed

General Summary

Notes   wild

2008- THEFT- FELONY- DROPPED

EMPLOYED

9/8/10 ADDITIONAL CHECKS ORDERED, FILE PENDING.FLORAN

9/14/10 WIDESCREEN HAS HIT,  COURT DOCS SHOW DISMISSED W/SAME CASE NUMBER ON WIDESCREEN ON APPLICATIONS RECORD, WILL APPROVE.FLORAN

STC644086

REDACTED

┌─Documents ──────────────
│  1 │ WIDESCREEN
│  2 │ FILE
│  3 │ Attachment
│  4 │ Additional checks
│  5 │
│  6 │

N, NO CRIMINAL CONVICTIONS

STC644087

**REDACTED**

# EXHIBIT 9



## Conviction Form

Please Print Information

Applicant's Name: Jamario A B █████     Social Security Number: ████████

Daytime Phone #: _____     After Hours Phone #: _____

Date of Birth: ████████

| | |
|---|---|
| Date of Arrest: | Date of Arrest: |
| Charge 1: | Charge 2: |
| Location: | Location: |
| County      State | County      State |
| Date of Conviction: | Date of Conviction: |
| Charge: | Charge: |
| Sentence: | Sentence: |
| Time Served: | Time Served: |
| Dates on Probation or Parole: | Dates on Probation or Parole: |

\* Any other arrests or convictions?: ○ Yes ○ No

Any charges pending now? ○ Yes ○ No

Any other names used maiden, married, etc.
_____

Please describe what happened:
Comments on Charge 1:

Comments on Charge 2:
_____
_____
_____
_____
_____
_____

Signature of Applicant: _____     Date: ___/___/___

Recruiter Name: _____     Terminal: _____

STC844086

REDACTED

Customer:     Swift Transportation Web
User:         Berenice Ruiz

## VIEW REPORTS - SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight Solutions, Inc. While for a period of time you may find reference made in our materials to USIS Commercial Services, we are in the process of updating our web sites, software applications and documents to reflect this name change and expect to complete all updates in the near future. In the meantime, should you have any questions please contact us at: 800-322-9051 and select Option 3 for Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain personal identifiers that indicate that this information matched the consumer who is the subject of the report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the subject of this report. The information contained in this report was accurately copied from HireRight's supplier(s) of such information, including the public records of various courts and law enforcement agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer who is the subject of this report. Employment decisions should not be based solely upon information contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible for following applicable local, state and federal laws with respect to the procurement and use of this information.

STC644089

**REDACTED**

## Criminal Records, County

Customer:        Swift Transportation Web (:04508)
Actor:           Mary Johnson (5365Mary)
Customer Reference:  SHERONDIA MCNEAL
Customer Sub:    341

Subject Name: Jamario A B
Subject DOB:
Subject SSN:
Subject Race:
Subject Gender:
Search Type: F
Search State: MS
Search County: COPIAH
Result Comments:

ReportNumber: 1480744
Request ID 43713188
Request Date: 4/23/2010 9:08:27 AM
Report Date: 5/3/2010 9:00:41 AM
Reference: SHERONDIA MCNEAL

## CRIMINAL SEARCH RESULTS

Case Number:
File Date: 10/2/2004
Arrest Date:
Offense Date:
Agency Loc:
Agency Type: CIRCUIT COURT
Case Comments:

Identifying Info
Name: JAMARIO A B                    DOB:                Matching Criteria
BirthPlace:                          SID:                [X] Last Name
SSN on Record:                       FID:                [X] First Name
Height:                              DL#:                [X] Middle Name
Weight:                              DL State:           [X] DOB
Eye Color:                           Gender:             [ ] SSN
Hair Color:                          Race:               [ ] Address
Markings:                            Address:

Other:       Matched on: First Name, Middle Name, Last Name, and DOB
             Data inconsistent with the requested criteria

Count: 1                             Final Statute:
Original Statute:                    Final Charge: Burglary of a Vehicle
Original Charge:                     Final Type: Felony
Original Type:                       Final Class:
Original Class:                      Plea Date:
Plea:                                Final Degree:
Degree:                              Disposition: Guilty
OrigDisposition:                     DispDate: 1/12/2005
OrigDispDate:

STC644090

**REDACTED**

View Reports - Subject List

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments: 2 years probation.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

STC844001

**REDACTED**

## Criminal Records, County

Customer:                          Swift Transportation Web (1045001)
Autor:                             Mary Johnson (5365Mary)
Customer Reference:                SHERONDIA MCNEAL
Customer Sub:                      341

|  |  |
|---|---|
| **Subject Name:** Jamario A B | |
| **Subject DOB:** | |
| **Subject SSN:** | |
| **Subject Race:** | **ReportNumber:** 1460744 |
| **Subject Gender:** | **Request ID** 43713183 |
| **Search Type:** B | **Request Date:** 4/23/2010 9:06:26 AM |
| **Search State:** MS | **Report Date:** 5/3/2010 9:00:41 AM |
| **Search County:** HINDS | **Reference:** SHERONDIA MCNEAL |
| **Result Comments:** | |

### CRIMINAL SEARCH RESULTS

**Case Number:**
**File Date:** 1/25/2004
**Arrest Date:**
**Offense Date:**
**Agency Loc:**
**Agency Type:**
**Case Comments:**

**Identifying Info**

| | | Matching Criteria |
|---|---|---|
| **Name:** Jamario B | **DOB:** | [X] Last Name |
| **BirthPlace:** | **SID:** | [X] First Name |
| **SSN on Record:** | **FID:** | [ ] Middle Name |
| **Height:** | **DL#:** | [X] DOB |
| **Weight:** | **DL State:** | [X] SSN |
| **Eye Color:** | **Gender:** | [ ] Address |
| **Hair Color:** | **Race:** | |
| **Markings:** | **Address:** | |

**Other:**
*Matched on: First Name, Last Name, DOB, and SSN*
*Data inconsistent with the requested criteria.*

| | | |
|---|---|---|
| **Count:** 1 | | |
| **Original Statute:** | **Final Statute:** | |
| **Original Charge:** | **Final Charge:** Auto Burglary |
| **Original Type:** | **Final Type:** Felony |
| **Original Class:** | **Final Class:** |
| **Plea:** | **Plea Date:** |
| **Degree:** | **Final Degree:** |
| **OrigDisposition:** | **Disposition:** This case is still active |
| **OrigDispDate:** | **DispDate:** |

STC044092

**REDACTED**

View Reports - Subject List                                                Page 5 of 9

Comments:
Appeal Comments:

| SentenceDate | Type | Active | Suspended | Completed |
|---|---|---|---|---|
| | OTHER | | | |

Comments:  no further information available.

