**EXHIBIT J**



REDACTED

STC346217

Documents
1. 
2. 
3. 
4. 
5. 
6. 

is Hodges

ot me with possession of stolen
ard had been stolen from my ex.'s

went to court and found not guilty

hat time - my ID was stolen in 2002

STC346218