**EXHIBIT K**

**SSN** [redacted] ChangeSS

**Name** Kelvin D. Daniel

**Birthday** [redacted]

**General Questions**

| | Yes | No | N/A | |
|---|---|---|---|---|
| ● | ○ | ○ | 1. All identifiers verified? |
| ○ | ● | ○ | 2. Any other arrest or convictions? |
| ○ | ● | ○ | 3. Any charges pending now? |
| ○ | ● | ○ | 4. Any other names used? |
| ○ | ● | ○ | 5. Any weapons involved? |
| ○ | ● | ○ | 6. Domestic issue? |
| ● | ○ | ○ | 7. Misdemeanor? |
| ○ | ● | ○ | 8. Felony? |
| ○ | ● | ○ | 9. Ever been terminated? |
| ● | ○ | ○ | 10. Ever used drugs? |

What: MJ

When: HIGH SCHOOL

| ○ | ● | ○ | 11. Ever tested positive or refused a drug or alcohol test? |

What:

When:

**Status**
- ○ Open
- ○ Pending
- ○ Approved
- ● Declined
- ○ Closed

**Interview ID Stamp**

**Interviewed By** [redacted]

Close and Reopen

**Level 1 Review**
- ☑ Requested
- ☑ Completed

**Level 2 Review**
- ☑ Requested
- ☑ Completed

**Dispute Review**
- ☑ Requested
- ☑ Completed

**Offenses:** ☐ Theft ☐ Drug ☐ Sex

**General Summary** DECLINED- MULTIPLES & DIDN'T DISCLOSE TILL ORIENTATION. FLORAN

**Notes** DEWARREN

REDACTED

STC346215

Documents

| | |
|---|---|
| 1 | app & conviction form |
| 2 | Widescreen |
| 3 | Email |
| 4 | |
| 5 | |
| 6 | |

C DISCLOSE DETAILS

THEY CHARGE EVERYBODY

STC346210