**EXHIBIT M**

1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (AZ 003076)
2  349 North 4th Avenue
3  Phoenix, Arizona 85003-1505
   Telephone:  (602) 234-0008
4  Facsimile:  (602) 626-3586
5  Email:      Stan@lubinandenoch.com

6  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
7  Matthew A. Dooley (OH 0081482)
8  Anthony R. Pecora (OH 0069660)
   Dennis M. O'Toole (OH 0003274)
9  5455 Detroit Road
10 Sheffield Village, Ohio 44054
   Telephone:  (440) 930-4001
11 Facsimile:  (440) 934-7208
   Email:      apecora@sheffieldlaw.com
12             mdooley@sheffieldlaw.com
13             dotoole@sheffieldlaw.com

14 CONSUMER LITIGATION ASSOCIATES, P.C.
15
   Leonard A. Bennett (VA 27523)
16 Susan M. Rotkis (VA 40693)
   763 J. Clyde Morris Blvd. 1-A
17 Newport News, VA 23601
   Telephone:  (757) 930-3660
18 Facsimile:  (757) 930-3662
19 Email:      lenbennett@clalegal.com
               srotkis@clalegal.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No. 2:11-cv-01548-PHX-ROS<br><br>**PLAINTIFF KELVIN D. DANIEL'S SUPPLEMENTAL ANSWERS TO DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S FIRST SET OF NON-UNIFORM INTERROGATORIES**<br><br>Assigned to: Hon. Roslyn O. Silver |

## GENERAL OBJECTIONS

1. Plaintiff, Kelvin D. Daniel ("Daniel"), objects to Swift's "General Instructions" and "Definitions" to the extent they purport to impose discovery obligations that differ from or exceed the discovery obligations imposed by the Federal Rules of Civil Procedure.

2. Daniel objects to the Interrogatories to the extent that they seek information protected by the attorney-client privilege, the work-product privilege, or any other privilege, protection, or immunity applicable under California and/or federal law.

3. Daniel objects to the Interrogatories to the extent that they are overly broad, unduly burdensome, oppressive, and/or seek information that is not relevant to the issues in this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

4. These General Objections are made, to the extent applicable, in response to each of the Interrogatories as if the objections were fully set forth therein.

5. Daniel responds to each of the Interrogatories based upon information and documentation available as of the date hereof and reserve the right to supplement and amend his responses.

\*\*\*

## INTERROGATORIES

**Interrogatory No. 3:** Regardless of whether the record has been expunged, canceled or annulled, have you ever been investigated, arrested, charged, convicted, imprisoned, placed on probation or parole or forfeited collateral for any criminal offense? If yes, describe all relevant circumstances, including the date, location, court, facts and final disposition concerning the matter.

Response:

- Misdemeanor reckless conduct; Case No. 1996CR1886 filed on 02/07/1996 in Clayton County, Georgia. Disposition: Guilty; fined $250.00, 12 month probation and 40 hours of community service;

- Misdemeanor simple battery; Case No. 1998CR11607 filed on 10/5/1998 in Clayton County, Georgia. Disposition: Guilty; fined $150.00, 12 month probation and 20 hours of community service.

    - **Supplemented Response: This interrogatory sought a response as to whether Kelvin Daniel had been investigated, arrested, charged, convicted, imprisoned, placed on probation or paroled for a criminal offense. As part of the previously disclosed criminal offense (a further dispositional order), Kelvin Daniel violated his probation (for missing a probation appointment) and was consequently jailed for 3 months on a 6 month sentence.**

- Misdemeanor public intoxication; case No. 2008TK22197 filed on 11/12/2008 in Clayton County, Georgia; Disposition: cash bond paid.

**Interrogatory No. 11:** Identify every employer for whom you have worked during the last 10 years, including the dates of employment, the positions held, including whether you were a commercial motor driver, and the location(s) at which you were employed.

**Response:**

**Kelvin Daniel supplements his previous response to now include positions with contractors or subcontractors:**

3

- **Pinkerton Securities**
  **Two Campus Drive**
  **Parsippany, New Jersey 07054-4400**
  **1994-1996**

- **Canuck Industries, Inc.**
  **Contractor**
  **17313 Cook Road**
  **Bow, Washington 98232-9781**
  **1996-1998**

- **Airborne Express**
  **Atlanta, Georgia**
  **Courier**
  **1996-1998**

- **Various subcontractors for DHL/Airborne**
  **Atlanta, Georgia**
  **2000-2007**

- **Priority One Courier**
  **Contractor**
  **Address unknown**
  **2007**

- **COI**
  **Address unknown**
  **2007**

- **HFH**
  **Address unknown**
  **2008**

- **Labor Ready**
  **Atlanta, Georgia**
  **Truck Driver/Laborer**
  **01/02/2007-11/06/2010**

- **IDI Delivery, LLC**
  **Contractor**
  **5952 Wintergreen Rd**
  **Norcross, Georgia 30093-3751**
  **Driver/Helper**
  **05/2010-12/2010**

4

- **CR England**
  4701 West 2100 South
  Salt Lake City, Utah 84120
  Over the Road Driver
  3/9/2011- 4/1/2012

- **Crete Carrier**
  400 NW 56th Street
  Lincoln, Nebraska 68528
  Over the Road Driver
  04/2012 – Present

Respectfully Submitted,

STUMPHAUZER, O'TOOLE, MCLAUGHLIN,
McGLAMERY & LOUGHMAN CO., LPA

By: _____
Matthew A. Dooley
Anthony R. Pecora
Dennis M. O'Toole
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone:  (440) 930-4001
Facsimile:  (440) 934-7208
Email:  apecora@sheffieldlaw.com
        mdooley@sheffieldlaw.com
        dotoole@sheffieldlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31th, 2012, the original and one copy of the foregoing was served via U.S. Mail, Postage Pre-Paid to the following counsel of record:

John F. Lomax, Jr., Esq.
Brian J. Foster, Esq.
Joseph A. Kroeger, Esq.
SNELL & WILMER L.L.P
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
*Counsel for Defendant*

Anthony R. Pecora
*Counsel for Plaintiffs*