**EXHIBIT O**

1  LUBIN AND ENOCH, P.C.
   Stanley Lubin (AZ 003076)
2  349 North 4th Avenue
3  Phoenix, Arizona 85003-1505
   Telephone:   (602) 234-0008
4  Facsimile:   (602) 626-3586
5  Email:       Stan@lubinandenoch.com

6  STUMPHAUZER, O'TOOLE, McLAUGHLIN,
   McGLAMERY & LOUGHMAN CO., LPA
7  Matthew A. Dooley (OH 0081482)
8  Anthony R. Pecora (OH 0069660)
   Dennis M. O'Toole (OH 0003274)
9  5455 Detroit Road
10 Sheffield Village, Ohio 44054
   Telephone:   (440) 930-4001
11 Facsimile:   (440) 934-7208
   Email:       mdooley@sheffieldlaw.com
12              apecora@sheffieldlaw.com
13              dotoole@sheffieldlaw.com

14 CONSUMER LITIGATION ASSOCIATES, P.C.
15 Leonard A. Bennett (VA 27523)
   Susan M. Rotkis (VA 40693)
16 763 J. Clyde Morris Blvd. 1-A
   Newport News, VA 23601
17 Telephone:   (757) 930-3660
18 Facsimile:   (757) 930-3662
   Email:       lenbennett@clalegal.com
19              srotkis@clalegal.com

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KELVIN D. DANIEL, et al<br><br>Plaintiffs,<br><br>v.<br><br>SWIFT TRANSPORTATION CORPORATION,<br><br>Defendant. | Case No. 2:11-cv-01548-PHX-ROS<br><br>**PLAINTIFF KELVIN DANIEL'S ANSWERS TO DEFENDANT SWIFT TRANSPORTATION CO. OF ARIZONA, LLC'S SECOND SET OF INTERROGATORIES**<br><br>Assigned to: Hon. Roslyn O. Silver |

## GENERAL OBJECTIONS

1. Plaintiff, Kelvin Daniel ("Daniel") objects to Swift's "General Instructions" and "Definitions" to the extent they purport to impose discovery obligations that differ from or exceed the discovery obligations imposed by the Federal Rules of Civil Procedure.

2. Daniel objects to the Interrogatories to the extent that they seek information protected by the attorney-client privilege, the work-product privilege, or any other privilege, protection, or immunity applicable under Arizona and/or federal law.

3. Daniel objects to the Interrogatories to the extent that they are overly broad, unduly burdensome, oppressive, and/or seek information that is not relevant to the issues in this lawsuit or reasonably calculated to lead to the discovery of admissible evidence.

4. These General Objections are made, to the extent applicable, in response to each of the Interrogatories as if the objections were fully set forth therein.

5. Daniel responds to each of the Interrogatories based upon information and documentation available as of the date hereof and reserve the right to supplement and amend his responses.

*****

## INTERROGATORIES

**Interrogatory No. 1:** Explain whether you were a class member in the litigation against HireRight Solutions, Inc. in the United States District Court for the Eastern District of Virginia, Case No. 3:09-cv-625, and, if you were, when you received notice of the suit, what class you were in, and what remedy, if any, you received as a class member in the settlement of that lawsuit.

**Response:**

**Objection. Daniel objects to this Interrogatory as it seeks information irrelevant to the subject matter in this case and the information sought is not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection and without waiving same, Daniel was not a class member in the litigation mentioned in Interrogatory No. 1.**

**Interrogatory No. 2:** Explain whether you currently or have ever previously been a member of any other class action cases other than your current litigation against Swift and, if so, please identify the litigation and any remedy, if any, you received as a class member in that lawsuit.

**Response:**

**Objection. Daniel objects to this Interrogatory as it seeks information irrelevant to the subject matter in this case and the information sought is not reasonably calculated to lead to the discovery of admissible evidence. Notwithstanding this objection and without waiving same, Daniel has not been a member of any other class action.**

**Interrogatory No. 3:** Explain how you first came into contact with your attorneys regarding this suit, including the date, who made initial contact, the means of contact (through a web site, mailing, telephone call, etc.), whether you were solicited to become a class representative, whether you have been promised anything in exchange for being a class representative (such as an incentive award) and any amount promised.

**Response:**

**Objection. Daniel objects to this Interrogatory as it seeks information irrelevant to the subject matter in this case and the information sought is not reasonably calculated to lead to**

the discovery of admissible evidence. Further objecting, this interrogatory seeks information that is protected by the attorney-client privilege and/or work product doctrine.

AS TO ALL OBJECTIONS:

*Matthew A. Dooley* (signature)

Matthew A. Dooley

Respectfully Submitted,

STUMPHAUZER, O'TOOLE, MCLAUGHLIN, McGLAMERY & LOUGHMAN CO., LPA

By: *Matthew A. Dooley* (signature)

Matthew A. Dooley
Anthony R. Pecora
Dennis M. O'Toole
5455 Detroit Road
Sheffield Village, Ohio 44054
Telephone: (440) 930-4001
Facsimile: (440) 934-7208
Email: mdooley@sheffieldlaw.com
apecora@sheffieldlaw.com
dotoole@sheffieldlaw.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2012, the original and one copy of the foregoing was served via U.S. Mail, Postage Pre-Paid to the following counsel of record:

John F. Lomax, Jr., Esq.
Brian J. Foster, Esq.
Joseph A. Kroeger, Esq.
SNELL & WILMER L.L.P
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
*Counsel for Defendant*

Matthew A. Dooley
*Counsel for Plaintiffs*

G:\27\27048\Discovery\Daniel Answers to Swift 2nd Set of Rogs.docx

## VERIFICATION

STATE OF  Georgia      )
                       ) SS:
COUNTY OF  Fulton      )

Tanna Hodges, being duly sworn according to law, deposes and states that the answers to the foregoing 2nd Set of Interrogatories are true to the best of his knowledge and belief.

_Kelvin Daniel_

SWORN TO BEFORE ME, a Notary Public, and subscribed in my presence this 14 day of September, 2012.

_Notary Public_