IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kelvin D. Daniel, et al., | No. CV-11-01548-PHX-ROS |
| Plaintiffs, | **ORDER** |
| vs. | |
| Swift Transportation Co. of Arizona, LLC, | |
| Defendant. | |

IT IS ORDERED the joint stipulation for an extension of time (Doc. 109) is APPROVED, and the time for Plaintiffs to respond to Defendant's Motion for Summary Judgment is extended to and including November 14, 2012. Defendant's reply is due on or before December 10, 2012.

DATED this 1st day of November, 2012.

_____
Roslyn O. Silver
Chief United States District Judge