# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kelvin D. Daniel, et al., | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiffs, | ) | CV-11-1548-PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Swift Transportation Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

___   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.


IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed February 11, 2013, a Judgment of Dismissal is hereby entered on the sole remaining Counts I and II with prejudice.

                                                                                  BRIAN D. KARTH
                                                                                  District Court Executive/Clerk

February 11, 2013

                                                                                 s/L. Dixon
                                                                                  By: Deputy Clerk

cc: (all counsel)