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

STC844093

REDACTED

## Widescreen National Criminal Search

Customer:              Swift Transportation Web (104508)
Actor:                 Mary Johnson (5365Mary)
Customer Reference:    SHERONDIA MCNEAL
Customer Sub:          341

USIS COMMERCIAL SERVICES, INC.
                WIDESCREEN PACKAGE PRODUCT HISTORY RECORD

                WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME:  B████ JAMARIO A
DOB:        ████  SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE
REQUEST DATE:   4/22/2010

                WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: LASTNAME FIRSTNAME(JAM)  BIRTHDATE
NAME:   B████ JAMARIO
GENDER:   MALE    RACE:  BLACK

                    CRIMINAL RECORD INFORMATION

                    IN THE CASE OF POTENTIAL MATCHES
                    IN THE WIDESCREEN DATABASE, RECORDS
                    WILL BE ORDERED FROM THE ORIGINAL
                    SOURCE TO VERIFY ACCURACY AND CURRENCY.
                    FINAL RESULTS MAY OR MAY NOT RESULT IN
                    A TRUE MATCH.

ORDER #: 72722625  REQUEST #: 126311807
                USIS COMMERCIAL SERVICES, INC.
                WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

                WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME:  B████ JAMARIO A
DOB:         SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:    NATIONWIDE

REQUEST DATE:   4/22/2010
                WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JAM)  BIRTHDATE
NAME:   A████ JAMARIO
DOB:              SSN:
                    CRIMINAL RECORD INFORMATION

STC844094

REDACTED

REPORT TYPE:     F FELONY
SEARCH DATE:     05/17/2008
STATE/COUNTY:    MS FORREST

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 72722635    REQUEST #: 126311807    DATA FILE DATE: 5/13/2008 1:18:52 AM

USIS COMMERCIAL SERVICES, INC.
WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: B▇▇▇▇ JAMARIO A
DOB: ▇▇▇▇    SSN: ▇▇▇▇
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:    4/22/2010

WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JAM) BIRTHDATE
NAME: B▇▇▇▇ JAMARIO
DOB: ▇▇▇▇    SSN: ▇▇▇▇

CRIMINAL RECORD INFORMATION

REPORT TYPE:     M MISDEMEANOR
SEARCH DATE:     05/12/2008
STATE/COUNTY:    MS FORREST

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 72722635    REQUEST #: 126311807    DATA FILE DATE: 5/13/2008 1:18:52 AM

USIS COMMERCIAL SERVICES, INC.
WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: B▇▇▇▇ JAMARIO A
DOB: ▇▇▇▇    SSN: ▇▇▇▇
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:     NATIONWIDE

REQUEST DATE:    4/22/2010

WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JAM) BIRTHDATE
NAME: B▇▇▇▇ JAMARIO
DOB: ▇▇▇▇    SSN: ▇▇▇▇

CRIMINAL RECORD INFORMATION

REPORT TYPE:     M MISDEMEANOR
SEARCH DATE:     05/14/2008
STATE/COUNTY:    MS HINDS

NO RECORD FOUND IN JURISDICTION SEARCHED.

STC044095

**REDACTED**

ORDER #: 72722635    REQUEST #: 126311807    DATA FILE DATE: 5/15/2008 1:44:53 AM

USIS COMMERCIAL SERVICES, INC
WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: B█████ JAMARIO A █████
DOB:        SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:  NATIONWIDE

REQUEST DATE:    4/22/2010

WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JAM)  BIRTHDATE
NAME: B█████ JAMARIO
DOB:            SSN: █████

CRIMINAL RECORD INFORMATION

REPORT TYPE:    M MISDEMEANOR
SEARCH DATE:    05/15/2008
STATE/COUNTY:   MS COPIAH

NO RECORD FOUND IN JURISDICTION SEARCHED.

ORDER #: 72722635    REQUEST #: 126311807    DATA FILE DATE: 5/15/2008 1:22:42 AM

USIS COMMERCIAL SERVICES, INC.
WIDESCREEN  PACKAGE PRODUCT HISTORY RECORD

WIDESCREEN  PACKAGE PRODUCT REQUEST INFORMATION

NAME: █████ JAMARIO A
DOB:        SSN:
TYPE OF SEARCH:  CRIMINAL SEARCH / SEX OFFENDER SEARCH
SEARCH AREA:  NATIONWIDE

REQUEST DATE:    4/22/2010

WIDESCREEN  PACKAGE PRODUCT FILE INFORMATION

MATCH WAS MADE USING: SSN LASTNAME  FIRSTNAME(JAM)  BIRTHDATE
NAME: █████ JAMARIO ANTIONNE
DOB: █████        SSN: █████

CRIMINAL RECORD INFORMATION

REPORT TYPE:    M MISDEMEANOR
SEARCH DATE:    03/08/2010
STATE/COUNTY:   MS COPIAH

NO RECORD FOUND IN JURISDICTION SEARCHED

ORDER #: 72722635    REQUEST #: 126311807    DATA FILE DATE: 3/9/2010 1:24:31 AM

This inquiry will also be searched against the Dept of the Treasury, Office of
Foreign Assets Control SDN and blocked persons list. You will be notified in
the event of a possible match.

STC844090

**REDACTED**

View Reports - Subject List

The following report is obtained from a commercial database that contains infor-
mation from public records of various courts and law enforcement agencies across
the United States.  These records are included in the report because the search
criteria for matching personal identifiers such as name, date of birth, Social
Security Number, etc., suggested that this record(s) matched the information
you provided for the subject of the report.  As such, these records might relate
to the subject you inquired about, but not necessarily.  You should use this
report to broaden the scope of the background search of the subject to include
the jurisdictions and/or the names contained in this report.  Employment deci-
sions should not be based solely upon information contained in this report.
Positive ID requires fingerprint search.

Copyright 2010 HireRight, Inc. All Rights Reserved (4)

| HireRight.

STC644007

REDACTED

**SWIFT TRANPORTATION CO., INC.**
2200 S. 75th AVE, PHOENIX AZ, 85043

**EMPLOYMENT APPLICATION**

QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application: 05/03/2010

Name B_____ Jamario    A                    Social Security No.

Present Address                                 Phone

Previous Address(es) (during last 3 years) (FMCSR 391.21 (3))

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report)

In case of emergency notify    DELOIS BOURE (MOTHER)

Alternate Emergency Phone #                     Name

Have you applied for work and/or worked for this company before?   ☐ Yes ☒ No   When?

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ☐ Yes ☐ No

Position which applying for:

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?   ☐ Yes ☐ No

How did you find out about Swift?   ☐ Newspapers ☐ Brochures & Postcards ☐ Publications ☒ Internet ☐ Swift Transportation Employee

☐ Other

## PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ☐ Yes ☒ No

B. Has any license, permit or privilege been suspended or revoked?   ☐ Yes ☒ No

C. Have you ever been stopped while intoxicated?   ☐ Yes ☒ No

D. Have you ever used any illegal drugs (including marijuana)?   ☐ Yes ☒ No   If yes, when was the last time?

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?   ☐ Yes ☒ No

F. Have you ever been convicted of a criminal offense? In California, "crime" shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (b), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they relate to marijuana prior to January 1, 1976, or their statutory predecessors.   ☐ Yes ☒ No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)   ☐ Yes ☒ No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)   ☐ Yes ☒ No

I. 40.25(j) Have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?   ☐ Yes ☐ No

If yes to any of the above questions, state circumstances and dates:

## EDUCATION

Highest grade completed:  12    High School Graduate: ☒ Yes ☐ No    College Graduate: ☐ Yes ☒ No    Graduate School Graduate: ☐ Yes ☒ No

List other specialty training or schools

## MILITARY STATUS

Have you served in the U.S. Armed Forces?   ☐ Yes ☒ No   Branch                    Dates: From                    To

Explain

R-101                              Form 1                    Revised 8/21/01

STC644099

REDACTED

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent. Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr | |
|---|---|---|---|
| From | 08/2007 | To 09/2008 | |
| Phone # | | | |
| Supervisor | | | |
| Type of Equip Driven | | | |

**CURRENT OR MOST RECENT EMPLOYER**  May We Call? Yes___ No___

Name  DGC COATING

Address  BYRAM, MS 39059

Position Held  FLOORMAN

Reason For Leaving LAID OFF
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer? [ ] Yes [ ] No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated space subject to alcohol and controlled substances testing as specified in FMCSR 391.21(b)? [ ] Yes [ ] No

| | Mo Day Yr | Mo Day Yr | |
|---|---|---|---|
| From | 06/2002 | To 07/2007 | |
| Phone # | 6012543051 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**SECOND PRIOR EMPLOYER**  May We Call? Yes___ No___

Name  CORTEZ BYRD INC

Address  BROOKHAVEN , MS 39059

Position Held  SHOP HELPER

Reason For Leaving MORE MONEY
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer? [ ] Yes [ ] No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated space subject to alcohol and controlled substances testing as specified in FMCSR 391.21(b)? [ ] Yes [ ] No

| | Mo Day Yr | Mo Day Yr | |
|---|---|---|---|
| From | 03/2010 | To 04/2010 | |
| Phone # | 6015020730 | | |
| Supervisor | | | |
| Type of Equip. Driven | | | |

**THIRD PRIOR EMPLOYER**  May We Call? Yes___ No___

Name  ACE TRAINING CENTER INC

Address  I 55 SOUTH EAST FRONTAGE ROAD  BYRAM, MS 39059

Position Held  CDL STUDENT

Reason For Leaving GRADUATION
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer? [ ] Yes [ ] No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated space subject to alcohol and controlled substances testing as specified in FMCSR 391.21(b)? [ ] Yes [ ] No

| | Mo Day Yr | Mo Day Yr | |
|---|---|---|---|
| From | 10/2008 | To 02/2010 | |
| Phone # | | | |
| Supervisor | | | |
| Type of Equip Driven | | | |

**FOURTH PRIOR EMPLOYER**  May We Call? Yes___ No___

Name  UNEMPLOYED

Address  MS

Position Held  UNEMPLOYED

Reason For Leaving
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSRs) while employed by this previous employer? [ ] Yes [ ] No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated space subject to alcohol and controlled substances testing as specified in FMCSR 391.21(b)? [ ] Yes [ ] No

| | Mo Day Yr | Mo Day Yr | |
|---|---|---|---|
| From | | To | |
| Phone # | | | |
| Supervisor | | | |
| Type of Equip Driven | | | |

**FIFTH PRIOR EMPLOYER**  May We Call? Yes___ No___

Name

Address

Position Held

R-101

Form 1

Revised 6-01-01

REDACTED

STC544000

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | |
| TRACTOR AND SEMI-TRAILER | TRUCK AND 53 FOOT TRAILER | | | |
| TRACTOR AND TWO TRAILERS | | | | |
| OTHER | | | | |

LICENSE LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered.)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| MS | ▮▮▮▮▮ | CDL | | 08/21/2015 |
| | | | | |

MOVING TRAFFIC CONVICTIONS LIST FOR PAST FIVE (5) YEARS. IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 06/06/2007 | MISSISSIPPI | CARELESS DRIVING | FINE |
| 04/02/2008 | MISSISSIPPI | SPEEDING | FINE |

ACCIDENT RECORD IF NONE WRITE NONE.

LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS, INCLUDING PREVENTABLE AND NON-PREVENTABLE

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (REAR-ON, HEAD-END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| NONE | | | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES:

REFERENCES (Please list 2 people able to verify your employment and personal history. Such as co-worker, neighbor, customer or an upstanding citizen of your community. Do not list relatives.)

| 1. Name | NAKOSHA A ▮▮▮ | Relationship | FRIEND |
|---|---|---|---|
| Address | BILOXI, ▮ | Phone # | |
| 2. Name | | Relationship | MOTHER |
| Address | | Phone # | |

## ACKNOWLEDGEMENT

I give them Transportation Inc. and Company the right to investigate all references and to secure additional information about me, if I so request. I release from liability the Company and its representatives for seeking such information and all other persons, companies or organizations for supplying such information. A copy of this page serves as my authorization or verify concerning the fact provided in this application. I give my consent and release from liability the Company and its representatives to respond to any inquiries made about me as part of a reference check by any subsequent or potential employer.

From time (1) time the company may find it necessary to conduct investigations. It is done, employees are expected to actively participate and cooperate in such investigations, including submission to scrutinies of property. Failure to do so may subject employment to disciplinary action, which may include termination of employment.

I realize as a condition of employment I will be required to undergo a post-offer/pre-employment medical examination and substance abuse screening test at the expense of and as permitted by the Company, and that any offer of employment is conditional upon the successful completion of these tests. I agree to submit such additional information and undergo any other examinations or tests to complete the employment file. On continuing my employment with the Company, it is agreed these tests may include, but are not necessarily limited to random, for-cause, reasonable-suspicion or post-accident alcohol and substance abuse screening tests. Further, I release the Company, its agents or employees from any and all claims or actions arising out of such tests and substance abuse tests including, but not limited to, the failing submission, the analysis of the documents of test results.

I understand that any offer of employment is contingent upon my ability to produce documentation verifying my identity and legal authorization to be employed, as required by the Immigration Reform & Control Act of 1986 (IRCA).

This application is active for sixty (60) days from the date it is completed. Or until the specific position applying for which it was submitted to fill, whichever is earlier. Reductions in the preceding sixty (60) day period, I may submit a new application to be considered to fill a vacant or new position.

I understand and agree that any misrepresented, inaccurate, misleading, incomplete or omitted information provided by me in this application will be sufficient cause for the exclusion of this application or for separation from the Company's service if employed. Further, I understand that just as I am free to resign at any time, for any reason, with or without prior notice, the Company reserves the right to terminate my employment at any time, for any reason, with or without prior notice. I understand that no representative of the Company has the authority to make any verbal assurances to the contrary. I recognize the employment relationship is that an at-will relationship and not for a specific period of time. This application represents the complete and final expression of is understood the parties and may not be modified except by a writing by a notarized by the undersigned and the President or the Company.

The way agree to submit to binding arbitration all disputes and claims arising out of the submission of this criminal application. Further, agree I, in the event of an offered employment by the company, to a standard in this final employment, all disputes that cannot be resolved by informal internal resolution, arising during or after that employment, will be

STC644100

**REDACTED**

submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are no other agreements of a dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____          Date _____

R-101                                    Form 1                        Revised 8/01/91

STC844101

REDACTED

IN THE CIRCUIT COURT OF HINDS COUNTY, MISSISSIPPI
FIRST JUDICIAL DISTRICT



STATE OF MISSISSIPPI

VS.

JAMARIO ANTRONNIE B

| | |
|---|---|
| Ethnicity: | Black |
| Gender: | Male |
| Date of Birth: | |
| Social Security No.: | |
| Agency Case No.: | 04-324 |
| Originating: | Hinds County, Mississippi Sheriff's Department |

ORDER OF DISMISSAL AND EXPUNGEMENT

This day this cause came on to be heard upon motion of the Petitioner to dismiss this cause and to expunge from all official records all recordations relating to the Petitioner's arrest, charge and disposition in this cause, and the Court, having considered same, finds that said motion is well-taken and should be granted, based upon the following:

1.  Information regarding charge(s) is/are as follows:

   a.  Date of Arrest: January 25, 2004

   b.  Arresting Agency: Hinds County, Mississippi Sheriff's Department

   c.  Charge(s) Arrested For:

      a.  Auto burglary

      b.  possession of burglary tools

      c.  receiving stolen goods

   d.  Charge(s) indicted for:

      Auto burglary

STC044102

REDACTED

e.   Indictment Date: June 10, 2004

f.   Capias Served Date: July 12, 2004 (by Hinds County, Mississippi Sheriff's Dept.)

g.   Date of Disposition: November 19, 2004

h.   Disposition: Adjudication of Guilt withheld; placed under supervision of the Mississippi Department of Corrections for a term of two (2) years.

i.   Date discharged from probation: May 18, 2007

j.   Other pertinent information:

The Defendant was initially arrested for three (3) charges, auto burglary, possession of burglary tools and receiving stolen property. He was only prosecuted for the auto burglary charge.

2.   Section 99-15-26 (4), Mississippi Code, 1972, as amended, provides that upon successful completion of court-imposed conditions related to a non-adjudicated disposition, the Court shall direct that the cause be dismissed and the case closed.

3.   Section 99-15-26(5) provides that the court shall expunge the record of any cases dismissed/charges dropped or there was no disposition of such case.

4.   The Court finds that the Petitioner, JAMARIO A. █████ has complied with all of the Court imposed conditions related to his non-adjudicated disposition herein, and that this case should be dismissed and closed, and all recordation related thereto expunged as provided by law

IS THEREFORE, ORDERED AND DIRECTED THAT this cause be dismissed and closed and that the Circuit Clerk of Hinds County, Mississippi, the County Court of Hinds County, Mississippi, the Hinds County Sheriff's Department, the Hinds County Detention Center, the Criminal Justice Information Center of the State of Mississippi, the Criminal Identification Division of the Federal Bureau of Investigation and any other agency or department in possession of any official records and/or

STC044103

REDACTED

identification data forthwith expunge any and all records and/or recordation including, but not limited to, docket entries, indictment, motions, orders, affidavits, arrest warrants, mug shots, and/or fingerprints relating to the arrest and/or dismissal of the above-named defendant in the above-styled and numbered cause.

Further, the effect of this order shall be to restore the above-named Defendant/Petitioner, JAMARIO ANTRONNIE B████████ in the contemplation of the law, to the status he occupied before such arrest and charge, and the said Defendant/Petitioner, . JAMARIO ANTRONNIE B████ shall not be guilty of perjury or otherwise giving a false statement by reason of his failure to recite or acknowledge such arrest and/or charge in response to any inquiry made of him for any purpose.

SO ORDERED AND ADJUDGED, this the _17th_ day of _april_ , 2009.

_____
CIRCUIT JUDGE

Requested by:

_____
Thomas R Mayfield

Agreed:

_____
Assistant District Attorney
For the State

ATTEST A TRUE COPY
APR 1 7 2009.
████████████████

STC044104

REDACTED

Documents
1. WIDESCREEN
2. FILE
3. Court Docs
4.
5.
6.

———————————

0.

CHARGES BECAUSE HE NEVER

VE ARE TAKING TO LONG

STC644106

REDACTED

# EXHIBIT 10



| Conviction Form |
|---|

**Please Print Information**

Applicant's Name: Darrel L R ███████          Social Security Number: ███████

Daytime Phone #: _____          After Hours Phone #: ███████ _____

Date of Birth: ███████

| Date of Arrest: | _____ | | Date of Arrest: | _____ | |
|---|---|---|---|---|---|
| Charge 1: | _____ | | Charge 2: | _____ | |
| Location: | _____ | | Location: | _____ | |
| | County | State | | County | State |
| Date of Conviction: | _____ | | Date of Conviction: | _____ | |
| Charge: | _____ | | Charge: | _____ | |
| Sentence: | _____ | | Sentence: | _____ | |
| Time Served: | _____ | | Time Served: | _____ | |
| Dates on Probation or Parole: | _____ | | Dates on Probation or Parole: | _____ | |

* Any other arrests or convictions?: ○ Yes ○ No

Any charges pending now? ○ Yes ○ No

List full name (First/Middle/Last): _____

Any other names used maiden, married, etc. _____

Please describe what happened:
Comments on Charge 1: _____

Comments on Charge 2: _____

_____

_____

_____

_____

_____

Signature of Applicant: _____          Date: ____/____/____

Recruiter Name: _____          Terminal: _____

███████

STC044127

REDACTED

Customer:   Swift Transportation Web
User:   Patricia Ramos

## VIEW REPORTS · SUBJECT LIST

We are pleased to announce that USIS Commercial Services, Inc. has changed its name to HireRight
Solutions, Inc. While for a period of time you may find reference made in our materials to USIS
Commercial Services, we are in the process of updating our web sites, software applications and
documents to reflect this name change and expect to complete all updates in the near future. In the
meantime, should you have any questions please contact us at: 800-322-9651 and select Option 3 for
Customer Service.

Please Note: The information contained in this report is based on search criteria matching certain
personal identifiers that indicate that this information matched the consumer who is the subject of the
report. However, this information is not guaranteed for accuracy or truthfulness as it relates to the
subject of this report. The information contained in this report was accurately copied from HireRight's
supplier(s) of such information, including the public records of various courts and law enforcement
agencies; credit bureaus; laboratories; etc., as applicable. However, information generated as a result of
identity theft, including evidence of criminal activity, may be inaccurately associated with the consumer
who is the subject of this report. Employment decisions should not be based solely upon information
contained in this report. Positive ID requires a fingerprint search. The user of this report is responsible
for following applicable local, state and federal laws with respect to the procurement and use of this
information.

STC644128

REDACTED

## Criminal Records, County

Customer:           Swift Transportation Web (104h08)
Actor:              Macy Johnson (5365Mary)
Customer Reference: DONALD ANDERSON JR
Customer Sub:       112

Subject Name: Darrel L R
Subject DOB:
Subject SSN:
Subject Race:                               ReportNumber: 1454691
Subject Gender:                              Request ID 42579242
Search Type: B                             Request Date: 1/11/2010 5:34:18 PM
Search State: OK                            Report Date: 1/13/2010 9:08:58 AM
Search County: TULSA                          Reference: DONALD ANDERSON JR
Result Comments:

### CRIMINAL SEARCH RESULTS

Case Number:
File Date: 10/4/2001
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info
       Name: Darrell Lee P          DOB:                  Matching Criteria
   BirthPlace:                       SID:                  [X] Last Name
SSN on Record:                       FID:                  [ ] First Name
      Height: 6'4"                   DL#:                  [X] Middle Name
      Weight: 235                 DL State:                [X] DOB
    Eye Color:                     Gender: Male            [ ] SSN
   Hair Color:                       Race: White           [ ] Address
    Markings:                     Address:

     Other:
            Matched on: Middle Name, Last Name, and DOB
            Data Inconsistent with the requested criteria: First Name

           Count: 1
 Original Statute:                      Final Statute:
 Original Charge:                        Final Charge: Domestic Assault and Battery In Presence
                                                       of a Minor Child
   Original Type:                          Final Type: Misdemeanor
  Original Class:                          Final Class:
           Plea:                            Plea Date:
         Degree:                          Final Degree:
 OrigDisposition:                         Disposition: Dismissed

STC044129

REDACTED



OrigDispDate:                      DispDate: 4/16/2004
Comments:
Appeal Comments:

Count: 2
Original Statute:                  Final Statute:
Original Charge:                   Final Charge: Malicious Injury to Property
Original Type:                     Final Type: Misdemeanor
Original Class:                    Final Class:
Plea:                              Plea Date:
Degree:                            Final Degree:
OrigDisposition:                   Disposition: THIS CASE IS STILL ACTIVE
OrigDispDate:                      DispDate: 4/16/2004
Comments:
Appeal Comments:

Case Number:
File Date: 1/9/2004
Arrest Date:
Offense Date:
Agency Loc:
Agency Type:
Case Comments:

Identifying Info
Name: Darrell Lee R              DOB:                    Matching Criteria
BirthPlace:                      SID:                    [X] Last Name
SSN on Record:                   FID:                    [ ] First Name
Height: 6'4"                     DL#:                    [X] Middle Name
Weight: 235                      DL State:               [X] DOB
Eye Color:                       Gender: Male            [ ] SSN
Hair Color:                      Race: White             [ ] Address
Markings:                        Address:

Other:
    *Matched on: Middle Name, Last Name, and DOB*
    *Data inconsistent with the requested criteria: First Name*

Count: 1
Original Statute:                  Final Statute:
Original Charge:                   Final Charge: Assault and Battery Domestic
Original Type:                     Final Type: Misdemeanor
Original Class:                    Final Class:
Plea:                              Plea Date:
Degree:                            Final Degree:
OrigDisposition:                   Disposition: Dismissed
OrigDispDate:                      DispDate: 8/21/2004
Comments:
Appeal Comments:

Record check for requested search area only. National record status unknown. Positive ID requires fingerprint search. Employment

https://members.dacservices.com/com-aspx/ViewReports/SubjectList.aspx?request=12160...   1/13/2010

STCE44130

REDACTED

View Reports - Subject List

evaluation should not be based on search results. Provider cannot act as the guarantor of the information accuracy or completeness. Appropriate use of the information contained in this report may be governed by both federal and state laws and it is the responsibility of the user to comply with all applicable laws.

Copyright 2010© HireRight. All Rights Reserved 150

{¦} HireRight.

STC644131

REDACTED

## SWIFT TRANPORTATION CO., INC.
2200 S. 75th AVE, PHOENIX, AZ 85043
### EMPLOYMENT APPLICATION
QUALIFIED APPLICANTS ARE CONSIDERED WITHOUT REGARD TO RACE, COLOR, RELIGION, SEX, NATIONAL ORIGIN, AGE, MARITAL STATUS, VETERAN STATUS OR DISABILITY.
EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER

Date of Application: ___04/08/2012___

Name ░░░░░   Darrel   L

Social Security No. ░░░░░

Present Address ░░░░░░░░░░░░░░░

Phone ░░░░░░░

Previous Address(es) during last 3 years (FMCSR 391.21 (3)) ░░░░░░░░

░░░░░░░░░░

Date of Birth (required by FMCSR 391.21 (2) to verify motor vehicle report) ░░░░░

In case of emergency notify _____

Alternate Emergency Phone # _____   Name _____

Have you applied for work and/or worked for this company before?   ○ Yes  ● No   When? _____

If hired, can you present evidence of your U.S. Citizenship or proof of your legal right to live and work in this country?   ○ Yes  ○ No

Position which applying for: _____

Are you able to perform the essential functions and duties of the job as contained in the job description with reasonable accommodation?   ☐ Yes  ☐ No

How did you find out about Swift?   Internet

### PLEASE READ CAREFULLY

A. Have you ever been denied a license, permit or privilege to operate a motor vehicle?   ○ Yes  ● No

B. Has any license, permit or privilege been suspended or revoked?   ○ Yes  ● No

C. Have you ever been stopped while intoxicated?   ○ Yes  ● No

D. Have you ever used any illegal drugs (including marijuana)?   ○ Yes  ● No   If yes, when was the last time? _____

E. Have you ever been convicted for possession of, sale, or use of a narcotic drug, amphetamine, or a derivative thereof?   ○ Yes  ● No

F. Have you ever been convicted of a criminal offense? In California, "crime" shall exclude convictions for marijuana-related offenses that are more than two years old, as defined in California Health and Safety Code sections 11357 (b) and (c) and 11360 (c), or in California Health and Safety Code sections 11364, 11365, or 11550 of the Health and Safety Code as they related to marijuana prior to January 1, 1976, or their statutory predecessors.   ○ Yes  ● No

G. Do you currently have any criminal actions pending in which you are a defendant? (A "yes" answer will not necessarily disqualify you from employment.)   ○ Yes  ● No

H. Are you currently on probation or parole status? (A "yes" answer will not necessarily disqualify you from employment.)   ○ Yes  ● No

I. 40.25() have you tested positive, or refused a test, on any pre-employment drug or alcohol test administered by an employer to which you applied for, but did not obtain, safety-sensitive transportation work covered by DOT agency drug and alcohol testing rules in the last three years?   ○ Yes  ● No

If yes to any of the above questions, state circumstances and dates:

_____
_____
_____

Which trucking school did you graduate from? _____

Truck driving school graduation date? _____

### MILITARY STATUS

Have you served in the U.S. Armed Forces?   ○ Yes  ● No   Branch _____   Dates: From _____  To _____

Duties _____

R-101

Form 1

Revised A0101

STC044132

REDACTED

## EMPLOYMENT RECORD FOR PAST 10 YEARS

All applicants must list all full and part-time employment including military service, self-employment, and periods of unemployment during preceding 10 years.
NOTE: List employers in reverse order starting with the most recent. Use an additional sheet if necessary.

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 10/08 | To 04/09 |
| Phone # | 719-243-2231 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**CURRENT OR MOST RECENT EMPLOYER**   May We Call? Yes____ No____

Name: L&H Drywall

Address: P.O. BOX 488    Monument, CO 80820

Position Held: Working Superintendent

Reason For Leaving No work
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 02/08 | To 09/08 |
| Phone # | 719-399-8183 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**SECOND PRIOR EMPLOYER**   May We Call? Yes____ No____

Name: Robinson Construction

Address: 7470 Chington Rd.    Colorado Springs, CO 80908

Position Held: Working Superintendent

Reason For Leaving Not enough work
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 01/08 | To 03/08 |
| Phone # | 719-243-2231 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**THIRD PRIOR EMPLOYER**   May We Call? Yes____ No____

Name: Colorado Commercial Builders

Address: 5410 Powers Center Point    Colorado Springs, CO 80920

Position Held: Working Superintendent

Reason For Leaving Laid off
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 08/06 | To 02/08 |
| Phone # | 719-550-9287 | |
| Supervisor | | |
| Type of Equip. Driven | | |

**FOURTH PRIOR EMPLOYER**   May We Call? Yes____ No____

Name: Loewen Construction

Address: Valley St    Colorado Springs, CO 80920

Position Held: Carpenter

Reason For Leaving Changed job for promotion
A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No
B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

| | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 6/2000 | To 11/09 |
| Phone # | | |
| Supervisor | | |

**FIFTH PRIOR EMPLOYER**   May We Call? Yes____ No____

Name: UNEMPLOYED

Address:    CO

R-101    Form-1    Revised 6/3/01

STC044133

REDACTED

Type of Equip. Driven _____

_____

|  | Mo Day Yr | Mo Day Yr |
|---|---|---|
| From | 12/09 | To 01/10 |
| Phone # | 719-382-3000 | |
| Supervisor | _____ | |
| Type of Equip. Driven | _____ | |

Position Held _____

Reason For Leaving _____

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

| 50TH PRIOR EMPLOYER | | May We Call?  Yes____  No____ |
|---|---|---|
| Name | USTDS | |
| Address | 18826 WIGWAN RD | PUEBLO  CO  81008 |

Position Held   STUDENT

Reason For Leaving GRAD

A. 391.21 (10) (iv) (b) Were you subject to the Federal Motor Carrier Safety Regulations (FMCSR's) while employed by this previous employer? ◯ Yes ◯ No

B. Was your job with this employer designated as safety sensitive function in any DOT regulated mode subject to alcohol and controlled substances testing as specified in FMCSR 391.21(B)? ◯ Yes ◯ No

**USE SEPARATE SHEET FOR ADDITIONAL EMPLOYMENT HISTORY**

R-101                              Form 1                              Revised 6/91/01

STC644134

REDACTED

## DRIVING EXPERIENCE

| CLASS OF EQUIPMENT | TYPE OF EQUIPMENT  VAN-TANK-FLAT-ETC. | DATES FROM | TO | APPROX. NO. OF MILES TOTAL |
|---|---|---|---|---|
| STRAIGHT TRUCK | | | | 0 |
| TRACTOR AND SEMI-TRAILER | | | | 0 |
| TRACTOR AND TWO TRAILERS | | | | 0 |
| OTHER | | | | 0 |

LICENSE  LIST ALL DRIVERS LICENSES HELD IN PAST FIVE YEARS (NOTE: A COPY of your valid drivers license or CDL must be attached for your application to be considered)

| STATE | LICENSE NUMBER | TYPE | ENDORSEMENTS | EXPIRATION DATE |
|---|---|---|---|---|
| CO | | | | 07/24/2011 |
| FL | | Operator | | |

MOVING TRAFFIC CONVICTIONS  LIST FOR PAST FIVE (5) YEARS.  IF NONE WRITE NONE.

| DATE | LOCATION (STATE) | CHARGE | PENALTY |
|---|---|---|---|
| 11/15/2008 | Florida | Speeding | Traffic Fine |

ACCIDENT RECORD  If NONE WRITE NONE.
LIST ALL INVOLVEMENT WITH TRUCK AND CAR INCLUDING PROPERTY DAMAGE FOR PAST FIVE YEARS INCLUDING PREVENTABLE AND NON-PREVENTABLE.

| DATE | TYPE VEHICLE | NATURE OF ACCIDENT (HEAD ON, REAR END, UPSET, ETC.) | INDICATE PREVENTABLE OR NON-PREVENTABLE | FATALITIES | INJURIES | AMOUNT OF PROPERTY DAMAGE |
|---|---|---|---|---|---|---|
| | | | | | | |

## STATES IN WHICH YOU HAVE OPERATED A CLASS-A MOTOR VEHICLE IN THE PAST FIVE YEARS

LIST ALL STATES:

REFERENCES  (Please list 2 people able to verify your employment and personal history.  Such as co-worker, neighbor, customer or an upstanding citizen of your community.)

1. Name  KENT
   Relationship  FRIEND                           Phone #

2. Name  MIKE S
   Relationship  FRIEND                           Phone #

## ACKNOWLEDGEMENT

*(acknowledgement text illegible)*

A-101                                Form 1

STC044135

REDACTED

submitted to binding arbitration in lieu of any Federal or State investigative, administrative or legal proceeding. I agree that such arbitration shall be conducted under the rules of the American Arbitration Association. This application contains the entire agreement between the parties with regard to dispute resolution, and there are not other agreements as to dispute resolution, either oral or written.

I have read carefully the above information, understand and accept the contents thereof. This certifies that this application was completed by me, and that all entries on it and information in it are true and complete to the best of my knowledge.

Signature _____     Date _____

R-101                                        Form 1                                        Revised 8/01/01

STC644136

**REDACTED**

Case 2:11-cv-01548-ROS   Document 108-10   Filed 10/31/12   Page 57 of 62

Attn: Patricia

From: Darrel R █████████

█████████████

4 pgs Including cover—

Thank you
for your
help—

Please call if you have any
questions   ████████████

████████████████

STC044137

REDACTED

Jan 14 10 10:29a      Whitney Electric      7192800517      p.2
OCIS Case Summary for CM-2001-5000- State of Oklahoma v. ROBINSON, DARRELL... Page 1 of 3

OSCN THE OKLAHOMA STATE COURTS NETWORK      www.oscn.net

Home | Courts | Court Dockets | Legal Research | Calendar | Help | OSCN Info

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 5 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR TULSA COUNTY, OKLAHOMA

| | |
|---|---|
| State of Oklahoma v. R████████ DARRELL LEE | No. ███████████ (Criminal Misdemeanor) |
| | Filed: 10/04/2001 Closed: 04/16/2004 |
| | Judge: Traffic Court Judge (General) |

### Parties

R████████ DARRELL LEE , Defendant
STATE OF OKLAHOMA, Plaintiff
TULSA POLICE DEPARTMENT, ARRESTING AGENCY

### Attorneys

| Attorney | Represented Parties |
|---|---|
| C████ Ben D.(Bar # ████) | R████████ DARRELL LEE |

### Events

| Event | Party | Docket | Reporter |
|---|---|---|---|
| Tuesday, February 10, 2004 at 9:30 AM ARRAIGNMENT(ARR) | R██████ DARRELL LEE | Arraignment Docket | |
| Friday, March 12, 2004 at 9:00 AM JURY TRIAL SOUNDING DOCKET(JTS) | R██████ DARRELL LEE | Traffic Court Judge (General) | |
| Friday, April 16, 2004 at 9:01 AM JURY TRIAL SOUNDING DOCKET(JTS) | R██████ DARRELL LEE | Traffic Court Judge (General) | |

### Counts

Parties appear only under the counts with which they were charged. For complete sentence information, see the court minute on the docket.

**Count # 1.**      Count as Filed: ABDOM, DOMESTIC ASSAULT AND BATTERY IN PRESENCE OF A MINOR CHILD , in violation of 21 O.S. 644 C
Date Of Offense: 09/24/2001

**Party Name:**      Disposition Information:

R████████
DARRELL LEE      Disposed: DISMISSED. 04/16/2004. Dismissed- Request of the State.
Count as Disposed:DOMESTIC ASSAULT AND BATTERY IN PRESENCE OF A MINOR CHILD (ABDOM)
Violation of 21 O.S. 644 C

**Count # 2.**      Count as Filed: MALINJ, MALICIOUS INJURY TO PROPERTY , in violation of 21 O.S. 1751-1780
Date Of Offense: 09/24/2001

http://www.oscn.net/applications/oscnweb/GetCaseInformation.asp?submitted=true&viewt...   1/14/2010

STC644138

**REDACTED**



**Party Name:**    **Disposition Information:**

R_____
DARRELL LEE    Disposed: DISMISSED, 04/10/2004. Dismissed- Request of the State.
Count as Disposed/MALICIOUS INJURY TO PROPERTY (MALINJ)
Violation of _____

### Docket

| Date | Code | Count | Party | Serial # | Entry Date | | |
|------|------|-------|-------|----------|------------|---|---|
| 10-04-2001 | TEXT | 1 | R_____ DARRELL LEE | | Oct 4 2001 4:46:54:380PM | | $ 0.00 |

CRIMINAL MISDEMEANOR INITIAL FILING.

| 10-04-2001 | INFORMATION | 1 | R_____ DARRELL LEE | | Oct 5 2001 8:50:42:493AM | | $ 0.00 |

DEFENDANT DARRELL LEE R_____ WAS CHARGED WITH COUNT #1, DOMESTIC
ASSAULT AND BATTERY IN PRESENCE OF A MINOR CHILD IN VIOLATION OF 21 O.S. 644 C

| 10-04-2001 | WAIS | | R_____ DARRELL LEE | | Oct 5 2001 2:18:x:08:3AM | Unrealized | $ 30.00 |

WARRANT OF ARREST ISSUED $9,000 CT1: $5,/I00 CT2 /JUDGE OTEY($ 30.00)

| 10-04-2001 | INFORMATION | 2 | R_____ DARRELL LEE | | Jan 14 2010 9:39:00:553AM | | $ 0.00 |

DEFENDANT DARRELL LEE R_____ WAS CHARGED WITH COUNT #2, MALICIOUS
INJURY TO PROPERTY IN VIOLATION OF 21 O.S. 1751-1790

| 10-04-2001 | TEXT | | | | Oct 4 2001 4:46:55:627PM | | $ 0.00 |

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE TRAFFIC COURT JUDGE (GENERAL) TO THIS
CASE.

| 11-08-2001 | AFD | | R_____ DARRELL LEE | | Nov 8 2001 8:24:54:070AM | | $ 0.00 |

AFFIDAVIT

| 01-22-2004 | BO | 1 | R_____ DARRELL LEE | | Jan 22 2004 10:35:08:317AM | Realized | $ 10.00 |

PROFESSIONAL BOND FOR R_____ DARRELL LEE POSTED BY B_____ MICHAEL
(PROFESSIONAL M_____ PEGGY) (POWER NUMBER:_____), COUNT NUMBER 1, IN THE
AMOUNT OF $8,000.00, POSTED 01/22/2004($ 10.00)

| 01-22-2004 | BO | 2 | R_____ DARRELL LEE | | Jan 22 2004 10:35:14:040AM | Realized | $ 10.00 |

PROFESSIONAL BOND FOR R_____ DARRELL LEE POSTED BY B_____ MICHAEL
(PROFESSIONAL M_____ PEGGY) (POWER NUMBER:10-1011B ), COUNT NUMBER 2, IN THE
AMOUNT OF $5,000.00, POSTED 01/22/2004($ 10.00)

| 01-28-2004 | RETRL | | R_____ DARRELL LEE | | Jan 28 2004 9:07:34:297AM | | $ 0.00 |

RETURN RELEASE

| 01-28-2004 | RETWA | | _____ | | Jan 28 2004 9:07:34:_____ | | $ 0.00 |

RETURN WARRANT OF ARREST

| 02-10-2004 | CTARRJTS | | R_____ DARRELL LEE | | Feb 11 2004 11:42:28:743AM | | $ 0.00 |

http://www.oscn.net/applications/ocisweb/GetCaseInformation.asp?submitted=true&viewt...  1/14/2010

STC644139

**REDACTED**

Jan 14 10 10:29a     Whitney Electric       7192800517          p.4
OCIS Case Summary for CM-2001-5000- State of Oklahoma v. R████████ D████████... Page 5 of 5



B████ MARK: DEFENDANT PRESENT, NOT IN CUSTODY AND REPRESENTED BY BEN
C████ ARRAIGNMENT HELD. DEFENDANT WAIVES READING OF THE INFORMATION
AND FURTHER TIME TO PLEAD. DEFENDANT ENTERS A PLEA OF NOT GUILTY. JURY TRIAL
SOUNDING DOCKET SET FOR 3/12/04 AT 9:00 AM IN ROOM 124. BOND SET IN THE AMOUNT
OF $8,000 (DOM A&B PRES MINOR), $5,000 (MAL INJ PROP); DEFENDANT RECOGNIZED
BACK.

| | | | | | |
|---|---|---|---|---|---|
| 03-12-2004 | CTPASS | R████ DARRELL LEE | Mar 12 2004 11:21:02:710AM | | $ 0.00 |

B████ MARK: DEFENDANT PRESENT, NOT IN CUSTODY AND REPRESENTED BY BEN
C████ STATE REPRESENTED BY GRANT F██ JURY TRIAL SOUNDING PASSED TO
4/16/04 AT 9:00AM, ROOM 124. BOND TO REMAIN; DEFENDANT RECOGNIZED BACK.

| | | | | | |
|---|---|---|---|---|---|
| 03-25-2004 | RTSUBS | R████ DARRELL LEE | Mar 26 2004 9:26:02:840AM | Realized | $ 30.00 |

RETURN SUBPOENA NOT SERVED CHARLYNE C████ NO SUCH PERSON AT ADDRESS
($ 30.00)

| | | | | | |
|---|---|---|---|---|---|
| 04-16-2004 | DISMISSED | 1 | R████ DARRELL LEE | Apr 20 2004 9:20:15:870AM | $ 0.00 |

DARLENE C████ ████████ DEFENDANT PRESENT REPRESENTED BY BEN C████
STATE REPRESENTED BY GRANT FITZ. CASE CALLED. CASE DISMISSED COST TO STATE
UNABLE TO LOCATE VICTIM, BOND EXONERATED

| | | | | | |
|---|---|---|---|---|---|
| 04-16-2004 | BDXON | 1 | R████ DARRELL LEE | Oct 10 2007 1:27:31:437PM | $ 0.00 |

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL ████████ ABOVE HAS
CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR R████ DARRELL LEE POSTED BY B████ MICHAEL
(PROFESSIONAL:M████ PEGGY) (POWER NUMBER:████████, COUNT NUMBER 1, IN THE
AMOUNT OF $8,000.00, POSTED 01/22/2004, EXONERATED 04/16/2004

| | | | | | |
|---|---|---|---|---|---|
| 04-16-2004 | BDXON | 2 | R████ DARRELL LEE | Oct 10 2007 1:27:31:607PM | $ 0.00 |

THE STATUS OF THE BOND ENTRY DETAILED IN DOCKET SERIAL ████████ ABOVE HAS
CHANGED TO READ AS FOLLOWS:
PROFESSIONAL BOND FOR R████ DARRELL LEE POSTED BY B████ MICHAEL
(PROFESSIONAL:M████ PEGGY) (POWER NUMBER:10-18118 ), COUNT NUMBER 2, IN THE
AMOUNT OF $5,000.00, POSTED 01/22/2004, EXONERATED 04/16/2004

| | | | | | |
|---|---|---|---|---|---|
| 01-14-2010 | CTFREE | R████ DARRELL LEE | Jan 14 2010 9:39:57:243AM | | $ 0.00 |

AMENDED TO REFLECT COUNT ONE AND TWO DISMISSED COST TO STATE ████████
DARLENE C████ ████████ DEFENDANT PRESENT REPRESENTED BY BEN C████
STATE REPRESENTED BY GRANT F██ CASE CALLED. CASE DISMISSED COST TO STATE.
UNABLE TO LOCATE VICTIM, BOND EXONERATED

Report Generated by The Oklahoma Court Information System at January 14, 2010 10:12 AM

End of Transmission

STC644140

**REDACTED**

SSN [REDACTED] ChangeSS [illegible]

Name Darrol R [REDACTED]

Birthday 7/4/1987

**Status**
- ( ) Open
- ( ) Pending
- (•) Approved
- ( ) Declined
- ( ) Closed

Interview ID Stamp [illegible]

Close and Reopen

**General Questions**

| | Yes | No | N/A | |
|---|---|---|---|---|
| (•) | ( ) | ( ) | 1. All identifiers verified? |
| ( ) | (•) | ( ) | 2. Any other arrest or convictions? |
| ( ) | (•) | ( ) | 3. Any charges pending now? |
| | (•) | ( ) | 4. Any other names used? |
| | (•) | ( ) | 5. Any weapons involved? |
| | (•) | ( ) | 6. Domestic issue? |
| | (•) | | 7. Misdemeanor? |
| | (•) | | 8. Felony? |
| | (•) | | 9. Ever been terminated? |
| (•) | (•) | ( ) | 10. Ever used drugs? |

What:
When:

| (•) | (•) | ( ) | 11. Ever tested positive or refused a drug or alcohol test? |

What:
When:

Offenses: [ ] Theft   [ ] Drug   [ ] Sex

**Level 1 Review**
- [✓] Requested
- [✓] Completed
  pending
  [illegible]

**Level 2 Review**
- [ ] Requested
- [ ] Completed

**Dispute Review**
- [ ] Requested
- [ ] Completed

General Summary: no convictions

Notes: middle name Lee

restraining order violations - 20 years ago - I was schedule to appear in court - she had filed the charges against me -

4/16/2004 - Malicious injury to property - thrown out   ****WILL PROVIDE ADDITIONAL INFO****

1/14/2010 9:23am --- applicant's wife called in and stated that she would fax in the info needed - had talked to the c
system

STC644141

REDACTED

┌─ Documents ─────────────────
│  1 │ 20/20 hold
│  2 │ fax
│  3 │
│  4 │
│  5 │
│  6 │

fines paid for not appearing

ourts and they had not updated their

STC644142

**REDACTED**